NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.  20001**

UNITED STATES OF AMERICA

vs.                                          Criminal Number  18-cr-00032

Concord Management and Consulting LLC
            (Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA        ☒ RETAINED        ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Eric A. Dubelier, 419412
(Attorney & Bar ID Number)

Reed Smith LLP
(Firm Name)

1301 K Street, NW, 1000 East Tower
(Street Address)

Washington, DC 20005
(City)    (State)    (Zip)

202-414-9291
(Telephone Number)