NOTICE OF APPEARANCE IN A CRIMINAL CASE

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C.  20001

UNITED STATES OF AMERICA

vs.  Criminal Number  18-cr-00032

Concord Management and Consulting LLC
(Defendant)

TO:  ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA      ☒ RETAINED      ☐ FEDERAL PUBLIC DEFENDER

*Kate Seikaly*
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Katherine Seikaly, 498641
(Attorney & Bar ID Number)

Reed Smith LLP
(Firm Name)

1301 K Street, NW, 1000 East Tower
(Street Address)

Washington, DC 20005
(City)  (State)  (Zip)

202-414-9291
(Telephone Number)