**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. 1:18-CR-00032-DLF |
| CONCORD MANAGEMENT AND CONSULTING, LLC, | |
| Defendant. | |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

Certificate required by Local Criminal Rule 44.6 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Concord Management and Consulting, LLC, certify that to the best of my knowledge and belief, Concord Management and Consulting, LLC has no parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

| | |
|---|---|
| Dated:  April 11, 2018 | Respectfully submitted,<br>CONCORD MANAGEMENT AND CONSULTING LLC |
| | By Counsel |
| | /s/*Eric A. Dubelier* |
| | Eric A. Dubelier (No. 419412)<br>Katherine J. Seikaly (No. 498641)<br>Reed Smith LLP<br>1301 K Street, N.W.<br>Suite 1000 – East Tower<br>Washington, D.C. 20005<br>202-414-9291 (phone)<br>202-414-9299 (fax)<br>edubelier@reedsmith.com<br>kseikaly@reedsmith.com |

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of April 2018, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record:

/s/
Katherine J. Seikaly (No. 498641)
Reed Smith LLP
1301 K Street, N.W.
Suite 1000 – East Tower
Washington, D.C. 20005
202-414-9219 (phone)
202-414-9299 (fax)
kseikaly@reedsmith.com