# ATTACHMENT C

  **U.S. Department of Justice**

*The Special Counsel's Office*

*Washington, D.C. 20530*

April 20, 2018

Eric A. Dubelier
Kate J. Seikaly
Reed Smith LLP
7900 Tysons One Place, Suite 500
McLean, VA 22102

Dear Counsel:

On April 11, 2018, you each filed a notice of appearance in the criminal case *United States v. Internet Research Agency LLC et al.*, case number 1:18-cr-032 (D.D.C.), as counsel of record for defendant Concord Management and Consulting LLC ("Concord"). We are writing you to address certain issues in advance of the initial appearance and arraignment scheduled for May 9, 2018 at 1:45 pm.

A copy of the criminal summons for defendant Concord, signed by Magistrate Judge G. Michael Harvey, is attached to this letter. We understand, through your appearance, that defendant Concord is on notice of the indictment and that you have been authorized to receive service of the summons on behalf of defendant Concord. If you intend to take a contrary position, please provide the legal basis on which you rely to enter your appearance.

To proceed expeditiously both at, and after, the initial appearance and arraignment on May 9, 2018, we ask that you provide the following:

a) the name and position of the corporate representative for defendant Concord who will appear at the May 9, 2018 arraignment and initial appearance;

b) corporate records to reflect that the individual identified in subpart a) is authorized to represent defendant Concord and to bind defendant Concord in these proceedings;

1

    c)  the names of the officers, executives, directors, and/or committees of defendant Concord that authorized you and the individual identified in subpart a) to represent defendant Concord in these proceedings; and

    d)  the entity and account providing payment of legal fees.

Finally, please confirm your acknowledgment that defendant Concord's acceptance of the summons and designation of the corporate representative places Concord within the jurisdiction of the United States District Court and obligates defendant Concord to proceed in accordance with the Federal Rules of Criminal Procedure and other applicable laws that govern this criminal proceeding. These include the opportunity to exercise the rights of a criminal defendant, but also the reciprocal requirement to comply with Court orders, trial subpoenas and a defendant's discovery obligations, as well as the requirement to comply with any judgment entered by the Court.

We appreciate your response to these issues in advance of the May 9, 2018 initial appearance and arraignment.

Sincerely,

_____/s/_____
Jeannie S. Rhee
L. Rush Atkinson
Ryan K. Dickey
Special Counsel's Office

2

AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | |
| Concord Management and Consulting LLC | ) | Case No.   1:18-cr-032 |
| House 13,Litera A. Bldg.2-N No.4 | ) | |
| Fontanka River Embankment. | ) | |
| St. Petersburg, *Russia 191011* | ) | |
| *Defendant* | | |

## SUMMONS IN A CRIMINAL CASE

   **YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| | | |
|---|---|---|
| Place:  | U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA<br>U.S. Courthouse<br>333 Constitution Avenue, N.W.<br>Washington, D.C. 20001 | Courtroom No.:  7 |
| | | Date and Time:  3/20/18   1:45 pm |

   This offense is briefly described as follows:
18 U.S.C. 371 (Conspiracy to Defraud the United States)

Date:       02/16/2018

*Issuing Officer's signature*

U.S. Magistrate Judge G. Michael Harvey
*Printed name and title*

I declare under penalty of perjury that I have:

☐ Executed and returned this summons         ☐ Returned this summons unexecuted

Date:

*Server's signature*

*Printed name and title*

Case No.  1:18-cr-032

**This second page contains personal identifiers and therefore should
not be filed in court with the summons unless under seal.**
*(Not for Public Disclosure)*

## INFORMATION FOR SERVICE

Name of defendant/offender:   Concord Management and Consulting LLC

Last known residence:  *LT. SCHMIDT EMBANKMENT, 7 VON KEYSERLING MANSION, St. Petersburg Russia, 199034*

Usual place of abode *(if different from residence address):* _____

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process: _____

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States: _____

## PROOF OF SERVICE

This summons was received by me on *(date)* _____

❑ I personally served the summons on this defendant _____ at
*(place)* _____ on *(date)* _____ ; or

❑ On *(date)* _____ I left the summons at the individual's residence or usual place of abode
with *(name)* _____ , a person of suitable age and discretion who resides
there, and I mailed a copy to the individual's last known address; or

❑ I delivered a copy of the summons to *(name of individual)* _____ ,
who is authorized to receive service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ and I mailed a copy to
the organizations's last known address within the district or to its principal place of business elsewhere in the
United States; or

❑ The summons was returned unexecuted because: _____
_____

I declare under penalty of perjury that this information is true.

Date returned: _____

_____
*Server's signature*

_____
*Printed name and title*

Remarks: