# ATTACHMENT D

| | |
|---|---|
| **From:** | Dubelier, Eric A. <EDubelier@ReedSmith.com> |
| **Sent:** | Monday, April 30, 2018 10:48 AM |
| **To:** | JSR |
| **Cc:** | LRA; RKD; Seikaly, Kate J |
| **Subject:** | 2018-02-16 Concord Management Summons_signed.pdf |
| **Attachments:** | 2018-02-16 Concord Management Summons_signed.pdf |

Jeannie:

Since your communication to me of the attached summons does not comply with F.R.Cr.P. 4, I am returning it to you.  Eric

\* \* \*

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Concord Management and Consulting LLC<br>House 13, Litera A. Bldg. 2-N No. 4<br>Fontanka River Embankment.<br>*Defendant*<br>St. Petersburg, Russia 191011 | )<br>)<br>)<br>)  Case No.  1:18-cr-032<br>)<br>)<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: | U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA<br>U.S. Courthouse<br>333 Constitution Avenue, N.W.<br>Washington, D.C. 20001 | Courtroom No.: 7 |
|---|---|---|
| | | Date and Time: 3/20/18  1:45 pm |

This offense is briefly described as follows:
18 U.S.C. 371 (Conspiracy to Defraud the United States)

Date: 02/16/2018

*Issuing Officer's signature*

U.S. Magistrate Judge G. Michael Harvey
*Printed name and title*

---

I declare under penalty of perjury that I have:

☐ Executed and returned this summons      ☐ Returned this summons unexecuted

Date: _____

*Server's signature*

*Printed name and title*

Case No. 1:18-cr-032

**This second page contains personal identifiers and therefore should not be filed in court with the summons unless under seal.**
*(Not for Public Disclosure)*

## INFORMATION FOR SERVICE

Name of defendant/offender:   Concord Management and Consulting LLC

Last known residence:   LT. SCHMIDT EMBANKMENT, 7 VAN KEYSERLING MANSION, ST. PETERSBURG RUSSIA, 199034

Usual place of abode *(if different from residence address)*: _____

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process: _____

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States: _____

## PROOF OF SERVICE

This summons was received by me on *(date)* _____.

☐ I personally served the summons on this defendant _____ at *(place)* _____ on *(date)* _____ ; or

☐ On *(date)* _____ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to *(name of individual)* _____, who is authorized to receive service of process on behalf of *(name of organization)* _____ on *(date)* _____ and I mailed a copy to the organizations's last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because: _____

I declare under penalty of perjury that this information is true.

Date returned: _____

_____
*Server's signature*

_____
*Printed name and title*

Remarks: