# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**INTERNET RESEARCH AGENCY, ET AL.,**<br><br>**Defendants** | Crim. No. 18-cr-32 (DLF) |

## ORDER

Upon consideration of the government's motion to continue initial appearance and arraignment, it is hereby

**ORDERED** that the motion is granted; it is

**FURTHER ORDERED** that the initial appearance and arraignment is continued pending further notice of the Court; and it is

**IT IS FURTHER ORDERED** that counsel appearing on behalf of defendant Concord Management and Consulting LLC shall file a brief by not later than May 25, 2018 addressing whether the summons has been properly served on Concord, and the government shall file a response by not later than June 15, 2018.

_____ _____
Date                                     HON. DABNEY L. FRIEDRICH
                                         UNITED STATES DISTRICT JUDGE