| | |
|---|---|
| **From:** | Dubelier, Eric A. |
| **Sent:** | Friday, April 20, 2018 2:59 PM |
| **To:** | 'JSR'; Seikaly, Kate J |
| **Cc:** | LRA; RKD |
| **Subject:** | RE: Correspondence18-cr-32-DLF |

Jeannie:

Sorry for the multiple emails but one more quick point. I have never had a prosecutor send me a summons, subpoena, CID or any other legal document directed to a corporate entity without asking in advance whether or not I will accept it on the corporations' behalf. I find it disturbing that in your first communication you are already behaving in a manner that is inconsistent with the practices of the Department of Justice. Eric

**Eric A. Dubelier**
202-414-9291
edubelier@reedsmith.com

**Reed Smith** LLP
1301 K Street, N.W.
Suite 1100 - East Tower
Washington, D.C. 20005
202-414-9200
Fax 202-414-9299

---

**From:** JSR [mailto:JSR@usdoj.gov]
**Sent:** Friday, April 20, 2018 2:45 PM
**To:** Dubelier, Eric A.; Seikaly, Kate J
**Cc:** LRA; RKD
**Subject:** Correspondence18-cr-32-DLF

Eric and Kate,

Please see attached.

Best,

Jeannie

Jeannie S. Rhee
Special Counsel's Office
(202) 514-0626

NOTICE: This email (including any attachments) is intended for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected by applicable law. If you are not the intended recipient (or the recipient's agent), you are hereby notified that any dissemination, distribution, copying, or use of this email or its contents is strictly prohibited. If you received this email in error, please notify the sender immediately and destroy all copies.