| | |
|---|---|
| **From:** | Dubelier, Eric A. |
| **Sent:** | Friday, April 20, 2018 2:54 PM |
| **To:** | 'JSR'; Seikaly, Kate J |
| **Cc:** | LRA; RKD |
| **Subject:** | RE: Correspondence18-cr-32-DLF |

Jeannie:

I find it annoying that instead of responding substantively to any of the requests we have sent to you, the first thing you do is start asking for things you are not entitled to. So lets start with this, what legal authority do you have to support the notion that an individual must appear on behalf of Concord other than its lawyer? Are you familiar with Fed.R.Cr.P. 43? What is the legal basis in a criminal case for you to propound interrogatory type questions to us regarding jurisdiction? I expect this to be a complicated matter. Too bad we are getting off on the wrong foot. Eric

**Eric A. Dubelier**
202-414-9291
edubelier@reedsmith.com

Reed Smith LLP
1301 K Street, N.W.
Suite 1100 - East Tower
Washington, D.C. 20005
202-414-9200
Fax 202-414-9299

---

**From:** JSR [mailto:JSR@usdoj.gov]
**Sent:** Friday, April 20, 2018 2:45 PM
**To:** Dubelier, Eric A.; Seikaly, Kate J
**Cc:** LRA; RKD
**Subject:** Correspondence18-cr-32-DLF

Eric and Kate,

Please see attached.

Best,

Jeannie

Jeannie S. Rhee
Special Counsel's Office
(202) 514-0626

NOTICE: This email (including any attachments) is intended for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected by applicable law. If you are not the intended recipient (or the recipient's agent), you are hereby notified that any dissemination, distribution, copying, or use of this email or its contents is strictly prohibited. If you received this email in error, please notify the sender immediately and destroy all copies.