IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>INTERNET RESEARCH AGENCY LLC, *et al.*,<br><br>  Defendants. | CRIMINAL NUMBER:<br><br>1:18-cr-00032-DLF |

**[Proposed] ORDER**

Upon consideration of Defendant Concord Management and Consulting, LLC's Motion Pursuant to Rule 6(e)(3)(E)(ii) for *In Camera* Inspection of Legal Instructions Provided to the Grand Jury Regarding Count One of the Indictment, it is hereby **ORDERED** that the motion is **GRANTED**.

SO ORDERED.

Dated: _____   _____
                                                                    Dabney L. Friedrich
                                                                    United States District Judge