# EXHIBIT C

POLITICS

# Database Tracks History Of U.S. Meddling In Foreign Elections

Listen · 3:34   Queue   Download Transcript

December 22, 2016 · 4:28 PM ET
Heard on All Things Considered

NPR's Ari Shapiro talks to Carnegie Mellon University researcher Dov Levin about his historical database that tracks U.S. involvement in meddling with foreign elections over the years.

ARI SHAPIRO, HOST:

This is hardly the first time a country has tried to influence the outcome of another country's election. The U.S. has done it, too, by one expert's count, more than 80 times worldwide between 1946 and 2000. That expert is Dov Levin of Carnegie Mellon University. I asked him to tell me about one election where U.S. intervention likely made a difference in the outcome.

DOV LEVIN: One example of that was our intervention in Serbia, Yugoslavia in the 2000 election there. Slobodan Milosevic was running for re-election, and we didn't want him to stay in power there due to his tendency, you know, to disrupts the Balkans and his human rights violations.

So we intervened in various ways for the opposition candidate, Vojislav Kostunica. And we gave funding to the opposition, and we gave them training and campaigning aide. And according to my estimate, that assistance was crucial in enabling the opposition to win.

SHAPIRO: How often are these interventions public versus covert?

LEVIN: Well, it's - basically there's about - one-third of them are public, and two-third of them are covert. In other words, they're not known to the voters in the target before the election.

SHAPIRO: Your count does not include coups, attempts at regime change. It sounds like depending on the definitions, the tally could actually be much higher.

LEVIN: Well, you're right. I don't count and discount covert coup d'etats like the United States did in Iran in 1953 or in Guatemala in 1954. I only took when the United States is trying directly to influence an election for one of the sides. Other types of interventions - I don't discuss. But if we would include those, then of course the number could be larger, yeah.

SHAPIRO: How often do other countries like Russia, for example, try to alter the outcome of elections as compared to the United States?

LEVIN: Well, for my dataset, the United States is the most common user of this technique. Russia or the Soviet Union since 1945 has used it half as much. My estimate has been 36 cases between 1946 to 2000. We know also that the Chinese have used this technique and the Venezuelans when the late Hugo Chavez was still in power in Venezuela and other countries.

SHAPIRO: The U.S. is arguably more vocal than any other country about trying to promote democracy and democratic values around the world. Does this strike you as conflicting with that message?

LEVIN: It depends upon if we are assisting pro-democratic side - could be like in the case of Slobodan Milosevic that I talked about earlier. I believe that that could be helpful for democracy. If it helps less-nicer candidates or parties, then naturally it can be less helpful.

SHAPIRO: Obviously your examination of 20th century attempts to influence elections does not involve hacking because computers were not widespread until recently.

https://www.npr.org/2016/12/22/506625913/database-tracks-history-of-u-s-meddling-in-foreign-elections

LEVIN: Yeah.

SHAPIRO: In your view, is technology - the way that we saw in the November election - dramatically changing the game? Or is this just the latest evolution of an effort that has always used whatever tools are available?

LEVIN: I would say it's more the latter. I mean the Russians or the Soviets before unfrequently did these type of intervention, just, you know, without the cyber-hacking tools - you know, the old style people meeting in the park in secret giving out and getting information and things like that, so to speak.

SHAPIRO: Dov Levin is with the Institute for Politics and Strategy at Carnegie Mellon University. Thanks for joining us.

LEVIN: Thank you very much.

*Copyright © 2016 NPR. All rights reserved. Visit our website terms of use and permissions pages at www.npr.org for further information.*

*NPR transcripts are created on a rush deadline by Verb8tm, Inc., an NPR contractor, and produced using a proprietary transcription process developed with NPR. This text may not be in its final form and may be updated or revised in the future. Accuracy and availability may vary. The authoritative record of NPR's programming is the audio record.*