**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**INTERNET RESEARCH AGENCY, LLC,** *et al.*<br><br>**Defendants.** | **Crim. No. 18-32 (DLF)** |

### GOVERNMENT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT CONCORD MANAGEMENT'S MOTION RELATED TO GRAND JURY MATERIALS

The United States of America, by and through Special Counsel Robert S. Mueller, III, files this unopposed motion for a short extension of time—to and including June 1, 2018—to respond to a motion by defendant Concord Management & Consulting LLC ("Concord Management") "for an in camera inspection of the legal instructions provided to the grand jury regarding Count One of the Indictment."

1. On May 14, 2018, Concord Management filed a motion "for an *in camera* inspection of the legal instructions provided to the grand jury regarding Count One of the Indictment." (ECF No. 10). A copy of the defendant's motion and accompanying exhibits were served on the government through the CM/ECF notification procedures. The government respectfully requests a short extension of time—through and including June 1, 2018—to respond to defendant Concord Management's motion. In addition to the workload of other matters being handled by the Special Counsel's Office, the government notes that May 28, 2018 is a federal holiday (Memorial Day) and requests the Court permit the government to file its response at the end of the shortened week

2. On May 17, 2018, counsel for defendant Concord Management informed the government that it does not oppose the requested extension.

For the foregoing reasons, the government's unopposed motion for an extension of time to and including June 1, 2018 should be granted. A proposed order accompanies this motion.

                                Respectfully submitted,

                                ROBERT S. MUELLER III
                                Special Counsel

Dated: May 18, 2018            By:   /s/ L. Rush Atkinson
                                Jeannie S. Rhee
                                L. Rush Atkinson
                                Ryan K. Dickey
                                U.S. Department of Justice
                                Special Counsel's Office
                                950 Pennsylvania Avenue NW
                                Washington, D.C. 20530
                                Telephone: (202) 616-0800

                                *Attorneys for the United States of America*