UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**INTERNET RESEARCH AGENCY, LLC,** *et al.*<br><br>**Defendants.** | **Crim. No. 18-32 (DLF)** |

**[Proposed] ORDER**

Upon consideration of the government's

Government's Unopposed Motion for an Extension of Time to Respond to Defendant Concord Management's Motion Related to Grand Jury Materials, it is hereby

**ORDERED** that the government's motion is GRANTED; and it is further

**ORDERED** that the government's response to the Defendant Concord Management & Consulting's motion is due by not later than June 1, 2018.

_____                                 _____
Date                                                                     HON. DABNEY L. FRIEDRICH
                                                                                   UNITED STATES DISTRICT JUDGE