IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. 1:18-CR-00032-DLF |
| INTERNET RESEARCH AGENCY LLC., *et al*., | |
| Defendants. | |

**DEFENDANT CONCORD MANAGEMENT AND CONSULTING LLC'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE MOTION FOR BILL OF PARTICULARS**

Defendant Concord Management and Consulting LLC ("Defendant"), by counsel, respectfully moves for an extension of time by which to file a motion for a bill of particulars.

A defendant "may move for a bill of particulars before or within 14 days after arraignment or at a later time if the court permits." Fed. R. Crim. P. 7(f). Defendant was arraigned on May 9, 2018 and so the ordinary deadline by which to file a motion for a bill of particulars is May 23, 2018. On April 11, 2018, undersigned counsel requested through correspondence that the government provide a bill of particulars. During an in person meeting held on May 17, 2018, the Special Counsel's Office stated that it would not provide a bill of particulars in response to Defendant's request, but that much of the information sought would be provided in discovery. In light of this representation, Defendant seeks relief from the deadline provided in Fed. R. Crim. P. 7(f) and respectfully requests that the Court permit Defendant to file a motion for a bill of particulars at a later date if necessary. During the May 17, 2018 meeting, the Special Counsel's Office informed undersigned counsel that it does not oppose the requested relief. A proposed order accompanies this motion.

Dated: May 22, 2018          Respectfully submitted,

CONCORD MANAGEMENT AND CONSULTING LLC

By Counsel

/s/
_____
Eric A. Dubelier (No. 419412)
Katherine J. Seikaly (No. 498641)
Reed Smith LLP
1301 K Street, N.W.
Suite 1000 – East Tower
Washington, D.C. 20005
202-414-9291 (phone)
202-414-9299 (fax)
kseikaly@reedsmith.com
edubelier@reedsmith.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of May 2018, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record:

/s/
Katherine J. Seikaly (No. 498641)
Reed Smith LLP
1301 K Street, N.W.
Suite 1000 – East Tower
Washington, D.C. 20005
202-414-9219 (phone)
202-414-9299 (fax)
kseikaly@reedsmith.com