# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>INTERNET RESEARCH AGENCY LLC, *et al*.,<br><br>    Defendants. | CRIMINAL NUMBER:<br><br>1:18-cr-00032-DLF |

### [Proposed] ORDER

Upon consideration of Defendant Concord Management and Consulting, LLC's Unopposed Motion for an Extension of Time to File a Motion for a Bill of Particulars, it is hereby **ORDERED** that the motion is **GRANTED**.

SO ORDERED.

Dated: _____    _____
Dabney L. Friedrich
United States District Judge