UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**INTERNET RESEARCH AGENCY, LLC,** *et al.*<br><br>**Defendants.** | **Crim. No. 18-32 (DLF)** |

### [Proposed] ORDER

Upon consideration of the government's and defendant Concord Management and Consulting LLC's Joint Motion For Continuance Pursuant To 18 U.S.C. § 3161(h)(7)(A), the Court finds that that the ends of justice are served by the granting of a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) and outweigh the interests of the public and the defendant in a speedy trial. Specifically, as described by the parties in their joint motion, the nature of the prosecution, the possibility of novel questions of fact or law, and the voluminous discovery at issue all warrant a continuance pursuant to 18 U.S.C. § 3161 (h)(7)(A).  It is hereby:

**ORDERED** that the joint motion for a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) is GRANTED; and it is further

**ORDERED** that the period of period May ____, 2018 to August 28, 2018 is excluded for purposes of Speedy Trial Act calculations.

_____
Date

_____
HON. DABNEY L. FRIEDRICH
UNITED STATES DISTRICT JUDGE