# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

CONCORD MANAGEMENT AND
CONSULTING LLC,

*Defendant*.

Criminal Action No. 18-00032-2 (DLF)

## ORDER

Upon consideration of the government's and defendant Concord Management and Consulting LLC's Joint Motion for Continuance Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice are served by the granting of a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) and outweigh the best interest of the public and the defendant in a speedy trial. Specifically, as described by the parties in their joint motion, this case is unusual and complex due to the nature of the prosecution, the possibility of novel questions of fact or law, and the voluminous discovery at issue. *See* 18 U.S.C. § 3161(h)(7)(B)(ii). Accordingly, it is

**ORDERED** that the joint motion for a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) is **GRANTED**; and it is further

**ORDERED** that the period of period May 23, 2018 to August 28, 2018 is excluded for purposes of Speedy Trial Act calculations.

**SO ORDERED.**

Date:  May 23, 2018

_____
DABNEY L. FRIEDRICH
United States District Judge