## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CONCORD MANAGEMENT AND<br>CONSULTING LLC,<br><br>   *Defendant*. | Criminal Action No. 18-00032-2 (DLF) |

### ORDER

Upon consideration of defendant Concord Management and Consulting, LLC's Unopposed Motion for an Extension of Time to File a Motion for a Bill of Particulars, it is **ORDERED** that the motion is **GRANTED**.

**SO ORDERED.**

Date: May 23, 2018

*[signature]*
DABNEY L. FRIEDRICH
United States District Judge