# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>INTERNET RESEARCH AGENCY LLC., *et al*.,<br><br>   Defendants. | CRIMINAL NO. 1:18-CR-00032-DLF |

## [Proposed] ORDER

Upon consideration of defendant Concord Management and Consulting LLC's and the government's Joint Motion for a Briefing Schedule, it is hereby ORDERED that the motion is GRANTED. The parties should submit briefing on the anticipated motions in accordance with the following schedule:

| **Anticipated Motion** | **Filing Date** | **Opposition Date** | **Reply Date** |
|---|---|---|---|
| Challenge to authority of Special Counsel | July 16, 2018 | August 15, 2018 | August 31, 2018 |
| Motion to Dismiss Indictment (multiple grounds) | August 3, 2018 | September 4, 2018 | September 18, 2018 |
| Motion for Hearing Regarding Selective Prosecution | August 31, 2018 | September 21, 2018 | October 5, 2018 |
| Due Process Challenge to Grand Jury Instructions | September 21, 2018 | October 22, 2018 | November 5, 2018 |

Dated: _____, 2018

DABNEY L. FRIEDRICH
United States District Judge