# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

CONCORD MANAGEMENT AND
CONSULTING LLC,

           Defendant.

Criminal Action No. 18-00032-2 (DLF)

## ORDER

Having considered the parties' [19] Joint Motion for a Briefing Schedule, it is

**ORDERED** that the motion is **GRANTED** but modified as follows:

(1) The defendant, Concord Management and Consulting, LLC, shall file its first anticipated pretrial motion (challenging the authority of the special counsel) on or before June 25, 2018; the government shall file its opposition on or before July 16, 2018; the defendant shall file its reply on or before July 30, 2018;

(2) The defendant shall file its second anticipated pretrial motion (motion to dismiss indictment) on or before July 16, 2018; the government shall file its opposition on or before August 15, 2018; the defendant shall file its reply on or before August 31, 2018;

(3) The defendant shall file its third anticipated pretrial motion (motion for hearing regarding selective prosecution) on or before August 3, 2018; the government shall file its opposition on or before September 4, 2018; the defendant shall file its reply on or before September 18, 2018;

(4) The defendant shall file its fourth anticipated pretrial motion (due process challenge to grand jury instructions) on or before August 31, 2018; the government shall file its opposition on or before September 21, 2018; the defendant shall file its reply on or before October 5, 2018.

At the June 15, 2018 status conference, the Court intends to hear argument on the defendant's [11] Motion pursuant to Rule 6(e)(3)(E)(ii) for In Camera Inspection of Legal Instructions Provided to the Grand Jury Regarding Count One of the Indictment.

The Court intends to hear argument on the defendant's first anticipated pretrial motion on August 1, 2, 3, or 6, 2018.  Accordingly, counsel shall confer and inform the Court by June 8, 2018 of three mutually agreeable dates and times for the August hearing.

The Court intends to hear argument on the remaining pretrial motions in late September 2018 and October 2018.  At the June 15, 2018 status conference, counsel shall be prepared to propose mutually agreeable dates and times for the September and October hearings.

**SO ORDERED**.

_____
DABNEY L. FRIEDRICH
United States District Judge

Date:  June 4, 2018