# Exhibit A



**Office of the Deputy Attorney General**
Washington, D.C. 20530

ORDER NO. 3915-2017

APPOINTMENT OF SPECIAL COUNSEL
TO INVESTIGATE RUSSIAN INTERFERENCE WITH THE
2016 PRESIDENTIAL ELECTION AND RELATED MATTERS

By virtue of the authority vested in me as Acting Attorney General, including 28 U.S.C. §§ 509, 510, and 515, in order to discharge my responsibility to provide supervision and management of the Department of Justice, and to ensure a full and thorough investigation of the Russian government's efforts to interfere in the 2016 presidential election, I hereby order as follows:

(a)   Robert S. Mueller III is appointed to serve as Special Counsel for the United States Department of Justice.

(b)   The Special Counsel is authorized to conduct the investigation confirmed by then-FBI Director James B. Comey in testimony before the House Permanent Select Committee on Intelligence on March 20, 2017, including:

  (i)   any links and/or coordination between the Russian government and individuals associated with the campaign of President Donald Trump; and

  (ii)  any matters that arose or may arise directly from the investigation; and

  (iii) any other matters within the scope of 28 C.F.R. § 600.4(a).

(c)   If the Special Counsel believes it is necessary and appropriate, the Special Counsel is authorized to prosecute federal crimes arising from the investigation of these matters.

(d)   Sections 600.4 through 600.10 of Title 28 of the Code of Federal Regulations are applicable to the Special Counsel.

\_\_5/17/17_____
Date

Rod J. Rosenstein
Acting Attorney General