UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



**FILED**
JUN 13 2018
Clerk, U.S. District and
Bankruptcy Courts

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CONCORD MANAGEMENT AND<br>CONSULTING LLC,<br><br>Defendant. | Criminal Action No. 18-00032-2 (DLF)<br>**UNDER SEAL AND EX PARTE** |

### ORDER

Upon consideration of the Government's Motion for Leave to File Submission Under Seal and Ex Parte, Dkt. 25, it is

**ORDERED** that the government's motion is **GRANTED**; and it is further

**ORDERED** that the Clerk of the Court shall place under seal the Government's Motion for Leave to File Submission Under Seal and Ex Parte, Dkt. 25, and all documents filed therewith.

**SO ORDERED**.

*[signature]*
**DABNEY L. FRIEDRICH**
United States District Judge

Date: June 13, 2018