# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. 1:18-CR-00032-DLF |
| INTERNET RESEARCH AGENCY LLC., *et al*., | |
| Defendants. | |

## DEFENDANT CONCORD MANAGEMENT AND CONSULTING LLC'S UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES

Pursuant to Local Criminal Rule 47, Defendant Concord Management and Consulting LLC ("Defendant" or "Concord"), by and through undersigned counsel, respectfully moves for leave for an extension of the page limitations set forth in Local Criminal Rule 47(e). Defendant requests leave to include an additional five (5) pages in connection with the briefing on its upcoming motion to dismiss the indictment based on a challenge to the authority of the Special Counsel. Pursuant to the Court's June 4, 2018 Order (Dkt. No. 21), this motion will be filed on or before June 25, 2018. Defendant seeks this relief in order to ensure that the issues raised in the motion can be fully presented to the Court.

Defendant has conferred with the Special Counsel's Office, which does not oppose this request.

A proposed order is filed contemporaneously with this Motion.

Dated: June 19, 2018                                     Respectfully submitted,

CONCORD MANAGEMENT AND
CONSULTING LLC

By Counsel

/s/ _____

Eric A. Dubelier (No. 419412)
Katherine J. Seikaly (No. 498641)
Reed Smith LLP
1301 K Street, N.W.
Suite 1000 – East Tower
Washington, D.C. 20005
202-414-9291 (phone)
202-414-9299 (fax)
kseikaly@reedsmith.com
edubelier@reedsmith.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>INTERNET RESEARCH AGENCY LLC., *et al*.,<br><br>    Defendants. | CRIMINAL NO. 1:18-CR-00032-DLF |

**[Proposed] ORDER**

Upon consideration of Defendant Concord Management and Consulting LLC's Unopposed Motion for Leave to File Excess Pages, and in accordance with Local Criminal Rule 47(e), it is hereby ORDERED that the Motion is GRANTED. The parties are given leave to file five (5) additional pages with their respective memorandums in support, opposition, and reply in connection with Defendant's upcoming motion to dismiss the indictment based on a challenge to the authority of the Special Counsel. Defendant's memorandum of points and authorities in support of and the United States' memorandum in opposition shall not exceed fifty (50) pages; Defendant's reply memorandum shall not exceed 30 pages.

Dated: _____, 2018

　　　　　　　　　　　　　　　　　　　　　　　DABNEY L. FRIEDRICH
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge