IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>INTERNET RESEARCH AGENCY LLC., *et al*.,<br><br>      Defendants. | CRIMINAL NO. 1:18-CR-00032-DLF |

### [Proposed] ORDER

Upon consideration of Defendant Concord Management and Consulting LLC's Unopposed Motion for Leave to File Excess Pages, and in accordance with Local Criminal Rule 47(e), it is hereby ORDERED that the Motion is GRANTED.  The parties are given leave to file five (5) additional pages with their respective memorandums in support, opposition, and reply in connection with Defendant's upcoming motion to dismiss the indictment based on a challenge to the authority of the Special Counsel.  Defendant's memorandum of points and authorities in support of and the United States' memorandum in opposition shall not exceed fifty (50) pages; Defendant's reply memorandum shall not exceed 30 pages.

Dated:  _____, 2018

                                                DABNEY L. FRIEDRICH
                                                United States District Judge