## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 18-00032-2 (DLF) |
| | : | |
| **CONCORD MANAGEMENT AND CONSULTING LLC,** | : | |
| | : | |
| **Defendant.** | : | |

### NOTICE OF APPEARANCE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that the following Assistant United States Attorneys are entering their appearance in the above-captioned matter as co-counsel for the United States of America:

Deborah A. Curtis
Jonathan Kravis
Kathryn Rakoczy

                                              Respectfully submitted,

                                              JESSIE K. LIU
                                              United States Attorney for the District of Columbia

                                              By:      /s/
                                              JONATHAN KRAVIS
                                              D.C. Bar No. 973780
                                              jonathan.kravis3@usdoj.gov

                                              DEBORAH CURTIS
                                              CA Bar No. 172208
                                              deborah.curtis@usdoj.gov

                                              KATHRYN RAKOCZY
                                              D.C. Bar No. 994559
                                              kathryn.rakoczy@usdoj.gov

                                              Assistant United States Attorneys
                                              U.S. Attorney's Office for the District of Columbia

555 4th Street, N.W.
Washington, D.C. 20530

CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2018, a copy of this Notice of Appearance was served by Electronic Court Filing upon Eric Dubelier, counsel for the defendant.

/s/
Jonathan Kravis
Assistant United States Attorney