# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>INTERNET RESEARCH AGENCY LLC, *et al.*,<br><br>Defendants. | Criminal Action No. 18-00032 (DLF) |

## DEFENDANT CONCORD MANAGEMENT AND CONSULTING LLC'S
## MOTION FOR ADMISSION *PRO HAC VICE* OF JAMES C. MARTIN

Pursuant to Local Criminal Rule 44.1(d), Defendant Concord Management and Consulting LLC ("Concord") hereby moves for the admission *pro hac vice* of James C. Martin to appear in the above-captioned proceeding as co-counsel on behalf of Concord. Mr. Martin's supporting declaration is attached as Exhibit A. A proposed order granting the requested relief is attached as Exhibit B.

Dated: June 25, 2018

Respectfully submitted,

CONCORD MANAGEMENT
AND CONSULTING LLC

By: /s/ Eric A. Dubelier
Eric A. Dubelier (D.C. Bar No. 419412)
Katherine J. Seikaly (D.C. Bar No. 498641)
REED SMITH LLP
1301 K Street, N.W.
Suite 1000 – East Tower
Washington, D.C. 20005-3373
202.414.9200 (phone)
202.414.9299 (fax)
edubelier@reedsmith.com
kseikaly@reedsmith.com