**EXHIBIT A:**
**Declaration of James C. Martin**

**Defendant Concord Management and Consulting LLC's**
**Motion for Admission *Pro Hac Vice* of James C. Martin,**
*United States v. Internet Research Agency LLC*,
**Criminal Action No. 18-00032 (DLF)**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>INTERNET RESEARCH AGENCY LLC, *et al.*,<br><br>Defendants. | Criminal Action No. 18-00032 (DLF) |

### DECLARATION OF JAMES C. MARTIN

I, JAMES C. MARTIN, depose and say upon personal knowledge as follows:

1. Pursuant to Local Criminal Rule 44.1(d), I make this declaration in support of the accompanying motion for admission *pro hac vice* filed by Defendant Concord Management and Consulting LLC ("Concord").

2. My full name is James Christopher Martin.

3. My office address is 225 Fifth Avenue, Pittsburgh, Pennsylvania 15222-2716, and my office telephone number is (412) 288-3546.

4. I am a member of the bar of the Commonwealth of Pennsylvania and the State of California. I am admitted to practice before the Supreme Court of the United States; the United States Court of Appeals for the First, Second, Third, Fourth, Sixth, Seventh, Eighth, Ninth, Tenth, Eleventh, Federal, and District of Columbia Circuits; the United States District Courts for the Central District of California, the Eastern District of California, the Northern District of California, and the District of Minnesota; and the United States Court of Federal Claims.

5. I have not been disciplined by any bar.

6. I have not applied for admission *pro hac vice* to this Court in the last two years.

7. I will join Eric A. Dubelier (D.C. Bar No. 419412), a member of the bar of this Court in good standing, as co-counsel on behalf of Concord.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 22, 2018

_____
James C. Martin