**EXHIBIT A:**
**Declaration of Colin E. Wrabley**

**Defendant Concord Management and Consulting LLC's**
**Motion for Admission *Pro Hac Vice* of Colin E. Wrabley,**
*United States v. Internet Research Agency LLC*,
**Criminal Action No. 18-00032 (DLF)**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>INTERNET RESEARCH AGENCY LLC, *et al.*,<br><br>Defendants. | Criminal Action No. 18-00032 (DLF) |

## DECLARATION OF COLIN E. WRABLEY

I, COLIN E. WRABLEY, depose and say upon personal knowledge as follows:

1. Pursuant to Local Criminal Rule 44.1(d), I make this declaration in support of the accompanying motion for admission *pro hac vice* filed by Defendant Concord Management and Consulting LLC ("Concord").

2. My full name is Colin Emmet Wrabley.

3. My office address is 225 Fifth Avenue, Pittsburgh, Pennsylvania 15222-2716, and my office telephone number is (412) 288-3548.

4. I am a member of the bar of the Commonwealth of Pennsylvania. I am admitted to practice before the Supreme Court of the United States; the United States Court of Appeals for the First, Second, Third, Fourth, Sixth, Seventh, Eighth, Ninth, Eleventh, Federal, and District of Columbia Circuits; and the United States District Court for the Western District of Pennsylvania.

5. I have not been disciplined by any bar.

6. I have not applied for admission *pro hac vice* to this Court in the last two years.

7. I will join Eric A. Dubelier (D.C. Bar No. 419412), a member of the bar of this Court in good standing, as co-counsel on behalf of Concord.

- 2 -

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 22, 2018

_____
Colin E. Wrabley