**EXHIBIT B:**
**Proposed Order**

**Defendant Concord Management and Consulting LLC's**
**Motion for Admission *Pro Hac Vice* of Colin E. Wrabley,**
*United States v. Internet Research Agency LLC*,
**Criminal Action No. 18-00032 (DLF)**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>INTERNET RESEARCH AGENCY LLC, *et al.*,<br><br>Defendants. | Criminal Action No. 18-00032 (DLF) |

## **ORDER**

With the Court having considered Defendant Concord Management and Consulting LLC's Motion for Admission *Pro Hac Vice* of Colin E. Wrabley, it is hereby

**ORDERED** that the motion is **GRANTED**.

_____
DABNEY L. FRIEDRICH
United States District Judge

Date:

PERSONS TO BE SERVED WITH ORDER:

| | |
|---|---|
| Michael R. Dreeben<br>Jeannie S. Rhee<br>L. Rush Atkinson<br>Ryan K. Dickey<br>Heather N. Alpino<br>U.S. DEPARTMENT OF JUSTICE<br>Special Counsel's Office<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530 | Eric A. Dubelier<br>Katherine J. Seikaly<br>REED SMITH LLP<br>1301 K Street, N.W.<br>Suite 1000 – East Tower<br>Washington, D.C. 20005-3373<br><br>*Counsel for Defendant Concord Management and Consulting LLC* |
| Jonathan I. Kravis<br>Deborah A. Curtis<br>Kathryn L. Rakoczy<br>U.S. DEPARTMENT OF JUSTICE<br>U.S. Attorney's Office<br>  for the District of Columbia<br>555 4th Street, N.W.<br>Washington, D.C. 20530<br><br>*Counsel for United States of America* | |