**EXHIBIT E:**
**Press Release, Dep't of Justice,**
**Attorney General Sessions Statement on Recusal (Mar. 2, 2017)**

**Defendant Concord Management and Consulting LLC's**
**Motion to Dismiss the Indictment Based on the Special Counsel's**
**Unlawful Appointment and Lack of Authority to Indict Concord,**
*United States v. Internet Research Agency LLC***,**
**Criminal Action No. 18-00032 (DLF)**

JUSTICE NEWS

**Department of Justice**

Office of Public Affairs

FOR IMMEDIATE RELEASE					Thursday, March 2, 2017

## Attorney General Sessions Statement on Recusal

Attorney General Jeff Sessions today issued the following statement:

"During the course of the confirmation proceedings on my nomination to be Attorney General, I advised the Senate Judiciary Committee that '[i]f a specific matter arose where I believed my impartiality might reasonably be questioned, I would consult with Department ethics officials regarding the most appropriate way to proceed.'

"During the course of the last several weeks, I have met with the relevant senior career Department officials to discuss whether I should recuse myself from any matters arising from the campaigns for President of the United States.

"Having concluded those meetings today, I have decided to recuse myself from any existing or future investigations of any matters related in any way to the campaigns for President of the United States.

"I have taken no actions regarding any such matters, to the extent they exist.

"This announcement should not be interpreted as confirmation of the existence of any investigation or suggestive of the scope of any such investigation.

"Consistent with the succession order for the Department of Justice, Acting Deputy Attorney General and U.S. Attorney for the Eastern District of Virginia Dana Boente shall act as and perform the functions of the Attorney General with respect to any matters from which I have recused myself to the extent they exist."

**Component(s):**
Office of the Attorney General

**Press Release Number:**
17-237

*Updated March 2, 2017*