**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>INTERNET RESEARCH AGENCY LLC, *et al.*,<br><br>    Defendants. | CRIMINAL NUMBER:<br><br>1:18-cr-00032-DLF |

**DEFENDANT CONCORD MANAGEMENT AND CONSULTING LLC'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO SUBMIT BRIEFING REGARDING PROTECTIVE ORDER**

Defendant Concord Management and Consulting LLC ("Defendant" or "Concord"), by and through undersigned counsel, respectfully requests a brief extension of time by which to submit briefing regarding the parties' request for a protective order. The United States consents to the relief sought. In support of this motion, Defendant states as follows:

1. During the June 15, 2018 status conference and motion hearing, the Court requested that the parties confer to try to reach an agreement regarding the terms of the protective order. The Court provided the parties ten days to submit a joint protective order and stated that if there were areas of disagreement, the parties may file at the same time a brief of no more than ten pages supporting their respective positions.

2. The parties conferred by telephone on Tuesday, June 19, 2018, and subsequently conferred by email and came to an agreement on several issues, but three areas of disagreement remain.

3. There was a misunderstanding between the parties as to whether each side would be submitting briefing on the issues. The United States believed that the parties had agreed to

submit further briefing on the areas of disagreement; the Defendant believed that the parties had agreed not to submit further briefing.

4. In preparation for today's filings, the misunderstanding between the parties became clear.

5. The parties have reached an agreement, subject to the Court's approval, that Defendant will have until 5:00 pm on Tuesday, June 26, 2018 to respond to any arguments contained in the briefing submitted today by the United States. Defendant agrees that any such response will be no more than ten pages, and in the event that Defendant's position is already set forth in the opposition filed on June 14, 2018, Defendant will inform the Court.

A proposed order is attached.

Dated:   June 25, 2018

Respectfully submitted,

CONCORD MANAGEMENT AND
CONSULTING LLC

By Counsel

/s/ *Eric A. Dubelier*

Eric A. Dubelier
Katherine Seikaly
Reed Smith LLP
1301 K Street, N.W.
Suite 1000 – East Tower
Washington, D.C. 20005
202-414-9200 (phone)
202-414-9299 (fax)
edubelier@reedsmith.com
kseikaly@reedsmith.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>INTERNET RESEARCH AGENCY LLC, *et al.*,<br><br>    Defendants. | CRIMINAL NUMBER:<br><br>1:18-cr-00032-DLF |

**PROPOSED ORDER**

Upon consideration of Defendant Concord Management and Consulting LLC's Unopposed Motion for an Extension of Time to Submit Briefing Regarding Protective Order, it is hereby ORDERED that the motion is GRANTED.

Defendant Concord Management and Consulting LLC shall have until 5:00 pm on Tuesday, June 26, 2018 to submit briefing regarding the parties' position on the terms of a protective order.

 

_____
DABNEY L. FRIEDRICH
United States District Judge

Date: