**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NUMBER: |
| Plaintiff, | |
| v. | 1:18-cr-00032-DLF |
| INTERNET RESEARCH AGENCY LLC, *et al.*, | |
| Defendants. | |

**PROPOSED ORDER**

Upon consideration of Defendant Concord Management and Consulting LLC's Unopposed Motion for an Extension of Time to Submit Briefing Regarding Protective Order, it is hereby ORDERED that the motion is GRANTED.

Defendant Concord Management and Consulting LLC shall have until 5:00 pm on Tuesday, June 26, 2018 to submit briefing regarding the parties' position on the terms of a protective order.

_____
DABNEY L. FRIEDRICH
United States District Judge

Date: