**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | |
| **CONCORD MANAGEMENT AND CONSULTING LLC,** | **Crim. No. 18-cr-32-2 (DLF)** |
| **Defendant** | |

**GOVERNMENT'S SUBMISSION RELATED TO A PERMANENT PROTECTIVE
ORDER UNDER FEDERAL RULE OF CRIMINAL PROCEDURE 16(d)(1)**

The United States of America, by and through Special Counsel Robert S. Mueller, III, and

the United States Attorney for the District of Columbia, makes this submission regarding the

Court's entry of a permanent protective order pursuant to Federal Rule of Criminal Procedure

16(d)(1) and 18 U.S.C. § 3771(a)(8).

**INTRODUCTION**

As set forth in detail herein, the proposed protective order seeks limited relief.  It does not

limit in any significant manner defense counsel's ability to prepare for trial and to use the disclosed

documents in the course of that preparation. What it does seek to do is to protect ongoing

investigative activities of critical national importance which could be compromised by the

disclosure of these documents or their contents to adversaries of the United States.  *See United*

*States v. Bin Laden*, 58 F. Supp. 2d 113, 121 (S.D.N.Y. 1999) ("The concerns are heightened in

this case because the Government's investigation is ongoing . . . .").  Although the Government is

confident that defense counsel would never intentionally compromise such investigative activity,

disclosure to individuals outside the United States, including those who have intentionally

absented themselves from appearance at trial, could well be the consequence of dissemination of

these documents.

The government recognizes that these documents are not classified. Nevertheless, as the Court noted, they do concern highly sensitive matters, including ongoing investigations, and they are entitled to the very limited form of protection sought by this motion. Rule 16(d) of the Federal Rules of Criminal Procedure provides that on a sufficient showing the Court may "at any time" order that discovery or inspection be restricted, "or make such other order as is appropriate." Moreover, "[a]mong the considerations to be taken into account by the court will be . . . the protection of information vital to the national security." Fed. R. Crim. P. 16 advisory committee's note (1966 amendment).

## BACKGROUND

The government recognizes its obligation to provide discovery and the defendant's right to prepare a defense. The government has previously summarized the anticipated volume and type of discovery in this case. (ECF No. 14.) On June 15, 2018, this Court entered an interim protective order as to Concord Management and Consulting LLC directing the production of discovery to defense counsel. (ECF No. 30.) On June 22, 2018, the government began its delivery of discovery to defense counsel, consisting of over 300 gigabytes of data. The government also separately produced over 400 documents—totaling approximately 10,000 pages—particularly relevant to the charges in the indictment.[1] The government continues to prepare discovery and anticipates making a second production of discovery at the end of this week.

The Court also directed the government to identify possible Firewall Counsel, separate

---

[1] Because this was the "smaller select group of documents" discussed with Court at the June 15 hearing, it contained both sensitive and non-sensitive materials. The production was marked sensitive as whole, but the government separately produced the non-sensitive materials in a separate production, which was marked non-sensitive.

from the prosecution team, to participate in the discovery process.  Having conferred with the U.S. Department of Justice, National Security Division ("NSD"), the government recommends that a Trial Attorney from NSD's Counterintelligence and Export Control Section (who will have a Security clearance and the ability to consult with FBI) serve as the Firewall Counsel.[2]

## ARGUMENT

The government seeks a protective order that (1) prohibits disclosure of sensitive discovery to any co-defendant that has not yet appeared before this Court,[3] (2) prohibits transportation or disclosure of sensitive discovery outside the United States, (3) dictates any party who reviews the sensitive discovery acknowledge and agree in writing to be "subject to the jurisdiction of the Court" for purposes of the Court's protective order, and (4) requires defense counsel to be present when an authorized party reviews documents.  The defendant, by contrast, proposes that sensitive discovery be shared with designated officers and employees of Concord Management in the first instance, including a charged defendant who has thus far absented himself from the proceedings.

### A.  No Defendant Should Be Permitted to Review Discovery Until He or She Appears Before this Court

This Court, during the June 15, 2018 status hearing, recognized the need for a protective order that balances "national security and individual privacy concerns against the defendant's Sixth Amendment right to the effective assistance of counsel and its due process right to prepare

---

[2] On June 22, 2018, Assistant U.S. Attorneys Deborah Curtis, Jonathan Kravis, and Kathryn Rakoczy from the U.S. Attorney's Office for the District of Columbia and Trial Attorney Heather Alpino of the U.S. Department of Justice, National Security Division, filed their notices of appearance.  (ECF Nos. 32 & 33).  The government would identify separate NSD attorney(s) as Firewall Counsel should the Court accept the government's recommendation.

[3] The government previously sought to prohibit all discovery from being shared with a co-defendant not before this Court.  In an effort to resolve the disagreement with defense counsel over the terms of the protective order in this case, the government has narrowed its request and but now only seeks that limitation to apply to sensitive materials.

and present a full defense at trial." Transcript of Status Hearing at 18:11–15, June 15, 2018. "Weighing these competing interests, it seems to [the Court] that some discovery should be limited." *Id*. at 16–17. "In particular, it seems reasonable for defense counsel to seek permission of the Court before disclosing sensitive discovery materials to foreign nationals." *Id*. at 17–20.

Concord Management has tried to offer the government a Hobson's choice: Produce sensitive discovery materials to all of Concord Management's officers and employees, or "dismiss the case." (ECF No. 27, at 11). But Defendant cites no legal precedent in support of its position that indicted codefendants, to include foreign nationals located outside the jurisdiction of the Court, are entitled to review any discovery, let alone sensitive materials. Courts in analogous circumstances have taken the opposite position and recognized the inherent danger and unfairness that arises when defendants seek to obtain early access to discovery.

As the Supreme Court noted in *Kaley v. United States*, prematurely disclosing the government's witnesses and evidence "would give the defendant knowledge of the Government's case and strategy well before the rules of criminal procedure—or principles of due process . . . would otherwise require." 571 U.S. 320, 134 S. Ct. 1090, *1094 (2014) (internal citation omitted). "And sometimes (particularly in organized crime and drug trafficking prosecutions, in which forfeiture questions often arise), that sneak preview might not just aid the defendant's preparations but also facilitate witness tampering or jeopardize witness safety." *Id*. at *1101–02. These same concerns were raised by the government in its motion for a protective order and *ex parte* submission. (ECF Nos. 24 and 25).

The Federal Rules of Criminal Procedure do not require the government to produce any discovery whatsoever, let alone sensitive materials, to a defendant until he appears before, and submits to the jurisdiction of, the court. *See* Fed. R. Crim. P. 16(a). Nor do the holdings in *Brady*

*v. Maryland*, 373 U.S. 83 (1963) or *Giglio v. United States*, 405 U.S. 150 (1972); *see also Kaley*, 134 S. Ct. at *1101 ("There is no general constitutional right to discovery in a criminal case[.]") (quoting *Weatherford v. Bursey*, 429 U.S. 545, 559 (1977)).   Concord Management should therefore be prohibited from sharing any sensitive materials with charged officers or employees at this time, since none of them has appeared before this Court and all remain outside this Court's jurisdiction.

### B.  Co-defendant Prigozhin's Purported Control Over Defendant Concord Management Should Not Overcome Sensitive National Security Interests

Prigozhin's involvement in these proceedings through Concord Management appears to be an effort to use his co-defendant as a stalking horse, or proxy, by which Prigozhin intends to serve his own personal interests, including evading prosecution, while still being afforded access to sensitive discovery—information that could thwart the ongoing efforts of the United States to prevent his continuing criminal activity in Russia and elsewhere outside the United States.   A defendant's "absence entitles him to no advantage," as the Supreme Court noted in *Degen v. United States*.  517 U.S. 820, 827 (1996).   In *Degen*, the Court confronted the issue of a criminally charged defendant living in Switzerland who refused to appear in the criminal proceeding but contested the companion civil forfeiture proceeding arising out of the same facts.   While the Court decided entry of summary judgment against the absent defendant "too blunt an instrument" to "deter flight from criminal prosecution" and "redress the indignity visited upon the District Court by Degen's absence from the criminal proceeding," *id.* at 828, it rejected the suggestion that a District Court could do nothing to redress the indignity.   The *Degen* Court singled out protective orders as a way to address the issue of an absent defendant, noting "the District Court has its usual authority to manage discovery in a civil suit, including the power to enter protective orders limiting discovery as the interests of justice require."   *Id.* at 826.   The same principles apply here; to address

Prigozhin's refusal to appear personally, this Court may prohibit disclosures to Prigozhin until he makes such an appearance.  On the facts of this case, such a restriction would be appropriate.

Separately, Prigozhin's efforts to see the discovery without subjecting himself to the jurisdiction of the Court undermines the Court's ability to regulate discovery as contemplated under Rule 16.  As the Supreme Court explained in *Alderman v. United States*, "the trial court can and should . . . place a defendant and his counsel under *enforceable* orders against unwarranted disclosure of the materials which they may be entitled to inspect."  394 U.S. 165, 185 (1969) (emphasis added); *see also United States v. Cordova*, 806 F.3d 1085, 1090 (D.C. Cir. 2015) (quoting *Alderman*).  With Prigozhin refusing to appear, the Court cannot practically enforce the provisions of the protective order against him.  The defense has offered no explanation as to how the Court can be assured Prigozhin will comport with the rules governing this discovery, and it seems from Concord Management's objection to the jurisdictional language proposed by the government that Prigozhin will not consent to this Court's authority to regulate his review of discovery.

To the extent Concord Management has taken the position that disclosure to, and consultation with, Prigozhin is essential to its ability to prepare and present a full defense, such a position raises a potential conflict of interest.[4]  Counsel's representation of Defendant Concord Management, at the direction and control of Defendant Prigozhin, raises conflict concerns under

---

[4] As an initial matter, under the D.C. Rules of Professional Conduct, a lawyer owes the client a duty of loyalty. *See* D.C. Ethics Opinion 272, May 1997 ("Undivided loyalty to a client is, of course, a fundamental tenet of the attorney-client relationship."). "A lawyer employed or retained by an organization represents the organization acting through its duly authorized constituents." D.C. Rules of Prof. Conduct 1.13(a). The duty of loyalty extends to the organizational client, as distinct from its owners and managers, and the lawyer must act in the best interests of the organization as an entity. *See* D.C. Ethics Opinion 216, Jan. 1991.

the ethical rules of the District of Columbia.[5]   There are reasons to be concerned with defense counsel's ability to provide wholehearted and zealous representation, since an individual defendant, Prigozhin, is, in turn, the sole shareholder and the (now) chief director of the two organizational defendants, Concord Management and Concord Catering.[6]

**C.  All Sensitive Discovery Should Remain in the United States, and Prigozhin's Refusal to Appear in the United States Does Not Compel Disclosure Outside the United States**

Practically, any sharing of sensitive discovery with Prigozhin before he appears before this Court will amount to transporting or discussing the discovery outside the United States.[7]   The government has outlined in its prior motion and *ex parte* submission the ongoing law enforcement and national security interests implicated by the discovery in this case.  (ECF Nos. 24 & 25.)  While the government wishes to make this discovery available to U.S. defense counsel, the risk of exposing this material to the Russian government warrants limiting the distribution and discussion of the sensitive materials to within the United States and within the U.S. offices of the defendant's

---

[5] During the May 9, 2018 arraignment of Defendant Concord Management, the government informed the Court that filings with the U.S. Department of Treasury, Office of Foreign Assets Control, indicated that defense counsel represents Concord Management *and* Concord Catering in the current matter. Though defense counsel has not filed a notice of appearance on behalf of Concord Catering, the simultaneous representation of two organizational defendants, at the direction of a third, individual defendant, raises serious conflicts questions.

[6] The D.C. Rules of Professional Conduct, in the commentary (at ¶ 23) of Rule 1.7, warn: "[I]f the organization client is a corporation that is wholly owned by a single individual, in most cases for purposes of applying this rule, that client should be deemed to be the alter ego of its sole stockholder. Therefore, the corporation's lawyer should refrain from engaging in representation adverse to the sole stockholder . . . ."  Defense counsel, therefore, may be ethically prohibited from raising the strongest defenses in favor of their client, Concord Management, if those positions are adverse to Prigozhin, whom they do not even represent. Even assuming their interests are aligned today, they might not always be so.

[7] The parties agree to keep discovery inside the United States in the first instance.  (ECF No. 37, ¶14).  However, defense counsel's position makes inevitable that they will seek permission to take sensitive discovery or disclose its substance outside the United States.

counsel of record.  As discussed previously, this approach is consistent with the approach taken by

other district courts where there is a heightened and transnational risk.  *See, e.g.*, *United States v.*

*Lorenzana-Cordon*, no. 1:03-cr-331 (CKK) (D.D.C. Mar. 19, 2015) (ECF No. 57) (ordering "[t]he

Protected Discovery may not be removed from the United States" and "must remain in the custody

of the Defense Counsel at all times"); *see also United States v. Celis*, 608 F.3d 818, 830 (D.C. Cir.

2010) (affirming use of protective order prohibiting pretrial disclosure of witnesses' true identities

in Colombia, despite the fact that "prosecution rested on witnesses and events located in a foreign

country in which another language was spoken").[8]

Prigozhin's desire to stay outside the United States, thereby avoiding prosecution and

legitimate participation in the proceedings, is not an interest that overcomes any of the heightened

government and public interests implicated by the sensitive discovery in this case.  This Court has

rightly concluded "it is clear that the discovery in this case contains sensitive, though not classified,

information that is relevant to ongoing national security investigations."  Transcript of Status

Hearing at 18:2–5, June 15, 2018.  Therefore, even if the Court concludes that some sensitive

discovery should be produced to Prigozhin, the Court should condition that discovery on his

coming to the United States to review such discovery.

---

[8] In *United States v. Celis*, 608 F.3d 818, 830 (D.C. Cir. 2010), a number of government witnesses
from Colombia testified under pseudonyms.  *Id.* at 830.  Prior to trial, the district court entered a
protective order prohibiting the disclosure of witnesses' true identities to "anyone located in
Colombia without the district court's prior permission."  *Id.* at 829.  No pretrial disclosure of
witnesses' true identities was permitted outside the United States, over the objection of the defense.
*Id.*; *see also id.* at 833 (noting investigation was "not [permitted] pretrial as defense counsel would
have preferred").  The district court did not modify its order until well into trial (specifically,
nineteen days after trial had commenced), at which point it permitted defense counsel only to
investigate two witnesses in Colombia using their true identities.  *Id.* at 830.  On appeal, the D.C.
Circuit upheld the district court's protective order prohibiting the disclosure of witnesses' true
identities, concluding that the "protective order and its management by the district court reflect an
appropriate balancing of interests in the relevant case-specific context."  *Id.* at 833.

**D. Concord Management's Corporate Structure Is Flexible Enough to Accommodate Discovery in this Case**

At the June 15, 2018 status conference, this Court inquired into Concord Management's corporate structure, specifically asking "[h]ow many other officers [besides Prigozhin] does Concord have?"  Transcript of Status Hearing at 19:8, June 15, 2018.  Defense counsel submits that Concord Management currently claims only two officers, which presumably the defendant will use as an argument in favor of allowing Prigozhin access to sensitive discovery.

However, as recently as March 2018, Concord Management seems to have changed its corporate officers.  According to corporate records filed with the Federation Tax Service of the Russian Federation, on March 1, 2018, Concord Management amended its corporate records and listed Prigozhin as the General Director (equivalent to the Chief Executive Officer) of Concord Management.  (Ex. A, ¶5).  Prior to March 1, 2018, Prigozhin was listed as the controlling shareholder of Concord Management (indeed, the only shareholder) but not a corporate officer. (Ex. A, ¶3).  After this March 1, 2018 filing, Prigozhin, on behalf of Concord Management, signed an engagement letter (dated March 23, 2018).

The ability to alter and amend its management structure suggests that Concord Management can also find a way to handle discovery and the pending proceedings by means that U.S. corporate entities commonly use to handle criminal investigations (such as special litigation committees and the hiring of independent directors).

**E. Requiring Defense Counsel to Be Present During the Review of Sensitive Discovery Is a Reasonable and Common Practice**

Limiting disclosure of sensitive discovery to the supervision of counsel is a common practice to safeguard against disclosure or malfeasance of such discovery.  *See, e.g.*, *United States v. Olivares*, 843 F.3d 752, 757 (8th Cir. 2016) (affirming use of protective order that permitted

defendant "to review the discovery only in the presence of counsel or his agent"); *United States v. Moore*, 322 F. App'x 78, 83 (2d Cir. 2009) (affirming use of protective order prohibiting defendant from "preventing defendant's unsupervised possession of § 3500 material, which included statements by cooperating witnesses"); *United States v. Deleon*, No. CR 15-4268 JB, 2016 WL 7242579, at *7 (D.N.M. Oct. 28, 2016) ("All discovery material may be disclosed to and viewed by a defendant in the presence of and under the direct supervision of his counsel of record or staff, or another individual described in paragraph 1 of this Order."); *United States v. Russell*, No. 15-CR-30005-DRH, 2015 WL 6460134, at *2 (S.D. Ill. Oct. 27, 2015) (rejecting defendant's motion to modify protective order limiting review to counsel's office).  Given the heightened concerns about disclosures outlined above, the same restrictions are reasonable in this case.

## CONCLUSION

The Federal Rules of Criminal Procedure, and the Court's inherent power, are flexible and sensible enough to prevent a criminally charged defendant who refuses to come to the United States from manipulating the criminal justice system to his own ends.  For the reasons stated above, the government requests the Court grant its motion and institute the proposed protective order.

Respectfully submitted,

JESSIE K. LIU
U.S. Attorney for the District of Columbia

ROBERT S. MUELLER III
Special Counsel

By:      /s/ L. Rush Atkinson
Deborah Curtis
Jonathan Kravis
Kathryn Rakoczy
Assistant U.S. Attorneys
555 Fourth Street N.W.
Washington, D.C. 20530

Jeannie S. Rhee
L. Rush Atkinson
Ryan K. Dickey
U.S. Department of Justice
Special Counsel's Office
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Telephone: (202) 616-0800

Dated: June 26, 2018

# EXHIBIT A

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**CONCORD MANAGEMENT AND CONSULTING LLC,**<br><br>**Defendant** | **Crim. No. 18-cr-32-2 (DLF)** |

### DECLARATION OF FBI SPECIAL AGENT ALEKSANDR KOBZANETS

I, Aleksandr Kobzanets, hereby state as follows:

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since June 2005.  I am presently on detail to the Special Counsel's Office from a Cyber National Security Squad in the FBI's San Francisco Field Office.  As a Special Agent, I have received specialized training and instruction in the field of computer-related crimes.  I have conducted national security investigations of foreign intelligence services and cybersecurity matters. I speak, write, and read the Russian language.

2.      As part of the government's ongoing investigation, I have reviewed publicly available documents related to Concord Management and Consulting LLC ("Concord Management") on the website of the Federal Tax Service of Russia.  This website, available at www.nalog.ru, is a government website of the Russian Federation, and contains tax information for Russian corporations.

3.      On or about January 18, 2018, I accessed the Federal Tax Service website and looked up corporate records for Concord Management, which resulted in responsive records. According to these records reviewed on or about January 18, 2018, Concord Management was assigned the Taxpayer Identification Number 7825100880.  Yevgeniy Viktorovich Prigozhin was

listed as the sole owner of Concord Management. The general director (the Russian equivalent to the chief executive officer) was listed as Dmitriy Valeryevich Utkin. According to the records, Utkin had served as the general director of Concord Management since November 14, 2017. I saved a copy of these records, which are attached to this Declaration as Attachment 1.

4.      Subsequent to identifying Utkin's name on Concord Management's tax documents, I searched for Utkin's name in open sources. The search revealed articles from Russian news outlets, which noted that as of November 2017, Utkin was listed as the general director of Concord Management. One of these articles, for example, was in *The Moscow Times* and is still publicly available. A printout of attached article is attached to this Declaration as Attachment 2.

