# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**CONCORD MANAGEMENT AND CONSULTING, LLC,**<br><br>**Defendant** | **Crim. No. 18-cr-32-2 (DLF)** |

## <u>GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE HEARING</u>

The United States of America, by and through Special Counsel Robert S. Mueller, III, respectfully requests an unopposed two-day continuance for the hearing on Defendant Concord Management and Consulting, LLC's ("Concord Management") Motion to Dismiss the Indictment based on the Special Counsel's Unlawful Appointment and Lack of Authority to Indict Concord, (ECF No. 36). Defendant Concord Management's reply brief is due on Monday, July 30, 2018; oral argument is presently scheduled for 10:00 a.m. on Wednesday, August 1, 2018. The United States requests a two-day continuance to 10:00 a.m. on Friday, August 3, 2018, so that counsel for the government will have an opportunity to review what may be a lengthy reply (Concord Management requested and received an extension of up to 30 pages) and be in a position to assist the Court during oral argument.

Counsel for Concord Management has reviewed this pleading and does not object to the continuance.

Dated: July 3, 2018

JESSIE K. LIU
U.S. Attorney for the District of Columbia

Deborah Curtis
Jonathan Kravis
Kathryn Rakoczy
Assistant U.S. Attorneys
United States Attorney's Office
District of Columbia
555 Fourth Street N.W.
Washington, D.C. 20530

Respectfully submitted,

ROBERT S. MUELLER III
Special Counsel

By:       /s/ Ryan K. Dickey

Jeannie S. Rhee
L. Rush Atkinson
Ryan K. Dickey
U.S. Department of Justice
Special Counsel's Office
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Telephone: (202) 616-0800

*Attorneys for the United States of America*