UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>INTERNET RESEARCH AGENCY, LLC, ET AL.<br><br>    *Defendant*. | Criminal No. 18-cr-32 (DLF) |

## JOINT MOTION TO TERMINATE STATUS HEARING

The United States of America, by and through Special Counsel Robert S. Mueller, III and the United States Attorney for the District of Columbia, and Defendant Concord Management and Consulting, LLC ("Concord Management"), by and through undersigned counsel, respectfully moves the Court to terminate the status hearing set for July 9, 2018 before Magistrate Judge Robinson. As described below, the parties agree the status hearing was set in error.

On May 9, 2018, Concord Management appeared through counsel before Magistrate Judge Harvey for its initial appearance and arraignment. (ECF No. 9). At that hearing, Magistrate Judge Harvey noted that two additional charged corporate defendants (Defendant Internet Research Agency, LLC and Defendant Concord Catering) were not present before the Court. Upon the government's oral motion, Magistrate Judge Harvey set a new control date for the summonses issued for those two corporate defendants, with a return date of July 9, 2018.

Subsequent to the hearing, a minute entry appeared on the docket that set a "[c]ontrol [s]tatus hearing" on July 9, 2018 for "Concord Management and Consulting LLC." The parties agree that this entry was in error, and that there is no need for a "control status hearing" for Concord Management on July 9, 2018, as that defendant has appeared and been arraigned. The parties therefore move to terminate the status hearing as to Concord Management.

Dated: July 9, 2018

| | |
|---|---|
| ROBERT S. MUELLER, III<br>Special Counsel | CONCORD MANAGEMENT AND<br>CONSULTING LLC |
| | By Counsel |
| /s/      L. Rush Atkinson | /s/  *Eric A. Dubelier* |
| Jeannie S. Rhee<br>L. Rush Atkinson<br>Ryan K. Dickey<br>U.S. Department of Justice<br>Special Counsel's Office<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530<br>Telephone (202) 616-0800 | Eric A. Dubelier (No. 419412)<br>Katherine J. Seikaly (No. 498641)<br>Reed Smith LLP<br>1301 K Street, N.W.<br>Suite 1000 – East Tower<br>Washington, D.C. 20005<br>202-414-9291 (phone)<br>202-414-9299 (fax)<br>edubelier@reedsmith.com<br>kseikaly@reedsmith.com |

JESSIE K. LIU
U.S. Attorney for the District of Columbia

Deborah Curtis
Jonathan Kravis
United States Attorney's Office
District of Columbia
555 Fourth Street N.W.
Washington, D.C. 20530

*Attorneys for the United States of America*