# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NUMBER: |
| v. | 1:18-cr-00032-DLF |
| INTERNET RESEARCH AGENCY, LLC, *et al.*, | |
| Defendants. | |

## PROPOSED ORDER

With the Court having considered Defendant Concord Management and Consulting LLC's Motion to Dismiss the Indictment, Memorandum in Support thereof, and any opposition and reply thereto, it is hereby:

**ORDERED** that the motion is **GRANTED**; and it is

**FURTHER ORDERED** that the Indictment, ECF No. 1, is dismissed as to Defendant Concord Management and Consulting LLC.

**SO ORDERED**, this ___ day of _____, 2018.

_____
DABNEY L. FRIEDRICH
United States District Judge

- 4 -

PERSONS TO BE SERVED WITH ORDER:

Jeannie S. Rhee
L. Rush Atkinson
Ryan K. Dickey
Michael R. Dreeben
Heather N. Alpino
U.S. DEPARTMENT OF JUSTICE
Special Counsel's Office
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

JESSIE K. LIU
U.S. Attorney for the District of Columbia

Deborah A. Curtis
Jonathan I. Kravis
Kathryn L. Rakoczy
Assistant U.S. Attorneys
U.S. ATTORNEY'S OFFICE
555 4th Street, NW
Washington, D.C. 20530

*Counsel for United States of America*

Eric A. Dubelier (Bar No. 419412)
Katherine J. Seikaly (Bar No. 498641)
REED SMITH LLP
1301 K Street, NW
Suite 1000 – East Tower
Washington, D.C. 20005-3373

James C. Martin*
Colin E. Wrabley*
REED SMITH LLP
225 Fifth Avenue
Pittsburgh, PA 15222-2716
*Admitted Pro Hac Vice*

*Counsel for Defendant Concord Management and Consulting LLC*