**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>INTERNET RESEARCH AGENCY LLC., *et al*.,<br><br>      Defendants. | CRIMINAL NO. 1:18-CR-00032-DLF |

## DEFENDANT CONCORD MANAGEMENT AND CONSULTING LLC'S UNOPPOSED MOTION TO MODIFY BRIEFING SCHEDULE

Defendant Concord Management and Consulting LLC ("Defendant" or "Concord"), by counsel, respectfully moves for a modification of the Court's June 4, 2018 Order setting a briefing schedule for pretrial motions.  Undersigned counsel has conferred with counsel for the United States, who does not oppose the relief sought herein.  In support of its request, Defendant states as follows:

During the May 15, 2018 status hearing, undersigned counsel represented to the Court that Concord intended to file several pretrial motions that are not dependent on discovery.  In response to the Court's request, on June 1, 2018, the parties filed a joint motion for a briefing schedule.  On June 4, 2018, the Court entered an Order setting the schedule for four anticipated pretrial motions ("the June 4 Order").

Concord has filed two of its anticipated pretrial motions.  The third anticipated pretrial motion relates to a request for a hearing regarding selective prosecution.  The June 4 Order set a date of Friday, August 3, 2018 for the filing of that motion.  Concord is continuing its consideration of whether to file this motion.  In order to properly consider the legal issues and, if appropriate, prepare the motion for filing, Concord respectfully requests that the deadline to file

the third anticipated pretrial motion be extended to August 31, 2018.  If approved by the Court, Concord suggests that the dates set in Paragraph 4 of the June 4 Order for filing the opposition and reply remain the same, September 21, 2018 and October 5, 2018, respectively.

Concord further notes that at present it does not anticipate filing a fourth pretrial motion to dismiss.  The parties' joint motion for a briefing schedule identified that motion as addressing a due process challenge regarding the grand jury instructions.  This issue was included in Concord's second pretrial motion, which was filed on July 16, 2018.  As such, Concord is not requesting a modification of the order to extend the time to file a fourth pretrial motion to dismiss.

A proposed order is attached.

Dated:  August 1, 2018

Respectfully submitted,

CONCORD MANAGEMENT AND
CONSULTING LLC

By Counsel

/s/ *Eric A. Dubelier*
Eric A. Dubelier (No. 419412)
Katherine J. Seikaly (No. 498641)
Reed Smith LLP
1301 K Street, N.W.
Suite 1000 – East Tower
Washington, D.C. 20005
202-414-9291 (phone)
202-414-9299 (fax)
edubelier@reedsmith.com
kseikaly@reedsmith.com

Case 1:18-cr-00032-DLF   Document 49   Filed 08/01/18   Page 3 of 3

3

James C. Martin[*]
Colin E. Wrabley[*]
REED SMITH LLP
225 Fifth Avenue
Pittsburgh, PA 15222-2716
412.288.3131 (phone)
412.288.3063 (fax)
jcmartin@reedsmith.com
cwrabley@reedsmith.com

[*] *Admitted Pro Hac Vice*