# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>INTERNET RESEARCH AGENCY LLC., *et al*.,<br><br>      Defendants. | CRIMINAL NO. 1:18-CR-00032-DLF |

## [Proposed] ORDER

Upon consideration of Defendant Concord Management and Consulting LLC's Unopposed Motion to Modify the Briefing Schedule, it is hereby ORDERED that the motion is GRANTED. The date by which Concord may file its third pretrial motion, if it chooses to do so, is extended to August 31, 2018. If necessary, the government shall file its opposition thereto on or before September 21, 2018 and the defendant shall file its reply on or before October 5, 2018.

Dated: _____, 2018
                                                    _____
                                                          DABNEY L. FRIEDRICH
                                                          United States District Judge