UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 18-00032-2 (DLF) |
| | : | |
| CONCORD MANAGEMENT AND CONSULTING LLC, | : | **UNDER SEAL AND EX PARTE** |
| | : | |
| Defendant. | : | |

**FILED AUG 06 2018**
Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

### ORDER

This matter having come before the Court pursuant to the government's motion for leave to file submission under seal and *ex parte*, it is hereby

ORDERED that the government's motion is GRANTED; and

IT IS FURTHER ORDERED that the Clerk of the Court shall place under seal the government's motion for leave to file submission under seal and *ex parte* and all documents filed therewith.

August 6, 2018

_____
HON. DABNEY L. FRIEDRICH
UNITED STATES DISTRICT JUDGE