# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CONCORD MANAGEMENT & CONSULTING LLC,<br><br>*Defendant.* | Criminal Action No. 18-cr-0032-2 (DLF) |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is

**ORDERED** that Concord Management and Consulting LLC's Motion to Dismiss the Indictment Based on the Special Counsel's Appointment and Authority, Dkt. 36, is **DENIED**.

**SO ORDERED**.

                                                                                      _____
                                                                                      DABNEY L. FRIEDRICH
                                                                                      United States District Judge

Date: August 13, 2018