```
 1                BEFORE THE UNITED STATES DISTRICT COURT

 2                     FOR THE DISTRICT OF COLUMBIA

 3
     UNITED STATES OF AMERICA,       .
 4                                   .  Case Number 18-CR-32
              Plaintiff,             .
 5                                   .
         vs.                         .
 6                                   .  Washington, D.C.
     CONCORD MANAGEMENT AND          .  August 6, 2018
 7   CONSULTING LLC,                 .  12:30 p.m.
                                     .
 8            Defendant.             .
     - - - - - - - - - - - - - - - -
 9

10               TRANSCRIPT OF TELEPHONE CONFERENCE
               BEFORE THE HONORABLE DABNEY L. FRIEDRICH
11                   UNITED STATES DISTRICT JUDGE

12
     APPEARANCES:
13
     For the Government:           LAWRENCE RUSH ATKINSON, AUSA
14                                 U.S. Department of Justice
                                   Special Counsel's Office
15                                 950 Pennsylvania Avenue N.W.
                                   Washington, D.C. 20530
16                                 202-616-0800

17                                 JONATHAN I. KRAVIS, AUSA
                                   KATHRYN RAKOCZY, AUSA
18                                 U.S. Attorney's Office for the
                                     District of Columbia
19                                 555 Fourth Street N.W.
                                   Washington, D.C. 20530
20                                 202-252-6886

21                                 DEBORAH CURTIS, AUSA
                                   U.S. Department of Justice
22                                 NSD Counterespionage Section
                                   600 E Street, 10th Floor
23                                 Washington, D.C. 20004
                                   202-233-2113
24

25                    -- continued --
```

```
 1      APPEARANCES (CONTINUED):

 2      For Defendant Concord
        Management and Consulting LLC:   KATHERINE J. SEIKALY, ESQ.
 3                                       Reed Smith LLP
                                         7900 Tysons One Place, Suite 500
 4                                       McLean, Virginia 22102
                                         202-414-2919
 5

 6      Official Court Reporter:         SARA A. WICK, RPR, CRR
                                         U.S. Courthouse, Room 4704-B
 7                                       333 Constitution Avenue N.W.
                                         Washington, D.C. 20001
 8                                       202-354-3284

 9
        Proceedings recorded by stenotype shorthand.
10      Transcript produced by computer-aided transcription.
```

```
1                     P R O C E E D I N G S
2             (Call to order of the court.)
3             THE COURTROOM DEPUTY:  Your Honor, this is Criminal
4    Case 18-32, the United States of America versus Concord
5    Management and Consulting LLC.
6        Will all parties on the line identify yourselves by your
7    first and last name, beginning with Mr. Atkinson.
8             MR. ATKINSON:  Good afternoon, your Honor.  Rush
9    Atkinson on behalf of the United States.
10            MR. KRAVIS:  Good afternoon, your Honor.  Jonathan
11   Kravis from the D.C. U.S. Attorney's Office on behalf of the
12   United States.  And I'm joined on the call by Kathryn Rakoczy
13   and Deborah Curtis, also from the D.C. U.S. Attorney's Office.
14            THE COURT:  Good afternoon.
15            MS. SEIKALY:  Good afternoon, your Honor.  Kate
16   Seikaly on behalf of defendants.
17            THE COURT:  Good afternoon, Ms. Seikaly.
18       I want to alert the parties, while this is just a telephone
19   conference call, there are other parties in the courtroom.
20       I scheduled this -- and thank you for being available so
21   promptly.  I scheduled this to address the government's
22   recommendation for proposed firewall counsel for the Court's
23   approval pursuant to my memorandum opinion and order of June 29,
24   2018.
25            And Ms. Seikaly, I understand from my law clerk that the
```

```
 1    Special Counsel represented to you at the conclusion of the
 2    hearing they would provide you with the recommended firewall
 3    counsels' names that the Special Counsel submitted to me in
 4    camera and that you no longer intend to file a motion objecting
 5    to the firewall counsel recommendation being provided to the
 6    Court ex parte.  Is that correct?
 7            MS. SEIKALY:  That is correct, your Honor, and they
 8    did provide us those names over the weekend.  So we appreciate
 9    that very much.
10            THE COURT:  Okay.  Great.  All right.  In that case,
11    again pursuant to my June 29th opinion and order, I hereby
12    approve the recommendation of the National Security Division
13    attorney to serve as firewall counsel in this case.  I find that
14    this experienced attorney from the National Security Division,
15    which is a division that routinely litigates national security
16    matters, has the requisite national security litigation
17    experience to capably articulate the views of the U.S.
18    intelligence community and fulfill the responsibilities of
19    firewall counsel.
20      I further find that the National Security Division firewall
21    attorney and team will function entirely independently of the
22    prosecution investigative teams.  Although there is one other
23    National Security Division trial attorney assigned to the
24    prosecution team in this case, I nonetheless conclude that the
25    procedures are in place to ensure that the firewall counsel and
```

team operate independently.  NSD is a large office within the Department of justice, and it has extensive experience employing filter procedures and litigating related issues in similar cases.

Moreover, in this case the Special Counsel has represented that, first, firewall counsel, the attorneys supervising firewall counsel, and agents and support staff assisting firewall counsel will be instructed not to provide the trial or investigative teams with any information concerning requests by defense counsel to share sensitive discovery information.

Also, firewall counsel will be supervised by attorneys who fall outside the chain of command for this case and for the ongoing investigation.

Finally, I understand that materials created or used by the firewall counsel, the attorneys supervising firewall counsel, and agents and support staff assisting firewall counsel will be stored in locations physically and digitally that are not accessible by either the trial or the investigative teams.

Accordingly, I will approve the Special Counsel's recommendation of the NSD attorney as firewall counsel in this case.

I assume that the parties have had discussions about the process that will be employed to resolve discovery issues related to sensitive information?  And if so, I would like to hear from Ms. Seikaly to summarize how the parties envision this

```
1    process working.
2                MS. SEIKALY:  Your Honor, we have not had those
3    discussions.  We can certainly do so promptly immediately
4    following this call.
5                THE COURT:  Okay.  All right.  Is there anything else
6    either party would like to raise at this point?
7                MR. KRAVIS:  Nothing on behalf of the United States.
8    Thank you, your Honor.
9                THE COURT:  Ms. Seikaly?
10               MS. SEIKALY:  No, nothing from us.  Thank you.
11               THE COURT:  Thank you again for being available.  I
12   appreciate it.
13        (Proceedings adjourned at 12:39 p.m.)
```

```
 1              CERTIFICATE OF OFFICIAL COURT REPORTER
 2
 3         I, Sara A. Wick, certify that the foregoing is a
 4   correct transcript from the record of proceedings in the
 5   above-entitled matter.
 6
 7
 8
 9   /s/ Sara A. Wick                    August 8, 2018
10   SIGNATURE OF COURT REPORTER         DATE
```