**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>INTERNET RESEARCH AGENCY LLC, *et al.*,<br><br>Defendants. | Criminal Action No. 18-00032 (DLF) |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendant Concord Management and Consulting LLC ("Concord") hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the order (ECF No. 54, entered August 13, 2018), memorandum opinion (ECF No. 55, entered August 13, 2018), and corrected memorandum opinion (ECF No. 58, entered August 15, 2018) denying Concord's Motion to Dismiss the Indictment Based on the Special Counsel's Unlawful Appointment and Lack of Authority to Indict Concord (ECF No. 36).

Dated: August 27, 2018

Respectfully submitted,

CONCORD MANAGEMENT
AND CONSULTING LLC

James C. Martin[*]
Colin E. Wrabley[*]
REED SMITH LLP
225 Fifth Avenue
Pittsburgh, PA 15222-2716
412.288.3131 (phone)
412.288.3063 (fax)
jcmartin@reedsmith.com
cwrabley@reedsmith.com

[*] *Admitted Pro Hac Vice*

By: /s/ Eric A. Dubelier
Eric A. Dubelier (D.C. Bar No. 419412)
Katherine J. Seikaly (D.C. Bar No. 498641)
REED SMITH LLP
1301 K Street, N.W.
Suite 1000 – East Tower
Washington, D.C. 20005-3373
202.414.9200 (phone)
202.414.9299 (fax)
edubelier@reedsmith.com
kseikaly@reedsmith.com