# EXHIBIT E:
**Proposed Order**

**Defendant Concord Management and Consulting LLC's
Motion for Discovery Regarding Selective Prosecution,
*United States v. Internet Research Agency LLC, et al.*,
Criminal Action No. 18-00032-DLF**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>INTERNET RESEARCH AGENCY LLC, *et al.*,<br><br>Defendants. | Criminal Action No. 18-00032 (DLF) |

## ORDER

With the Court having considered Defendant Concord Management and Consulting LLC's Motion for Discovery Regarding Selective Prosecution, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is

**FURTHER ORDERED** that the government produce all information that will corroborate or refute Concord's claim of selective prosecution.

                                                          DABNEY L. FRIEDRICH
                                                          United States District Judge

Date:

- 2 -

PERSONS TO BE SERVED WITH ORDER:

Michael R. Dreeben
Jeannie S. Rhee
L. Rush Atkinson
Ryan K. Dickey
Heather N. Alpino
U.S. DEPARTMENT OF JUSTICE
Special Counsel's Office
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Jonathan I. Kravis
Deborah A. Curtis
Kathryn L. Rakoczy
U.S. DEPARTMENT OF JUSTICE
U.S. Attorney's Office
  for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530

*Counsel for United States of America*

Eric A. Dubelier
Katherine J. Seikaly
REED SMITH LLP
1301 K Street, N.W.
Suite 1000 – East Tower
Washington, D.C. 20005-3373

James C. Martin
Colin E. Wrabley
REED SMITH LLP
225 Fifth Avenue
Pittsburgh, PA 15222-2716

*Counsel for Defendant Concord Management and Consulting LLC*