18-

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 18-3061**                                          **September Term, 2018**

1:18-cr-00032-DLF-2

Filed On: **September 17, 2018** [1750875]

United States of America,

      Appellee

  v.

Concord Management and Consulting LLC,

      Appellant

## M A N D A T E

In accordance with the order of September 17, 2018, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                                       **FOR THE COURT:**
                                                       Mark J. Langer, Clerk

                                   BY:    /s/
                                                       Amy Yacisin
                                                       Deputy Clerk

Link to the order filed September 17, 2018

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 18-3061** | **September Term, 2018** |
| | 1:18-cr-00032-DLF-2 |
| | **Filed On:** September 17, 2018 |

United States of America,

    Appellee

  v.

Concord Management and Consulting LLC,

    Appellant

## O R D E R

Upon consideration of appellant's unopposed motion for voluntary dismissal of this appeal, it is

**ORDERED** that this appeal be dismissed.

The Clerk is directed to issue the mandate forthwith to the district court.

           **FOR THE COURT:**
           Mark J. Langer, Clerk

      BY:   /s/
               Amy Yacisin
               Deputy Clerk