# United States Court of Appeals
### For The District of Columbia Circuit

---

**No. 18-3061**　　　　　　　　　　　　　　**September Term, 2018**

1:18-cr-00032-DLF-2

**Filed On:** September 17, 2018

United States of America,

    Appellee

v.

Concord Management and Consulting LLC,

    Appellant

### O R D E R

Upon consideration of appellant's unopposed motion for voluntary dismissal of this appeal, it is

**ORDERED** that this appeal be dismissed.

The Clerk is directed to issue the mandate forthwith to the district court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:　/s/
Amy Yacisin
Deputy Clerk