IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CONCORD MANAGEMENT & CONSULTING LLC<br><br>Defendant. | CRIMINAL NUMBER:<br><br>1:18-cr-00032-2 (DLF) |

**DEFENDANT CONCORD MANAGEMENT AND CONSULTING LLC'S
MOTION FOR LEAVE TO FILE PARTIALLY UNDER SEAL**

Defendant Concord Management and Consulting, LLC ("Defendant" or "Concord"), through counsel, respectfully moves for leave of Court to file partially under seal its Motion for Leave to Respond to the Government's Supplemental Briefing Relating to Defendant's Motion to Dismiss the Indictment. In support of this motion, Concord states as follows:

On October 18, 2018, the Court requested the United States to submit supplemental briefing in connection with Defendant's pending Motion to Dismiss the Indictment. October 18, 2018 Order (Dkt. 68). Contemporaneously with this motion, Concord has filed a Motion for Leave to Respond to the Government's Supplemental Briefing Relating to Defendant's Motion to Dismiss the Indictment in which Concord requests leave of the Court to file a response to any supplemental briefing submitted by the United States (Concord's "Motion for Leave").

A portion of Concord's Motion for Leave refers to information designated by the Special Counsel as "Sensitive" pursuant to the Protective Order governing this case. June 29, 2018 Protective Order (Dkt. 42-1). Paragraph 19 of the Protective Order states that "Absent prior permission from the Court, Sensitive materials and the content of Sensitive materials shall not be included in any public filing with the Court, and instead shall be submitted under seal." As such,

Concord respectfully requests that its Motion for Leave be filed partially under seal so that the portion referring to information designated as "Sensitive" by the Special Counsel is redacted from the public filing.  Concord is submitting to the Court a version of its Motion for Leave in which the portion that refers to information designated as "Sensitive" by the Special Counsel has been redacted so that it can be publicly filed.

A proposed order is included herewith.

Dated: October 22, 2018

Respectfully submitted,

CONCORD MANAGEMENT AND
CONSULTING LLC

By:   */s/ Eric A. Dubelier*
Eric A. Dubelier (D.C. Bar No. 419412)
Katherine J. Seikaly (D.C. Bar No. 498641)
REED SMITH LLP
1301 K Street, NW
Suite 1000 – East Tower
Washington, DC  20005-3373
202.414.9200 (phone)
202.414.9299 (fax)
edubelier@reedsmith.com
kseikaly@reedsmith.com


James C. Martin*
Colin E. Wrabley*
REED SMITH LLP
225 Fifth Avenue
Pittsburgh, PA 15222-2716
412.288.3131 (phone)
412.288.3063 (fax)
jcmartin@reedsmith.com
cwrabley@reedsmith.com

*Admitted Pro Hac Vice*