# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL NUMBER: |
| CONCORD MANAGEMENT & CONSULTING LLC | |
| Defendant. | 1:18-cr-00032-2 (DLF) |

## PROPOSED ORDER

Upon consideration of Defendant Concord Management and Consulting LLC's Motion for Leave to File Partially Under Seal, it is hereby

ORDERED that the motion is GRANTED.

Defendant Concord Management and Consulting LLC's Motion for Leave to Respond to the Government's Supplemental Briefing Relating to Defendant's Motion to Dismiss the Indictment shall be filed partially under seal.

The Clerk shall publicly file a redacted version of Concord's Motion for Leave to Respond to the Government's Supplemental Briefing Relating to Defendant's Motion to Dismiss the Indictment which removes the references to information designated as "Sensitive" by the Special Counsel.

_____      _____
Date                                                                    DABNEY L. FRIEDRICH
                                                                              United States District Judge