# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL NUMBER: |
| CONCORD MANAGEMENT & CONSULTING LLC | 1:18-cr-00032-2 (DLF) |
| Defendant. | |

## PROPOSED ORDER

Upon consideration of Defendant Concord Management and Consulting LLC's Motion for Leave to Respond to the Government's Additional Briefing Relating to Concord's Motion to Dismiss the Indictment, and any opposition thereto, it is hereby

ORDERED that the motion is GRANTED.

Defendant Concord Management and Consulting LLC shall have leave to file a response to any additional briefing submitted by the United States no later than Thursday, October 25, 2018.

_____          _____
Date                                                                DABNEY L. FRIEDRICH
                                                                           United States District Judge