**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NUMBER: |
| v. | 1:18-cr-00032-2 (DLF) |
| CONCORD MANAGEMENT & CONSULTING LLC | |
| Defendant. | |

**DEFENDANT CONCORD MANAGEMENT AND CONSULTING LLC'S**
**MOTION FOR LEAVE TO RESPOND TO THE GOVERNMENT'S SUPPLEMENTAL**
**BRIEFING RELATING TO DEFENDANT'S MOTION TO DISMISS THE**
**INDICTMENT**

Defendant Concord Management and Consulting, LLC ("Defendant" or "Concord"), through counsel, respectfully moves for leave of Court to respond to supplemental briefing from the government regarding Concord's pending Motion to Dismiss the Indictment (Dkt. 46) (the "Motion to Dismiss").  In support of its motion, Concord states as follows:

**"Once is happenstance.  Twice is coincidence.  The third time it's enemy action."[1]**

The parties completed briefing on Defendant's Motion to Dismiss on August 31, 2018. The Court heard oral argument on Monday, October 15, 2018.  On the evening of Thursday, October 18, 2018, the Court requested supplemental briefing from the United States. October 18, 2018 Order (Dkt. 68).  The Court directed the United States to file a brief clarifying its position on two specific questions on or before Tuesday, October 23, 2018.

Less than twenty-four hours later the government issued a press release unsealing a three-week old criminal complaint against Russian national Elena Khusyaynova in the Eastern District

---

[1] *Goldfinger*, Ian Fleming (1959).

- 1 -

of Virginia.  Press Release, Department of Justice, Russian National Charged with Interfering in

U.S. Political System (Oct. 19, 2018), attached as Exhibit A.  This complaint, which is attached

as Exhibit B, publicly regurgitates unproven allegations against Concord and accuses Ms.

Khusyaynova of the same make-believe crime that the Court is now determining whether to

dismiss in this case.  But Ms. Khusyaynova is not under arrest, nor has she been indicted by a

grand jury.  Instead, the government has fired a warning across the Court's bow that regardless

of the Court's decision on Concord's pending Motion to Dismiss, the allegations against

Concord will survive elsewhere in a venue of the Special Counsel's choosing.[2]

While the government's action was unfolding in Virginia, undersigned counsel waited

over ten hours on Friday, October 19 for the Special Counsel to answer whether they would

object to the relief sought herein.  It was not until late Friday evening that the Special Counsel

finally advised that they take no position at all.

Add to this backdrop, undersigned counsel recently learned that █████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

█████████████████████████████████████████

_____

[2] The government's tactics are known to the Court, as the Court will recall the unsealing of the
opinion of another judge of this court one day before the hearing on Concord's challenge to the
authority of the Special Counsel.

The above events make it impossible to determine what tactic or shift in theory the government will reveal in answering the Court's questions.  But from undersigned counsel's perspective, these developments make it important that Concord be given an opportunity to respond to any supplemental briefing submitted by the United States.  Concord hereby makes that request and if permitted by the Court, will file its response on or before Thursday, October 25, 2018.

A proposed order is included herewith.

Dated: October 22, 2018

Respectfully submitted,

CONCORD MANAGEMENT AND
CONSULTING LLC

By:   */s/ Eric A. Dubelier*
Eric A. Dubelier (D.C. Bar No. 419412)
Katherine J. Seikaly (D.C. Bar No. 498641)
REED SMITH LLP
1301 K Street, NW
Suite 1000 – East Tower
Washington, DC  20005-3373
202.414.9200 (phone)
202.414.9299 (fax)
edubelier@reedsmith.com
kseikaly@reedsmith.com


James C. Martin*
Colin E. Wrabley*
REED SMITH LLP
225 Fifth Avenue
Pittsburgh, PA 15222-2716
412.288.3131 (phone)
412.288.3063 (fax)
jcmartin@reedsmith.com
cwrabley@reedsmith.com

*Admitted Pro Hac Vice*