# Exhibit A



**Department of Justice**

U.S. Attorney's Office

Eastern District of Virginia

FOR IMMEDIATE RELEASE　　　　　　　　　　　　　　　　　Friday, October 19, 2018

# Russian National Charged with Interfering in U.S. Political System

ALEXANDRIA, Va. – A criminal complaint was unsealed here today charging a Russian national for her alleged role in a Russian conspiracy to interfere in the U.S. political system, including the 2018 midterm election.

"The strategic goal of this alleged conspiracy, which continues to this day, is to sow discord in the U.S. political system and to undermine faith in our democratic institutions," said G. Zachary Terwilliger, U.S. Attorney for the Eastern District of Virginia. "This case demonstrates that federal law enforcement authorities will work aggressively to investigate and prosecute the perpetrators of unlawful foreign influence activities whenever feasible, and that we will not stand by idly while foreign actors obstruct the lawful functions of our government. I want to thank the agents and prosecutors for their determined work on this case."

According to allegations in the criminal complaint, Elena Alekseevna Khusyaynova, 44, of St. Petersburg, Russia, served as the chief accountant of "Project Lakhta," a Russian umbrella effort funded by Russian oligarch Yevgeniy Viktorovich Prigozhin and two companies he controls, Concord Management and Consulting LLC, and Concord Catering. Project Lakhta includes multiple components, some involving domestic audiences within the Russian Federation and others targeting foreign audiences in the United States, members of the European Union, and Ukraine, among others.

"Today's charges allege that Russian national, Elena Alekseevna Khusyaynova, conspired with others who were part of a Russian influence campaign to interfere with U.S. democracy," said Assistant Attorney General Demers. "Our nation is built upon a hard-fought and unwavering commitment to democracy. Americans disagree in good faith on all manner of issues, and we will protect their right to do so. Unlawful foreign interference with these debates debases their democratic integrity, and we will make every effort to disrupt it and hold those involved accountable."

Khusyaynova allegedly managed the financing of Project Lakhta operations, including foreign influence activities directed at the United States. The financial documents she controlled include detailed expenses for activities in the United States, such as expenditures for activists, advertisements on social media platforms, registration of domain names, the purchase of proxy servers, and "promoting news postings on social networks." Between January 2016 and June 2018, Project Lakhta's proposed operating budget totaled more

than $35 million, although only a portion of these funds were directed at the United States. Between January and June 2018 alone, Project Lakhta's proposed operating budget totaled more than $10 million.

"This case serves as a stark reminder to all Americans: Our foreign adversaries continue their efforts to interfere in our democracy by creating social and political division, spreading distrust in our political system, and advocating for the support or defeat of particular political candidates," said Director Wray. "We take all threats to our democracy very seriously, and we're committed to working with our partners to identify and stop these unlawful influence operations. Together, we must remain diligent and determined to protect our democratic institutions and maintain trust in our electoral process."

The alleged conspiracy, in which Khusyaynova is alleged to have played a central financial management role, sought to conduct what it called internally "information warfare against the United States." This effort was not only designed to spread distrust towards candidates for U.S. political office and the U.S. political system in general, but also to defraud the United States by impeding the lawful functions of government agencies in administering relevant federal requirements.

The conspirators allegedly took extraordinary steps to make it appear that they were ordinary American political activists. This included the use of virtual private networks and other means to disguise their activities and to obfuscate their Russian origin. They used social media platforms to create thousands of social media and email accounts that appeared to be operated by U.S. persons, and used them to create and amplify divisive social and political content targeting U.S. audiences. These accounts also were used to advocate for the election or electoral defeat of particular candidates in the 2016 and 2018 U.S. elections. Some social media accounts posted tens of thousands of messages, and had tens of thousands of followers.

The conspiracy allegedly used social media and other internet platforms to address a wide variety of topics, including immigration, gun control and the Second Amendment, the Confederate flag, race relations, LGBT issues, the Women's March, and the NFL national anthem debate. Members of the conspiracy took advantage of specific events in the United States to anchor their themes, including the shootings of church members in Charleston, South Carolina, and concert attendees in Las Vegas; the Charlottesville "Unite the Right" rally and associated violence; police shootings of African-American men; as well as the personnel and policy decisions of the current U.S. presidential administration.

The conspirators' alleged activities did not exclusively adopt one ideological view; they wrote on topics from varied and sometimes opposing perspectives. Members of the conspiracy were directed, among other things, to create "political intensity through supporting radical groups" and to "aggravate the conflict between minorities and the rest of the population." The actors also developed playbooks and strategic messaging documents that offered guidance on how to target particular social groups, including the timing of messages, the types of news outlets to use, and how to frame divisive messages.

The criminal complaint does not include any allegation that Khusyaynova or the broader conspiracy had any effect on the outcome of an election. The complaint also does not allege that any American knowingly participated in the Project Lakhta operation.

The investigative team received exceptional cooperation from private sector companies, such as Facebook and Twitter.

G. Zachary Terwilliger, U.S. Attorney for the Eastern District of Virginia, John C. Demers, Assistant Attorney General for National Security, and Christopher Wray, Director of the FBI, made the announcement after the charges were unsealed. Assistant U.S. Attorney Jay V. Prabhu and Special Assistant U.S. Attorney Alex Iftimie are prosecuting the case, with assistance of Trial Attorneys Matthew Y. Chang and Patrick T. Murphy of the National Security Division's Counterintelligence and Export Control Section.

A copy of this press release is located on the website of the U.S. Attorney's Office for the Eastern District of Virginia. Related court documents and information is located on the website of the District Court for the Eastern District of Virginia or on PACER by searching for Case No. 1:18-mj-464.

*A criminal complaint contains allegations that a defendant has committed a crime. Every defendant is presumed to be innocent until and unless proven guilty in court.*

---

**Attachment(s):**
Download khusyaynova_complaint.pdf

**Topic(s):**
Cyber Crime
National Security

**Component(s):**
USAO - Virginia, Eastern

**Contact:**
Joshua Stueve
Director of Communications
joshua.stueve@usdoj.gov

Updated October 19, 2018