# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CONCORD MANAGEMENT & CONSULTING LLC,<br><br>*Defendant.* | Criminal Action No. 18-cr-32-2 (DLF) |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is

**ORDERED** that Concord Management and Consulting LLC's Motion to Dismiss the Indictment, Dkt. 46, is **DENIED.**  It is further

**ORDERED** that the parties shall propose a schedule for further proceedings and for briefing on any outstanding discovery issues on or before November 28, 2018.

**SO ORDERED.**

_____
DABNEY L. FRIEDRICH
United States District Judge

Date: November 15, 2018