AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:18-cr-32 (DLF) |
| Internet Research Agency, LLC, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America                                                                                      .

Date:     11/16/2018

/s/ Jason B.A. McCullough

*Attorney's signature*

Jason B.A. McCullough (NY 4544953; DC 998006)

*Printed name and bar number*

U.S. Department of Justice
National Security Division
950 Pennsylvania Ave, NW
Washington, D.C. 20530

*Address*

jason.mccullough@usdoj.gov

*E-mail address*

(202) 616-0800

*Telephone number*

*FAX number*