UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**INTERNET RESEARCH AGENCY, ET AL.,**<br><br>**Defendants.** | **Crim. No. 18-cr-32 (DLF)** |

## ORDER

Having considered the parties' Joint Motion Requesting a Scheduling Order, it is **ORDERED** that the motion is **GRANTED** as follows:

(1) The defendant, Concord Management and Consulting, LLC, shall file its motion to disclose discovery designated as Sensitive by the government to officers and employees of Concord on or before December 21, 2018;

(2) The government shall file its opposition on or before January 30, 2019;

(3) The defendant shall file its reply on or before February 20, 2019.

Further, the Court finds that the ends of justice are served by the granting of a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) and outweigh the best interest of the public and the defendant in a speedy trial.  Specifically, as described by the parties in their joint motion, this case is unusual and complex due to the nature of the prosecution, the possibility of novel questions of fact or law, and the voluminous discovery at issue.  *See* 18 U.S.C. § 3161(h)(7)(B)(ii).  Accordingly, it is **ORDERED** that the period of November 15, 2018 to December 21, 2018 is excluded for purposes of Speedy Trial Act calculations.

**SO ORDERED.**

Date:

                                        DABNEY L. FRIEDRICH
                                        United States District Judge