# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CONCORD MANAGEMENT AND CONSULTING LLC<br><br>Defendant. | CRIMINAL NUMBER:<br><br>1:18-cr-00032-2-DLF |

## PROPOSED ORDER

Upon consideration of Defendant Concord Management and Consulting LLC's Motion for Approval to Disclose Discovery Pursuant to Protective Order and any opposition thereto, it is hereby

ORDERED that the motion is GRANTED,

IT IS FURTHER ORDERED that the officers and employees of Concord Management and Consulting LLC are approved to view Sensitive material in this matter in the manner set forth in Exhibit B to the motion.

_____    _____
Date                              DABNEY L. FRIEDRICH
                                  United States District Judge