# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CONCORD MANAGEMENT AND CONSULTING LLC<br><br>Defendant. | CRIMINAL NUMBER:<br><br>1:18-cr-00032-2-DLF |

## PROPOSED ORDER

Upon consideration of Defendant Concord Management and Consulting LLC's Motion for Compel Discovery from the United States, it is hereby

ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the United States shall provide discovery as to the manner by which it became aware of the information Defendant Concord provided to Firewall Counsel.

_____          _____
Date                                                                              DABNEY L. FRIEDRICH
                                                                                          United States District Judge