IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NUMBER: |
| v. | 1:18-cr-00032-2-DLF |
| CONCORD MANAGEMENT AND CONSULTING LLC | |
| Defendant. | |

### DEFENDANT CONCORD MANAGEMENT AND CONSULTING LLC'S MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL

Defendant Concord Management and Consulting, LLC ("Defendant" or "Concord"), through counsel, respectfully moves for leave of Court to file under seal Exhibit B to its Motion for Approval to Disclose Discovery Pursuant to Protective Order ("Motion for Approval"). In support of this motion, Concord states as follows:

The Court has discretion to seal documents where there is a compelling interest that would be harmed by public disclosure and there is no reasonable alternative to protect that interest other than sealing the document. *See United States v. Harris*, 204 F. Supp. 3d 10, 14, (D.D.C. 2016).

Pursuant to the Paragraph 11 of the Protective Order, Concord is filing its Motion for Approval seeking the Court's approval to disclose discovery designated as Sensitive to Concord. Exhibit B to the Motion for Approval contains a detailed proposal for how the discovery will be shared with Concord in a manner that maintains the security of the data and protects from unnecessary disclosure. While Exhibit B does not refer to or describe any of the discovery the Special Counsel has designated as Sensitive, it contains substantive and technical information

that, if made public, could be used to defeat the security protections described therein.[1] Exhibit B to the Motion for Approval is attached as an exhibit hereto.

A proposed order is included herewith.

Dated: December 20, 2018

Respectfully submitted,

CONCORD MANAGEMENT AND
CONSULTING LLC

By: /s/ Eric A. Dubelier
Eric A. Dubelier (D.C. Bar No. 419412)
Katherine J. Seikaly (D.C. Bar No. 498641)
REED SMITH LLP
1301 K Street, NW
Suite 1000 – East Tower
Washington, DC 20005-3373
202.414.9200 (phone)
202.414.9299 (fax)
edubelier@reedsmith.com
kseikaly@reedsmith.com

---

[1] Defendant is not seeking an *ex parte* filing; Exhibit B is being provided to the government contemporaneously with this filing with the Court.

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy of the foregoing Motion for Leave to File Under Seal to be filed under seal with the Clerk's office via hand delivery. I further certify that I have caused a copy of the foregoing Motion for Leave to File Under Seal to be transmitted to the following counsel of record via hand delivery:

Jonathan Kravis
Deputy Chief, Fraud and Public Corruption Section
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, NW
Room 5917
Washington, DC 20530

Jason B.A. McCullough
U.S. Department of Justice
National Security Division
950 Pennsylvania Avenue, NW
Washington, DC 20530

Jeannie S. Rhee
Special Counsel's Office
950 Pennsylvania Avenue, NW
Washington, DC 20530

By: /s/ *Katherine J. Seikaly*
Katherine J. Seikaly (D.C. Bar No. 498641)
REED SMITH LLP
1301 K Street, NW
Suite 1000 – East Tower
Washington, DC 20005-3373
202.414.9200 (phone)
202.414.9299 (fax)
kseikaly@reedsmith.com