IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NUMBER: |
| v. | 1:18-cr-00032-2-DLF |
| CONCORD MANAGEMENT AND CONSULTING LLC | |
| Defendant. | |

**PROPOSED ORDER**

Upon consideration of Defendant Concord Management and Consulting LLC's Motion for Leave to File Exhibit Under Seal, it is hereby

ORDERED that the motion is GRANTED.

Accordingly, Exhibit B to Defendant Concord Management and Consulting LLC's Motion for Approval to Disclose Discovery Pursuant to Protective Order shall be filed under seal. The Motion for Leave to File Under Seal shall be unsealed by the Clerk of Court.

_____   _____
Date                                            DABNEY L. FRIEDRICH
                                                     United States District Judge