UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>)<br>)<br>CONCORD MANAGEMENT AND )<br>CONSULTING, LLC, et al., )<br>)<br>Defendants. ) | Criminal No. 18-CR-32 (DLF) |

**ORDER**

This matter comes before the Court upon the motion of the United States seeking leave to file an *ex parte*, *in camera*, classified addendum to the Government's opposition to Defendant's Motion to Disclose Discovery Pursuant to Protective Order. Pursuant to Federal Rule of Criminal Procedure 16(d)(1), and for good cause shown, the Government's motion is **GRANTED** and it is hereby

**ORDERED** that the Government may file an *ex parte*, *in camera*, classified addendum to its forthcoming opposition to Defendant's motion, containing additional facts in support of the Government's public arguments.

_____                    _____
Date                                                                    HON. DABNEY L. FRIEDRICH
                                                                        UNITED STATES DISTRICT JUDGE