# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CONCORD MANAGEMENT AND CONSULTING LLC<br><br>Defendant. | Crim. No. 18-CR-32-2 (DLF) |

## GOVERNMENT'S MOTION FOR LEAVE TO FILE UNDER SEAL

The United States of America respectfully moves for leave to file under seal its opposition to defendant Concord Management and Consulting LLC's motion to compel (Dkt. No. 78). The government's opposition discusses a "matter occurring before the grand jury," Fed. R. Crim. P. 6(e)(2)(B). Therefore, filing the opposition under seal is appropriate under Federal Rule of Criminal Procedure 6(e)(2)(B)(vi) and Rule 6(e)(6).

Respectfully submitted,

ROBERT S. MUELLER, III
Special Counsel

By: /s/
Michael R. Dreeben
Jeannie S. Rhee
Adam C. Jed
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Telephone: (202) 616-0800

JESSIE K. LIU
United States Attorney

By: /s/
Jonathan Kravis
Deborah Curtis
Kathryn Rakoczy
555 Fourth Street NW
Washington, D.C. 20530
Telephone: (202) 252-6886

JOHN C. DEMERS
Assistant Attorney General for National Security

By: /s/
Heather N. Alpino
U.S. Department of Justice
National Security Division
950 Pennsylvania Ave. NW
Washington, D.C. 20530
Telephone: (202) 514-2000

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2019 I caused a copy of the foregoing motion for leave to file under seal to be transmitted to Katherine Seikaly and Eric Dubelier, counsel of record for Concord Management and Consulting LLC, via email and first class mail.

By: /s/
Jonathan Kravis
Assistant United States Attorney
555 Fourth Street NW
Washington D.C. 20530
(202) 252-6886