**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**CONCORD MANAGEMENT AND CONSULTING LLC**<br><br>**Defendant.** | **Crim. No. 18-CR-32-2 (DLF)** |

## PROPOSED ORDER

Upon consideration of the motion of the United States of America for leave to file under seal, it is hereby

ORDERED that the motion is GRANTED.

Accordingly, the government's opposition to defendant Concord Management and Consulting LLC's motion to compel shall be filed under seal.

_____    _____
Date                                                                      DABNEY L. FRIEDRICH
                                                                                     United States District Judge