**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CONCORD MANAGEMENT AND CONSULTING LLC<br><br>Defendant. | Crim. No. 18-CR-32-2 (DLF) |

## GOVERNMENT'S FILING REGARDING PROPOSED REDACTIONS

Pursuant to the Court's January 7, 2019 minute order, the United States has reviewed the transcript of the January 7 status conference and has no proposed redactions.

Respectfully submitted,

ROBERT S. MUELLER, III
Special Counsel

By: /s/
Jeannie S. Rhee
L. Rush Atkinson
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Telephone: (202) 616-0800

JOHN C. DEMERS
Assistant Attorney General for National Security

By: /s/
Heather N. Alpino
U.S. Department of Justice
National Security Division
950 Pennsylvania Ave. NW
Washington, D.C. 20530
Telephone: (202) 514-2000

JESSIE K. LIU
United States Attorney

By: /s/
Jonathan Kravis
Deborah Curtis
Kathryn Rakoczy
555 Fourth Street NW
Washington, D.C. 20530
Telephone: (202) 252-6886