# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CONCORD MANAGEMENT AND CONSULTING LLC<br><br>Defendant. | CRIMINAL NUMBER:<br><br>1:18-cr-00032-2-DLF |

## PROPOSED ORDER

With the Court having considered Defendant Concord Management and Consulting LLC's Renewed Motion for Discovery Regarding Selective Prosecution, and any opposition thereto, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is

**FURTHER ORDERED** that the government shall produce all information that will corroborate or refute Concord's claim of selective prosecution.

Date: _____    _____
                                                                                DABNEY L. FRIEDRICH
                                                                                United States District Judge