**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**CONCORD MANAGEMENT AND<br>CONSULTING LLC,**<br><br>**Defendant.** | **Crim. No. 18-CR-32-2 (DLF)** |

**GOVERNMENT'S NOTICE OF *EX PARTE*, *IN CAMERA*, CLASSIFIED FILING**

The United States of America hereby gives notice that, on January 30, 2019, the Government filed, through the Classified Information Security Officer, an *ex parte*, *in camera*, classified addendum to its Opposition to Defendant's Motion for Approval to Disclose Discovery Pursuant to Protective Order.

Respectfully submitted,

ROBERT S. MUELLER III
Special Counsel

By: /s/
Jeannie S. Rhee
L. Rush Atkinson
U.S. Department of Justice
Special Counsel's Office
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Telephone: (202) 616-0800

JOHN C. DEMERS
Assistant Attorney General for National Security

By: /s/
Heather N. Alpino
U.S. Department of Justice
National Security Division
950 Pennsylvania Ave. NW
Washington, D.C. 20530
Telephone: (202) 514-2000

JESSIE K. LIU
United States Attorney

By: /s/
Deborah Curtis
Jonathan Kravis
Kathryn Rakoczy
Assistant United States Attorneys
555 Fourth Street N.W.
Washington, D.C. 20530