UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CONCORD MANAGEMENT AND CONSULTING LLC<br><br>Defendant. | Crim. No. 18-CR-32-2 (DLF) |

### GOVERNMENT'S MOTION FOR LEAVE TO FILE PARTIALLY UNDER SEAL

The United States of America respectfully moves for leave to file under seal a portion of its opposition to defendant Concord Management and Consulting LLC's motion for approval to disclose discovery pursuant to the protective order (Dkt. No. 77). In connection with its motion, Concord filed a sealed submission. Dkt. No. 77, at 19 (referencing sealed Exhibit B). The government requests permission to file its response to that submission under seal for the same reasons that justified the sealing of Concord's filing.

Respectfully submitted,

| | |
|---|---|
| ROBERT S. MUELLER, III<br>Special Counsel | JESSIE K. LIU<br>United States Attorney |
| By: /s/_____<br>Michael R. Dreeben<br>Jeannie S. Rhee<br>Adam C. Jed<br>950 Pennsylvania Avenue NW<br>Washington, D.C. 20530<br>Telephone: (202) 616-0800 | By: /s/_____<br>Jonathan Kravis<br>Deborah Curtis<br>Kathryn Rakoczy<br>555 Fourth Street NW<br>Washington, D.C. 20530<br>Telephone: (202) 252-6886 |

JOHN C. DEMERS
Assistant Attorney General for National Security

By: /s/_____
Heather N. Alpino
U.S. Department of Justice
National Security Division
950 Pennsylvania Ave. NW
Washington, D.C. 20530
Telephone: (202) 514-2000

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2019 I caused a copy of the foregoing motion for leave to file partially under seal to be transmitted to Katherine Seikaly and Eric Dubelier, counsel of record for Concord Management and Consulting LLC, via email and first class mail.

By: /s/_____
Jonathan Kravis
Assistant United States Attorney
555 Fourth Street NW
Washington D.C. 20530
(202) 252-6886