UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CONCORD MANAGEMENT AND CONSULTING LLC<br><br>Defendant. | Crim. No. 18-CR-32-2 (DLF) |

### GOVERNMENT'S MOTION FOR LEAVE TO FILE UNDER SEAL

The United States of America respectfully moves for leave to file under seal a supplement to its amended opposition to the motion of defendant Concord Management and Consulting LLC for approval to disclose discovery pursuant to the protective order (Dkt. No. 77).

On January 30, 2019, the government filed its opposition to Concord's motion for approval to disclose discovery. Dkt. No. 94. On January 31, 2019, the government filed a motion to substitute an amended opposition. Dkt. No. 97. The government's amended opposition references certain direct messages from a Twitter account to the accounts of members of the media. Because the content of those messages relates to an ongoing review by the FBI, the government respectfully requests approval to disclose the content of those messages in a sealed supplemental filing.

Respectfully submitted,

| | |
|---|---|
| ROBERT S. MUELLER, III<br>Special Counsel | JESSIE K. LIU<br>United States Attorney |
| By: /s/_____<br>Michael R. Dreeben<br>Jeannie S. Rhee<br>Adam C. Jed | By: /s/_____<br>Jonathan Kravis<br>Deborah Curtis<br>Kathryn Rakoczy |

| | |
|---|---|
| 950 Pennsylvania Avenue NW<br>Washington, D.C. 20530<br>Telephone: (202) 616-0800 | 555 Fourth Street NW<br>Washington, D.C. 20530<br>Telephone: (202) 252-6886 |

JOHN C. DEMERS
Assistant Attorney General for National Security

By: /s/_____
Heather N. Alpino
U.S. Department of Justice
National Security Division
950 Pennsylvania Ave. NW
Washington, D.C. 20530
Telephone: (202) 514-2000

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2019 I caused a copy of the foregoing motion for leave to file under seal to be transmitted to Katherine Seikaly and Eric Dubelier, counsel of record for Concord Management and Consulting LLC, via email and first class mail.

By: /s/_____
Jonathan Kravis
Assistant United States Attorney
555 Fourth Street NW
Washington D.C. 20530
(202) 252-6886