UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CONCORD MANAGEMENT AND CONSULTING LLC,<br><br>Defendant. | Crim. No. 18-CR-32-2 (DLF)<br><br>**FILED UNDER SEAL** |

**GOVERNMENT'S SEALED SUPPLEMENT TO AMENDED OPPOSITION TO DEFENDANT'S MOTION FOR APPROVAL TO DISCLOSE DISCOVERY PURSUANT TO PROTECTIVE ORDER**

The United States of America respectfully supplements its amended opposition to the motion of defendant Concord Management and Consulting LLC for approval to disclose discovery pursuant to the protective order, Dkt. No. 77, as follows.

The initial direct messages sent from the Twitter account @HackingRedstone to Twitter accounts for members of the media on October 22, 2018, referenced on page 9 of the amended opposition, read as follows: "We are anonymous hackers.  We are like hundreds of others, but we are the one and only who got the Special Counsel Mueller database.  We got into a Russian lawyer company local net that had permission from ReedSmith [sic] (Russian attorneys) to view and download all the files they need from their database through the remote server.  You might wonder why we want to share all this information with you.  So, you're just one of the few who can handle it in the right way.  You are the one who can tell people the truth!"

Respectfully submitted,

| | |
|---|---|
| ROBERT S. MUELLER III<br>Special Counsel<br><br>By: /s/ | JESSIE K. LIU<br>United States Attorney<br><br>By: /s/ |

| | |
|---|---|
| Jeannie S. Rhee | Deborah Curtis |
| L. Rush Atkinson | Jonathan Kravis |
| U.S. Department of Justice | Kathryn Rakoczy |
| Special Counsel's Office | Assistant United States Attorneys |
| 950 Pennsylvania Avenue NW | 555 Fourth Street N.W. |
| Washington, D.C. 20530 | Washington, D.C. 20530 |
| Telephone: (202) 616-0800 | |

JOHN C. DEMERS
Assistant Attorney General for National Security

By: /s/_____
Heather N. Alpino
U.S. Department of Justice
National Security Division
950 Pennsylvania Ave. NW
Washington, D.C. 20530
Telephone: (202) 514-2000

*Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2019 I caused a copy of the foregoing supplemental filing to be transmitted to Katherine Seikaly and Eric Dubelier, counsel of record for Concord Management and Consulting LLC, via email and first class mail.

                                                By: /s/_____
                                                Jonathan Kravis
                                                Assistant United States Attorney
                                                555 Fourth Street NW
                                                Washington D.C. 20530
                                                (202) 252-6886