# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NUMBER: |
| v. | 1:18-cr-00032-2-DLF |
| CONCORD MANAGEMENT AND CONSULTING LLC | |
| Defendant. | |

## PROPOSED ORDER

Upon consideration of Defendant Concord Management and Consulting LLC's Motion for a Bill of Particulars Pursuant to Fed. R. Crim. P. 7(f) and Incorporated Memorandum of Law, any opposition thereto, it is hereby

ORDERED that the motion is GRANTED,

IT IS FURTHER ORDERED that the government shall provide a Bill of Particulars responding to each request set forth in Exhibit A to the Motion.

_____    _____
Date                                                                         DABNEY L. FRIEDRICH
                                                                                    United States District Judge