**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NUMBER: |
| v. | 1:18-cr-00032-2-DLF |
| CONCORD MANAGEMENT AND CONSULTING LLC | **SEALED** |
| Defendant. | |

**DEFENDANT CONCORD MANAGEMENT AND CONSULTING LLC'S
MOTION FOR LEAVE TO FILE PARTIALLY UNDER SEAL**

Defendant Concord Management and Consulting, LLC ("Defendant" or "Concord"), through counsel, respectfully moves for leave of Court to file under seal certain portions of its Reply in Support of Its Motion for Approval to Disclose Discovery Pursuant to Protective Order ("Reply Brief"), which is being filed today via the Court's Electronic Case Files system ("ECF"). In support of this motion, Concord states as follows:

On December 20, 2018, Concord filed its Motion for Approval to Disclose Discovery Pursuant to Protective Order (Dkt. 77) and attached an exhibit filed under seal containing a proposal for the specific handling of the discovery materials.  On January 30, 2019, the government filed its opposition brief (Dkt. 94), and on February 1, 2019, the government filed an amended opposition brief (Dkt. 99).  The opposition brief included an exhibit filed under seal responding to Defendant's proposal and referred to an ongoing criminal investigation being conducted by the United States Attorney's Office for the District of Columbia.

Today, Concord has filed via ECF its Reply Brief, which contains additional information for the Court regarding this ongoing investigation, including Exhibit B relating to the investigation.  Additionally, Concord's Reply Brief includes Exhibit C which contains a revised

1

proposal for the handling of discovery materials.  In order to protect the ongoing investigation and the security of the discovery materials, Concord respectfully requests that its Reply Brief be filed partially under seal so that portions referring to the ongoing criminal investigation are redacted from the public filing.  Likewise, Concord respectfully requests that Exhibit B, as it contains information regarding the ongoing investigation, and Exhibit C, as it contains a revised proposal regarding the specific handling of discovery materials, be filed under seal.

The Court has discretion to seal documents where there is a compelling interest that would be harmed by public disclosure and there is no reasonable alternative to protect that interest other than sealing the document.  *See United States v. Harris*, 204 F. Supp. 3d 10, 14, (D.D.C. 2016).

A proposed order is included herewith.

Dated: February 20, 2018

Respectfully submitted,

CONCORD MANAGEMENT AND
CONSULTING LLC

By:   */s/ Eric A. Dubelier*
Eric A. Dubelier (D.C. Bar No. 419412)
Katherine J. Seikaly (D.C. Bar No. 498641)
REED SMITH LLP
1301 K Street, NW
Suite 1000 – East Tower
Washington, DC  20005-3373
202.414.9200 (phone)
202.414.9299 (fax)
edubelier@reedsmith.com
kseikaly@reedsmith.com

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy of the foregoing Motion for Leave to File

Under Seal to be filed under seal with the Clerk's office via hand delivery.  I further certify that I

have caused a copy of the foregoing Motion for Leave to File Under Seal to be transmitted to the

following counsel of record via hand delivery:

Jonathan Kravis
Deputy Chief, Fraud and Public Corruption
Section
U.S. Attorney's Office for the District of
Columbia
555 Fourth Street, NW
Room 5917
Washington, DC 20530

Jason B.A. McCullough
U.S. Department of Justice
National Security Division
950 Pennsylvania Avenue, NW
Washington, DC 20530

Jeannie S. Rhee
Special Counsel's Office
950 Pennsylvania Avenue, NW
Washington, DC 20530

By: /s/ Katherine J. Seikaly
Katherine J. Seikaly (D.C. Bar No. 498641)
REED SMITH LLP
1301 K Street, NW
Suite 1000 – East Tower
Washington, DC  20005-3373
202.414.9200 (phone)
202.414.9299 (fax)
kseikaly@reedsmith.com