# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CONCORD MANAGEMENT AND CONSULTING LLC<br><br>Defendant. | CRIMINAL NUMBER:<br><br>1:18-cr-00032-2-DLF<br><br>**SEALED** |

## PROPOSED ORDER

Upon consideration of Defendant Concord Management and Consulting LLC's Motion for Leave to File Partially Under Seal, it is hereby

ORDERED that the motion is GRANTED.

Accordingly, the Defendant's Reply in Support of Its Motion for Approval to Disclose Discovery Pursuant to Protective Order shall be filed partially under seal, and Exhibits B and C thereto shall be filed under seal.

_____  _____
Date                                                          DABNEY L. FRIEDRICH
                                                                   United States District Judge