**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CONCOR MANAGEMENT AND CONSULTING LLC,<br><br>Defendant. | Crim. No. 18-CR-32-2 (DLF) |

## GOVERNMENT'S MOTION FOR PERMISSION TO OBTAIN THE TRANSCRIPT OF THE HEARING ON MARCH 7, 2019

On March 7, 2019, the Court held a hearing on the defendant's motion regarding sensitive discovery. The first part of this hearing was open to the public. (The second part of the hearing was held under seal.) At the government's request, the transcript of the first part of the hearing has been sealed pending a further motion from the government. The government now requests that the Court issue an order unsealing the transcripts of both parts of the hearing for the limited purpose of allowing the court reporter to provide copies of the transcripts to the parties. The government does not seek to unseal these transcripts to the public.

Respectfully submitted,

| | |
|---|---|
| ROBERT S. MUELLER, III<br>Special Counsel | JESSIE K. LIU<br>United States Attorney |
| By: /s/_____<br>Jeannie S. Rhee<br>L. Rush Atkinson<br>950 Pennsylvania Avenue NW<br>Washington, D.C. 20530<br>Telephone: (202) 616-0800 | By: /s/_____<br>Jonathan Kravis<br>Deborah Curtis<br>Kathryn Rakoczy<br>555 Fourth Street NW<br>Washington, D.C. 20530<br>Telephone: (202) 252-6886 |

JOHN C. DEMERS

Assistant Attorney General for National Security

By: /s/
Heather N. Alpino
U.S. Department of Justice
National Security Division
950 Pennsylvania Ave. NW
Washington, D.C. 20530
Telephone: (202) 514-2000