UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> **v.** <br><br> **CONCOR MANAGEMENT AND CONSULTING LLC,** <br><br> **Defendant.** | **Crim. No. 18-CR-32-2 (DLF)** |

## PROPOSED ORDER

Upon consideration of the government's motion for permission to obtain the transcripts of both parts of the hearing held on March 7, 2019, it is hereby

ORDERED that the government's motion is GRANTED, and the transcripts from both parts of the March 7, 2019 hearing are unsealed for the limited purpose of review by the parties. The transcripts shall remain sealed for all other purposes.

Date: March ___, 2019

_____
Hon. Dabney Friedrich
United States District Judge