# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **Crim. No. 18-CR-32-2 (DLF)** |
| **CONCOR MANAGEMENT AND CONSULTING LLC,** | **FILED UNDER SEAL** |
| Defendant. | |

## GOVERNMENT'S MOTION TO PARTIALLY UNSEAL TRANSCRIPT

On March 7, 2019, the Court held a hearing on the defendant's motion regarding sensitive discovery. The first part of this hearing was open to the public. (The second part of the hearing was held under seal.) At the government's request, the transcript of the first part of the hearing was sealed pending a further motion from the government. On March 8, 2019, the Court issued a minute order granting the parties access to the transcripts of the March 7 hearing. The Court further ordered the parties to jointly propose a redacted version of the transcript of the public portion of the hearing. A transcript of the public portion of the hearing reflecting the parties' proposed redactions is attached. The parties agree that this redacted version of the transcript should be unsealed and that the unredacted transcript of the public portion of the March 7 hearing should remain under seal. The parties further agree that the transcript of the sealed portion of the March 7 hearing should also remain under seal.

Respectfully submitted,

ROBERT S. MUELLER, III  
Special Counsel

By: /s/  
Jeannie S. Rhee  
L. Rush Atkinson

JESSIE K. LIU  
United States Attorney

By: /s/  
Jonathan Kravis  
Deborah Curtis

950 Pennsylvania Avenue NW  
Washington, D.C. 20530  
Telephone: (202) 616-0800

Kathryn Rakoczy  
555 Fourth Street NW  
Washington, D.C. 20530  
Telephone: (202) 252-6886

JOHN C. DEMERS  
Assistant Attorney General for National Security

By: /s/ _____  
Heather N. Alpino  
U.S. Department of Justice  
National Security Division  
950 Pennsylvania Ave. NW  
Washington, D.C. 20530  
Telephone: (202) 514-2000