# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**CONCORD MANAGEMENT AND CONSULTING LLC,**<br><br>**Defendant.** | **Crim. No. 18-CR-32-2 (DLF)** |

## GOVERNMENT'S UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND

On March 4, 2019, defendant Concord Management and Consulting filed a motion for a bill of particulars. Dkt. No. 104. Under D.C. Local Criminal Rule 47(b), the government's response is currently due on March 18, 2019. The government respectfully requests a one-week extension of its deadline to respond, to March 25, 2019. As reflected in the attached proposed order, the government has agreed to request that the Court give the defendant an extra week to file its reply. The defense does not oppose this motion.

Respectfully submitted,

| | |
|---|---|
| ROBERT S. MUELLER, III<br>Special Counsel | JESSIE K. LIU<br>United States Attorney |
| By: /s/<br>Jeannie S. Rhee<br>L. Rush Atkinson<br>950 Pennsylvania Avenue NW<br>Washington, D.C. 20530<br>Telephone: (202) 616-0800 | By: /s/<br>Jonathan Kravis<br>Deborah Curtis<br>Kathryn Rakoczy<br>555 Fourth Street NW<br>Washington, D.C. 20530<br>Telephone: (202) 252-6886 |

JOHN C. DEMERS
Assistant Attorney General for National Security

By: /s/

Heather N. Alpino
U.S. Department of Justice
National Security Division
950 Pennsylvania Ave. NW
Washington, D.C. 20530
Telephone: (202) 514-2000

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**CONCORD MANAGEMENT AND CONSULTING LLC,**<br><br>**Defendant.** | **Crim. No. 18-CR-32-2 (DLF)** |

## PROPOSED ORDER

Upon consideration of the government's unopposed motion to extend the deadline to respond to the defendant's motion for a bill of particulars, it is hereby

ORDERED that the government's motion is GRANTED. The government's response to the defendant's motion is now due on March 25, 2019. The defendant's reply is due on April 8, 2019.


Date: March ___, 2019                    _____
                                          Hon. Dabney Friedrich
                                          United States District Judge