UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CONCORD MANAGEMENT AND CONSULTING LLC,<br><br>Defendant. | Crim. No. 18-CR-32-2 (DLF) |

## PROPOSED ORDER

Upon consideration of the government's unopposed motion to extend the deadline to respond to the defendant's motion for a bill of particulars, it is hereby

ORDERED that the government's motion is GRANTED. The government's response to the defendant's motion is now due on March 25, 2019. The defendant's reply is due on April 8, 2019.


Date: March ___, 2019          _____
                                Hon. Dabney Friedrich
                                United States District Judge