UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**CONCORD MANAGEMENT AND CONSULTING LLC,**<br><br>**Defendant.** | **Crim. No. 18-CR-32-2 (DLF)** |

**PROPOSED ORDER**

Upon consideration of the government's motion for leave to file under seal a supplement to its opposition to the defendant's motion for a bill of particulars, it is hereby

ORDERED that the government's motion is GRANTED.

Date: March ___, 2019                         _____
                                              Hon. Dabney Friedrich
                                              United States District Judge