## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**CONCORD MANAGEMENT AND**<br>**CONSULTING LLC**<br><br>**Defendant.** | **Crim. No. 18-CR-32-2 (DLF)** |

### GOVERNMENT'S MOTION FOR LEAVE TO FILE UNDER SEAL

The United States of America respectfully moves for leave to file under seal a motion for a status hearing.  The motion discusses the sealed portion of a hearing that occurred on March 7, 2019 regarding sensitive discovery.  The transcript of that portion of the March 7 hearing has been sealed, and therefore the motion discussing the hearing should be filed under seal.

Respectfully submitted,

ROBERT S. MUELLER, III
Special Counsel

By: /s/_____
Michael R. Dreeben
Jeannie S. Rhee
Adam C. Jed
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Telephone: (202) 616-0800

JOHN C. DEMERS
Assistant Attorney General for National Security

By: /s/_____
Heather N. Alpino
U.S. Department of Justice
National Security Division
950 Pennsylvania Ave. NW
Washington, D.C. 20530
Telephone: (202) 514-2000

JESSIE K. LIU
United States Attorney

By: /s/_____
Jonathan Kravis
Deborah Curtis
Kathryn Rakoczy
555 Fourth Street NW
Washington, D.C. 20530
Telephone: (202) 252-6886