# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CONCORD MANAGEMENT AND CONSULTING LLC,<br><br>Defendant. | Crim. No. 18-CR-32-2 (DLF) |

## PROPOSED ORDER

Upon consideration of the government's motion for leave to file its motion for a status hearing under seal, it is hereby

ORDERED that the government's motion is GRANTED.


Date: March ___, 2019

                                                  Hon. Dabney Friedrich
                                                  United States District Judge