IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CONCORD MANAGEMENT AND CONSULTING LLC<br><br>Defendant. | CRIMINAL NUMBER:<br><br>1:18-cr-00032-2-DLF |

**DEFENDANT CONCORD MANAGEMENT AND CONSULTING LLC'S
MOTION FOR LEAVE TO FILE UNDER SEAL**

Defendant Concord Management and Consulting, LLC ("Defendant" or "Concord"), through counsel, respectfully moves for leave of Court to file under seal a response to the government's Motion for Status Hearing (the "Motion"). The government filed the Motion under seal on March 27, 2019 and the Court granted the motion for leave to file under seal on March 29, 2019. Because the Motion was filed under seal, Concord respectfully submits that the Response should be filed under seal as well. A proposed order is filed herewith.

Dated: April 1, 2019

Respectfully submitted,

CONCORD MANAGEMENT AND
CONSULTING LLC

By: _/s/ Eric A. Dubelier_
Eric A. Dubelier (D.C. Bar No. 419412)
Katherine J. Seikaly (D.C. Bar No. 498641)
REED SMITH LLP
1301 K Street, NW
Suite 1000 – East Tower
Washington, DC  20005-3373
202.414.9200 (phone)
202.414.9299 (fax)
edubelier@reedsmith.com
kseikaly@reedsmith.com

1

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy of the foregoing Motion for Leave to File Under Seal to be filed under seal with the Clerk's office via hand delivery.  I further certify that I have caused a copy of the foregoing Motion for Leave to File Under Seal to be transmitted to the following counsel of record via electronic mail:

Jonathan Kravis
Deputy Chief, Fraud and Public Corruption Section
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, NW
Room 5917
Washington, DC 20530

Jason B.A. McCullough
U.S. Department of Justice
National Security Division
950 Pennsylvania Avenue, NW
Washington, DC 20530

Jeannie S. Rhee
Special Counsel's Office
950 Pennsylvania Avenue, NW
Washington, DC 20530

By: /s/ *Katherine J. Seikaly*
Katherine J. Seikaly (D.C. Bar No. 498641)
REED SMITH LLP
1301 K Street, NW
Suite 1000 – East Tower
Washington, DC  20005-3373
202.414.9200 (phone)
202.414.9299 (fax)
kseikaly@reedsmith.com