# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CONCORD MANAGEMENT AND CONSULTING LLC<br><br>Defendant. | CRIMINAL NUMBER:<br><br>1:18-cr-00032-2-DLF |

## PROPOSED ORDER

Upon consideration of Defendant Concord Management and Consulting LLC's Motion for Leave to File Under Seal, it is hereby

ORDERED that the motion is GRANTED.

Accordingly, the Defendant's Response to Government's Motion for Status Hearing shall be filed under seal.

_____        _____
Date                                                                  DABNEY L. FRIEDRICH
                                                                                   United States District Judge