# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**CONCORD MANAGEMENT AND CONSULTING LLC,**<br><br>**Defendant.** | Crim. No. 18-CR-32-2 (DLF) |

## PROPOSED ORDER

Upon consideration of the government's motion for leave to file its reply in support of motion for a status hearing under seal, it is hereby

ORDERED that the government's motion is GRANTED.

Date: April ___, 2019

_____
Hon. Dabney Friedrich
United States District Judge