# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**CONCORD MANAGEMENT AND CONSULTING LLC,**<br><br>**Defendant.** | **Crim. No. 18-CR-32-2 (DLF)**<br><br>**FILED UNDER SEAL** |

## GOVERNMENT'S REPLY IN SUPPORT OF MOTION FOR STATUS HEARING

In reply to defendant Concord Management and Consulting LLC's response to the government's motion for a status hearing, and in the interest of completing the record regarding the parties' communications about access to the sensitive discovery, the government submits as Exhibit A an email chain reflecting further correspondence between the parties on this matter.

Respectfully submitted,

| | |
|---|---|
| ROBERT S. MUELLER, III<br>Special Counsel | JESSIE K. LIU<br>United States Attorney |
| By: /s/<br>Jeannie S. Rhee<br>L. Rush Atkinson<br>950 Pennsylvania Avenue NW<br>Washington, D.C. 20530<br>Telephone: (202) 616-0800 | By: /s/<br>Jonathan Kravis<br>Deborah Curtis<br>Kathryn Rakoczy<br>555 Fourth Street NW<br>Washington, D.C. 20530<br>Telephone: (202) 252-6886 |

JOHN C. DEMERS
Assistant Attorney General for National Security

By: /s/
Heather N. Alpino
U.S. Department of Justice
National Security Division
950 Pennsylvania Ave. NW
Washington, D.C. 20530
Telephone: (202) 514-2000

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2019 I caused a copy of the foregoing supplemental filing to be transmitted to Katherine Seikaly and Eric Dubelier, counsel of record for Concord Management and Consulting LLC, via email.

By: /s/
Jonathan Kravis
Assistant United States Attorney
555 Fourth Street NW
Washington D.C. 20530