IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NUMBER: |
| v. | 1:18-cr-00032-2-DLF |
| CONCORD MANAGEMENT AND CONSULTING LLC | |
| Defendant. | |

**DEFENDANT CONCORD MANAGEMENT AND CONSULTING LLC'S
MOTION FOR LEAVE TO FILE PARTIALLY UNDER SEAL**

Defendant Concord Management and Consulting, LLC ("Defendant" or "Concord"), through counsel, respectfully moves for leave of Court to file partially under seal its Reply in Support of Motion for a Bill of Particulars Pursuant to Fed. R. Crim. P. 7(f) (Concord's "Reply"). In support of this motion, Concord states as follows:

In Opposition to Concord's Motion for a Bill of Particulars, the government submitted a sealed supplement that the government asserts "describes the content of portions of the sensitive discovery produced to Concord." Sealed Supplement to Government's Opposition to Defendant's Motion for Bill of Particulars 1 (the "Sealed Supplement"). The Court granted the government's Motion to Seal the supplement. March 28, 2019 Minute order.

Portions of Concord's Reply refer to the Sealed Supplement. As such, Concord seeks to redact these sections of its Reply in the publicly filed brief, and file an unredacted version of the Reply under seal.

A proposed order is filed herewith.

Dated: April 8, 2019                                     Respectfully submitted,

                                                         CONCORD MANAGEMENT AND
                                                         CONSULTING LLC

1

By: _/s/ *Eric A. Dubelier*_
Eric A. Dubelier (D.C. Bar No. 419412)
Katherine J. Seikaly (D.C. Bar No. 498641)
REED SMITH LLP
1301 K Street, NW
Suite 1000 – East Tower
Washington, DC 20005-3373
202.414.9200 (phone)
202.414.9299 (fax)
edubelier@reedsmith.com
kseikaly@reedsmith.com

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy of the foregoing Motion for Leave to File Partially Under Seal to be filed under seal with the Clerk's office via hand delivery. I further certify that I have caused a copy of the foregoing Motion for Leave to File Partially Under Seal to be transmitted to the following counsel of record via hand delivery:

Jonathan Kravis
Deputy Chief, Fraud and Public Corruption
Section
U.S. Attorney's Office for the District of
Columbia
555 Fourth Street, NW
Room 5917
Washington, DC 20530

Jason B.A. McCullough
U.S. Department of Justice
National Security Division
950 Pennsylvania Avenue, NW
Washington, DC 20530

Jeannie S. Rhee
Special Counsel's Office
950 Pennsylvania Avenue, NW
Washington, DC 20530

By: /s/ *Katherine J. Seikaly*
Katherine J. Seikaly (D.C. Bar No. 498641)
REED SMITH LLP
1301 K Street, NW
Suite 1000 – East Tower
Washington, DC 20005-3373
202.414.9200 (phone)
202.414.9299 (fax)
kseikaly@reedsmith.com