IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CONCORD MANAGEMENT AND CONSULTING LLC<br><br>Defendant. | CRIMINAL NUMBER:<br><br>1:18-cr-00032-2-DLF |

**PROPOSED ORDER**

Upon consideration of Defendant Concord Management and Consulting LLC's Motion for Leave to File Partially Under Seal, it is hereby

ORDERED that the motion is GRANTED.

Accordingly, the an unredacted version of Defendant's Reply in Support of its Motion for a Bill of Particulars Pursuant to Fed. R. Crim. P. 7(f) shall be filed under seal and a redacted version of the Reply shall remain on the public docket.

_____          _____
Date                                                                    DABNEY L. FRIEDRICH
                                                                              United States District Judge