# EXHIBIT E



**Seth Abramson** ✔
@SethAbramson

Follow

237/ God... Mueller established connections between Mifsud and the IRA *and* the GRU.

12:53 PM - 18 Apr 2019

400 Retweets  1,429 Likes

💬 34        🔁 400        1.4K

**Seth Abramson** ✔ @SethAbramson · Apr 18
238/ It's amazing to read Papadopoulos' painfully yearning emails to the campaign as soon as makes contact with a Kremlin agent—*begging* to be taken seriously and *seen*—but somehow we're supposed to feel that when Mifsud gave Papadopoulos the best intel *ever* he kept it quiet.

💬 19        🔁 189        1.0K

**Seth Abramson** ✔ @SethAbramson · Apr 18
239/ It's crazy that the pic I popularized long ago after finding it on Trump's campaign social media feed—of Papadopoulos sitting at the March 31, 2016 TIHDC meeting with Trump, Sessions and others—is actually *in* the Report. Thanks to @NatashaBertrand for helping me get me there.

💬 20        🔁 189        1.5K

**Seth Abramson** ✔ @SethAbramson · Apr 18
240/ Oh, I'm sorry... does it turn out that, as I *always said*, there was evidence of a kompromat tape? And that the CIA confirmed its existence for the BBC? And that British media found and reported on witnesses corroborating parts of the story? And now we have *this* from CNN?

> According to a footnote in the special counsel's report, which was released Thursday, Michael Cohen, Trump's former personal lawyer, received a text from Russian businessman Giorgi Rtskhiladze in October 2016 that said: "Stopped flow of tapes from Russia but not sure if there's anything else. Just so you know..."
>
> Rtskhiladze told Mueller that "tapes" referred to "compromising tapes of Trump rumored to be held by persons associated with the Russian real estate conglomerate Crocus Group," which had helped host the 2013 Miss Universe Pageant, according to the report (the pageant was owned by Trump for years). Cohen told the special counsel that he spoke to Trump about the issue
>
> **Related Article:** Read and search the full Mueller report

💬 51        🔁 535        1.6K

**Seth Abramson** ✔ @SethAbramson · Apr 18
241/ I'm sorry, but this footnote about video kompromat collected during Trump's November 2013 trip to Moscow vindicates this feed. I can't tell you how much grief I took about simply re-reporting what the BBC, Guardian, Telegraph (UK) and others had said on the issue. Wow—*wow*.

💬 36        🔁 332        1.9K