# EXHIBIT F

**alfred**
@alfredwkng

Follow

From Mueller report:
The first ad the IRA bought was on April 19, 2016, on the Instagram account "Tea Party News," asking people to upload photos with the hashtag #KidsForTrump

8:25 AM - 18 Apr 2019

**4** Retweets **4** Likes

2 4 4

**alfred** @alfredwkng · Apr 18
Trump's official Facebook page shared photos from a rally in Florida that the IRA organized

1

**Jane** @janeinthecity · Apr 19
Replying to @alfredwkng

**Jane** @janeinthecity
@maddow @MaddowBlog @maddowfans @chrislhayes

#kidsfortrump originated earlier than 2016. I'd say 2015 based on this tweet, this from a user that joined Twitter in.... 2014. twitter.com/quenia1295/sta...

