# EXHIBIT G

**David Corn** ✔
@DavidCornDC

Follow

Mueller report, page 23: Internal IRA memos show that by early 2016 the goal of Russia's secret social media operation was to support Trump *and* Sanders: "Main idea: Use any opportunity to criticize Hillary and the rest (except Sanders and Trump - we support them)."

1:43 PM - 18 Apr 2019

**6,537** Retweets  **11,545** Likes

💬 549    ⟲ 6.5K    ♡ 12K

**David Hilder** @hilderthtrguy · Apr 18
Replying to @DavidCornDC
I'm sure Sanders's initial reaction to this will be an inappropriately flippant defensiveness, because that's what he does.

💬 3    ⟲ 10    ♡ 118

**Bernie is Russia's No. 2** @PelosiSquadFive · Apr 18



💬 3    ⟲ 13    ♡ 49

1 more reply

**JW4Progress** @JW4Hillary · Apr 18