# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CONCORD MANAGEMENT AND CONSULTING LLC<br><br>Defendant. | CRIMINAL NUMBER:<br><br>1:18-cr-00032-2-DLF |

## PROPOSED SHOW CAUSE ORDER

With the Court having considered Defendant Concord Management and Consulting LLC's Motion for Show Cause Order, and any opposition thereto, it is hereby

**ORDERED** that the motion is **GRANTED**. The Court will issue an order pursuant to Federal Rule of Criminal Procedure 42(a).

Date: _____

_____
DABNEY L. FRIEDRICH
United States District Judge