UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal No. 18-CR-32 (DLF) |
| ) | |
| CONCORD MANAGEMENT AND ) CONSULTING, LLC, et al., ) | |
| ) | |
| Defendants.   ) | |

**ORDER**

This matter comes before the Court upon the motion of the United States seeking leave to file an *ex parte*, *in camera*, classified addendum to the Government's Motion Regarding Protective Order. Pursuant to Federal Rule of Criminal Procedure 16(d)(1), and for good cause shown, the Government's motion is **GRANTED** and it is hereby

**ORDERED** that the Government may file an *ex parte*, *in camera*, classified addendum to its forthcoming Motion Regarding Protective Order, containing additional facts in support of the Government's arguments.

Date

HON. DABNEY L. FRIEDRICH
UNITED STATES DISTRICT JUDGE