IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CONCORD MANAGEMENT AND CONSULTING LLC<br><br>Defendant. | CRIMINAL NUMBER:<br><br>1:18-cr-00032-2-DLF |

### PROPOSED ORDER

With the Court having considered Defendant Concord Management and Consulting LLC's Strike the Government's "Supplemental Filing," it is hereby

**ORDERED** that the motion is **GRANTED**. The Government's Supplemental Filing Regarding Defendant's Motion to Show Cause is stricken from the docket.

Date: _____        _____
                                                                    DABNEY L. FRIEDRICH
                                                                    United States District Judge

1