FILED
MAY 29 2019
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

CONCORD MANAGEMENT &
CONSULTING LLC,

*Defendant.*

Criminal Action No. 18-cr-32-2 (DLF)

**Filed Under Seal**

As stated during yesterday's sealed motions hearing, it is

**ORDERED** that the parties shall abide by Local Criminal Rule 57.7(b) and that the willful failure to do so in the future will result in the initiation of contempt proceedings;

**ORDERED** that the government shall refrain from making or authorizing any public statement that links the alleged conspiracy in the indictment to the Russian government or its agencies;

**ORDERED** that to the extent the government makes or authorizes any public statement about the allegations in the indictment, such statement must make clear that (1) the government is summarizing the allegations in the indictment, which remain unproven, and (2) the government does not express an opinion on the defendants' guilt or innocence or the strength of the evidence in this case.

It is further **ORDERED** that the parties shall file supplemental briefs under seal addressing the following questions:

1. Can and should the Court defer consideration of Concord's motion for an order to show cause until after trial, to ensure a fair and impartial trial?

2. If the Court concludes that the government has violated Local Criminal Rule 57.7(b), does the Court have discretion to decline to initiate contempt proceedings and to instead address the violation through alternative means, such as a Rule 57.7(c) order, targeted voir dire questioning, and/or the Court's inherent disciplinary authority?

3. If the Court enters an order regulating the parties' public statements about this case pursuant to Local Criminal Rule 57.7(c), what terms should that order contain? Specifically, how should the Court address the Mueller Report, which has already been disseminated publicly in its current form and which may or may not be disseminated with certain redactions removed, pending the resolution of negotiations between the Department of Justice and Congress and various other court matters?

Both parties shall file their respective memoranda under seal on or before June 5, 2019 and shall file any response to the other party's memorandum under seal on or before June 12, 2019.

_Dabney L. Friedrich_
DABNEY L. FRIEDRICH
United States District Judge

May 29, 2019