# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CONCORD MANAGEMENT AND CONSULTING LLC,<br><br>Defendant. | Crim. No. 18-CR-32-2 (DLF) |

## GOVERNMENT'S NOTICE OF *EX PARTE*, *IN CAMERA*, CLASSIFIED FILING

The United States of America hereby gives notice that, on June 5, 2019, the Government filed, through the Classified Information Security Officer, an *ex parte*, *in camera*, classified addendum to its Motion Regarding Protective Order.

Respectfully submitted,

JOHN C. DEMERS
Assistant Attorney General for National Security

By: /s/ _____
Heather N. Alpino
U.S. Department of Justice
National Security Division
950 Pennsylvania Ave. NW
Washington, D.C. 20530
Telephone: (202) 514-2000

JESSIE K. LIU
United States Attorney

By: /s/ _____
Jonathan Kravis
Deborah Curtis
Kathryn Rakoczy
555 Fourth Street NW
Washington, D.C. 20530
Telephone: (202) 252-6886