5.      On or about May 9, 2018, I again accessed the Federal Tax Service website and looked up corporate records for Concord Management and found responsive records. According to these records reviewed on or about May 9, 2018, Concord Management still was assigned the Taxpayer Identification Number 7825100880, and Prigozhin still was listed as the sole owner of Concord Management. However, the listed general director was now listed as Prigozhin, not Utkin. According to the records, Prigozhin had served as the general director of Concord Management since March 1, 2018. I saved a copy of these records, which are attached to this Declaration as Attachment 3.

Respectfully Submitted

06/25/2018
Date

Aleksandr Kobzanets
Special Agent
Federal Bureau of Investigation

# EXHIBIT A-1

## (Original Russian Document & Partial English Translation Enclosed)

**(Original Russian Document)**

# ЕДИНЫЙ ГОСУДАРСТВЕННЫЙ РЕЕСТР ЮРИДИЧЕСКИХ ЛИЦ

Сведения о юридическом лице

## ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ "КОНКОРД МЕНЕДЖМЕНТ И КОНСАЛТИНГ"

ОГРН 1037843002515
ИНН/КПП 7825100880/784101001
по состоянию на 17.01.2018

| № п/п | Наименование показателя | Значение показателя |
|---|---|---|
| 1 | 2 | 3 |
| **Наименование** | | |
| 1 | Полное наименование | ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ "КОНКОРД МЕНЕДЖМЕНТ И КОНСАЛТИНГ" |
| 2 | Сокращенное наименование | ООО "КОНКОРД МЕНЕДЖМЕНТ И КОНСАЛТИНГ" |
| 3 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1037843002515 08.01.2003 |
| **Адрес (место нахождения)** | | |
| 4 | Почтовый индекс | 191011 |
| 5 | Субъект Российской Федерации | ГОРОД САНКТ-ПЕТЕРБУРГ |
| 6 | Улица (проспект, переулок и т.д.) | НАБЕРЕЖНАЯ РЕКИ ФОНТАНКИ |
| 7 | Дом (владение и т.п.) | ДОМ 13 |
| 8 | Корпус (строение и т.п.) | ЛИТЕР А |
| 9 | Офис (квартира и т.п.) | ПОМЕЩЕНИЕ 2-Н №4 |
| 10 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 8167847535881 27.06.2016 |
| **Сведения о регистрации** | | |
| 11 | Способ образования | Создание юридического лица до 01.07.2002 |
| 12 | ОГРН | 1037843002515 |
| 13 | Дата присвоения ОГРН | 08.01.2003 |
| 14 | Регистрационный номер, присвоенный до 1 июля 2002 года | 48492 |
| 15 | Дата регистрации до 1 июля 2002 года | 26.05.1997 |
| 16 | Наименование органа, зарегистрировавшего юридическое лицо до 1 июля 2002 года | Регистрационная палата Администрации Санкт-Петербурга |
| 17 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1037843002515 08.01.2003 |
| **Сведения о регистрирующем органе по месту нахождения юридического лица** | | |
| 18 | Наименование регистрирующего органа | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| 19 | Адрес регистрирующего органа | ,191124, Санкт-Петербург г,,,, Красного Текстильщика ул, д 10-12 лит.О,, |
| 20 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 01.04.2005 |

| | Сведения об учете в налоговом органе | |
|---|---|---|
| 21 | ИНН | 7825100880 |
| 22 | КПП | 784101001 |
| 23 | Дата постановки на учет | 28.11.2005 |
| 24 | Наименование налогового органа | Межрайонная инспекция Федеральной налоговой службы №10 по Санкт-Петербургу |
| 25 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 2057813030361 28.11.2005 |
| | **Сведения о регистрации в качестве страхователя в территориальном органе Пенсионного фонда Российской Федерации** | |
| 26 | Регистрационный номер | 088027037673 |
| 27 | Дата регистрации | 05.06.1997 |
| 28 | Наименование территориального органа Пенсионного фонда | Государственное Учреждение Управление Пенсионного фонда РФ по Центральному району Санкт-Петербурга |
| 29 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 6067847397337 26.05.2006 |
| | **Сведения о регистрации в качестве страхователя в исполнительном органе Фонда социального страхования Российской Федерации** | |
| 30 | Регистрационный номер | 782700154978041 |
| 31 | Дата регистрации | 22.03.2001 |
| 32 | Наименование исполнительного органа Фонда социального страхования | Филиал №4 Санкт-Петербургского регионального отделения Фонда социального страхования Российской Федерации |
| 33 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 8167847046029 25.06.2016 |
| | **Сведения об уставном капитале (складочном капитале, уставном фонде, паевых взносах)** | |
| 34 | Вид | УСТАВНЫЙ КАПИТАЛ |
| 35 | Размер (в рублях) | 500000 |
| 36 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 7117847655985 17.08.2011 |
| | **Сведения о лице, имеющем право без доверенности действовать от имени юридического лица** | |
| 37 | ГРН и дата внесения в ЕГРЮЛ сведений о данном лице | 9177847665811 14.11.2017 |
| | | |
| 38 | Фамилия | УТКИН |
| 39 | Имя | ДМИТРИЙ |
| 40 | Отчество | ВАЛЕРЬЕВИЧ |
| 41 | ИНН | ████████ |
| 42 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 9177847665811 14.11.2017 |
| 43 | Должность | ГЕНЕРАЛЬНЫЙ ДИРЕКТОР |
| 44 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 9177847665811 14.11.2017 |
| | **Сведения об учредителях (участниках) юридического лица** | |
| 45 | ГРН и дата внесения в ЕГРЮЛ сведений о данном лице | 2177847844645 28.02.2017 |

SCOCM-00010072

| 46 | Фамилия | ПРИГОЖИН |
|----|---------|----------|
| 47 | Имя | ЕВГЕНИЙ |
| 48 | Отчество | ВИКТОРОВИЧ |
| 49 | ИНН | ███████████ |
| 50 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 2177847844645 28.02.2017 |

| 51 | Номинальная стоимость доли (в рублях) | 500000 |
|----|---------|----------|
| 52 | Размер доли (в процентах) | 100 |
| 53 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 2177847844645 28.02.2017 |

**Сведения о видах экономической деятельности по Общероссийскому классификатору видов экономической деятельности**
*(ОКВЭД ОК 029-2014 КДЕС. Ред. 2)*

*Сведения об основном виде деятельности*

| 54 | Код и наименование вида деятельности | 56.10 Деятельность ресторанов и услуги по доставке продуктов питания |
|----|---------|----------|
| 55 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 7147847226333 17.06.2014 |

*Сведения о дополнительных видах деятельности*

|  | 1 | |
|----|---------|----------|
| 56 | Код и наименование вида деятельности | 56.10.1 Деятельность ресторанов и кафе с полным ресторанным обслуживанием, кафетериев, ресторанов быстрого питания и самообслуживания |
| 57 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 7147847226333 17.06.2014 |
|  | 2 | |
| 58 | Код и наименование вида деятельности | 56.10.3 Деятельность ресторанов и баров по обеспечению питанием в железнодорожных вагонахресторанах и на судах |
| 59 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 7147847226333 17.06.2014 |
|  | 3 | |
| 60 | Код и наименование вида деятельности | 56.29 Деятельность предприятий общественного питания по прочим видам организации питания |
| 61 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 7127847387287 14.06.2012 |
|  | 4 | |
| 62 | Код и наименование вида деятельности | 68.20.2 Аренда и управление собственным или арендованным нежилым недвижимым имуществом |
| 63 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 6177847818780 27.04.2017 |
|  | 5 | |
| 64 | Код и наименование вида деятельности | 77.11 Аренда и лизинг легковых автомобилей и легких автотранспортных средств |

| 65 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 6177847818780 27.04.2017 |
|---|---|---|
| | 6 | |
| 66 | Код и наименование вида деятельности | 77.34 Аренда и лизинг водных транспортных средств и оборудования |
| 67 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 6177847818780 27.04.2017 |
| | 7 | |
| 68 | Код и наименование вида деятельности | 77.39.25 Аренда и лизинг контрольно-измерительной аппаратуры |
| 69 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 6177847818780 27.04.2017 |
| **Сведения о лицензиях** | | |
| | 1 | |
| 70 | Номер лицензии | ВП-19-003667 |
| 71 | Дата лицензии | 20.11.2012 |
| 72 | Дата начала действия лицензии | 20.11.2012 |
| 73 | Вид лицензируемой деятельности, на который выдана лицензия | Эксплуатация взрывопожароопасных и химически опасных производственных объектов I, II и III классов опасности |
| 74 | Место действия лицензии | 199034, САНКТ-ПЕТЕРБУРГ, УНИВЕРСИТЕТСКАЯ НАБ, Д.1/3, ЛИТ.А, ПОМ.1-Н |
| 75 | Место действия лицензии | 197198, САНКТ-ПЕТЕРБУРГ, БОЛЬШОЙ ПРОСПЕКС П.С., Д. 7/4, ЛИТ. Б, ПОМ. 1-Н |
| 76 | Наименование лицензирующего органа, выдавшего или переоформившего лицензию | Северо-Западное управление Федеральной службы по экологическому, технологическому и атомному надзору |
| 77 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 6137847627714 21.05.2013 |
| | 2 | |
| 78 | Номер лицензии | МР-2 001466 |
| 79 | Дата лицензии | 15.09.2014 |
| 80 | Дата начала действия лицензии | 15.09.2014 |
| 81 | Вид лицензируемой деятельности, на который выдана лицензия | Деятельность по перевозкам внутренним водным транспортом, морским транспортом пассажиров |
| 82 | Место действия лицензии | Суда,указанные в приложении к настоящей лицензии в районах плавания,установленных судовыми документами |
| 83 | Наименование лицензирующего органа, выдавшего или переоформившего лицензию | СЕВЕРО-ЗАПАДНОЕ УПРАВЛЕНИЕ ГОСУДАРСТВЕННОГО МОРСКОГО И РЕЧНОГО НАДЗОРА ФЕДЕРАЛЬНОЙ СЛУЖБЫ ПО НАДЗОРУ В СФЕРЕ ТРАНСПОРТА |
| 84 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 8167847967752 19.07.2016 |
| | 3 | |
| 85 | Номер лицензии | 0007147 |

SCOCM-00010074

| 86 | Дата лицензии | 30.12.2015 |
|---|---|---|
| 87 | Дата начала действия лицензии | 30.12.2015 |
| 88 | Вид лицензируемой деятельности, на который выдана лицензия | Розничная продажа алкогольной продукции, лицензируемая субъектами Российской Федерации или органами местного самоуправления в соответствии с предоставленными законом полномочиями |
| 89 | Наименование лицензирующего органа, выдавшего или переоформившего лицензию | Комитет по развитию предпринимательства и потребительского рынка Санкт-Петербурга |
| 90 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 9167847057215 28.07.2016 |
| **4** | | |
| 91 | Номер лицензии | ВХ-19 005166 Переоформ |
| 92 | Дата лицензии | 28.09.2016 |
| 93 | Дата начала действия лицензии | 28.09.2016 |
| 94 | Вид лицензируемой деятельности, на который выдана лицензия | Эксплуатация взрывопожароопасных и химически опасных производственных объектов I, II и III классов опасности |
| 95 | Место действия лицензии | 2) Санкт-Петербург, ул. Новая (Лахта), д. 51, корп. 82 |
| 96 | Место действия лицензии | 1) Санкт-Петербург, Университетская наб., д. 1/3, лит.А, пом. 1-Н |
| 97 | Наименование лицензирующего органа, выдавшего или переоформившего лицензию | Северо-Западное управление Федеральной службы по экологическому, технологическому и атомному надзору |
| 98 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 2167848181070 28.09.2016 |
| **5** | | |
| 99 | Номер лицензии | 77РПО0012450 |
| 100 | Дата лицензии | 22.08.2017 |
| 101 | Дата начала действия лицензии | 22.08.2017 |
| 102 | Дата окончания действия лицензии | 22.08.2018 |
| 103 | Вид лицензируемой деятельности, на который выдана лицензия | Розничная продажа алкогольной продукции, лицензируемая субъектами Российской Федерации или органами местного самоуправления в соответствии с предоставленными законом полномочиями |
| 104 | Место действия лицензии | г.Москва,регистровый № 241822, теплоход "Ривер Лаундж" ,нижняя палуба.Бар |
| 105 | Наименование лицензирующего органа, выдавшего или переоформившего лицензию | Департамент торговли и услуг города Москвы |
| 106 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 8177847395003 21.08.2017 |
| **Сведения о правопредшественнике** | | |
| **1** | | |
| 107 | ОГРН | 1037804069621 |
| 108 | ИНН | 7802220684 |

SCOCM-00010075

| 109 | Полное наименование | ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ "ИНВЕСТОТЕЛЬ" |
|---|---|---|
| 110 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 2067847484076 09.03.2006 |
| **2** | | |
| 111 | ОГРН | 1037835071361 |
| 112 | ИНН | 7816228468 |
| 113 | Полное наименование | ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ "ВИЗИТ" |
| 114 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 2067847485605 09.03.2006 |
| **3** | | |
| 115 | ОГРН | 1037804065936 |
| 116 | ИНН | 7802219086 |
| 117 | Полное наименование | ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ "ИНВЕСТКОМ" |
| 118 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 2067847486485 10.03.2006 |
| **4** | | |
| 119 | ОГРН | 1027809174843 |
| 120 | ИНН | 7825482478 |
| 121 | Полное наименование | ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ "КОНКОРД-ИНВЕСТ" |
| 122 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 2067847491787 10.03.2006 |
| **5** | | |
| 123 | ОГРН | 1027801532164 |
| 124 | ИНН | 7804159065 |
| 125 | Полное наименование | ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ "ПРЕСС-КАФЕ" |
| 126 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 2067847486441 10.03.2006 |
| **Сведения о записях, внесенных в Единый государственный реестр юридических лиц** | | |
| **1** | | |
| 127 | ГРН и дата внесения записи в ЕГРЮЛ | 1037843002515 08.01.2003 |
| 128 | Причина внесения записи в ЕГРЮЛ | Внесение в Единый государственный реестр юридических лиц сведений о юридическом лице, зарегистрированном до 1 июля 2002 года |
| 129 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Инспекция Министерства Российской Федерации по налогам и сборам по Центральному району Санкт-Петербурга |
| | | |
| | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | |
| 130 | Серия, номер и дата выдачи свидетельства | 78 004022439 08.01.2003 |

| | Сведения о статусе записи | |
|---|---|---|
| 131 | Статус записи | В запись внесены исправления в связи с технической ошибкой, допущенной регистрирующим органом |
| 132 | ГРН и дата записи, которой внесены исправления в связи с технической ошибкой | 2057812816961 09.11.2005 |
| | | |
| 133 | Статус записи | В запись внесены исправления в связи с технической ошибкой, допущенной регистрирующим органом |
| 134 | ГРН и дата записи, которой внесены исправления в связи с технической ошибкой | 2057813014818 28.11.2005 |
| **2** | | |
| 135 | ГРН и дата внесения записи в ЕГРЮЛ | 2037869011211 29.10.2003 |
| 136 | Причина внесения записи в ЕГРЮЛ | Государственная регистрация изменений, внесенных в учредительные документы юридического лица, связанных с внесением изменений в сведения о юридическом лице, содержащиеся в Едином государственном реестре юридических лиц, на основании заявления |
| 137 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Министерства Российской Федерации по налогам и сборам №11 по Санкт-Петербургу |
| | | |
| | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | |
| 138 | Серия, номер и дата выдачи свидетельства | 78 004629940 29.10.2003 |
| **3** | | |
| 139 | ГРН и дата внесения записи в ЕГРЮЛ | 12.07.2004 |
| 140 | Причина внесения записи в ЕГРЮЛ | Представление сведений об учете юридического лица в налоговом органе |
| 141 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Министерства Российской Федерации по налогам и сборам №11 по Санкт-Петербургу |
| **4** | | |
| 142 | ГРН и дата внесения записи в ЕГРЮЛ | 2047844022411 12.07.2004 |
| 143 | Причина внесения записи в ЕГРЮЛ | Реорганизация юридического лица в форме выделения из него другого юридического лица |
| 144 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Министерства Российской Федерации по налогам и сборам №11 по Санкт-Петербургу |

|     | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| --- | --- | --- |
| 145 | Наименование документа | Р12001 Заявление о создании ЮЛ при выделении |
| 146 | Наименование документа | Устав ЮЛ |
| 147 | Наименование документа | Решение о реорганизации ЮЛ |
| 148 | Наименование документа | Разделительный баланс |
| 149 | Наименование документа | Документ об оплате государственной пошлины |
|     | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | |
| 150 | Серия, номер и дата выдачи свидетельства | 78 005159025 12.07.2004 |
| **5** | | |
| 151 | ГРН и дата внесения записи в ЕГРЮЛ | 2047841029454 29.09.2004 |
| 152 | Причина внесения записи в ЕГРЮЛ | Изменение сведений о юридическом лице, содержащихся в Едином государственном реестре юридических лиц |
| 153 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Министерства Российской Федерации по налогам и сборам №10 по Санкт-Петербургу |
|     | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 154 | Наименование документа | Р14001 ЗАЯВЛЕНИЕ ОБ ИЗМЕНЕНИИ СВЕДЕНИЙ, НЕ СВЯЗАННЫХ С УЧРЕДИТЕЛЬНЫМИ ДОКУМЕНТАМИ |
| 155 | Номер документа | 1 |
| 156 | Дата документа | 23.09.2004 |
|     | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | |
| 157 | Серия, номер и дата выдачи свидетельства | 78 005440241 29.09.2004 |
| **6** | | |
| 158 | ГРН и дата внесения записи в ЕГРЮЛ | 2057810787571 10.06.2005 |
| 159 | Причина внесения записи в ЕГРЮЛ | Представление сведений об учете юридического лица в налоговом органе |
| 160 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |

SCOCM-00010078

| | Сведения о статусе записи | |
|---|---|---|
| 161 | Статус записи | В запись внесены исправления в связи с технической ошибкой, допущенной регистрирующим органом |
| 162 | ГРН и дата записи, которой внесены исправления в связи с технической ошибкой | 2057812816565 09.11.2005 |
| **7** | | |
| 163 | ГРН и дата внесения записи в ЕГРЮЛ | 2057810787582 10.06.2005 |
| 164 | Причина внесения записи в ЕГРЮЛ | Представление сведений об учете юридического лица в налоговом органе |
| 165 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| | Сведения о статусе записи | |
| 166 | Статус записи | В запись внесены исправления в связи с технической ошибкой, допущенной регистрирующим органом |
| 167 | ГРН и дата записи, которой внесены исправления в связи с технической ошибкой | 2057812816587 09.11.2005 |
| **8** | | |
| 168 | ГРН и дата внесения записи в ЕГРЮЛ | 2057812816565 09.11.2005 |
| 169 | Причина внесения записи в ЕГРЮЛ | Внесение изменений в сведения о юридическом лице, содержащиеся в Едином государственном реестре юридических лиц, в связи ошибками, допущенными регистрирующим органом |
| 170 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| 171 | ГРН и дата записи, в которую внесены исправления | 2057810787571 10.06.2005 |
| **9** | | |
| 172 | ГРН и дата внесения записи в ЕГРЮЛ | 2057812816587 09.11.2005 |
| 173 | Причина внесения записи в ЕГРЮЛ | Внесение изменений в сведения о юридическом лице, содержащиеся в Едином государственном реестре юридических лиц, в связи ошибками, допущенными регистрирующим органом |
| 174 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| 175 | ГРН и дата записи, в которую внесены исправления | 2057810787582 10.06.2005 |
| **10** | | |
| 176 | ГРН и дата внесения записи в ЕГРЮЛ | 2057812816961 09.11.2005 |

SCOCM-00010079

| 177 | Причина внесения записи в ЕГРЮЛ | Внесение изменений в сведения о юридическом лице, содержащиеся в Едином государственном реестре юридических лиц, в связи с ошибками, допущенными заявителем в ранее представленном заявлении |
|---|---|---|
| 178 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| | | |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 179 | Наименование документа | Р14001 ЗАЯВЛЕНИЕ ОБ ИСПРАВЛЕНИИ ОШИБОК, ДОПУЩ.ЗАЯВИТ.В ДР.ДОКУМ.О РЕГИСТРАЦИИ |
| 180 | Дата документа | 07.11.2005 |
| | | |
| 181 | Наименование документа | ДОВЕРЕННОСТЬ |
| 182 | Номер документа | 7 |
| 183 | Дата документа | 01.11.2005 |
| | | |
| | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | |
| 184 | Серия, номер и дата выдачи свидетельства | 78 005630434 09.11.2005 |
| 185 | ГРН и дата записи, в которую внесены исправления | 1037843002515 08.01.2003 |
| **11** | | |
| 186 | ГРН и дата внесения записи в ЕГРЮЛ | 2057813014818 28.11.2005 |
| 187 | Причина внесения записи в ЕГРЮЛ | Внесение изменений в сведения о юридическом лице, содержащиеся в Едином государственном реестре юридических лиц, в связи с ошибками, допущенными заявителем в ранее представленном заявлении |
| 188 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| | | |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 189 | Наименование документа | Р14001 ЗАЯВЛЕНИЕ ОБ ИСПРАВЛЕНИИ ОШИБОК, ДОПУЩ.ЗАЯВИТ.В ДР.ДОКУМ.О РЕГИСТРАЦИИ |
| 190 | Дата документа | 24.11.2005 |
| | | |
| | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | |
| 191 | Серия, номер и дата выдачи свидетельства | 78 005642243 28.11.2005 |

SCOCM-00010080

| 192 | ГРН и дата записи, в которую внесены исправления | 1037843002515 08.01.2003 |
|---|---|---|
| **12** | | |
| 193 | ГРН и дата внесения записи в ЕГРЮЛ | 2057813014862 28.11.2005 |
| 194 | Причина внесения записи в ЕГРЮЛ | Представление сведений об учете юридического лица в налоговом органе |
| 195 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| **13** | | |
| 196 | ГРН и дата внесения записи в ЕГРЮЛ | 2057813030350 28.11.2005 |
| 197 | Причина внесения записи в ЕГРЮЛ | Представление сведений об учете юридического лица в налоговом органе |
| 198 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| **14** | | |
| 199 | ГРН и дата внесения записи в ЕГРЮЛ | 2057813030361 28.11.2005 |
| 200 | Причина внесения записи в ЕГРЮЛ | Представление сведений об учете юридического лица в налоговом органе |
| 201 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| **15** | | |
| 202 | ГРН и дата внесения записи в ЕГРЮЛ | 2057813025312 29.11.2005 |
| 203 | Причина внесения записи в ЕГРЮЛ | Изменение сведений о юридическом лице, содержащихся в Едином государственном реестре юридических лиц |
| 204 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| | | |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 205 | Наименование документа | Р14001 ЗАЯВЛЕНИЕ О ИЗМ.СВЕДЕНИЙ, НЕ СВЯЗАННЫХ С УЧРЕД.ДОКУМ. |
| 206 | Дата документа | 24.11.2005 |
| | | |
| 207 | Наименование документа | ДОВЕРЕННОСТЬ |
| 208 | Дата документа | 22.11.2005 |
| | | |
| | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | |
| 209 | Серия, номер и дата выдачи свидетельства | 78 005642249 29.11.2005 |

| 16 | | |
|---|---|---|
| 210 | ГРН и дата внесения записи в ЕГРЮЛ | 2057813177739<br>15.12.2005 |
| 211 | Причина внесения записи в ЕГРЮЛ | Изменение сведений о юридическом лице, содержащихся в Едином государственном реестре юридических лиц |
| 212 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
|  |  |  |
|  | Сведения о документах, представленных при внесении записи в ЕГРЮЛ |  |
| 213 | Наименование документа | Р14001 ЗАЯВЛЕНИЕ О ИЗМ.СВЕДЕНИЙ, НЕ СВЯЗАННЫХ С УЧРЕД.ДОКУМ. |
| 214 | Дата документа | 13.12.2005 |
|  |  |  |
| 215 | Наименование документа | ДОВЕРЕННОСТЬ |
| 216 | Дата документа | 12.12.2005 |
|  |  |  |
| 217 | Наименование документа | РЕШЕНИЕ |
| 218 | Номер документа | 12 |
| 219 | Дата документа | 12.12.2005 |
|  |  |  |
|  | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ |  |
| 220 | Серия, номер и дата выдачи свидетельства | 78 005652111<br>15.12.2005 |
| 17 | | |
| 221 | ГРН и дата внесения записи в ЕГРЮЛ | 2067847484076<br>09.03.2006 |
| 222 | Причина внесения записи в ЕГРЮЛ | Реорганизация юридического лица в форме присоединения к нему другого юридического лица |
| 223 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
|  |  |  |
|  | Сведения о документах, представленных при внесении записи в ЕГРЮЛ |  |
| 224 | Наименование документа | Р16003 ЗАЯВЛЕНИЕ О ПРЕКРАЩЕНИИ ДЕЯТЕЛЬНОСТИ ПРИ ПРИСОЕДИНЕНИИ |
| 225 | Дата документа | 06.03.2006 |
|  |  |  |
| 226 | Наименование документа | РЕШЕНИЕ О РЕОРГАНИЗАЦИИ ЮРИДИЧЕСКОГО ЛИЦА |
| 227 | Дата документа | 24.01.2005 |
|  |  |  |
| 228 | Наименование документа | ДОГОВОР О ПРИСОЕДИНЕНИИ |

SCOCM-00010082

| 229 | Дата документа | 12.12.2005 |
|---|---|---|
| | | |
| 230 | Наименование документа | ПЕРЕДАТОЧНЫЙ АКТ |
| 231 | Дата документа | 24.01.2005 |
| | | |
| 232 | Наименование документа | ПУБЛИКАЦИЯ  (КОПИЯ) |
| 233 | Дата документа | 21.12.2005 |
| | | |
| | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | |
| 234 | Серия, номер и дата выдачи свидетельства | 78 005859127 09.03.2006 |
| **18** | | |
| 235 | ГРН и дата внесения записи в ЕГРЮЛ | 2067847485605 09.03.2006 |
| 236 | Причина внесения записи в ЕГРЮЛ | Реорганизация юридического лица в форме присоединения к нему другого юридического лица |
| 237 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| | | |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 238 | Наименование документа | Р16003 ЗАЯВЛЕНИЕ О ПРЕКРАЩЕНИИ ДЕЯТЕЛЬНОСТИ ПРИ ПРИСОЕДИНЕНИИ |
| | | |
| 239 | Наименование документа | РЕШЕНИЕ О РЕОРГАНИЗАЦИИ ЮРИДИЧЕСКОГО ЛИЦА |
| 240 | Дата документа | 12.12.2005 |
| | | |
| 241 | Наименование документа | ДОГОВОР О ПРИСОЕДИНЕНИИ |
| 242 | Дата документа | 12.12.2005 |
| | | |
| 243 | Наименование документа | ПЕРЕДАТОЧНЫЙ АКТ |
| 244 | Дата документа | 12.12.2005 |
| | | |
| 245 | Наименование документа | ПУБЛИКАЦИЯ (КОПИЯ) |
| 246 | Дата документа | 12.12.2005 |
| | | |
| | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | |
| 247 | Серия, номер и дата выдачи свидетельства | 78 005859552 09.03.2006 |
| **19** | | |
| 248 | ГРН и дата внесения записи в ЕГРЮЛ | 2067847486441 10.03.2006 |

| 249 | Причина внесения записи в ЕГРЮЛ | Реорганизация юридического лица в форме присоединения к нему другого юридического лица |
|---|---|---|
| 250 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| | | |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 251 | Наименование документа | Р16003 ЗАЯВЛЕНИЕ О ПРЕКРАЩЕНИИ ДЕЯТЕЛЬНОСТИ ПРИ ПРИСОЕДИНЕНИИ |
| 252 | Дата документа | 06.03.2006 |
| | | |
| 253 | Наименование документа | РЕШЕНИЕ О РЕОРГАНИЗАЦИИ ЮРИДИЧЕСКОГО ЛИЦА |
| 254 | Номер документа | 6 |
| 255 | Дата документа | 24.01.2006 |
| | | |
| 256 | Наименование документа | ДОГОВОР О ПРИСОЕДИНЕНИИ |
| 257 | Дата документа | 12.12.2005 |
| | | |
| 258 | Наименование документа | ПЕРЕДАТОЧНЫЙ АКТ |
| 259 | Дата документа | 24.01.2006 |
| | | |
| 260 | Наименование документа | ПУБЛИКАЦИЯ (КОПИЯ), РЕШЕНИЕ №5 |
| 261 | Дата документа | 21.12.2005 |
| | | |
| | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | |
| 262 | Серия, номер и дата выдачи свидетельства | 78 005859675 10.03.2006 |
| **20** | | |
| 263 | ГРН и дата внесения записи в ЕГРЮЛ | 2067847486485 10.03.2006 |
| 264 | Причина внесения записи в ЕГРЮЛ | Реорганизация юридического лица в форме присоединения к нему другого юридического лица |
| 265 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| | | |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 266 | Наименование документа | Р16003 ЗАЯВЛЕНИЕ О ПРЕКРАЩЕНИИ ДЕЯТЕЛЬНОСТИ ПРИ ПРИСОЕДИНЕНИИ |
| 267 | Дата документа | 06.03.2006 |

SCOCM-00010084

| 268 | Наименование документа | РЕШЕНИЕ О РЕОРГАНИЗАЦИИ ЮРИДИЧЕСКОГО ЛИЦА |
|---|---|---|
| 269 | Номер документа | 5 |
| 270 | Дата документа | 24.01.2006 |
| | | |
| 271 | Наименование документа | ДОГОВОР О ПРИСОЕДИНЕНИИ |
| 272 | Дата документа | 12.12.2005 |
| | | |
| 273 | Наименование документа | ПЕРЕДАТОЧНЫЙ АКТ |
| 274 | Дата документа | 24.01.2006 |
| | | |
| 275 | Наименование документа | ПУБЛИКАЦИЯ (КОПИЯ) |
| 276 | Дата документа | 21.12.2005 |
| | | |
| | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | |
| 277 | Серия, номер и дата выдачи свидетельства | 78 005859677 10.03.2006 |

| 21 | | |
|---|---|---|
| 278 | ГРН и дата внесения записи в ЕГРЮЛ | 2067847491787 10.03.2006 |
| 279 | Причина внесения записи в ЕГРЮЛ | Реорганизация юридического лица в форме присоединения к нему другого юридического лица |
| 280 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| | | |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 281 | Наименование документа | Р16003 ЗАЯВЛЕНИЕ О ПРЕКРАЩЕНИИ ДЕЯТЕЛЬНОСТИ ПРИ ПРИСОЕДИНЕНИИ |
| 282 | Дата документа | 06.03.2006 |
| | | |
| 283 | Наименование документа | РЕШЕНИЕ О РЕОРГАНИЗАЦИИ ЮРИДИЧЕСКОГО ЛИЦА |
| 284 | Дата документа | 12.12.2005 |
| | | |
| 285 | Наименование документа | ДОГОВОР О ПРИСОЕДИНЕНИИ |
| 286 | Дата документа | 12.12.2005 |
| | | |
| 287 | Наименование документа | ПЕРЕДАТОЧНЫЙ АКТ |
| 288 | Дата документа | 12.12.2005 |
| | | |
| 289 | Наименование документа | ПУБЛИКАЦИЯ (КОПИЯ) |

|  | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ |  |
|---|---|---|
| 290 | Серия, номер и дата выдачи свидетельства | 78 005859857<br>10.03.2006 |

| 22 | | |
|---|---|---|
| 291 | ГРН и дата внесения записи в ЕГРЮЛ | 2067847734601<br>30.03.2006 |
| 292 | Причина внесения записи в ЕГРЮЛ | Государственная регистрация изменений, внесенных в учредительные документы юридического лица, связанных с внесением изменений в сведения о юридическом лице, содержащиеся в Едином государственном реестре юридических лиц, на основании заявления |
| 293 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
|  | Сведения о документах, представленных при внесении записи в ЕГРЮЛ |  |
| 294 | Наименование документа | Р13001 ЗАЯВЛЕНИЕ ОБ ИЗМ.СВЕДЕНИЙ, ВНОСИМЫХ В УЧРЕД.ДОКУМ. |
| 295 | Дата документа | 28.03.2006 |
| 296 | Наименование документа | УСТАВ ЮРИДИЧЕСКОГО ЛИЦА |
| 297 | Наименование документа | РЕШЕНИЕ О ВНЕСЕНИИ ИЗМЕНЕНИЙ В УЧРЕДИТЕЛЬНЫЕ ДОКУМЕНТЫ |
| 298 | Наименование документа | ВСП 1991/0233 |
| 299 | Номер документа | 1949155 |
| 300 | Дата документа | 27.03.2006 |
| 301 | Наименование документа | ПЕРЕДАТОЧНЫЙ АКТ, РЕШЕНИЕ № 12, ДОГОВОР О ПРИСОЕДИНЕНИИ |
|  | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ |  |
| 302 | Серия, номер и дата выдачи свидетельства | 78 005849193<br>30.03.2006 |

| 23 | | |
|---|---|---|
| 303 | ГРН и дата внесения записи в ЕГРЮЛ | 2067847734667<br>30.03.2006 |
| 304 | Причина внесения записи в ЕГРЮЛ | Изменение сведений о юридическом лице, содержащихся в Едином государственном реестре юридических лиц |

SCOCM-00010086

| 305 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
|---|---|---|
| | | |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 306 | Наименование документа | Р14001 ЗАЯВЛЕНИЕ О ИЗМ.СВЕДЕНИЙ, НЕ СВЯЗАННЫХ С УЧРЕД.ДОКУМ. |
| 307 | Дата документа | 28.03.2006 |
| | | |
| | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | |
| 308 | Серия, номер и дата выдачи свидетельства | 78 005849194 30.03.2006 |
| colspan | **24** | |
| 309 | ГРН и дата внесения записи в ЕГРЮЛ | 6067847397337 26.05.2006 |
| 310 | Причина внесения записи в ЕГРЮЛ | Представление сведений о регистрации юридического лица в качестве страхователя в территориальном органе Пенсионного фонда Российской Федерации |
| 311 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| colspan | **25** | |
| 312 | ГРН и дата внесения записи в ЕГРЮЛ | 2079847013475 10.01.2007 |
| 313 | Причина внесения записи в ЕГРЮЛ | Изменение сведений о юридическом лице, содержащихся в Едином государственном реестре юридических лиц |
| 314 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| | | |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 315 | Наименование документа | Р14001 ЗАЯВЛЕНИЕ О ИЗМ.СВЕДЕНИЙ, НЕ СВЯЗАННЫХ С УЧРЕД.ДОКУМ. |
| 316 | Дата документа | 26.12.2006 |
| | | |
| 317 | Наименование документа | РЕШЕНИЕ ОБЩЕГО СОБРАНИЯ |
| 318 | Номер документа | 15 |
| 319 | Дата документа | 13.12.2006 |
| | | |
| | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | |
| 320 | Серия, номер и дата выдачи свидетельства | 78 006064754 10.01.2007 |

SCOCM-00010087

| 26 | | |
|---|---|---|
| 321 | ГРН и дата внесения записи в ЕГРЮЛ | 6077847570707<br>07.05.2007 |
| 322 | Причина внесения записи в ЕГРЮЛ | Представление лицензирующим органом сведений о переоформлении документов, подтверждающих наличие лицензии (сведений о продлении срока действия лицензии) |
| 323 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| 27 | | |
| 324 | ГРН и дата внесения записи в ЕГРЮЛ | 8089847566251<br>31.07.2008 |
| 325 | Причина внесения записи в ЕГРЮЛ | Представление лицензирующим органом сведений о предоставлении лицензии |
| 326 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| 28 | | |
| 327 | ГРН и дата внесения записи в ЕГРЮЛ | 9089847022135<br>18.08.2008 |
| 328 | Причина внесения записи в ЕГРЮЛ | Представление лицензирующим органом сведений о предоставлении лицензии |
| 329 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| 29 | | |
| 330 | ГРН и дата внесения записи в ЕГРЮЛ | 9089847105438<br>26.08.2008 |
| 331 | Причина внесения записи в ЕГРЮЛ | Представление лицензирующим органом сведений о предоставлении лицензии |
| 332 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| 30 | | |
| 333 | ГРН и дата внесения записи в ЕГРЮЛ | 9089847197596<br>01.09.2008 |
| 334 | Причина внесения записи в ЕГРЮЛ | Представление лицензирующим органом сведений о предоставлении лицензии |
| 335 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| 31 | | |
| 336 | ГРН и дата внесения записи в ЕГРЮЛ | 9089847254257<br>05.09.2008 |
| 337 | Причина внесения записи в ЕГРЮЛ | Представление лицензирующим органом сведений о предоставлении лицензии |
| 338 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |

SCOCM-00010088

| 32 | | |
|---|---|---|
| 339 | ГРН и дата внесения записи в ЕГРЮЛ | 2089848341120<br>05.11.2008 |
| 340 | Причина внесения записи в ЕГРЮЛ | Государственная регистрация изменений, внесенных в учредительные документы юридического лица, связанных с внесением изменений в сведения о юридическом лице, содержащиеся в Едином государственном реестре юридических лиц, на основании заявления |
| 341 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| | | |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 342 | Наименование документа | Р13001 ЗАЯВЛЕНИЕ ОБ ИЗМ.СВЕДЕНИЙ, ВНОСИМЫХ В УЧРЕД.ДОКУМ. |
| 343 | Дата документа | 31.10.2008 |
| | | |
| 344 | Наименование документа | ДОКУМЕНТ ОБ УПЛАТЕ ГОСУДАРСТВЕННОЙ ПОШЛИНЫ |
| 345 | Номер документа | 031402 |
| 346 | Дата документа | 23.10.2008 |
| | | |
| 347 | Наименование документа | УСТАВ ЮРИДИЧЕСКОГО ЛИЦА |
| | | |
| 348 | Наименование документа | РЕШЕНИЕ О ВНЕСЕНИИ ИЗМЕНЕНИЙ В УЧРЕДИТЕЛЬНЫЕ ДОКУМЕНТЫ |
| | | |
| | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | |
| 349 | Серия, номер и дата выдачи свидетельства | 78 006975284<br>05.11.2008 |
| 33 | | |
| 350 | ГРН и дата внесения записи в ЕГРЮЛ | 2089848341251<br>05.11.2008 |
| 351 | Причина внесения записи в ЕГРЮЛ | Изменение сведений о юридическом лице, содержащихся в Едином государственном реестре юридических лиц |
| 352 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| | | |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 353 | Наименование документа | Р14001 ЗАЯВЛЕНИЕ О ИЗМ.СВЕДЕНИЙ, НЕ СВЯЗАННЫХ С УЧРЕД.ДОКУМ. |
| 354 | Дата документа | 31.10.2008 |

SCOCM-00010089

| 355 | Наименование документа | ДОВЕРЕННОСТЬ |
|---|---|---|
| | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | |
| 356 | Серия, номер и дата выдачи свидетельства | 78 006975285 05.11.2008 |

| 34 | | |
|---|---|---|
| 357 | ГРН и дата внесения записи в ЕГРЮЛ | 8097847071810 14.07.2009 |
| 358 | Причина внесения записи в ЕГРЮЛ | Представление лицензирующим органом сведений о переоформлении документов, подтверждающих наличие лицензии (сведений о продлении срока действия лицензии) |
| 359 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |

| 35 | | |
|---|---|---|
| 360 | ГРН и дата внесения записи в ЕГРЮЛ | 9097847079300 01.10.2009 |
| 361 | Причина внесения записи в ЕГРЮЛ | Государственная регистрация изменений, внесенных в устав общества с ограниченной ответственностью в целях приведения его в соответствие с положениями Федерального закона от 30.12.2008 № 312-ФЗ |
| 362 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 363 | Наименование документа | Р13001 ЗАЯВЛЕНИЕ ОБ ИЗМЕНЕНИЯХ, ВНОСИМЫХ В УЧРЕД.ДОКУМЕНТЫ |
| 364 | Наименование документа | РЕШЕНИЕ О ВНЕСЕНИИ ИЗМЕНЕНИЙ В УЧРЕДИТЕЛЬНЫЕ ДОКУМЕНТЫ |
| 365 | Наименование документа | УСТАВ ЮЛ |
| 366 | Наименование документа | ДОКУМЕНТ ОБ ОПЛАТЕ ГОСУДАРСТВЕННОЙ ПОШЛИНЫ |
| 367 | Номер документа | 009981 |
| 368 | Дата документа | 22.09.2009 |
| 369 | Наименование документа | ДОВЕРЕННОСТЬ |
| 370 | Наименование документа | ЗАЯВЛЕНИЕ НА ПРЕДОСТАВЛЕНИЕ ВЫПИСКИ ИЗ ЕГРЮЛ СВЕДЕНИЯМИ О ЮЛ |

| 371 | Наименование документа | ПЛАТЕЖНЫЙ ДОКУМЕНТ ЗА ПРЕДОСТАВЛЕНИЕ СОДЕРЖАЩИХСЯ В ГОСУДАРСТВЕННОМ РЕЕСТРЕ СВЕДЕНИЙ |
|---|---|---|
| 372 | Номер документа | 009980 |
| 373 | Дата документа | 22.09.2009 |
| | | |
| | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | |
| 374 | Серия, номер и дата выдачи свидетельства | 78 007527453 01.10.2009 |
| **36** | | |
| 375 | ГРН и дата внесения записи в ЕГРЮЛ | 2117847367911 10.02.2011 |
| 376 | Причина внесения записи в ЕГРЮЛ | Представление лицензирующим органом сведений о предоставлении лицензии |
| 377 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| | | |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 378 | Наименование документа | СОПРОВОДИТЕЛЬНОЕ ПИСЬМО |
| 379 | Номер документа | 00802 |
| 380 | Дата документа | 07.02.2011 |
| **37** | | |
| 381 | ГРН и дата внесения записи в ЕГРЮЛ | 6117847615077 23.05.2011 |
| 382 | Причина внесения записи в ЕГРЮЛ | Представление лицензирующим органом сведений о переоформлении документов, подтверждающих наличие лицензии (сведений о продлении срока действия лицензии) |
| 383 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| | | |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 384 | Наименование документа | СОПРОВОДИТЕЛЬНОЕ ПИСЬМО |
| 385 | Номер документа | 20685 |
| 386 | Дата документа | 19.05.2011 |
| | | |
| 387 | Наименование документа | КОНВЕРТ |
| 388 | Номер документа | 20685 |
| 389 | Дата документа | 19.05.2011 |
| | | |
| 390 | Наименование документа | ПИСЬМО |

| 391 | Номер документа | 20685 |
|---|---|---|
| 392 | Дата документа | 19.05.2011 |
| | | |
| 393 | Наименование документа | ПИСЬМО |
| 394 | Номер документа | 20685 |
| 395 | Дата документа | 19.05.2011 |
| | | |
| 396 | Наименование документа | РЕШЕНИЕ ЛО О ПЕРЕОФОРМЛЕНИИ ЛИЦЕНЗИИ |
| 397 | Номер документа | 20685 |
| 398 | Дата документа | 19.05.2011 |
| colspan | **38** | |
| 399 | ГРН и дата внесения записи в ЕГРЮЛ | 7117847655985 17.08.2011 |
| 400 | Причина внесения записи в ЕГРЮЛ | Государственная регистрация изменений, внесенных в учредительные документы юридического лица, связанных с внесением изменений в сведения о юридическом лице, содержащиеся в Едином государственном реестре юридических лиц, на основании заявления |
| 401 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| | | |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 402 | Наименование документа | Р13001 ЗАЯВЛЕНИЕ ОБ ИЗМЕНЕНИЯХ, ВНОСИМЫХ В УЧРЕД.ДОКУМЕНТЫ |
| | | |
| 403 | Наименование документа | ДОКУМЕНТ ОБ ОПЛАТЕ ГОСУДАРСТВЕННОЙ ПОШЛИНЫ |
| 404 | Номер документа | 2253 |
| 405 | Дата документа | 29.07.2011 |
| | | |
| 406 | Наименование документа | РЕШЕНИЕ №32 |
| | | |
| 407 | Наименование документа | УСТАВ ЮЛ |
| | | |
| 408 | Наименование документа | БУХГАЛТЕРСКАЯ ОТЧЕТНОСТЬ ЗА 2010 Г. |
| | | |
| 409 | Наименование документа | ДОВЕРЕННОСТЬ |
| | | |
| 410 | Наименование документа | ОПИСЬ |

| | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | |
|---|---|---|
| 411 | Серия, номер и дата выдачи свидетельства | 78 008321715 17.08.2011 |
| **39** | | |
| 412 | ГРН и дата внесения записи в ЕГРЮЛ | 7117847656007 17.08.2011 |
| 413 | Причина внесения записи в ЕГРЮЛ | Изменение сведений о юридическом лице, содержащихся в Едином государственном реестре юридических лиц |
| 414 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 415 | Наименование документа | Р14001 ЗАЯВЛЕНИЕ ОБ ИЗМ.СВЕДЕНИЙ, НЕ СВЯЗАННЫХ С ИЗМ. УЧРЕД.ДОКУМЕНТОВ (П.2.1) |
| 416 | Наименование документа | ОПИСЬ |
| | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | |
| 417 | Серия, номер и дата выдачи свидетельства | 78 008321716 17.08.2011 |
| **40** | | |
| 418 | ГРН и дата внесения записи в ЕГРЮЛ | 8117847229129 04.10.2011 |
| 419 | Причина внесения записи в ЕГРЮЛ | Представление лицензирующим органом сведений о переоформлении документов, подтверждающих наличие лицензии (сведений о продлении срока действия лицензии) |
| 420 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 421 | Наименование документа | СОПРОВОДИТЕЛЬНОЕ ПИСЬМО |
| 422 | Номер документа | 06674 |
| 423 | Дата документа | 03.10.2011 |
| **41** | | |
| 424 | ГРН и дата внесения записи в ЕГРЮЛ | 9117847567521 27.12.2011 |

SCOCM-00010093

| 425 | Причина внесения записи в ЕГРЮЛ | Представление лицензирующим органом сведений о переоформлении документов, подтверждающих наличие лицензии (сведений о продлении срока действия лицензии) |
|---|---|---|
| 426 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
|  | Сведения о документах, представленных при внесении записи в ЕГРЮЛ |  |
| 427 | Наименование документа | СОПРОВОДИТЕЛЬНОЕ ПИСЬМО |
| 428 | Номер документа | 08727 |
| 429 | Дата документа | 26.12.2011 |

<table>
<tr><td colspan="3" align="center">42</td></tr>
<tr><td>430</td><td>ГРН и дата внесения записи в ЕГРЮЛ</td><td>7127847387287<br>14.06.2012</td></tr>
<tr><td>431</td><td>Причина внесения записи в ЕГРЮЛ</td><td>Изменение сведений о юридическом лице, содержащихся в Едином государственном реестре юридических лиц</td></tr>
<tr><td>432</td><td>Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ</td><td>Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу</td></tr>
<tr><td></td><td>Сведения о документах, представленных при внесении записи в ЕГРЮЛ</td><td></td></tr>
<tr><td>433</td><td>Наименование документа</td><td>Р14001 ЗАЯВЛЕНИЕ ОБ ИЗМ.СВЕДЕНИЙ, НЕ СВЯЗАННЫХ С ИЗМ. УЧРЕД.ДОКУМЕНТОВ (П.2.1)</td></tr>
<tr><td>434</td><td>Наименование документа</td><td>ДОВЕРЕННОСТЬ</td></tr>
<tr><td>435</td><td>Наименование документа</td><td>ОПИСЬ</td></tr>
<tr><td></td><td>Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ</td><td></td></tr>
<tr><td>436</td><td>Серия, номер и дата выдачи свидетельства</td><td>78 008620368<br>14.06.2012</td></tr>
</table>

<table>
<tr><td colspan="3" align="center">43</td></tr>
<tr><td>437</td><td>ГРН и дата внесения записи в ЕГРЮЛ</td><td>9127847918662<br>04.12.2012</td></tr>
<tr><td>438</td><td>Причина внесения записи в ЕГРЮЛ</td><td>Представление лицензирующим органом сведений о предоставлении лицензии</td></tr>
<tr><td>439</td><td>Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ</td><td>Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу</td></tr>
<tr><td></td><td>Сведения о документах, представленных при внесении записи в ЕГРЮЛ</td><td></td></tr>
<tr><td>440</td><td>Наименование документа</td><td>СОПРОВОДИТЕЛЬНОЕ ПИСЬМО</td></tr>
</table>

| 441 | Номер документа | 45686 |
| 442 | Дата документа | 03.12.2012 |

| | | |
| 443 | Наименование документа | КОНВЕРТ |
| 444 | Номер документа | 45686 |
| 445 | Дата документа | 03.12.2012 |

| | | |
| 446 | Наименование документа | РЕШЕНИЕ О ВЫДАЧЕ ЛИЦЕНЗИИ |
| 447 | Номер документа | 45686 |
| 448 | Дата документа | 03.12.2012 |

| 44 | | |
|----|----|----|
| 449 | ГРН и дата внесения записи в ЕГРЮЛ | 6137847627714<br>21.05.2013 |
| 450 | Причина внесения записи в ЕГРЮЛ | Представление лицензирующим органом сведений о переоформлении документов, подтверждающих наличие лицензии (сведений о продлении срока действия лицензии) |
| 451 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |

| | | |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 452 | Наименование документа | СОПРОВОДИТЕЛЬНОЕ ПИСЬМО |
| 453 | Номер документа | 18636 |
| 454 | Дата документа | 20.05.2013 |

| | | |
| 455 | Наименование документа | КОНВЕРТ |
| 456 | Номер документа | 18636 |
| 457 | Дата документа | 20.05.2013 |

| | | |
| 458 | Наименование документа | РЕШЕНИЕ ЛО О ПЕРЕОФОРМЛЕНИИ ЛИЦЕНЗИИ |
| 459 | Номер документа | 18636 |
| 460 | Дата документа | 20.05.2013 |

| 45 | | |
|----|----|----|
| 461 | ГРН и дата внесения записи в ЕГРЮЛ | 7147847066569<br>30.05.2014 |
| 462 | Причина внесения записи в ЕГРЮЛ | Представление лицензирующим органом сведений о переоформлении документов, подтверждающих наличие лицензии (сведений о продлении срока действия лицензии) |
| 463 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |

SCOCM-00010095

| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
|---|---|---|
| 464 | Наименование документа | СОПРОВОДИТЕЛЬНОЕ ПИСЬМО |
| 465 | Номер документа | 20717 |
| 466 | Дата документа | 19.05.2014 |
| | | |
| 467 | Наименование документа | ПЕРЕЧЕНЬ |
| 468 | Номер документа | 20717 |
| 469 | Дата документа | 19.05.2014 |
| | **46** | |
| 470 | ГРН и дата внесения записи в ЕГРЮЛ | 7147847226333 17.06.2014 |
| 471 | Причина внесения записи в ЕГРЮЛ | Изменение сведений о юридическом лице, содержащихся в Едином государственном реестре юридических лиц |
| 472 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| | | |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 473 | Наименование документа | Р14001 ЗАЯВЛЕНИЕ ОБ ИЗМ.СВЕДЕНИЙ, НЕ СВЯЗАННЫХ С ИЗМ. УЧРЕД.ДОКУМЕНТОВ (П.2.1) |
| | | |
| 474 | Наименование документа | ОПИСЬ |
| | | |
| 475 | Наименование документа | Доверенность |
| | **47** | |
| 476 | ГРН и дата внесения записи в ЕГРЮЛ | 2167847136730 16.01.2016 |
| 477 | Причина внесения записи в ЕГРЮЛ | Представление лицензирующим органом сведений о предоставлении лицензии |
| 478 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| | **48** | |
| 479 | ГРН и дата внесения записи в ЕГРЮЛ | 2167847384549 12.02.2016 |
| 480 | Причина внесения записи в ЕГРЮЛ | Представление лицензирующим органом сведений о переоформлении документов, подтверждающих наличие лицензии (сведений о продлении срока действия лицензии) |
| 481 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| | **49** | |
| 482 | ГРН и дата внесения записи в ЕГРЮЛ | 2167847414370 16.02.2016 |

SCOCM-00010096

| 483 | Причина внесения записи в ЕГРЮЛ | Представление лицензирующим органом сведений о переоформлении документов, подтверждающих наличие лицензии (сведений о продлении срока действия лицензии) |
|---|---|---|
| 484 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |

| 50 | | |
|---|---|---|
| 485 | ГРН и дата внесения записи в ЕГРЮЛ | 2167847562947 01.03.2016 |
| 486 | Причина внесения записи в ЕГРЮЛ | Представление лицензирующим органом сведений о переоформлении документов, подтверждающих наличие лицензии (сведений о продлении срока действия лицензии) |
| 487 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |

| 51 | | |
|---|---|---|
| 488 | ГРН и дата внесения записи в ЕГРЮЛ | 2167847641773 09.03.2016 |
| 489 | Причина внесения записи в ЕГРЮЛ | Представление лицензирующим органом сведений о переоформлении документов, подтверждающих наличие лицензии (сведений о продлении срока действия лицензии) |
| 490 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |

| 52 | | |
|---|---|---|
| 491 | ГРН и дата внесения записи в ЕГРЮЛ | 6167847599892 11.05.2016 |
| 492 | Причина внесения записи в ЕГРЮЛ | Изменение сведений о юридическом лице, содержащихся в Едином государственном реестре юридических лиц |
| 493 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| | | |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 494 | Наименование документа | ЗАЯВЛЕНИЕ ПО ФОРМЕ Р14001 |
| | | |
| 495 | Наименование документа | ИНОЙ ДОКУМ. В СООТВ.С ЗАКОНОДАТЕЛЬСТВОМ РФ |

| 53 | | |
|---|---|---|
| 496 | ГРН и дата внесения записи в ЕГРЮЛ | 8167847046029 25.06.2016 |
| 497 | Причина внесения записи в ЕГРЮЛ | Представление сведений о регистрации юридического лица в качестве страхователя в исполнительном органе Фонда социального страхования Российской Федерации |

| 498 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
|---|---|---|
| **54** | | |
| 499 | ГРН и дата внесения записи в ЕГРЮЛ | 8167847535881 27.06.2016 |
| 500 | Причина внесения записи в ЕГРЮЛ | Изменение сведений о юридическом лице, содержащихся в Едином государственном реестре юридических лиц |
| 501 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| | | |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 502 | Наименование документа | ИНОЙ ДОКУМ. В СООТВ.С ЗАКОНОДАТЕЛЬСТВОМ РФ |
| | | |
| 503 | Наименование документа | ИНОЙ ДОКУМ. В СООТВ.С ЗАКОНОДАТЕЛЬСТВОМ РФ |
| | | |
| 504 | Наименование документа | ЗАЯВЛЕНИЕ ПО ФОРМЕ Р14001 |
| **55** | | |
| 505 | ГРН и дата внесения записи в ЕГРЮЛ | 8167847967752 19.07.2016 |
| 506 | Причина внесения записи в ЕГРЮЛ | Представление лицензирующим органом сведений о переоформлении документов, подтверждающих наличие лицензии (сведений о продлении срока действия лицензии) |
| 507 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| **56** | | |
| 508 | ГРН и дата внесения записи в ЕГРЮЛ | 9167847057215 28.07.2016 |
| 509 | Причина внесения записи в ЕГРЮЛ | Представление лицензирующим органом сведений о переоформлении документов, подтверждающих наличие лицензии (сведений о продлении срока действия лицензии) |
| 510 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| **57** | | |
| 511 | ГРН и дата внесения записи в ЕГРЮЛ | 2167848181070 28.09.2016 |
| 512 | Причина внесения записи в ЕГРЮЛ | Представление лицензирующим органом сведений о переоформлении документов, подтверждающих наличие лицензии (сведений о продлении срока действия лицензии) |

| 513 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
|---|---|---|
| **58** | | |
| 514 | ГРН и дата внесения записи в ЕГРЮЛ | 2177847844645 28.02.2017 |
| 515 | Причина внесения записи в ЕГРЮЛ | Изменение сведений о юридическом лице, содержащихся в Едином государственном реестре юридических лиц |
| 516 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 517 | Наименование документа | ЗАЯВЛЕНИЕ ПО ФОРМЕ Р14001 |
| 518 | Наименование документа | ИНОЙ ДОКУМ. В СООТВ.С ЗАКОНОДАТЕЛЬСТВОМ РФ |
| **59** | | |
| 519 | ГРН и дата внесения записи в ЕГРЮЛ | 6177847818780 27.04.2017 |
| 520 | Причина внесения записи в ЕГРЮЛ | Изменение сведений о юридическом лице, содержащихся в Едином государственном реестре юридических лиц |
| 521 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 522 | Наименование документа | ЗАЯВЛЕНИЕ ПО ФОРМЕ Р14001 |
| 523 | Наименование документа | ЗАЯВЛЕНИЕ ПО ФОРМЕ Р14001 |
| **60** | | |
| 524 | ГРН и дата внесения записи в ЕГРЮЛ | 8177847395003 21.08.2017 |
| 525 | Причина внесения записи в ЕГРЮЛ | Представление лицензирующим органом сведений о предоставлении лицензии |
| 526 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| **61** | | |
| 527 | ГРН и дата внесения записи в ЕГРЮЛ | 9177847665811 14.11.2017 |
| 528 | Причина внесения записи в ЕГРЮЛ | Изменение сведений о юридическом лице, содержащихся в Едином государственном реестре юридических лиц |
| 529 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |

|     | Сведения о документах, представленных при внесении записи в ЕГРЮЛ |     |
|-----|---------------------------------------------------------------------|-----|
| 530 | Наименование документа                                              | ЗАЯВЛЕНИЕ ПО ФОРМЕ Р14001 |
|     |                                                                     |     |
| 531 | Наименование документа                                              | ИНОЙ ДОКУМ. В СООТВ.С ЗАКОНОДАТЕЛЬСТВОМ РФ |

Сведения сформированы с сайта ФНС России с использованием сервиса «Сведения о государственной регистрации юридических лиц, индивидуальных предпринимателей, крестьянских (фермерских) хозяйств».

**(Partial English Translation)**

[PARTIAL TRANSLATION]

UNIFORM STATE REGISTER OF LEGAL ENTITIES

[USRLE]

Information about a legal entity

LIMITED LIABILITY COMPANY "CONCORD MANAGEMENT
AND CONSULTING"

Primary State Registration Number (PSRN) 1037843002515
TIN/RRC [Taxpayer reg. No./ Registration Reason Code] 7825100880/784101001 as of
01/17/2018

| № | Name of the indicator | Indicator value |
|---|---|---|
| 1 | 2 | 3 |
| **Name** | | |
| 1 | Full name | LIMITED LIABILITY COMPANY "CONCORD MANAGEMENT AND CONSULTING" |
| 2 | Abbreviated name | CONCORD MANAGEMENT AND CONSULTING, LLC |
| 3 | SRN and the date of entry into the USROLE that contains indicated information | 1037843002515 01/08/2003 |
| **Address (location)** | | |
| 4 | Zip code | 191011 |
| 5 | Subject of the Russian Federation | CITY OF SAINT PETERSBURG |
| 6 | Street (Avenue, Lane, etc.) | NABEREZHNAYA REKI FONTANKA |
| 7 | House (premises, etc.) | BUILDING 13 |
| 8 | Building (structure, etc.) | LETTER A |
| 9 | Office (Apartment, etc.) | ROOM 2-N #4 |
| 10 | SRN and the date of entry into the USROLE that contains indicated information | 8167847535881 06/27/2016 |
| **Information about the registration** | | |
| 11 | Manner of foundation | Establishment of a legal entity prior to |
| 12 | PSRN | 1037843002515 |
| 13 | PSRN assignment date | 01/08/2003 |
| 14 | Registration number assigned prior to July 1, 2002 | 48492 |

1

SCOCM-00010071_T

| 15 | Registration date prior to July 1, 2002 | 05/26/1997 |
|---|---|---|
| 16 | Name of the authority which registered the legal entity prior to July 1, 2002 | Registration Chamber of the Administration of Saint Petersburg |
| 17 | SRN and the date of entry into the USROLE that contains indicated information | 1037843002515 <br> 01/08/2003 |
| **Information About the Registration Authority at the Location of the Legal Entity** | | |
| 18 | Name of the registration authority | Inter-district Inspectorate of the Federal Tax Service #15 of Saint Petersburg |
| 19 | Address of the registration authority | 10-12 Letter O Krasnyy Tekstilshchik Street, Saint Petersburg, 191124 |
| 20 | SRN and the date of entry into the USROLE that contains indicated information | 04/01/2005 |
| **Information on Registration at the Tax Authority** | | |
| 21 | TIN | 7825100880 |
| 22 | RRC | 784101001 |
| 23 | Date of registration | 11/28/2005 |
| 24 | Name of the tax authority | Inter-district Inspectorate of the Federal Tax Service #10 for Saint Petersburg |
| 25 | SRN and the date of entry into the USROLE that contains indicated information | 2057813030361 <br> 11/28/2005 |
| **Information on Registration as an Insurer at the Regional Office of the Pension Fund of the Russian Federation** | | |
| 26 | Registration number | 088027037673 |
| 27 | Date of registration | 06/05/1997 |
| 28 | Name of  the Regional Office of the Pension Fund | Government agency the RF Pension fund Directorate of the Central District of Saint Petersburg |
| 29 | SRN and the date of entry into the USROLE that contains indicated information | 6067847397337 <br> 05/26/2006 |
| **Information about registration as an Insurer at the Executive Authority of the Social Insurance fund of the Russian Federation** | | |
| 30 | Registration number | 782700154978041 |
| 31 | Date of registration | 03/22/2001 |
| 32 | Name of the Executive Authority of the Social Insurance fund | Branch # 4 of Saint Petersburg Regional Office of the RF Social insurance fund |
| 33 | SRN and the date of entry into the USROLE that contains indicated information | 8167847046029 <br> 06/25/2016 |
| **Information on the Authorized Capital (capital stock, charter fund, share contributions)** | | |
| 34 | Type of Capital | AUTHORIZED CAPITAL |
| 35 | Amount (in rubles) | 500,000 |

SCOCM-00010072_T

| 36 | SRN and the date of entry into the USROLE that contains indicated information | 7117847655985 08/17/2011 |
|---|---|---|
| **Information about a Person Authorized to Act on Behalf of the Legal Entity without a Letter of Attorney** | | |
| 37 | SRN and the date of entry into the USROLE information about this person | 9177847665811 11/14/2017 |
| | | |
| 38 | Last name | UTKIN |
| 39 | First name | DMITRIY |
| 40 | Patronymic | VALERYEVICH |
| 41 | TIN | ███████ |
| 42 | SRN and the date of entry into the USROLE that contains indicated information | 9177847665811 11/14/2017 |
| 43 | Position | DIRECTOR GENERAL |
| 44 | SRN and the date of entry into the USROLE that contains indicated information | 9177847665811 11/14/2017 |
| **Information on the Founders (participants) of the Legal Entity** | | |
| 45 | SRN and the date of entry into the USROLE information about this person | 2177847844645 02/28/2017 |
| | | |
| 46 | Last name | PRIGOZHIN |
| 47 | First name | YEVGENIY |
| 48 | Patronymic | VIKTOROVICH |
| 49 | TIN | ███████ |
| 50 | SRN and the date of entry into the USROLE that contains indicated information | 2177847844645 02/28/2017 |
| 51 | Par value of a share (rubles) | 500,000 |
| 52 | Ownership Interest (percent) | 100 |
| 53 | SRN and the date of entry into the USROLE that contains indicated information | 2177847844645 02/28/2017 |

…….

3

SCOCM-00010073_T

# EXHIBIT A-2



Jun 25, 2018     16:37 GMT-4





Your guide to the World Cup host cities

**NEWS**

Nov. 15 2017 - 11:11

## Russian Mercenary Leader Now Behind Troll Farm Mastermind's Catering Business



*Dmitry Utkin / Screenshot 1st Channel*

The leader of an infamous Russian private military company is now reportedly the general director of a catering business owned by the mastermind behind the Kremlin's troll farm.

Dmitry Utkin, a military intelligence reserve commander, leads the Wagner mercenary group, which is believed to have played key roles in the Ukrainian and Syrian conflicts.

Businessman Dmitry Prigozhin is an investor in Wagner and the alleged head of the St. Petersburg-based firm known as the Kremlin's "troll factory." He also owns the firms Concord Management and Consulting and Concord Catering — both under U.S. sanctions.

Prigozhin has recently denied ties to the troll factory, the Internet Research Agency.

After the name "Dmitry Valeryevich Utkin" appeared in a corporate database as the general director of Concord Management and Consulting, a source close to Prigozhin told the RBC business outlet RBC on Wednesday that it is the head of the military contractor.

The U.S. Treasury added Concord Management and Consulting and Concord Catering to its list of sanctioned companies in June after identifying Prigozhin as the "owner or controller" of both entities. The U.S. placed Prigozhin on its sanctions list in 2016.

U.S authorities suspect the business of being behind hundreds of fake Facebook and Twitter accounts that reached tens of millions of Americans during the 2016 election campaign that saw Donald Trump win the presidency.

# EXHIBIT A-3

## (Original Russian Document & Partial English Translation Enclosed)

**(Original Russian Document)**

ЕДИНЫЙ ГОСУДАРСТВЕННЫЙ РЕЕСТР ЮРИДИЧЕСКИХ ЛИЦ

Сведения о юридическом лице

ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ "КОНКОРД МЕНЕДЖМЕНТ И КОНСАЛТИНГ"

ОГРН 1037843002515
ИНН/КПП 7825100880/784101001
по состоянию на 09.05.2018

| № п/п | Наименование показателя | Значение показателя |
|---|---|---|
| 1 | 2 | 3 |
| | **Наименование** | |
| 1 | Полное наименование | ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ "КОНКОРД МЕНЕДЖМЕНТ И КОНСАЛТИНГ" |
| 2 | Сокращенное наименование | ООО "КОНКОРД МЕНЕДЖМЕНТ И КОНСАЛТИНГ" |
| 3 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1037843002515 08.01.2003 |
| | **Адрес (место нахождения)** | |
| 4 | Почтовый индекс | 191011 |
| 5 | Субъект Российской Федерации | ГОРОД САНКТ-ПЕТЕРБУРГ |
| 6 | Улица (проспект, переулок и т.д.) | НАБЕРЕЖНАЯ РЕКИ ФОНТАНКИ |
| 7 | Дом (владение и т.п.) | ДОМ 13 |
| 8 | Корпус (строение и т.п.) | ЛИТЕР А |
| 9 | Офис (квартира и т.п.) | ПОМЕЩЕНИЕ 2-Н №4 |
| 10 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 8167847535881 27.06.2016 |
| | **Сведения о регистрации** | |
| 11 | Способ образования | Создание юридического лица до 01.07.2002 |
| 12 | ОГРН | 1037843002515 |
| 13 | Дата присвоения ОГРН | 08.01.2003 |
| 14 | Регистрационный номер, присвоенный до 1 июля 2002 года | 48492 |
| 15 | Дата регистрации до 1 июля 2002 года | 26.05.1997 |
| 16 | Наименование органа, зарегистрировавшего юридическое лицо до 1 июля 2002 года | Регистрационная палата Администрации Санкт-Петербурга |
| 17 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 1037843002515 08.01.2003 |
| | **Сведения о регистрирующем органе по месту нахождения юридического лица** | |
| 18 | Наименование регистрирующего органа | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| 19 | Адрес регистрирующего органа | ,191124, Санкт-Петербург г,,,, Красного Текстильщика ул, д 10-12 лит.О,, |
| 20 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 01.04.2005 |

| | Сведения об учете в налоговом органе | |
|---|---|---|
| 21 | ИНН | 7825100880 |
| 22 | КПП | 784101001 |
| 23 | Дата постановки на учет | 28.11.2005 |
| 24 | Наименование налогового органа | Межрайонная инспекция Федеральной налоговой службы №10 по Санкт-Петербургу |
| 25 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 2057813030361 28.11.2005 |
| | Сведения о регистрации в качестве страхователя в территориальном органе Пенсионного фонда Российской Федерации | |
| 26 | Регистрационный номер | 088027037673 |
| 27 | Дата регистрации | 05.06.1997 |
| 28 | Наименование территориального органа Пенсионного фонда | Государственное Учреждение Управление Пенсионного фонда РФ по Центральному району Санкт-Петербурга |
| 29 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 6067847397337 26.05.2006 |
| | Сведения о регистрации в качестве страхователя в исполнительном органе Фонда социального страхования Российской Федерации | |
| 30 | Регистрационный номер | 782700154978041 |
| 31 | Дата регистрации | 22.03.2001 |
| 32 | Наименование исполнительного органа Фонда социального страхования | Филиал №4 Санкт-Петербургского регионального отделения Фонда социального страхования Российской Федерации |
| 33 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 8167847046029 25.06.2016 |
| | Сведения об уставном капитале (складочном капитале, уставном фонде, паевых взносах) | |
| 34 | Вид | УСТАВНЫЙ КАПИТАЛ |
| 35 | Размер (в рублях) | 500000 |
| 36 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 7117847655985 17.08.2011 |
| | Сведения о лице, имеющем право без доверенности действовать от имени юридического лица | |
| 37 | ГРН и дата внесения в ЕГРЮЛ сведений о данном лице | 2187847868151 01.03.2018 |
| | | |
| 38 | Фамилия | ПРИГОЖИН |
| 39 | Имя | ЕВГЕНИЙ |
| 40 | Отчество | ВИКТОРОВИЧ |
| 41 | ИНН | ▮▮▮▮▮▮ |
| 42 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 2187847868151 01.03.2018 |
| 43 | Должность | ГЕНЕРАЛЬНЫЙ ДИРЕКТОР |
| 44 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 2187847868151 01.03.2018 |
| | Сведения об учредителях (участниках) юридического лица | |
| 45 | ГРН и дата внесения в ЕГРЮЛ сведений о данном лице | 2177847844645 28.02.2017 |

| 46 | Фамилия | ПРИГОЖИН |
|----|---------|----------|
| 47 | Имя | ЕВГЕНИЙ |
| 48 | Отчество | ВИКТОРОВИЧ |
| 49 | ИНН | ▮▮▮▮▮▮▮▮ |
| 50 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 2177847844645<br>28.02.2017 |
| | | |
| 51 | Номинальная стоимость доли (в рублях) | 500000 |
| 52 | Размер доли (в процентах) | 100 |
| 53 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 2177847844645 |

**Сведения о видах экономической деятельности по Общероссийскому классификатору видов экономической деятельности**
*(ОКВЭД ОК 029-2014 КДЕС. Ред. 2)*

**Сведения об основном виде деятельности**

| 54 | Код и наименование вида деятельности | 56.10 Деятельность ресторанов и услуги по доставке продуктов питания |
|----|--------------------------------------|----------------------------------------------------------------------|
| 55 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 7147847226333<br>17.06.2014 |

**Сведения о дополнительных видах деятельности**

| | | 1 | |
|----|--------------------------------------|---|
| 56 | Код и наименование вида деятельности | 56.10.1 Деятельность ресторанов и кафе с полным ресторанным обслуживанием, кафетериев, ресторанов быстрого питания и самообслуживания |
| 57 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 7147847226333<br>17.06.2014 |

| | | 2 | |
|----|--------------------------------------|---|
| 58 | Код и наименование вида деятельности | 56.10.3 Деятельность ресторанов и баров по обеспечению питанием в железнодорожных вагонахресторанах и на судах |
| 59 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 7147847226333<br>17.06.2014 |

| | | 3 | |
|----|--------------------------------------|---|
| 60 | Код и наименование вида деятельности | 56.29 Деятельность предприятий общественного питания по прочим видам организации питания |
| 61 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 7127847387287<br>14.06.2012 |

| | | 4 | |
|----|--------------------------------------|---|
| 62 | Код и наименование вида деятельности | 68.20.2 Аренда и управление собственным или арендованным нежилым недвижимым имуществом |
| 63 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 6177847818780<br>27.04.2017 |

| | | 5 | |
|----|--------------------------------------|---|
| 64 | Код и наименование вида деятельности | 77.11 Аренда и лизинг легковых автомобилей и легких автотранспортных средств |

| 65 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 6177847818780 27.04.2017 |
|---|---|---|
| 6 | | |
| 66 | Код и наименование вида деятельности | 77.34 Аренда и лизинг водных транспортных средств и оборудования |
| 67 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 6177847818780 27.04.2017 |
| 7 | | |
| 68 | Код и наименование вида деятельности | 77.39.25 Аренда и лизинг контрольно-измерительной аппаратуры |
| 69 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 6177847818780 27.04.2017 |
| **Сведения о лицензиях** | | |
| 1 | | |
| 70 | Номер лицензии | ВП-19-003667 |
| 71 | Дата лицензии | 20.11.2012 |
| 72 | Дата начала действия лицензии | 20.11.2012 |
| 73 | Вид лицензируемой деятельности, на который выдана лицензия | Эксплуатация взрывопожароопасных и химически опасных производственных объектов I, II и III классов опасности |
| 74 | Место действия лицензии | 199034, САНКТ-ПЕТЕРБУРГ, УНИВЕРСИТЕТСКАЯ НАБ, Д.1/3, ЛИТ.А, ПОМ.1-Н |
| 75 | Место действия лицензии | 197198, САНКТ-ПЕТЕРБУРГ, БОЛЬШОЙ ПРОСПЕКС П.С., Д. 7/4, ЛИТ. Б, ПОМ. 1-Н |
| 76 | Наименование лицензирующего органа, выдавшего или переоформившего лицензию | Северо-Западное управление Федеральной службы по экологическому, технологическому и атомному надзору |
| 77 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 6137847627714 21.05.2013 |
| 2 | | |
| 78 | Номер лицензии | МР-2 001466 |
| 79 | Дата лицензии | 15.09.2014 |
| 80 | Дата начала действия лицензии | 15.09.2014 |
| 81 | Вид лицензируемой деятельности, на который выдана лицензия | Деятельность по перевозкам внутренним водным транспортом, морским транспортом пассажиров |
| 82 | Место действия лицензии | Суда,указанные в приложении к настоящей лицензии в районах плавания,установленных судовыми документами |
| 83 | Наименование лицензирующего органа, выдавшего или переоформившего лицензию | СЕВЕРО-ЗАПАДНОЕ УПРАВЛЕНИЕ ГОСУДАРСТВЕННОГО МОРСКОГО И РЕЧНОГО НАДЗОРА ФЕДЕРАЛЬНОЙ СЛУЖБЫ ПО НАДЗОРУ В СФЕРЕ ТРАНСПОРТА |
| 84 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 8167847967752 19.07.2016 |
| 3 | | |
| 85 | Номер лицензии | 0007147 |

| 86 | Дата лицензии | 30.12.2015 |
|---|---|---|
| 87 | Дата начала действия лицензии | 30.12.2015 |
| 88 | Вид лицензируемой деятельности, на который выдана лицензия | Розничная продажа алкогольной продукции, лицензируемая субъектами Российской Федерации или органами местного самоуправления в соответствии с предоставленными законом полномочиями |
| 89 | Наименование лицензирующего органа, выдавшего или переоформившего лицензию | Комитет по развитию предпринимательства и потребительского рынка Санкт-Петербурга |
| 90 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 9167847057215 28.07.2016 |
| **4** | | |
| 91 | Номер лицензии | ВХ-19 005166 Переоформ |
| 92 | Дата лицензии | 28.09.2016 |
| 93 | Дата начала действия лицензии | 28.09.2016 |
| 94 | Вид лицензируемой деятельности, на который выдана лицензия | Эксплуатация взрывопожароопасных и химически опасных производственных объектов I, II и III классов опасности |
| 95 | Место действия лицензии | 2) Санкт-Петербург, ул. Новая (Лахта), д. 51, корп. 82 |
| 96 | Место действия лицензии | 1) Санкт-Петербург, Университетская наб., д. 1/3, лит.А, пом. 1-Н |
| 97 | Наименование лицензирующего органа, выдавшего или переоформившего лицензию | Северо-Западное управление Федеральной службы по экологическому, технологическому и атомному надзору |
| 98 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 2167848181070 28.09.2016 |
| **5** | | |
| 99 | Номер лицензии | 77РПО0012450 |
| 100 | Дата лицензии | 22.08.2017 |
| 101 | Дата начала действия лицензии | 22.08.2017 |
| 102 | Дата окончания действия лицензии | 22.08.2018 |
| 103 | Вид лицензируемой деятельности, на который выдана лицензия | Розничная продажа алкогольной продукции, лицензируемая субъектами Российской Федерации или органами местного самоуправления в соответствии с предоставленными законом полномочиями |
| 104 | Место действия лицензии | г.Москва,регистровый № 241822, теплоход "Ривер Лаундж" ,нижняя палуба.Бар |
| 105 | Наименование лицензирующего органа, выдавшего или переоформившего лицензию | Департамент торговли и услуг города Москвы |
| 106 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 8177847395003 21.08.2017 |
| **6** | | |
| 107 | Номер лицензии | 78АА 78РПО0001233 |
| 108 | Дата лицензии | 11.01.2018 |
| 109 | Дата начала действия лицензии | 11.01.2018 |
| 110 | Дата окончания действия лицензии | 11.01.2019 |

| 111 | Вид лицензируемой деятельности, на который выдана лицензия | Розничная продажа алкогольной продукции, лицензируемая субъектами Российской Федерации или органами местного самоуправления в соответствии с предоставленными законом полномочиями |
|---|---|---|
| 112 | Наименование лицензирующего органа, выдавшего или переоформившего лицензию | Комитет по развитию предпринимательства и потребительского рынка Санкт-Петербурга |
| 113 | ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения | 2187847218370 17.01.2018 |

<table>
<tr><td colspan="3" align="center"><b>Сведения о правопредшественнике</b></td></tr>
<tr><td colspan="3" align="center"><b>1</b></td></tr>
<tr><td>114</td><td>ОГРН</td><td>1037804069621</td></tr>
<tr><td>115</td><td>ИНН</td><td>7802220684</td></tr>
<tr><td>116</td><td>Полное наименование</td><td>ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ "ИНВЕСТОТЕЛЬ"</td></tr>
<tr><td>117</td><td>ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения</td><td>2067847484076 09.03.2006</td></tr>
<tr><td colspan="3" align="center"><b>2</b></td></tr>
<tr><td>118</td><td>ОГРН</td><td>1037835071361</td></tr>
<tr><td>119</td><td>ИНН</td><td>7816228468</td></tr>
<tr><td>120</td><td>Полное наименование</td><td>ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ "ВИЗИТ"</td></tr>
<tr><td>121</td><td>ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения</td><td>2067847485605 09.03.2006</td></tr>
<tr><td colspan="3" align="center"><b>3</b></td></tr>
<tr><td>122</td><td>ОГРН</td><td>1037804065936</td></tr>
<tr><td>123</td><td>ИНН</td><td>7802219086</td></tr>
<tr><td>124</td><td>Полное наименование</td><td>ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ "ИНВЕСТКОМ"</td></tr>
<tr><td>125</td><td>ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения</td><td>2067847486485 10.03.2006</td></tr>
<tr><td colspan="3" align="center"><b>4</b></td></tr>
<tr><td>126</td><td>ОГРН</td><td>1027809174843</td></tr>
<tr><td>127</td><td>ИНН</td><td>7825482478</td></tr>
<tr><td>128</td><td>Полное наименование</td><td>ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ "КОНКОРД-ИНВЕСТ"</td></tr>
<tr><td>129</td><td>ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения</td><td>2067847491787 10.03.2006</td></tr>
<tr><td colspan="3" align="center"><b>5</b></td></tr>
<tr><td>130</td><td>ОГРН</td><td>1027801532164</td></tr>
<tr><td>131</td><td>ИНН</td><td>7804159065</td></tr>
<tr><td>132</td><td>Полное наименование</td><td>ОБЩЕСТВО С ОГРАНИЧЕННОЙ ОТВЕТСТВЕННОСТЬЮ "ПРЕСС-КАФЕ"</td></tr>
<tr><td>133</td><td>ГРН и дата внесения в ЕГРЮЛ записи, содержащей указанные сведения</td><td>2067847486441 10.03.2006</td></tr>
</table>

| | **Сведения о записях, внесенных в Единый государственный реестр юридических лиц** | |
|---|---|---|
| | **1** | |
| 134 | ГРН и дата внесения записи в ЕГРЮЛ | 1037843002515<br>08.01.2003 |
| 135 | Причина внесения записи в ЕГРЮЛ | Внесение в Единый государственный реестр юридических лиц сведений о юридическом лице, зарегистрированном до 1 июля 2002 года |
| 136 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Инспекция Министерства Российской Федерации по налогам и сборам по Центральному району Санкт-Петербурга |
| | | |
| | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | |
| 137 | Серия, номер и дата выдачи свидетельства | 78 004022439<br>08.01.2003 |
| | | |
| | Сведения о статусе записи | |
| 138 | Статус записи | В запись внесены исправления в связи с технической ошибкой, допущенной регистрирующим органом |
| 139 | ГРН и дата записи, которой внесены исправления в связи с технической ошибкой | 2057812816961<br>09.11.2005 |
| | | |
| 140 | Статус записи | В запись внесены исправления в связи с технической ошибкой, допущенной регистрирующим органом |
| 141 | ГРН и дата записи, которой внесены исправления в связи с технической ошибкой | 2057813014818<br>28.11.2005 |
| | **2** | |
| 142 | ГРН и дата внесения записи в ЕГРЮЛ | 2037869011211<br>29.10.2003 |
| 143 | Причина внесения записи в ЕГРЮЛ | Государственная регистрация изменений, внесенных в учредительные документы юридического лица, связанных с внесением изменений в сведения о юридическом лице, содержащиеся в Едином государственном реестре юридических лиц, на основании заявления |
| 144 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Министерства Российской Федерации по налогам и сборам №11 по Санкт-Петербургу |
| | | |
| | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | |
| 145 | Серия, номер и дата выдачи свидетельства | 78 004629940<br>29.10.2003 |
| | **3** | |
| 146 | ГРН и дата внесения записи в ЕГРЮЛ | 12.07.2004 |

| 147 | Причина внесения записи в ЕГРЮЛ | Представление сведений об учете юридического лица в налоговом органе |
|---|---|---|
| 148 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Министерства Российской Федерации по налогам и сборам №11 по Санкт-Петербургу |
| | 4 | |
| 149 | ГРН и дата внесения записи в ЕГРЮЛ | 2047844022411 12.07.2004 |
| 150 | Причина внесения записи в ЕГРЮЛ | Реорганизация юридического лица в форме выделения из него другого юридического лица |
| 151 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Министерства Российской Федерации по налогам и сборам №11 по Санкт-Петербургу |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 152 | Наименование документа | Р12001 Заявление о создании ЮЛ при выделении |
| 153 | Наименование документа | Устав ЮЛ |
| 154 | Наименование документа | Решение о реорганизации ЮЛ |
| 155 | Наименование документа | Разделительный баланс |
| 156 | Наименование документа | Документ об оплате государственной пошлины |
| | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | |
| 157 | Серия, номер и дата выдачи свидетельства | 78 005159025 12.07.2004 |
| | 5 | |
| 158 | ГРН и дата внесения записи в ЕГРЮЛ | 2047841029454 29.09.2004 |
| 159 | Причина внесения записи в ЕГРЮЛ | Изменение сведений о юридическом лице, содержащихся в Едином государственном реестре юридических лиц |
| 160 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Министерства Российской Федерации по налогам и сборам №10 по Санкт-Петербургу |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 161 | Наименование документа | Р14001 ЗАЯВЛЕНИЕ ОБ ИЗМЕНЕНИИ СВЕДЕНИЙ, НЕ СВЯЗАННЫХ С УЧРЕДИТЕЛЬНЫМИ ДОКУМЕНТАМИ |
| 162 | Номер документа | 1 |
| 163 | Дата документа | 23.09.2004 |

|  | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | |
|---|---|---|
| 164 | Серия, номер и дата выдачи свидетельства | 78 005440241 29.09.2004 |

| 6 | | |
|---|---|---|
| 165 | ГРН и дата внесения записи в ЕГРЮЛ | 2057810787571 10.06.2005 |
| 166 | Причина внесения записи в ЕГРЮЛ | Представление сведений об учете юридического лица в налоговом органе |
| 167 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
|  | Сведения о статусе записи | |
| 168 | Статус записи | В запись внесены исправления в связи с технической ошибкой, допущенной регистрирующим органом |
| 169 | ГРН и дата записи, которой внесены исправления в связи с технической ошибкой | 2057812816565 09.11.2005 |

| 7 | | |
|---|---|---|
| 170 | ГРН и дата внесения записи в ЕГРЮЛ | 2057810787582 10.06.2005 |
| 171 | Причина внесения записи в ЕГРЮЛ | Представление сведений об учете юридического лица в налоговом органе |
| 172 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
|  | Сведения о статусе записи | |
| 173 | Статус записи | В запись внесены исправления в связи с технической ошибкой, допущенной регистрирующим органом |
| 174 | ГРН и дата записи, которой внесены исправления в связи с технической ошибкой | 2057812816587 09.11.2005 |

| 8 | | |
|---|---|---|
| 175 | ГРН и дата внесения записи в ЕГРЮЛ | 2057812816565 09.11.2005 |
| 176 | Причина внесения записи в ЕГРЮЛ | Внесение изменений в сведения о юридическом лице, содержащиеся в Едином государственном реестре юридических лиц, в связи с ошибками, допущенными регистрирующим органом |
| 177 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| 178 | ГРН и дата записи, в которую внесены исправления | 2057810787571 10.06.2005 |

| | 9 | |
|---|---|---|
| 179 | ГРН и дата внесения записи в ЕГРЮЛ | 2057812816587<br>09.11.2005 |
| 180 | Причина внесения записи в ЕГРЮЛ | Внесение изменений в сведения о юридическом лице, содержащиеся в Едином государственном реестре юридических лиц, в связи с ошибками, допущенными регистрирующим органом |
| 181 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| 182 | ГРН и дата записи, в которую внесены исправления | 2057810787582<br>10.06.2005 |
| | 10 | |
| 183 | ГРН и дата внесения записи в ЕГРЮЛ | 2057812816961<br>09.11.2005 |
| 184 | Причина внесения записи в ЕГРЮЛ | Внесение изменений в сведения о юридическом лице, содержащиеся в Едином государственном реестре юридических лиц, в связи с ошибками, допущенными заявителем в ранее представленном заявлении |
| 185 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 186 | Наименование документа | Р14001 ЗАЯВЛЕНИЕ ОБ ИСПРАВЛЕНИИ ОШИБОК, ДОПУЩ.ЗАЯВИТ.В ДР.ДОКУМ.О РЕГИСТРАЦИИ |
| 187 | Дата документа | 07.11.2005 |
| | | |
| 188 | Наименование документа | ДОВЕРЕННОСТЬ |
| 189 | Номер документа | 7 |
| 190 | Дата документа | 01.11.2005 |
| | | |
| | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | |
| 191 | Серия, номер и дата выдачи свидетельства | 78 005630434<br>09.11.2005 |
| 192 | ГРН и дата записи, в которую внесены исправления | 1037843002515<br>08.01.2003 |
| | 11 | |
| 193 | ГРН и дата внесения записи в ЕГРЮЛ | 2057813014818<br>28.11.2005 |
| 194 | Причина внесения записи в ЕГРЮЛ | Внесение изменений в сведения о юридическом лице, содержащиеся в Едином государственном реестре юридических лиц, в связи с ошибками, допущенными заявителем в ранее представленном заявлении |

| 195 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
|---|---|---|
| | | |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 196 | Наименование документа | Р14001 ЗАЯВЛЕНИЕ ОБ ИСПРАВЛЕНИИ ОШИБОК, ДОПУЩ.ЗАЯВИТ.В ДР.ДОКУМ.О РЕГИСТРАЦИИ |
| 197 | Дата документа | 24.11.2005 |
| | | |
| | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | |
| 198 | Серия, номер и дата выдачи свидетельства | 78 005642243 28.11.2005 |
| 199 | ГРН и дата записи, в которую внесены исправления | 1037843002515 08.01.2003 |
| **12** | | |
| 200 | ГРН и дата внесения записи в ЕГРЮЛ | 2057813014862 28.11.2005 |
| 201 | Причина внесения записи в ЕГРЮЛ | Представление сведений об учете юридического лица в налоговом органе |
| 202 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| **13** | | |
| 203 | ГРН и дата внесения записи в ЕГРЮЛ | 2057813030350 28.11.2005 |
| 204 | Причина внесения записи в ЕГРЮЛ | Представление сведений об учете юридического лица в налоговом органе |
| 205 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| **14** | | |
| 206 | ГРН и дата внесения записи в ЕГРЮЛ | 2057813030361 28.11.2005 |
| 207 | Причина внесения записи в ЕГРЮЛ | Представление сведений об учете юридического лица в налоговом органе |
| 208 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| **15** | | |
| 209 | ГРН и дата внесения записи в ЕГРЮЛ | 2057813025312 29.11.2005 |
| 210 | Причина внесения записи в ЕГРЮЛ | Изменение сведений о юридическом лице, содержащихся в Едином государственном реестре юридических лиц |
| 211 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |

| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
|---|---|---|
| 212 | Наименование документа | Р14001 ЗАЯВЛЕНИЕ О ИЗМ.СВЕДЕНИЙ, НЕ СВЯЗАННЫХ С УЧРЕД.ДОКУМ. |
| 213 | Дата документа | 24.11.2005 |
| | | |
| 214 | Наименование документа | ДОВЕРЕННОСТЬ |
| 215 | Дата документа | 22.11.2005 |
| | | |
| | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | |
| 216 | Серия, номер и дата выдачи свидетельства | 78 005642249 29.11.2005 |
| **16** | | |
| 217 | ГРН и дата внесения записи в ЕГРЮЛ | 2057813177739 15.12.2005 |
| 218 | Причина внесения записи в ЕГРЮЛ | Изменение сведений о юридическом лице, содержащихся в Едином государственном реестре юридических лиц |
| 219 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| | | |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 220 | Наименование документа | Р14001 ЗАЯВЛЕНИЕ О ИЗМ.СВЕДЕНИЙ, НЕ СВЯЗАННЫХ С УЧРЕД.ДОКУМ. |
| 221 | Дата документа | 13.12.2005 |
| | | |
| 222 | Наименование документа | ДОВЕРЕННОСТЬ |
| 223 | Дата документа | 12.12.2005 |
| | | |
| 224 | Наименование документа | РЕШЕНИЕ |
| 225 | Номер документа | 12 |
| 226 | Дата документа | 12.12.2005 |
| | | |
| | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | |
| 227 | Серия, номер и дата выдачи свидетельства | 78 005652111 15.12.2005 |
| **17** | | |
| 228 | ГРН и дата внесения записи в ЕГРЮЛ | 2067847484076 09.03.2006 |
| 229 | Причина внесения записи в ЕГРЮЛ | Реорганизация юридического лица в форме присоединения к нему другого юридического лица |

| 230 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
|---|---|---|
| | **Сведения о документах, представленных при внесении записи в ЕГРЮЛ** | |
| 231 | Наименование документа | Р16003 ЗАЯВЛЕНИЕ О ПРЕКРАЩЕНИИ ДЕЯТЕЛЬНОСТИ ПРИ ПРИСОЕДИНЕНИИ |
| 232 | Дата документа | 06.03.2006 |
| | | |
| 233 | Наименование документа | РЕШЕНИЕ О РЕОРГАНИЗАЦИИ ЮРИДИЧЕСКОГО ЛИЦА |
| 234 | Дата документа | 24.01.2005 |
| | | |
| 235 | Наименование документа | ДОГОВОР О ПРИСОЕДИНЕНИИ |
| 236 | Дата документа | 12.12.2005 |
| | | |
| 237 | Наименование документа | ПЕРЕДАТОЧНЫЙ АКТ |
| 238 | Дата документа | 24.01.2005 |
| | | |
| 239 | Наименование документа | ПУБЛИКАЦИЯ  (КОПИЯ) |
| 240 | Дата документа | 21.12.2005 |
| | | |
| | **Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ** | |
| 241 | Серия, номер и дата выдачи свидетельства | 78 005859127 09.03.2006 |
| | **18** | |
| 242 | ГРН и дата внесения записи в ЕГРЮЛ | 2067847485605 09.03.2006 |
| 243 | Причина внесения записи в ЕГРЮЛ | Реорганизация юридического лица в форме присоединения к нему другого юридического лица |
| 244 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| | **Сведения о документах, представленных при внесении записи в ЕГРЮЛ** | |
| 245 | Наименование документа | Р16003 ЗАЯВЛЕНИЕ О ПРЕКРАЩЕНИИ ДЕЯТЕЛЬНОСТИ ПРИ ПРИСОЕДИНЕНИИ |
| | | |
| 246 | Наименование документа | РЕШЕНИЕ О РЕОРГАНИЗАЦИИ ЮРИДИЧЕСКОГО ЛИЦА |
| 247 | Дата документа | 12.12.2005 |
| | | |
| 248 | Наименование документа | ДОГОВОР О ПРИСОЕДИНЕНИИ |

| 249 | Дата документа | 12.12.2005 |
|-----|----------------|------------|
| | | |
| 250 | Наименование документа | ПЕРЕДАТОЧНЫЙ АКТ |
| 251 | Дата документа | 12.12.2005 |
| | | |
| 252 | Наименование документа | ПУБЛИКАЦИЯ (КОПИЯ) |
| 253 | Дата документа | 12.12.2005 |
| | | |
| | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | |
| 254 | Серия, номер и дата выдачи свидетельства | 78 005859552 09.03.2006 |
| | **19** | |
| 255 | ГРН и дата внесения записи в ЕГРЮЛ | 2067847486441 10.03.2006 |
| 256 | Причина внесения записи в ЕГРЮЛ | Реорганизация юридического лица в форме присоединения к нему другого юридического лица |
| 257 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| | | |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 258 | Наименование документа | Р16003 ЗАЯВЛЕНИЕ О ПРЕКРАЩЕНИИ ДЕЯТЕЛЬНОСТИ ПРИ ПРИСОЕДИНЕНИИ |
| 259 | Дата документа | 06.03.2006 |
| | | |
| 260 | Наименование документа | РЕШЕНИЕ О РЕОРГАНИЗАЦИИ ЮРИДИЧЕСКОГО ЛИЦА |
| 261 | Номер документа | 6 |
| 262 | Дата документа | 24.01.2006 |
| | | |
| 263 | Наименование документа | ДОГОВОР О ПРИСОЕДИНЕНИИ |
| 264 | Дата документа | 12.12.2005 |
| | | |
| 265 | Наименование документа | ПЕРЕДАТОЧНЫЙ АКТ |
| 266 | Дата документа | 24.01.2006 |
| | | |
| 267 | Наименование документа | ПУБЛИКАЦИЯ (КОПИЯ), РЕШЕНИЕ №5 |
| 268 | Дата документа | 21.12.2005 |
| | | |
| | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | |
| 269 | Серия, номер и дата выдачи свидетельства | 78 005859675 10.03.2006 |

| | **20** | |
|---|---|---|
| 270 | ГРН и дата внесения записи в ЕГРЮЛ | 2067847486485<br>10.03.2006 |
| 271 | Причина внесения записи в ЕГРЮЛ | Реорганизация юридического лица в форме присоединения к нему другого юридического лица |
| 272 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 273 | Наименование документа | Р16003 ЗАЯВЛЕНИЕ О ПРЕКРАЩЕНИИ ДЕЯТЕЛЬНОСТИ ПРИ ПРИСОЕДИНЕНИИ |
| 274 | Дата документа | 06.03.2006 |
| 275 | Наименование документа | РЕШЕНИЕ О РЕОРГАНИЗАЦИИ ЮРИДИЧЕСКОГО ЛИЦА |
| 276 | Номер документа | 5 |
| 277 | Дата документа | 24.01.2006 |
| 278 | Наименование документа | ДОГОВОР О ПРИСОЕДИНЕНИИ |
| 279 | Дата документа | 12.12.2005 |
| 280 | Наименование документа | ПЕРЕДАТОЧНЫЙ АКТ |
| 281 | Дата документа | 24.01.2006 |
| 282 | Наименование документа | ПУБЛИКАЦИЯ (КОПИЯ) |
| 283 | Дата документа | 21.12.2005 |
| | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | |
| 284 | Серия, номер и дата выдачи свидетельства | 78 005859677<br>10.03.2006 |
| | **21** | |
| 285 | ГРН и дата внесения записи в ЕГРЮЛ | 2067847491787<br>10.03.2006 |
| 286 | Причина внесения записи в ЕГРЮЛ | Реорганизация юридического лица в форме присоединения к нему другого юридического лица |
| 287 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 288 | Наименование документа | Р16003 ЗАЯВЛЕНИЕ О ПРЕКРАЩЕНИИ ДЕЯТЕЛЬНОСТИ ПРИ ПРИСОЕДИНЕНИИ |

| 289 | Дата документа | 06.03.2006 |
|---|---|---|
| | | |
| 290 | Наименование документа | РЕШЕНИЕ О РЕОРГАНИЗАЦИИ ЮРИДИЧЕСКОГО ЛИЦА |
| 291 | Дата документа | 12.12.2005 |
| | | |
| 292 | Наименование документа | ДОГОВОР О ПРИСОЕДИНЕНИИ |
| 293 | Дата документа | 12.12.2005 |
| | | |
| 294 | Наименование документа | ПЕРЕДАТОЧНЫЙ АКТ |
| 295 | Дата документа | 12.12.2005 |
| | | |
| 296 | Наименование документа | ПУБЛИКАЦИЯ (КОПИЯ) |
| | | |
| | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | |
| 297 | Серия, номер и дата выдачи свидетельства | 78 005859857 10.03.2006 |
| **22** | | |
| 298 | ГРН и дата внесения записи в ЕГРЮЛ | 2067847734601 30.03.2006 |
| 299 | Причина внесения записи в ЕГРЮЛ | Государственная регистрация изменений, внесенных в учредительные документы юридического лица, связанных с внесением изменений в сведения о юридическом лице, содержащиеся в Едином государственном реестре юридических лиц, на основании заявления |
| 300 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| | | |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 301 | Наименование документа | Р13001 ЗАЯВЛЕНИЕ ОБ ИЗМ.СВЕДЕНИЙ, ВНОСИМЫХ В УЧРЕД.ДОКУМ. |
| 302 | Дата документа | 28.03.2006 |
| | | |
| 303 | Наименование документа | УСТАВ ЮРИДИЧЕСКОГО ЛИЦА |
| | | |
| 304 | Наименование документа | РЕШЕНИЕ О ВНЕСЕНИИ ИЗМЕНЕНИЙ В УЧРЕДИТЕЛЬНЫЕ ДОКУМЕНТЫ |
| | | |
| 305 | Наименование документа | ВСП 1991/0233 |
| 306 | Номер документа | 1949155 |
| 307 | Дата документа | 27.03.2006 |

| | | |
|---|---|---|
| 308 | Наименование документа | ПЕРЕДАТОЧНЫЙ АКТ, РЕШЕНИЕ № 12, ДОГОВОР О ПРИСОЕДИНЕНИИ |
| | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | |
| 309 | Серия, номер и дата выдачи свидетельства | 78 005849193 30.03.2006 |
| **23** | | |
| 310 | ГРН и дата внесения записи в ЕГРЮЛ | 2067847734667 30.03.2006 |
| 311 | Причина внесения записи в ЕГРЮЛ | Изменение сведений о юридическом лице, содержащихся в Едином государственном реестре юридических лиц |
| 312 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 313 | Наименование документа | Р14001 ЗАЯВЛЕНИЕ О ИЗМ.СВЕДЕНИЙ, НЕ СВЯЗАННЫХ С УЧРЕД.ДОКУМ. |
| 314 | Дата документа | 28.03.2006 |
| | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | |
| 315 | Серия, номер и дата выдачи свидетельства | 78 005849194 30.03.2006 |
| **24** | | |
| 316 | ГРН и дата внесения записи в ЕГРЮЛ | 6067847397337 26.05.2006 |
| 317 | Причина внесения записи в ЕГРЮЛ | Представление сведений о регистрации юридического лица в качестве страхователя в территориальном органе Пенсионного фонда Российской Федерации |
| 318 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| **25** | | |
| 319 | ГРН и дата внесения записи в ЕГРЮЛ | 2079847013475 10.01.2007 |
| 320 | Причина внесения записи в ЕГРЮЛ | Изменение сведений о юридическом лице, содержащихся в Едином государственном реестре юридических лиц |
| 321 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |

|  | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
|---|---|---|
| 322 | Наименование документа | Р14001 ЗАЯВЛЕНИЕ О ИЗМ.СВЕДЕНИЙ, НЕ СВЯЗАННЫХ С УЧРЕД.ДОКУМ. |
| 323 | Дата документа | 26.12.2006 |
|  | | |
| 324 | Наименование документа | РЕШЕНИЕ ОБЩЕГО СОБРАНИЯ |
| 325 | Номер документа | 15 |
| 326 | Дата документа | 13.12.2006 |
|  | | |
|  | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | |
| 327 | Серия, номер и дата выдачи свидетельства | 78 006064754 10.01.2007 |
| **26** | | |
| 328 | ГРН и дата внесения записи в ЕГРЮЛ | 6077847570707 07.05.2007 |
| 329 | Причина внесения записи в ЕГРЮЛ | Представление лицензирующим органом сведений о переоформлении документов, подтверждающих наличие лицензии (сведений о продлении срока действия лицензии) |
| 330 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| **27** | | |
| 331 | ГРН и дата внесения записи в ЕГРЮЛ | 8089847566251 31.07.2008 |
| 332 | Причина внесения записи в ЕГРЮЛ | Представление лицензирующим органом сведений о предоставлении лицензии |
| 333 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| **28** | | |
| 334 | ГРН и дата внесения записи в ЕГРЮЛ | 9089847022135 18.08.2008 |
| 335 | Причина внесения записи в ЕГРЮЛ | Представление лицензирующим органом сведений о предоставлении лицензии |
| 336 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| **29** | | |
| 337 | ГРН и дата внесения записи в ЕГРЮЛ | 9089847105438 26.08.2008 |
| 338 | Причина внесения записи в ЕГРЮЛ | Представление лицензирующим органом сведений о предоставлении лицензии |
| 339 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |

| | 30 | |
|---|---|---|
| 340 | ГРН и дата внесения записи в ЕГРЮЛ | 9089847197596<br>01.09.2008 |
| 341 | Причина внесения записи в ЕГРЮЛ | Представление лицензирующим органом сведений о предоставлении лицензии |
| 342 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| | 31 | |
| 343 | ГРН и дата внесения записи в ЕГРЮЛ | 9089847254257<br>05.09.2008 |
| 344 | Причина внесения записи в ЕГРЮЛ | Представление лицензирующим органом сведений о предоставлении лицензии |
| 345 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| | 32 | |
| 346 | ГРН и дата внесения записи в ЕГРЮЛ | 2089848341120<br>05.11.2008 |
| 347 | Причина внесения записи в ЕГРЮЛ | Государственная регистрация изменений, внесенных в учредительные документы юридического лица, связанных с внесением изменений в сведения о юридическом лице, содержащиеся в Едином государственном реестре юридических лиц, на основании заявления |
| 348 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 349 | Наименование документа | Р13001 ЗАЯВЛЕНИЕ ОБ ИЗМ.СВЕДЕНИЙ, ВНОСИМЫХ В УЧРЕД.ДОКУМ. |
| 350 | Дата документа | 31.10.2008 |
| 351 | Наименование документа | ДОКУМЕНТ ОБ УПЛАТЕ ГОСУДАРСТВЕННОЙ ПОШЛИНЫ |
| 352 | Номер документа | 031402 |
| 353 | Дата документа | 23.10.2008 |
| 354 | Наименование документа | УСТАВ ЮРИДИЧЕСКОГО ЛИЦА |
| 355 | Наименование документа | РЕШЕНИЕ О ВНЕСЕНИИ ИЗМЕНЕНИЙ В УЧРЕДИТЕЛЬНЫЕ ДОКУМЕНТЫ |
| | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | |
| 356 | Серия, номер и дата выдачи свидетельства | 78 006975284<br>05.11.2008 |

| | **33** | |
|---|---|---|
| 357 | ГРН и дата внесения записи в ЕГРЮЛ | 2089848341251<br>05.11.2008 |
| 358 | Причина внесения записи в ЕГРЮЛ | Изменение сведений о юридическом лице, содержащихся в Едином государственном реестре юридических лиц |
| 359 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| | | |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 360 | Наименование документа | Р14001 ЗАЯВЛЕНИЕ О ИЗМ.СВЕДЕНИЙ, НЕ СВЯЗАННЫХ С УЧРЕД.ДОКУМ. |
| 361 | Дата документа | 31.10.2008 |
| | | |
| 362 | Наименование документа | ДОВЕРЕННОСТЬ |
| | | |
| | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | |
| 363 | Серия, номер и дата выдачи свидетельства | 78 006975285<br>05.11.2008 |
| | **34** | |
| 364 | ГРН и дата внесения записи в ЕГРЮЛ | 8097847071810<br>14.07.2009 |
| 365 | Причина внесения записи в ЕГРЮЛ | Представление лицензирующим органом сведений о переоформлении документов, подтверждающих наличие лицензии (сведений о продлении срока действия лицензии) |
| 366 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| | **35** | |
| 367 | ГРН и дата внесения записи в ЕГРЮЛ | 9097847079300<br>01.10.2009 |
| 368 | Причина внесения записи в ЕГРЮЛ | Государственная регистрация изменений, внесенных в устав общества с ограниченной ответственностью в целях приведения его в соответствие с положениями Федерального закона от 30.12.2008 № 312-ФЗ |
| 369 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| | | |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 370 | Наименование документа | Р13001 ЗАЯВЛЕНИЕ ОБ ИЗМЕНЕНИЯХ, ВНОСИМЫХ В УЧРЕД.ДОКУМЕНТЫ |

| 371 | Наименование документа | РЕШЕНИЕ О ВНЕСЕНИИ ИЗМЕНЕНИЙ В УЧРЕДИТЕЛЬНЫЕ ДОКУМЕНТЫ |
|---|---|---|
| 372 | Наименование документа | УСТАВ ЮЛ |
| 373 | Наименование документа | ДОКУМЕНТ ОБ ОПЛАТЕ ГОСУДАРСТВЕННОЙ ПОШЛИНЫ |
| 374 | Номер документа | 009981 |
| 375 | Дата документа | 22.09.2009 |
| 376 | Наименование документа | ДОВЕРЕННОСТЬ |
| 377 | Наименование документа | ЗАЯВЛЕНИЕ НА ПРЕДОСТАВЛЕНИЕ ВЫПИСКИ ИЗ ЕГРЮЛ СВЕДЕНИЯМИ О ЮЛ |
| 378 | Наименование документа | ПЛАТЕЖНЫЙ ДОКУМЕНТ ЗА ПРЕДОСТАВЛЕНИЕ СОДЕРЖАЩИХСЯ В ГОСУДАРСТВЕННОМ РЕЕСТРЕ СВЕДЕНИЙ |
| 379 | Номер документа | 009980 |
| 380 | Дата документа | 22.09.2009 |
| | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | |
| 381 | Серия, номер и дата выдачи свидетельства | 78 007527453 01.10.2009 |
| **36** | | |
| 382 | ГРН и дата внесения записи в ЕГРЮЛ | 2117847367911 10.02.2011 |
| 383 | Причина внесения записи в ЕГРЮЛ | Представление лицензирующим органом сведений о предоставлении лицензии |
| 384 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 385 | Наименование документа | СОПРОВОДИТЕЛЬНОЕ ПИСЬМО |
| 386 | Номер документа | 00802 |
| 387 | Дата документа | 07.02.2011 |
| **37** | | |
| 388 | ГРН и дата внесения записи в ЕГРЮЛ | 6117847615077 23.05.2011 |
| 389 | Причина внесения записи в ЕГРЮЛ | Представление лицензирующим органом сведений о переоформлении документов, подтверждающих наличие лицензии (сведений о продлении срока действия лицензии) |

| 390 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
|---|---|---|
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 391 | Наименование документа | СОПРОВОДИТЕЛЬНОЕ ПИСЬМО |
| 392 | Номер документа | 20685 |
| 393 | Дата документа | 19.05.2011 |
| | | |
| 394 | Наименование документа | КОНВЕРТ |
| 395 | Номер документа | 20685 |
| 396 | Дата документа | 19.05.2011 |
| | | |
| 397 | Наименование документа | ПИСЬМО |
| 398 | Номер документа | 20685 |
| 399 | Дата документа | 19.05.2011 |
| | | |
| 400 | Наименование документа | ПИСЬМО |
| 401 | Номер документа | 20685 |
| 402 | Дата документа | 19.05.2011 |
| | | |
| 403 | Наименование документа | РЕШЕНИЕ ЛО О ПЕРЕОФОРМЛЕНИИ ЛИЦЕНЗИИ |
| 404 | Номер документа | 20685 |
| 405 | Дата документа | 19.05.2011 |
| **38** | | |
| 406 | ГРН и дата внесения записи в ЕГРЮЛ | 7117847655985 17.08.2011 |
| 407 | Причина внесения записи в ЕГРЮЛ | Государственная регистрация изменений, внесенных в учредительные документы юридического лица, связанных с внесением изменений в сведения о юридическом лице, содержащиеся в Едином государственном реестре юридических лиц, на основании заявления |
| 408 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 409 | Наименование документа | Р13001 ЗАЯВЛЕНИЕ ОБ ИЗМЕНЕНИЯХ, ВНОСИМЫХ В УЧРЕД.ДОКУМЕНТЫ |
| | | |
| 410 | Наименование документа | ДОКУМЕНТ ОБ ОПЛАТЕ ГОСУДАРСТВЕННОЙ ПОШЛИНЫ |
| 411 | Номер документа | 2253 |
| 412 | Дата документа | 29.07.2011 |

| | | |
|---|---|---|
| 413 | Наименование документа | РЕШЕНИЕ №32 |
| 414 | Наименование документа | УСТАВ ЮЛ |
| 415 | Наименование документа | БУХГАЛТЕРСКАЯ ОТЧЕТНОСТЬ ЗА 2010 Г. |
| 416 | Наименование документа | ДОВЕРЕННОСТЬ |
| 417 | Наименование документа | ОПИСЬ |
| | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | |
| 418 | Серия, номер и дата выдачи свидетельства | 78 008321715 17.08.2011 |
| **39** | | |
| 419 | ГРН и дата внесения записи в ЕГРЮЛ | 7117847656007 17.08.2011 |
| 420 | Причина внесения записи в ЕГРЮЛ | Изменение сведений о юридическом лице, содержащихся в Едином государственном реестре юридических лиц |
| 421 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 422 | Наименование документа | Р14001 ЗАЯВЛЕНИЕ ОБ ИЗМ.СВЕДЕНИЙ, НЕ СВЯЗАННЫХ С ИЗМ. УЧРЕД.ДОКУМЕНТОВ (П.2.1) |
| 423 | Наименование документа | ОПИСЬ |
| | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | |
| 424 | Серия, номер и дата выдачи свидетельства | 78 008321716 17.08.2011 |
| **40** | | |
| 425 | ГРН и дата внесения записи в ЕГРЮЛ | 8117847229129 04.10.2011 |
| 426 | Причина внесения записи в ЕГРЮЛ | Представление лицензирующим органом сведений о переоформлении документов, подтверждающих наличие лицензии (сведений о продлении срока действия лицензии) |
| 427 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |

|     | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| --- | --- | --- |
| 428 | Наименование документа | СОПРОВОДИТЕЛЬНОЕ ПИСЬМО |
| 429 | Номер документа | 06674 |
| 430 | Дата документа | 03.10.2011 |
| **41** | | |
| 431 | ГРН и дата внесения записи в ЕГРЮЛ | 9117847567521 27.12.2011 |
| 432 | Причина внесения записи в ЕГРЮЛ | Представление лицензирующим органом сведений о переоформлении документов, подтверждающих наличие лицензии (сведений о продлении срока действия лицензии) |
| 433 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
|     | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 434 | Наименование документа | СОПРОВОДИТЕЛЬНОЕ ПИСЬМО |
| 435 | Номер документа | 08727 |
| 436 | Дата документа | 26.12.2011 |
| **42** | | |
| 437 | ГРН и дата внесения записи в ЕГРЮЛ | 7127847387287 14.06.2012 |
| 438 | Причина внесения записи в ЕГРЮЛ | Изменение сведений о юридическом лице, содержащихся в Едином государственном реестре юридических лиц |
| 439 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
|     | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 440 | Наименование документа | Р14001 ЗАЯВЛЕНИЕ ОБ ИЗМ.СВЕДЕНИЙ, НЕ СВЯЗАННЫХ С ИЗМ. УЧРЕД.ДОКУМЕНТОВ (П.2.1) |
| 441 | Наименование документа | ДОВЕРЕННОСТЬ |
| 442 | Наименование документа | ОПИСЬ |
|     | Сведения о свидетельстве, подтверждающем факт внесения записи в ЕГРЮЛ | |
| 443 | Серия, номер и дата выдачи свидетельства | 78 008620368 14.06.2012 |
| **43** | | |
| 444 | ГРН и дата внесения записи в ЕГРЮЛ | 9127847918662 04.12.2012 |

| 445 | Причина внесения записи в ЕГРЮЛ | Представление лицензирующим органом сведений о предоставлении лицензии |
|---|---|---|
| 446 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| | | |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 447 | Наименование документа | СОПРОВОДИТЕЛЬНОЕ ПИСЬМО |
| 448 | Номер документа | 45686 |
| 449 | Дата документа | 03.12.2012 |
| | | |
| 450 | Наименование документа | КОНВЕРТ |
| 451 | Номер документа | 45686 |
| 452 | Дата документа | 03.12.2012 |
| | | |
| 453 | Наименование документа | РЕШЕНИЕ О ВЫДАЧЕ ЛИЦЕНЗИИ |
| 454 | Номер документа | 45686 |
| 455 | Дата документа | 03.12.2012 |
| | **44** | |
| 456 | ГРН и дата внесения записи в ЕГРЮЛ | 6137847627714 21.05.2013 |
| 457 | Причина внесения записи в ЕГРЮЛ | Представление лицензирующим органом сведений о переоформлении документов, подтверждающих наличие лицензии (сведений о продлении срока действия лицензии) |
| 458 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| | | |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 459 | Наименование документа | СОПРОВОДИТЕЛЬНОЕ ПИСЬМО |
| 460 | Номер документа | 18636 |
| 461 | Дата документа | 20.05.2013 |
| | | |
| 462 | Наименование документа | КОНВЕРТ |
| 463 | Номер документа | 18636 |
| 464 | Дата документа | 20.05.2013 |
| | | |
| 465 | Наименование документа | РЕШЕНИЕ ЛО О ПЕРЕОФОРМЛЕНИИ ЛИЦЕНЗИИ |
| 466 | Номер документа | 18636 |
| 467 | Дата документа | 20.05.2013 |
| | **45** | |
| 468 | ГРН и дата внесения записи в ЕГРЮЛ | 7147847066569 30.05.2014 |

| 469 | Причина внесения записи в ЕГРЮЛ | Представление лицензирующим органом сведений о переоформлении документов, подтверждающих наличие лицензии (сведений о продлении срока действия лицензии) |
|---|---|---|
| 470 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| | | |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 471 | Наименование документа | СОПРОВОДИТЕЛЬНОЕ ПИСЬМО |
| 472 | Номер документа | 20717 |
| 473 | Дата документа | 19.05.2014 |
| | | |
| 474 | Наименование документа | ПЕРЕЧЕНЬ |
| 475 | Номер документа | 20717 |
| 476 | Дата документа | 19.05.2014 |
| | **46** | |
| 477 | ГРН и дата внесения записи в ЕГРЮЛ | 7147847226333 17.06.2014 |
| 478 | Причина внесения записи в ЕГРЮЛ | Изменение сведений о юридическом лице, содержащихся в Едином государственном реестре юридических лиц |
| 479 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| | | |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 480 | Наименование документа | Р14001 ЗАЯВЛЕНИЕ ОБ ИЗМ.СВЕДЕНИЙ, НЕ СВЯЗАННЫХ С ИЗМ. УЧРЕД.ДОКУМЕНТОВ (П.2.1) |
| | | |
| 481 | Наименование документа | ОПИСЬ |
| | | |
| 482 | Наименование документа | Доверенность |
| | **47** | |
| 483 | ГРН и дата внесения записи в ЕГРЮЛ | 2167847136730 16.01.2016 |
| 484 | Причина внесения записи в ЕГРЮЛ | Представление лицензирующим органом сведений о предоставлении лицензии |
| 485 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| | **48** | |
| 486 | ГРН и дата внесения записи в ЕГРЮЛ | 2167847384549 12.02.2016 |

| 487 | Причина внесения записи в ЕГРЮЛ | Представление лицензирующим органом сведений о переоформлении документов, подтверждающих наличие лицензии (сведений о продлении срока действия лицензии) |
|---|---|---|
| 488 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |

| 49 | | |
|---|---|---|
| 489 | ГРН и дата внесения записи в ЕГРЮЛ | 2167847414370 16.02.2016 |
| 490 | Причина внесения записи в ЕГРЮЛ | Представление лицензирующим органом сведений о переоформлении документов, подтверждающих наличие лицензии (сведений о продлении срока действия лицензии) |
| 491 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |

| 50 | | |
|---|---|---|
| 492 | ГРН и дата внесения записи в ЕГРЮЛ | 2167847562947 01.03.2016 |
| 493 | Причина внесения записи в ЕГРЮЛ | Представление лицензирующим органом сведений о переоформлении документов, подтверждающих наличие лицензии (сведений о продлении срока действия лицензии) |
| 494 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |

| 51 | | |
|---|---|---|
| 495 | ГРН и дата внесения записи в ЕГРЮЛ | 2167847641773 09.03.2016 |
| 496 | Причина внесения записи в ЕГРЮЛ | Представление лицензирующим органом сведений о переоформлении документов, подтверждающих наличие лицензии (сведений о продлении срока действия лицензии) |
| 497 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |

| 52 | | |
|---|---|---|
| 498 | ГРН и дата внесения записи в ЕГРЮЛ | 6167847599892 11.05.2016 |
| 499 | Причина внесения записи в ЕГРЮЛ | Изменение сведений о юридическом лице, содержащихся в Едином государственном реестре юридических лиц |
| 500 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |

| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
|---|---|---|
| 501 | Наименование документа | ЗАЯВЛЕНИЕ ПО ФОРМЕ Р14001 |

| | | |
|---|---|---|
| | | |
| 502 | Наименование документа | ИНОЙ ДОКУМ. В СООТВ.С ЗАКОНОДАТЕЛЬСТВОМ РФ |
| | **53** | |
| 503 | ГРН и дата внесения записи в ЕГРЮЛ | 8167847046029 25.06.2016 |
| 504 | Причина внесения записи в ЕГРЮЛ | Представление сведений о регистрации юридического лица в качестве страхователя в исполнительном органе Фонда социального страхования Российской Федерации |
| 505 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| | **54** | |
| 506 | ГРН и дата внесения записи в ЕГРЮЛ | 8167847535881 27.06.2016 |
| 507 | Причина внесения записи в ЕГРЮЛ | Изменение сведений о юридическом лице, содержащихся в Едином государственном реестре юридических лиц |
| 508 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| | | |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 509 | Наименование документа | ИНОЙ ДОКУМ. В СООТВ.С ЗАКОНОДАТЕЛЬСТВОМ РФ |
| | | |
| 510 | Наименование документа | ИНОЙ ДОКУМ. В СООТВ.С ЗАКОНОДАТЕЛЬСТВОМ РФ |
| | | |
| 511 | Наименование документа | ЗАЯВЛЕНИЕ ПО ФОРМЕ Р14001 |
| | **55** | |
| 512 | ГРН и дата внесения записи в ЕГРЮЛ | 8167847967752 19.07.2016 |
| 513 | Причина внесения записи в ЕГРЮЛ | Представление лицензирующим органом сведений о переоформлении документов, подтверждающих наличие лицензии (сведений о продлении срока действия лицензии) |
| 514 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| | **56** | |
| 515 | ГРН и дата внесения записи в ЕГРЮЛ | 9167847057215 28.07.2016 |
| 516 | Причина внесения записи в ЕГРЮЛ | Представление лицензирующим органом сведений о переоформлении документов, подтверждающих наличие лицензии (сведений о продлении срока действия лицензии) |

| 517 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
|---|---|---|
| **57** | | |
| 518 | ГРН и дата внесения записи в ЕГРЮЛ | 2167848181070 28.09.2016 |
| 519 | Причина внесения записи в ЕГРЮЛ | Представление лицензирующим органом сведений о переоформлении документов, подтверждающих наличие лицензии (сведений о продлении срока действия лицензии) |
| 520 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| **58** | | |
| 521 | ГРН и дата внесения записи в ЕГРЮЛ | 2177847844645 28.02.2017 |
| 522 | Причина внесения записи в ЕГРЮЛ | Изменение сведений о юридическом лице, содержащихся в Едином государственном реестре юридических лиц |
| 523 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| | | |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 524 | Наименование документа | ЗАЯВЛЕНИЕ ПО ФОРМЕ Р14001 |
| | | |
| 525 | Наименование документа | ИНОЙ ДОКУМ. В СООТВ.С ЗАКОНОДАТЕЛЬСТВОМ РФ |
| **59** | | |
| 526 | ГРН и дата внесения записи в ЕГРЮЛ | 6177847818780 27.04.2017 |
| 527 | Причина внесения записи в ЕГРЮЛ | Изменение сведений о юридическом лице, содержащихся в Едином государственном реестре юридических лиц |
| 528 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| | | |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 529 | Наименование документа | ЗАЯВЛЕНИЕ ПО ФОРМЕ Р14001 |
| | | |
| 530 | Наименование документа | ЗАЯВЛЕНИЕ ПО ФОРМЕ Р14001 |
| **60** | | |
| 531 | ГРН и дата внесения записи в ЕГРЮЛ | 8177847395003 21.08.2017 |
| 532 | Причина внесения записи в ЕГРЮЛ | Представление лицензирующим органом сведений о предоставлении лицензии |

| 533 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
|---|---|---|
| **61** | | |
| 534 | ГРН и дата внесения записи в ЕГРЮЛ | 9177847665811 14.11.2017 |
| 535 | Причина внесения записи в ЕГРЮЛ | Изменение сведений о юридическом лице, содержащихся в Едином государственном реестре юридических лиц |
| 536 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| | | |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 537 | Наименование документа | ЗАЯВЛЕНИЕ ПО ФОРМЕ Р14001 |
| | | |
| 538 | Наименование документа | ИНОЙ ДОКУМ. В СООТВ.С ЗАКОНОДАТЕЛЬСТВОМ РФ |
| **62** | | |
| 539 | ГРН и дата внесения записи в ЕГРЮЛ | 2187847218370 17.01.2018 |
| 540 | Причина внесения записи в ЕГРЮЛ | Представление лицензирующим органом сведений о предоставлении лицензии |
| 541 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| **63** | | |
| 542 | ГРН и дата внесения записи в ЕГРЮЛ | 2187847868151 01.03.2018 |
| 543 | Причина внесения записи в ЕГРЮЛ | Изменение сведений о юридическом лице, содержащихся в Едином государственном реестре юридических лиц |
| 544 | Наименование регистрирующего органа, которым запись внесена в ЕГРЮЛ | Межрайонная инспекция Федеральной налоговой службы №15 по Санкт-Петербургу |
| | | |
| | Сведения о документах, представленных при внесении записи в ЕГРЮЛ | |
| 545 | Наименование документа | ЗАЯВЛЕНИЕ ПО ФОРМЕ Р14001 |
| | | |
| 546 | Наименование документа | ИНОЙ ДОКУМ. В СООТВ.С ЗАКОНОДАТЕЛЬСТВОМ РФ |
| | | |
| 547 | Наименование документа | ИНОЙ ДОКУМ. В СООТВ.С ЗАКОНОДАТЕЛЬСТВОМ РФ |

Сведения сформированы с сайта ФНС России с использованием сервиса «Сведения о государственной регистрации юридических лиц, индивидуальных предпринимателей, крестьянских (фермерских) хозяйств».

**(Partial English Translation)**

[PARTIAL TRANSLATION]

UNIFIED STATE REGISTER OF LEGAL ENTITIES

Information about a legal entity

CONCORD MANAGEMENT AND CONSULTING LIMITED
LIABILITY COMPANY

Primary State Registration Number (PSRN) 1037843002515
TIN/RRC [Taxpayer Identification Number/ Registration Reason Code] 7825100880/784101001
as of  05/09/2018

| No. | Name of the item | Definition of the item |
|-----|------------------|------------------------|
| 1 | 2 | 3 |
| **Name** | | |
| 1 | Full name | CONCORD MANAGEMENT AND CONSULTING LIMITED LIABILITY COMPANY |
| 2 | Abbreviated name | CONCORD MANAGEMENT AND CONSULTING, LLC |
| 3 | SRN and the date of entry into the USROLE that contains indicated information | 1037843002515 01/08/2003 |
| **Address (location)** | | |
| 4 | Zip code | 191011 |
| 5 | Territorial unit of the Russian Federation | CITY OF SAINT PETERSBURG |
| 6 | Street (Avenue, Lane, etc.) | FONTANKA RIVER ENBANKMENT |
| 7 | House (premises, etc.) | BUILDING 13 |
| 8 | Building (structure, etc.) | LETTER A |
| 9 | Office (Apartment, etc.) | ROOM 2-N #4 |
| 10 | SRN and the date of entry into the USROLE that contains indicated information | 8167847535881 06/27/2016 |
| **Information about the registration** | | |
| 11 | Means of foundation | Establishment of a legal entity prior to 07/01/2002 |
| 12 | PSRN | 1037843002515 |
| 13 | PSRN assignment date | 01/08/2003 |
| 14 | Registration number assigned prior to July 1, 2002 | 48492 |
| 15 | Registration date prior to July 1, 2002 | 05/26/1997 |

1

| 16 | Name of the authority which registered the legal entity prior to July 1, 2002 | Registration Chamber of the Administration of Saint Petersburg |
|----|----|----|
| 17 | SRN and the date of entry into the USROLE that contains indicated information | 1037843002515<br>01/08/2003 |
| **Information About the Registration Authority at the Location of the Legal Entity** | | |
| 18 | Name of the registration authority | Inter-district Inspectorate of the Federal Tax Service #15 for Saint Petersburg |
| 19 | Address of the registration authority | 10-12 Letter O, Krasnyy Tekstilshchik Street, Saint Petersburg, 191124 |
| 20 | SRN and the date of entry into the USROLE that contains indicated information | 04/01/2005 |
| **Information on Registration at the Tax Authority** | | |
| 21 | TIN | 7825100880 |
| 22 | RRC | 784101001 |
| 23 | Date of registration | 11/28/2005 |
| 24 | Name of the tax authority | Inter-district Inspectorate of the Federal Tax Service #10 for Saint Petersburg |
| 25 | SRN and the date of entry into the USROLE that contains indicated information | 2057813030361<br>11/28/2005 |
| **Information on Registration as an Insurer at the Regional Office of the Russian Federation Retirement Fund** | | |
| 26 | Registration number | 088027037673 |
| 27 | Date of registration | 06/05/1997 |
| 28 | Name of the Regional Office of the Retirement Fund | RF Retirement Fund Directorate of the Central District for Saint Petersburg Government Agency |
| 29 | SRN and the date of entry into the USROLE that contains indicated information | 6067847397337<br>05/26/2006 |
| **Information about registration as an Insurer at the Executive Authority of the Russian Federation Social Insurance Fund** | | |
| 30 | Registration number | 782700154978041 |
| 31 | Date of registration | 03/22/2001 |
| 32 | Name of the Executive Authority of the Social Insurance fund | Branch # 4 of Saint Petersburg Regional Office of the RF Social Insurance Fund |
| 33 | SRN and the date of entry into the USROLE that contains indicated information | 8167847046029<br>06/25/2016 |
| **Information on the Authorized Capital (capital stock, charter fund, share contributions)** | | |
| 34 | Type of Capital | AUTHORIZED CAPITAL |
| 35 | Amount (in rubles) | 500,000 |
| 36 | SRN and the date of entry into the USROLE that contains indicated information | 7117847655985<br>08/17/2011 |

2

| Information about a Person Authorized to Act on Behalf of the Legal Entity without a Power of Attorney | | |
|---|---|---|
| 37 | SRN and the date of entry into the USROLE information about this person | 2187847868151 03/01/2018 |
| | | |
| 38 | Last name | PRIGOZHIN |
| 39 | First name | YEVGENIY |
| 40 | Patronymic | VIKTOROVICH |
| 41 | TIN | ███████ |
| 42 | SRN and the date of entry into the USROLE that contains indicated information | 2187847868151 03/01/2018 |
| 43 | Position | CHIEF EXECUTIVE OFFICER |
| 44 | SRN and the date of entry into the USROLE that contains indicated information | 2187847868151 03/01/2018 |
| **Information about the founders (participants) of the legal entity** | | |
| 45 | SRN and the date of entry into the USROLE information about this person | 2177847844645 02/28/2017 |
| | | |
| 46 | Last name | PRIGOZHIN |
| 47 | First name | YEVGENIY |
| 48 | Patronymic | VIKTOROVICH |
| 49 | TIN | ███████ |
| 50 | SRN and the date of entry into the USROLE that contains indicated information | 2177847844645 02/28/2017 |
| 51 | Par value of a share (rubles) | 500,000 |
| 52 | Ownership Interest (percent) | 100 |
| 53 | SRN and the date of entry into the USROLE that contains indicated information | 2177847844645 02/28/2017 |

.......

# EXHIBIT B

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**CONCORD MANAGEMENT AND CONSULTING, LLC**,<br><br>**Defendant** | **Crim. No. 18-cr-32-2 (DLF)** |

## PROTECTIVE ORDER

This matter comes before the Court upon the Motion of the United States seeking a Protective Order ("Order") pursuant to Fed. R. Crim. P. 16(d), and 18 U.S.C. § 3771(a). The Order seeks to prevent the unauthorized disclosure or dissemination of discovery provided by the government in this case, including information for which unrestricted dissemination could adversely affect national security and law enforcement interests, as well as the privacy of third parties.

The Court finds good cause to institute a protective order to regulate discovery in this case, as provided in Fed. R. Crim. P. 16(d) and **HEREBY ORDERS**:

1.        All of the materials and information provided by the United States in preparation for, or in connection with, any stage of the proceedings in this case (collectively, "the materials") are subject to this Order and may be used by defense counsel (herein defined as counsel of record and any attorney or other staff employed by Reed Smith LLP who is assisting in the preparation of the defense, an e-discovery vendor engaged by Reed Smith LLP, other counsel previously identified and agreed to by the United States, and any other counsel subsequently approved of by this Court) solely in connection with the defense of this criminal case, and for no other purpose, and in connection with no other proceeding, without further order of this Court.   The materials

include all information provided by the United States in connection with discovery, regardless of form, and includes information provided physically, electronically, or orally, but does not include documents or information available in the public domain.

2.      Defense counsel shall not disclose the materials or their contents directly or indirectly to any person or entity other than an authorized person as defined in this paragraph and under the circumstances described in this Order.   Authorized persons shall be limited to: (a) persons retained by defense counsel to assist in the defense of the criminal case; (b) persons who are interviewed as potential witnesses; (c) counsel for potential witnesses; (d) individual officers and employees of Defendant Concord Management and Consulting LLC ("Concord Management") designated by defense counsel; and (e) other persons to whom the Court may authorize disclosure.

3.      Defense counsel and authorized persons shall not copy or reproduce the materials except in order to provide copies of the materials for use in connection with this case by defense counsel and authorized persons.   Such copies and reproductions shall be treated in the same manner as the original materials.

4.      Defense counsel and authorized persons shall not disclose any notes or records of any kind that they make in relation to the contents of the materials, other than to authorized persons, and all such notes or records are to be treated in the same manner as the original materials.

5.      Before providing materials to an authorized person, defense counsel must provide the authorized person with a copy of this Order.

6.      A copy of this Order shall be kept with printed copies of the materials at all times. An electronic copy of this Order shall be available for review on any database housing the

2

materials.

7.      Upon conclusion of all stages of this case, the materials and all copies made thereof shall be disposed of in one of two ways, unless otherwise ordered by the Court. The materials may be (1) destroyed or (2) returned to the government.   The Court may require a certification as to the disposition of any such materials.

8.      To the extent any material is produced by the government to defense counsel by mistake, the government shall have the right to the return of such material and shall request any such return in writing. Within five days of the receipt of a request to return such materials, defense counsel shall return all such material if in hard copy, and in the case of electronic materials, shall certify in writing that all copies of the specified material have been deleted from any location in which the material was stored.   Defense counsel shall have the right to file an objection with the Court to the return of any such material if such material is discoverable in this case.

9.      The restrictions set forth in this section of the Order do not apply to documents that are or become part of the public court record, including documents that have been received in evidence at other trials, nor do the restrictions in this Order limit defense counsel in the use of discovery materials in judicial proceedings in this case, except that any document filed by any party which attaches or otherwise discloses specially identified sensitive information as described below, shall be filed under seal and, if necessary, with other handling caveats, to the extent necessary to protect such information, absent prior permission from this Court.

## Sensitive Materials

10.      Certain materials to be disclosed by the government contain particularly sensitive information, including personal identifying information belonging to one or more individuals,

national security and law enforcement sensitive information, and other information requiring special protection. The government will designate and label these discovery materials as "Sensitive" (hereinafter "Sensitive materials").   The Sensitive materials will include:

    a.   Witness statements provided pursuant to 18 U.S.C. § 3500;

    b.   Information that could lead to the identification of potential witnesses, including civilian, foreign and domestic law enforcement witnesses and cooperating witnesses;

    c.   Information related to ongoing investigations, including information that could identify the targets of such investigations; and

    d.   Information related to sensitive law enforcement or intelligence collection techniques.

11.    In the first instance, disclosure of Sensitive materials shall be limited to defense counsel, as defined above, as long as defense counsel is a national of the United States.   If defense counsel believes it necessary to disclose Sensitive materials to additional parties—including but not limited to (a) persons retained by defense counsel to assist in the defense of the criminal case; (b) persons who are interviewed as potential witnesses; (c) counsel for potential witnesses; and (d) individual officers and employees of Defendant Concord Management designated by defense counsel—defense counsel may *ex parte* request approval from the Court to make such a disclosure. Notwithstanding the preceding sentence, no co-defendant charged in this criminal case, whether individual or organizational, shall be deemed an authorized person for purposes of reviewing Sensitive materials until the co-defendant appears before this Court.   Defense counsel shall not disclose or discuss Sensitive material or their contents to any co-defendant charged in this criminal

case, whether individual or organizational, until the co-defendant appears before this Court unless otherwise directed by this Court.

12.     Sensitive materials may not be disseminated or shown to any individuals, organizations or other entities, other than defense counsel and persons approved by the Court, as defined above, subject to the conditions set forth in this Order.   No person described in this paragraph shall have access to the Sensitive materials until he or she has (a) been provided with a copy of this Order; and (b) certified that he or she has read, understands, and agrees to the terms of this Order and has manifested his or her assent to be bound thereby, and to be subject to the jurisdiction of the Court, by signing a copy of the attached Memorandum of Understanding of the Protective Order.   Copies of any signed Memorandum of Understanding shall be maintained by defense counsel and be made available to Court for review if requested.

13.     At all times during these proceedings, the Court shall designate a Firewall Counsel for purposes of discovery.   Firewall Counsel shall be separate from the Special Counsel's Office. For any foreign national to whom defense counsel wishes to make a disclosure of Sensitive materials, defense counsel shall provide Firewall Counsel for the government with the name of any such individual contemporaneous to its *ex parte* request for Court approval, and Firewall Counsel shall be provided the opportunity to respond to the Court *ex parte* prior to approval. Firewall Counsel may receive information from the Special Counsel's Office but in no instance will Firewall Counsel provide information to the Special Counsel's Office.

14.     Sensitive materials may under no circumstances be disclosed, transported, or transmitted outside the United States unless so ordered by the Court.

15.     Neither defense counsel nor any person authorized by this Court is permitted at any

time to inspect, review, or discuss Sensitive materials outside of the U.S. offices of Reed Smith

LLP, without prior permission from of this Court.   Defense counsel or a designated and identified

employee of Reed Smith LLP must accompany any person at all times while he or she is reviewing

Sensitive materials at U.S. offices of Reed Smith LLP, unless otherwise authorized by this Court.

16.     Defense counsel shall not copy or reproduce Sensitive materials except in order to

provide copies of the materials for use by defense counsel in connection with this criminal case.

Copies and reproductions shall be treated in the same manner as the original Sensitive materials,

as described herein.   Authorized persons may not copy or reproduce Sensitive materials and may

not retain any copies of Sensitive materials.

17.     Defense counsel shall not disclose any notes or records of any kind that they make

in relation to the contents of Sensitive materials, other than to authorized persons and only in the

manner described herein.   All such notes or records are to be treated in the same manner as the

original materials.

18.     The government shall provide Sensitive materials to defense counsel in a password-

protected, electronic format.   Sensitive materials shall not be copied or reproduced without prior

permission from this Court, except that defense counsel may make copies for use exclusively by

defense counsel in connection with this criminal case.   Sensitive materials shall be maintained in

a locked room at Reed Smith's offices within the United States, when they are not in the actual

possession of defense counsel or an authorized person.   Sensitive materials shall not be viewed or

stored on any device that is connected to or accessible from the Internet.

19.     Absent prior permission from the Court, Sensitive materials and the content of

Sensitive materials shall not be included in any public filing with the Court, and instead shall be

6

submitted under seal.

20.     Nothing contained in this Order shall preclude any party from applying to this Court

for further relief or for modification of any provision hereof.


_____                    _____
Date                               HON. DABNEY L. FRIEDRICH
                                   UNITED STATES DISTRICT JUDGE

## MEMORANDUM OF UNDERSTANDING

1.   I, _____, understand that I may be the recipient of documents or shown documents that contain information that the government has designated to be Sensitive.

2.   I agree that I shall never divulge, publish, or reveal, either by word, conduct, or other means, such Sensitive information and documents unless specifically authorized in writing to do so by an authorized representative of the United States government, or as otherwise ordered by the Court.

3.   I understand this agreement will remain binding upon me after the conclusion of the proceedings in *United States v. Concord Management and Consulting, LLC* (case no. 1:18-cr-0032-2) and any subsequent related proceedings.

4.   I have received, read, and understood the Protective Order entered by the United States District Court for the District of Columbia in the above case, and I agree to comply with the provisions thereof.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:   _____

Place:   _____

_____
Authorized Person

The above-named individual has received a copy of the Protective Order in the case *United States v. Concord Management and Consulting, LLC* (case no. 1:18-cr-32-2).

_____
Counsel for Defendant