# Exhibit B

Filed Under Seal

1                **IN THE UNITED STATES DISTRICT COURT**

2                   **FOR THE DISTRICT OF COLUMBIA**

3    ELECTRONIC PRIVACY              .
     INFORMATION CENTER, et al.      .
4                   Plaintiff,       .
     vs.                             .   Docket No. CA 19-810-RBW
5                                    .
     UNITED STATES DEPARTMENT        .   Washington, D.C.
6    OF JUSTICE, et al.              .   May 2, 2019
                                     .
7                   Defendant.       .   10:00 a.m.
     . . . . . . . . . . . . . . . .x

8

9              TRANSCRIPT OF STATUS CONFERENCE

10    BEFORE THE HONORABLE SENIOR JUDGE REGGIE B. WALTON

11                UNITED STATES DISTRICT JUDGE

12   APPEARANCES:

13   For Plaintiff EPIC:   Alan Jay Butler, Esquire
                           Marc Rotenberg, Esquire
14                         John L. Davisson, Esquire
                           ELECTRONIC PRIVACY INFORMATION CENTER
15                         1718 Connecticut Avenue, NW
                           Suite 200
16                         Washington, DC 20009

17   For Plaintiffs:       Matthew Topic, Esquire
     Jason Leopold         LOEVY & LOEVY
18   BuzzFeed, Inc.        311 N. Aberdeen Street
                           Third Floor
19                         Chicago, IL 60607

20
     For the Defendant:    Courtney Enlow, Trial Attorney
21                         Elizabeth J. Shapiro, Trial Attorney
                           U.S. DEPARTMENT OF JUSTICE
22                         Civil Division, Federal Programs Branch
                           1100 L Street, NW
23                         Washington, DC 20530

24

25

```
1    Court Reporter:    Cathryn J. Jones, RPR
                        Official Court Reporter
2                       Room 6521, U.S. District Court
                        333 Constitution Avenue, N.W.
3                       Washington, D.C. 20001

4

5

6

7    Proceedings recorded by machine shorthand, transcript
     produced by computer-aided transcription.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                    **P R O C E E D I N G S**

2              THE DEPUTY CLERK:  Your Honor, this is Civil

3    Action 19-810, EPIC versus United States Department of

4    Justice and Civil Action 19-957, Jason Leopold, et al.,

5    versus United States Department of Justice.

6              Counsel, please approach the podium and state your

7    appearance for the record, introduce any parties at your

8    table.

9              MR. BUTLER:  Your Honor, Alan Butler for the

10   Electronic Privacy Information Center.  With me at counsel

11   table is Marc Rotenberg and John Davisson.

12             THE COURT:  Good morning.

13             MR. TOPIC:  Good morning, your Honor, Matthew

14   Topic for Mr. Leopold and BuzzFeed.

15             THE COURT:  Good morning.

16             MS. ENLOW:  Good morning, your Honor, Courtney

17   Enlow for the government, and with me at counsel table is

18   Elizabeth Shapiro.

19             THE COURT:  Okay.

20             There was a request by DOJ to waive compliance

21   with Local Rule 7(h), which relates to the filing of

22   statements of material fact that are not in dispute.

23   Generally we don't get those anyhow in FOIA cases.  I don't

24   know, is there an objection to that?

25             MR. BUTLER:  EPIC has no objection, your Honor.

1          MR. TOPIC:  Same for Jason Leopold and BuzzFeed.

2          THE COURT:  Okay.  It seems to me that the most

3    expeditious way to move this matter forward is to find out

4    from DOJ whether you'll be filing a Vaughn index or whether

5    you'll be filing affidavits in support of the predicates for

6    the withholdings.  Do you know what you're going to be

7    submitting?

8          MS. ENLOW:  Your Honor, we anticipate filing

9    declarations in support of our motion for summary judgment,

10   but we don't know exactly what that will look like quite

11   yet.

12         THE COURT:  When do you anticipate making those

13   submissions?

14         MS. ENLOW:  With our motion for summary judgment.

15         THE COURT:  Okay.  And when do you think -- when

16   are you proposing that you be able to do that?

17         MS. ENLOW:  So as we laid out in our proposed, in

18   our status report, our proposed schedule is that we

19   anticipate that the report will be released with the FOIA

20   markings no later than Monday, so Monday, May 6th.  OIP is

21   working diligently to get it out to plaintiffs this week,

22   but in any event we anticipate no later than Monday,

23   May 6th, for the report with the FOIA markings.  And then we

24   propose that the plaintiffs take a week after that -- excuse

25   me.

1          THE COURT:  So when you say "with the markings,"

2     I assume you're talking about essentially the same release

3     that's already been made to Congress and to the public, but

4     you'll be indicating which FOIA exemptions you believe apply

5     to those withholdings?

6          MS. ENLOW:  Exactly, your Honor, yes.

7          THE COURT:  Okay.

8          MS. ENLOW:  And then a week after that we propose

9     that the plaintiffs by Monday, May 10th look at the

10    exemption markings on the report and then tell us which

11    markings or exemptions they, withholdings they intend to

12    challenge here in an effort to narrow the issues in dispute.

13    When the parties discussed the markings earlier this week

14    plaintiff's counsel for both EPIC and Mr. Leopold and

15    BuzzFeed indicated they intend to challenge all the

16    redactions in the report.  Well, we think it's like more a

17    common sense approach for the plaintiffs' counsel to look at

18    the exemption markings and then come back and tell us which

19    ones they intend to challenge.

20          There are numerous redactions in the report, or it

21    seems obvious by context what the exemption is referring to.

22    Obviously, there will be the exemption there with the note

23    which exemption is being taken, but it just seems obvious

24    that, for example, in a discussion where there's only a

25    small black box for Grand Jury information that's redacted

1    that's likely a name, so it seems that the plaintiffs could

2    take some time to review the report, review the context in

3    which the exemptions are being taken, and come back and tell

4    us which ones they intend to challenge.

5            So we propose that they do that by a week after

6    the report is issued.  And then three weeks later that the

7    government file its motion for summary judgment with the

8    supporting declarations.

9            THE COURT:  Uh-huh.

10           MS. ENLOW:  And then three weeks after that that

11   the plaintiffs file their reply briefs with the response

12   brief, excuse me.

13           THE COURT:  Their opposition?

14           MS. ENLOW:  Yes, their opposition to our motion

15   for summary judgment.

16           THE COURT:  Right.

17           MS. ENLOW:  And then two weeks after that the

18   government files its reply.

19           THE COURT:  You said how many, two weeks?

20           MS. ENLOW:  Yes, two weeks, your Honor.

21           THE COURT:  All right.

22           MS. ENLOW:  And I think a minimum of two weeks is

23   necessary there because in the event we need to submit some

24   supplemental declarations.  Or even if we don't we have to

25   respond to two sets of briefing from both sets of counsel,

1   so two weeks is the minimum that the government require to

2   do that.

3               THE COURT:  Okay.  What's wrong with that

4   proposal?

5               MR. BUTLER:  Your Honor, we -- I think on the

6   timing of the briefing are almost in agreement with the

7   government.  But the first issue is the week in the

8   beginning after they produced the FOIA marked document.

9   From EPIC's position, I believe BuzzFeed agrees, but my

10  colleague can speak to that, we have already read the

11  redacted report that already has markings on it.  They

12  aren't strictly FOIA markings, but we understanded what the

13  underlying redacted sort of claim for redaction is and we

14  intend to challenge the basis for all the redactions in the

15  report, so we don't need a week.

16              If we sort of don't take that week then the

17  schedules closely align already.  We're talking about three

18  weeks.  We keyed it in our status report off of the Friday

19  date because opposing counsel expressed a scheduling

20  conflict with Thursday filings, so even if the report were

21  to be produced to EPIC, for example, today we agreed to as a

22  courtesy to move the filing deadlines to Friday.  So I think

23  even if the report were produced on Monday we can just

24  simply key it to Friday that way this court can enter a

25  schedule today.

```
 1                Three weeks would put us under EPIC's proposed
 2     schedule at May 24th for the government's summary judgment
 3     motion.  And then we would, we're proposing to proceed as
 4     normal in FOIA cases with cross motions.  So EPIC's cross
 5     motion will be due three weeks later on June 14th.  The
 6     government then -- we provided in our schedule one week each
 7     for replies for both the government and for EPIC.
 8                I think that there's not really a justification
 9     here for an extra week for the government on a reply because
10     there's going to be I think significant overlap between the
11     points raised in EPIC's brief and BuzzFeed's brief.  I don't
12     think that there's, it's a substantial burden for the
13     government to reply to those two briefs.  And we're only
14     talking about one document with a discrete universe of
15     redactions.
16                THE COURT:  I mean I understand your desire to try
17     and expeditiously move this matter along, but it does seem
18     to me that while generically you're saying you oppose all of
19     the redactions it seems to me that, and presumedly you have
20     an appreciation as to why based upon what you've already
21     seen why you would oppose their proposed FOIA redactions.
22     But it seems to me clearly that I don't know to what extent
23     the withholdings are appropriate, but clearly they're going
24     to be some appropriate withholdings.
25                I mean, so to say you're going to blankly
```

1    challenge everything it seems to me to be somewhat

2    disingenuous because obviously you have to make your

3    objections in good faith.  And obviously, if we're talking

4    about 6(c) material, for example, clearly they have a right

5    to withhold that.  And to the extent that the disclosure of

6    information regarding pending litigation, and the fact that

7    with release of that information could somehow impact the

8    ability of those matters to be pursued successfully it seems

9    to me they're probably going to have at least some basis to

10   withhold some of that information.

11           So I guess I'm sort of perplex as to how you can

12   take the blanket position that you're opposing everything

13   without knowing what the particular predicate is for the

14   withholdings.

15           MR. BUTLER:  Well, your Honor, the issue here is

16   that we're going to -- the document they're proposing to

17   give us will have FOIA markings, but it won't actually have

18   the agency's stated basis for those redactions.  That will

19   come in the declaration and potential Vaughn index and their

20   summary judgment motion, which is why we propose to proceed

21   under cross motions.

22           Our main point right now is that we intend to --

23           THE COURT:  So you're saying without that fuller

24   explanation that you really won't be in a position to say

25   what your position is going to be so the one week really

1    isn't helpful?

2              MR. BUTLER:  Exactly.  And at the time -- what we

3    know now is that we intend to challenge redactions in all of

4    the different categories of withholdings that they proposed.

5    And so they're going to have to produce a declaration that

6    covers all those categories anyway.  And then at that point

7    on our cross motion we'll have an, we would have an

8    opportunity to respond to the evidence that they, to the

9    declarations they've provided in more detail.

10             THE COURT:  Okay.  Response to that.  I mean maybe

11   what they're saying makes sense.  Because I would assume

12   they probably have a good idea as to what the FOIA

13   exemptions are going to be based upon what they've already

14   been able to see pursuant to the disclosure that have

15   already been made, and some of the markings I guess on that

16   document as to why those withholdings were made.

17             And that this added week really doesn't assist us

18   in moving this along because they're not going to be in any

19   better position with that one week than to assess what their

20   position is, so that one week would just be a waste of time.

21             MS. ENLOW:  Well, your Honor, two points on that.

22   First this is not a situation where the government's

23   withheld an entire document and therefore, the plaintiffs

24   would need the declaration or Vaughn index to figure out

25   what's even going on here.  There are redactions obviously

1    throughout the document.  And my example earlier when

2    there's text and then there's one small little box for I

3    mean for Grand Jury information, for example.  It could seem

4    pretty clear that's a name.  And so there's really no reason

5    for the plaintiffs to not go ahead and look at the report

6    closely when we give it to them with the exemptions, and say

7    whether or not they really need to challenge every redaction

8    like that looking at what the redaction is in context.

9           My second point would be that even if plaintiffs

10   don't want to do that or the Court doesn't order them to do

11   that, we would still need the four weeks, the extra week

12   we've outlined in our status report which would put our

13   motion for summary judgment due May 31st, if the report is

14   released on Friday.  Because if they're going through and

15   challenging every single redaction we need the comprehend --

16   we would need this anyway obviously, but we would need the

17   comprehensive declaration that addresses every single

18   redaction and that's going to take some time to put

19   together.  So we still believe that the May 31st day is

20   appropriate.

21          THE COURT:  I think I intend to agree with that

22   because my thinking even before I had this discussion was

23   that I'd have to give the government at least a 30 day

24   window to file their summary judgment motion along with

25   supporting affidavits or a Vaughn index in support.  So we

1    really were talking about being at May 31st in any event.

2             So whether we, if plaintiffs' counsel doesn't

3    believe you know that one week time to look at what their

4    position is at least preliminarily if that's not going to

5    help that's fine, but I think I nonetheless be inclined to

6    set May 31st for the filing of the government's motion for

7    summary judgment along with supporting affidavits or Vaughn

8    index.

9             MS. ENLOW:  And your Honor if the Court is

10   inclined to grant the government 30 days that would actually

11   push us to June 3rd, which my colleague has informed me.

12            THE COURT:  Four weeks.  Really, I was talking

13   about four weeks.

14            MS. ENLOW:  If I could request Monday, June 3rd

15   given the travel plans of the government attorneys?

16            THE COURT:  I mean because of the holiday?

17            MS. ENLOW:  No, I don't think it's because of the

18   holiday.  It's just because the government attorneys will be

19   unavailable.  So it would be better for scheduling purposes

20   if we can push it to June 3rd, Monday, June 3rd.

21            THE COURT:  Very well.

22            MS. ENLOW:  Thank you.

23            THE COURT:  I'll require that the motion for

24   summary judgment by the government be filed on that date

25   along with supporting declarations or a Vaughn index.  And

1    then the plaintiffs say you only need three weeks, so that

2    would take us to June 23rd to file your opposition and your

3    cross motion for summary judgment; is that right?

4              MR. TOPIC:  I think it might be the 24th, your

5    Honor.

6              THE COURT:  Twenty-fourth, I'm sorry.  Very well.

7    I'll set that date for the filing of the opposition to the

8    government's summary judgment motion along with a cross

9    motion.  And then the government would need how much time

10   are you saying thereafter to file your reply and

11   oppositions, three weeks which would take us to the 15th of

12   July?

13             MS. ENLOW:  That would be fine, your Honor.

14             THE COURT:  Very well.  You were saying two weeks?

15             MS. ENLOW:  We had requested two weeks, but we

16   would certainly take the three.

17             THE COURT:  Two weeks is fine.  The 8th of July

18   since I gave you that extra day earlier.

19             MS. ENLOW:  Thank you.

20             THE COURT:  And then the plaintiffs want what, two

21   weeks thereafter?

22             MR. TOPIC:  We'd be fine with one, your Honor.

23             THE COURT:  One week to the 15th?

24             MR. TOPIC:  Correct.  The government had proposed

25   that that apply only if they've provided supplemental

1    declarations.  If they're going to file a reply I know we

2    would want the reply even if there aren't supplemental

3    declarations.

4              THE COURT:  Very well.  And then what you would be

5    filing then a reply on the 22nd, is that what you're saying?

6              MR. TOPIC:  No, it would be on the 15th.

7              THE COURT:  The 15th?

8              MR. TOPIC:  Right, a week after their July 8th.

9              THE COURT:  And then you would be filing anything

10   else after that, the government?  No?

11             MS. ENLOW:  No, your Honor.

12             THE COURT:  Very well.  Then that would be the

13   schedule.  And I'll have to see what the submissions are in

14   my assessment as to how much time it's going to take me to

15   resolve the issue, but I'll try and do it as quickly as I

16   can.

17             One of the requests EPIC made was for the

18   government to have to submit to me for my review an

19   unredacted copy of the report, but it seems to me that that

20   request is premature as the government suggests because it

21   seems to me that you would have to know exactly what the

22   predicates are for their position in support of their

23   redactions in order to be in a position to say whether under

24   existing case law because the court just can't willy nilly

25   decide that it wants to review the unredacted version.

1    There has to be a sufficient factual basis for me doing

2    that.  And nothing of that nature has been submitted to me

3    by the plaintiffs in support of the unredacted report being

4    submitted to me.

5            So I guess once the government plays its hand and

6    indicates in its summary judgment motion and its affidavits

7    why the redactions are appropriate then it seems to me at

8    that point I would need something filed, if there's going to

9    be something filed, in support of the position at that time.

10   So I think at least at this point I'd have to deny the

11   request for the government to have to submit the unredacted

12   version without prejudice with the understanding that if

13   based upon what's submitted the plaintiffs believes there is

14   a sufficient basis under existing case law for me to require

15   that the unredacted version be submitted to me to assist me

16   in assessing whether the government has appropriately

17   redacted information from the report obviously I'll revisit

18   the issue.

19           So how much time would you need assuming I think

20   we should set a schedule for that also.  How much time would

21   you need to file something in support of your position that

22   I require that the unredacted version be submitted once you

23   have the government's position?

24           MR. BUTLER:  Your Honor, I believe that it would

25   make the most sense to address that in our cross motions.

1            THE COURT:  That's fine.  That's fine.  And then

2    obviously the government can respond in its opposition to

3    that cross motion as to why you think that's not

4    appropriate.

5            Okay.  What I will do I'll have you all back for a

6    status hearing because by then once your filings are all

7    made then we'll have a chance to look at it and make an

8    assessment as to whether I'll be able to issue oral rulings

9    from the bench or whether I need time to write an opinion.

10   So if the final filings is going to be made on the 15th, I

11   probably need at least a couple of weeks to look at what's

12   been submitted.

13           So I would propose having you all back on

14   July 30th at three o'clock, is that good?

15           MR. BUTLER:  Yes, your Honor that works for us.

16           MS. ENLOW:  Your Honor, unfortunately government

17   counsel will be out of the office that week.  Could we do it

18   the week of August 5th?

19           THE COURT:  Yes.

20           MS. ENLOW:  Thank you.

21           MR. BUTLER:  I believe unfortunately we have a

22   conflict that week.  Is there any possibility we can do it

23   the week before the 30th?

24           THE COURT:  My problem is I have a -- I really

25   can't because I have a teaching assignment I have to do for

1    the judicial college that week.  And I would have to prepare

2    and I'm just not going to have time.  You're unavailable

3    that entire week of the 5th?

4              MR. BUTLER:  We would be available on the Monday,

5    the 5th.

6              THE COURT:  That's fine.  I can do Monday the 5th

7    at ten o'clock.  Is that good?

8              MR. BUTLER:  Yes.

9              THE COURT:  Is that good?

10             MS. ENLOW:  Yes, your Honor.

11             THE COURT:  Anything else?

12             MR. BUTLER:  Just briefly, your Honor.  I'd just

13   also raise that separate from the BuzzFeed matter, EPIC

14   conferred with the Department of Justice on processing.

15             THE COURT:  On the what?

16             MR. BUTLER:  On the processing of the remainder of

17   our requests.

18             THE COURT:  Right, I forgot about that because we

19   so far only dealt with the report itself.  You're talking

20   about the other supporting documents?

21             MR. BUTLER:  Correct.

22             THE COURT:  How do you all propose to deal with

23   those?

24             MR. BUTLER:  Our proposal at the moment is that

25   we've already conferred with the agency on narrowing the

1    scope of some of the categories of the requests.  We're

2    continuing to confer with the agency.  But in the meantime

3    we propose that the agency first process Category 5 of our

4    request by, and produce any responsive records, nonexempt

5    responsive records by June 3rd.  And then we would, we

6    propose that parties confer after that on the remaining

7    categories and file a status report on June 17th, that sets

8    a schedule for the remainder of the requests.

9                THE COURT:  Any objection?

10               MS. ENLOW:  Your Honor, with regard to the

11   Category 5, we have no objection to the extent that any,

12   that there are any nonexempt records responsive to that

13   category we can give in to producing those by June 3rd.

14   With regard to the remaining categories we can commit to

15   filing a status report on June 17th, but will not be able to

16   commit to a processing schedule at that time.

17               The special counsel's office is winding down and

18   the records are being transferred to the control of other

19   offices at this point.  So that process along with this

20   narrowing process that is continuing to occur between the

21   government and EPIC, their FOIA requests, both of those

22   processes need to be completed before we'll able to actually

23   set a schedule for the processing and release of any

24   additional documents responsive to their request.

25               But we can commit to filing a status report on

1    June 17th updating the Court on the progress of those

2    matters.

3              THE COURT:  And so when do you anticipate these

4    documents being transferred by Special Counsel to wherever

5    they're going go?

6              MS. ENLOW:  Your Honor, the process is ongoing.

7    Unfortunately, I don't know when that's going to be complete

8    at the point.  That's why we propose to come back, to file a

9    status report on June 17th updating the court on the status

10   of the records, and provide further guidance for the, how

11   the case should process forward, but we're just unable to

12   commit to a processing schedule at this time.

13             THE COURT:  Response to that?

14             MR. BUTLER:  Your Honor, we're going to continue

15   to confer with the agency about the scope of the request.  I

16   think that we'll have that, hope to have that resolved well

17   in advance of the June 17th deadline.  In terms of a

18   production schedule our view is that we just want to move

19   this forward as expeditiously as possible, and the best way

20   to do that is to set a schedule.  In particular it's common

21   in many FOIA matters to set a minimum rate of processing

22   when there's multiple categories, so that's the sort of

23   proposal we envision.

24             We don't know obviously what the status of the

25   transfer records is, but given that that's a month and a

1    half away we're hopeful that at that point we'll be in a

2    position to actually set deadlines for the processing of the

3    remainder of the requests.

4            THE COURT:  I'll agree with the government in

5    reference to what they are proposing and set a vigorous

6    production schedule.  But I think it is difficult for the

7    government to say what its production can be until it knows

8    exactly what we're talking about.  And so I think it's

9    reasonable to give them until the 17th to file a status

10   report.  Hopefully at that time they'll know how many

11   documents we're talking about, and hopefully you all will be

12   able to narrow the scope of your disputes so that will also

13   weigh in on what the production schedule can be.

14           So I'll look forward to receiving a copy of that

15   report so that we can set a schedule.  So if you're going to

16   submit that on the 17th, don't we need to set a date after

17   that when you all can come back for a status hearing?

18   Unless you are able to agree on a production schedule.  If

19   you're not to come back after the 17th, so that I can set if

20   there's a disagreement what that production schedule should

21   be.

22           MR. BUTLER:  Yes, your Honor.  I think it makes

23   sense to set a hearing.  Obviously, if we're in agreement

24   then the court can always cancel if it's not necessary, but

25   I agree that it makes sense to set a hearing.  And given

1   that it's just a production schedule I think that hearing

2   can happen fairly quickly.  So either the week after we

3   set -- the week of the status report, the week of the 17th,

4   or the following week I think wouldn't make sense.

5               THE COURT:  I can't, the week of the 17th itself

6   will be a problem because I may be in trial in Pittsburgh.

7   I'm presiding over cases up there because of a judicial

8   shortage.  And then the following week is our judicial

9   conference, so we'd have to do it the week of the first of

10  July.

11              MR. BUTLER:  Okay.

12              THE COURT:  Any day that week other than obviously

13  the 4th and probably the 5th, too, so either Monday,

14  Tuesday, or Wednesday.

15              MR. BUTLER:  Would work for us.

16              THE COURT:  Any particular day?

17              MR. BUTLER:  Monday or Tuesday would be best for

18  us.

19              THE COURT:  Government have a preference Monday or

20  Tuesday, July 1st or 2nd?

21              MS. ENLOW:  No, your Honor.

22              THE COURT:  Very well.  July 2nd then, and we'll

23  do that at ten o'clock.  Anything else?

24              MR. TOPIC:  Just one quick matter, your Honor.  We

25  have some other requests that have become ripe for

1    litigation.  I don't know if -- we will probably be filing

2    suits very soon.  I don't know that they'll get moved over

3    here or consolidated, but I didn't want them to come as a

4    surprise to you if you saw them.

5            THE COURT:  What are you talking about?

6            MR. TOPIC:  So we have some other Mueller related

7    FOIA requests that are now in a positon where they're ripe

8    for litigation and have been denied or not responded to.

9    Some of them might have some overlap with the remaining

10   parts of EPIC's case.  I don't know whether the clerk's

11   office will --

12           THE COURT:  Have you filed something already?

13           MR. TOPIC:  We haven't, but we may be soon.  I

14   just didn't want that to come as a surprise to you me having

15   just been here.

16           THE COURT:  I guess if they're related matters

17   they probably should be on the same docket rather than

18   having different judges deal with the issue, but I'll, if

19   you all want to make a request for assignment based upon a

20   related case I guess you can do that, and the clerk's office

21   will do what they think is appropriate.

22           MR. TOPIC:  I think we'll just file it, and if

23   they flag it for that it will happen.  Again, I just didn't

24   want it to be a surprise.

25           THE COURT:  Okay.  Anything else?  Thank you.

1          [Thereupon, the proceedings adjourned at 10:28

2          a.m.]

3                         CERTIFICATE

4          I, Cathryn J. Jones, an Official Court Reporter

5     for the United States District Court of the District of

6     Columbia, do hereby certify that I reported, by machine

7     shorthand, the proceedings had and testimony adduced in the

8     above case.

9          I further certify that the foregoing 22 pages

10    constitute the official transcript of said proceedings as

11    transcribed from my machine shorthand notes.

12         In witness whereof, I have hereto subscribed my

13    name, this the 31st day of May, 2019.

14

15
                              /s/_Cathryn J. Jones
16                            Cathryn J. Jones, RPR
                              Official Court Reporter
17

18

19

20

21

22

23

24

25

**MR. BUTLER: [19]**  3/8 3/24 7/4 9/14 10/1 15/23 16/14 16/20 17/3 17/7 17/11 17/15 17/20 17/23 19/13 20/21 21/10 21/14 21/16

**MR. TOPIC: [11]**  3/12 3/25 13/3 13/21 13/23 14/5 14/7 21/23 22/5 22/12 22/21

**MS. ENLOW: [26]**
**THE COURT: [53]**
**THE DEPUTY CLERK: [1]**  3/1

**.x [1]**  1/7

**/**
**/s [1]**  23/15

**1**
**10:00 [1]**  1/7
**10:28 [1]**  23/1
**10th [1]**  5/9
**1100 [1]**  1/22
**14th [1]**  8/5
**15th [5]**  13/11 13/23 14/6 14/7 16/10
**1718 [1]**  1/15
**17th [10]**  18/7 18/15 19/1 19/9 19/17 20/9 20/16 20/19 21/3 21/5
**19-810 [1]**  3/3
**19-810-RBW [1]**  1/4
**19-957 [1]**  3/4
**1st [1]**  21/20

**2**
**200 [1]**  1/15
**20001 [1]**  2/3
**20009 [1]**  1/16
**2019 [2]**  1/6 23/13
**20530 [1]**  1/23
**22 [1]**  23/9
**22nd [1]**  14/5
**23rd [1]**  13/2
**24th [2]**  8/2 13/4
**2nd [2]**  21/20 21/22

**3**
**30 [2]**  11/23 12/10
**30th [2]**  16/14 16/23
**311 [1]**  1/18
**31st [5]**  11/13 11/19 12/1 12/6 23/13
**333 [1]**  2/2
**3rd [6]**  12/11 12/14 12/20 12/20 18/5 18/13

**4**
**4th [1]**  21/13

**5**
**5th [5]**  16/18 17/3 17/5 17/6 21/13

**6**
**60607 [1]**  1/19
**6521 [1]**  2/2
**6th [2]**  4/20 4/23

**8**
**810 [1]**  3/3

**8th [2]**  13/17 14/8

**9**
**957 [1]**  3/4

**A**
**a.m [2]**  1/7 23/2
**Aberdeen [1]**  1/18
**ability [1]**  9/8
**able [7]**  4/16 10/14 16/8 18/15 18/22 20/12 20/18
**about [12]**  5/2 7/17 8/14 9/4 12/1 12/13 17/18 17/20 19/15 20/8 20/11 22/5
**above [1]**  23/8
**Action [2]**  3/3 3/4
**actually [4]**  9/17 12/10 18/22 20/2
**added [1]**  10/17
**additional [1]**  18/24
**address [1]**  15/25
**addresses [1]**  11/17
**adduced [1]**  23/7
**adjourned [1]**  23/1
**advance [1]**  19/17
**affidavits [4]**  4/5 11/25 12/7 15/6
**after [12]**  4/24 5/8 6/5 6/10 6/17 7/8 14/8 14/10 18/6 20/16 20/19 21/2
**Again [1]**  22/23
**agency [4]**  17/25 18/2 18/3 19/15
**agency's [1]**  9/18
**agree [4]**  11/21 20/4 20/18 20/25
**agreed [1]**  7/21
**agreement [2]**  7/6 20/23
**agrees [1]**  7/9
**ahead [1]**  11/5
**aided [1]**  2/7
**al [3]**  1/3 1/6 3/4
**Alan [2]**  1/13 3/9
**align [1]**  7/17
**all [13]**  5/15 6/21 7/14 8/18 10/3 10/6 16/5 16/6 16/13 17/22 20/11 20/17 22/19
**almost [1]**  7/6
**along [7]**  8/17 10/18 11/24 12/7 12/25 13/8 18/19
**already [9]**  5/3 7/10 7/11 7/17 8/20 10/13 10/15 17/25 22/12
**also [3]**  15/20 17/13 20/12
**always [1]**  20/24
**anticipate [5]**  4/8 4/12 4/19 4/22 19/3
**any [12]**  3/7 4/22 10/18 12/1 16/22 18/4 18/9 18/11 18/12 18/23 21/12 21/16
**anyhow [1]**  3/23
**anything [4]**  14/9 17/11 21/23 22/25
**anyway [2]**  10/6 11/16
**appearance [1]**  3/7
**APPEARANCES [1]**  1/12
**apply [2]**  5/4 13/25
**appreciation [1]**  8/20
**approach [2]**  3/6 5/17
**appropriate [6]**  8/23 8/24 11/20 15/7 16/4 22/21
**appropriately [1]**  15/16
**are [19]**  3/22 4/16 5/20 6/3 7/6 8/23 10/13 10/25 13/10 14/13 14/22 15/7 16/6 18/12 18/18 20/5 20/18 22/5 22/7

**aren't [2]**  7/12 14/2
**as [18]**  4/17 7/21 8/3 8/20 9/11 10/12 10/16 14/14 14/15 14/15 14/20 16/3 16/8 19/19 19/19 22/3 22/14 23/10
**assess [1]**  10/19
**assessing [1]**  15/16
**assessment [2]**  14/14 16/8
**assignment [2]**  16/25 22/19
**assist [2]**  10/17 15/15
**assume [2]**  5/2 10/11
**assuming [1]**  15/19
**Attorney [1]**  1/20 1/21
**attorneys [2]**  12/15 12/18
**August [1]**  16/18
**available [1]**  17/4
**Avenue [2]**  1/15 2/2
**away [1]**  20/1

**B**
**back [7]**  5/18 6/3 16/5 16/13 19/8 20/17 20/19
**based [4]**  8/20 10/13 15/13 22/19
**basis [5]**  7/14 9/9 9/18 15/1 15/14
**be [54]**
**because [18]**  6/23 7/19 8/9 9/2 10/11 10/18 11/14 11/22 12/16 12/17 12/18 14/20 14/24 16/6 16/25 17/18 21/6 21/7
**become [1]**  21/25
**been [7]**  5/3 10/14 10/15 15/2 16/12 22/8 22/15
**before [4]**  1/10 11/22 16/23 18/22
**beginning [1]**  7/8
**being [6]**  5/23 6/3 12/1 15/3 18/18 19/4
**believe [6]**  5/4 7/9 11/19 12/3 15/24 16/21
**believes [1]**  15/13
**bench [1]**  16/9
**best [2]**  19/19 21/17
**better [2]**  10/19 12/19
**between [2]**  8/10 18/20
**black [1]**  5/25
**blanket [1]**  9/12
**blankly [1]**  8/25
**both [4]**  5/14 6/25 8/7 18/21
**box [2]**  5/25 11/2
**Branch [1]**  1/22
**brief [3]**  6/12 8/11 8/11
**briefing [2]**  6/25 7/6
**briefly [1]**  17/12
**briefs [2]**  6/11 8/13
**burden [1]**  8/12
**Butler [2]**  1/13 3/9
**BuzzFeed [6]**  1/18 3/14 4/1 5/15 7/9 17/13
**BuzzFeed's [1]**  8/11

**C**
**CA [1]**  1/4
**can [20]**  7/10 7/23 7/24 9/11 12/20 14/16 16/2 16/22 17/6 18/13 18/14 18/25 20/7 20/13 20/15 20/17 20/19 20/24 21/2 22/20
**can't [3]**  14/24 16/25 21/5
**cancel [1]**  20/24
**case [6]**  14/24 15/14 19/11 22/10

## C

case... [2] 22/20 23/8
cases [3] 3/23 8/4 21/7
categories [6] 10/4 10/6 18/1 18/7 18/14 19/22
category [3] 18/3 18/11 18/13
Cathryn [4] 2/1 23/4 23/15 23/16
CENTER [3] 1/3 1/14 3/10
certainly [1] 13/16
CERTIFICATE [1] 23/3
certify [2] 23/6 23/9
challenge [8] 5/12 5/15 5/19 6/4 7/14 9/1 10/3 11/7
challenging [1] 11/15
chance [1] 16/7
Chicago [1] 1/19
Civil [3] 1/22 3/2 3/4
claim [1] 7/13
clear [1] 11/4
clearly [3] 8/22 8/23 9/4
clerk's [2] 22/10 22/20
closely [2] 7/17 11/6
colleague [2] 7/10 12/11
college [1] 17/1
COLUMBIA [2] 1/2 23/6
come [8] 5/18 6/3 9/19 19/8 20/17 20/19 22/3 22/14
commit [4] 18/14 18/16 18/25 19/12
common [2] 5/17 19/20
complete [1] 19/7
completed [1] 18/22
compliance [1] 3/20
comprehend [1] 11/15
comprehensive [1] 11/17
computer [1] 2/7
computer-aided [1] 2/7
confer [3] 18/2 18/6 19/15
conference [2] 1/9 21/9
conferred [2] 17/14 17/25
conflict [2] 7/20 16/22
Congress [1] 5/3
Connecticut [1] 1/15
consolidated [1] 22/3
constitute [1] 23/10
Constitution [1] 2/2
context [3] 5/21 6/2 11/8
continue [1] 19/14
continuing [2] 18/2 18/20
control [1] 18/18
copy [2] 14/19 20/14
Correct [2] 13/24 17/21
could [5] 6/1 9/7 11/3 12/14 16/17
counsel [10] 3/6 3/10 3/17 5/14 5/17 6/25 7/19 12/2 16/17 19/4
counsel's [1] 18/17
couple [1] 16/11
court [14] 1/1 2/1 2/1 2/2 7/24 11/10 12/9 14/24 19/1 19/9 20/24 23/4 23/5 23/16
courtesy [1] 7/22
Courtney [2] 1/20 3/16
covers [1] 10/6
cross [8] 8/4 8/4 9/21 10/7 13/3 13/8 15/25 16/3

## D

D.C [2] 1/5 2/3

date [4] 7/19 12/24 13/7 20/16
Davisson [2] 1/14 5/11
day [6] 11/19 11/23 13/18 21/12 21/16 23/13
days [1] 12/10
DC [2] 1/16 1/23
deadline [1] 19/17
deadlines [2] 7/22 20/2
deal [2] 17/22 22/18
dealt [1] 17/19
decide [1] 14/25
declaration [4] 9/19 10/5 10/24 11/17
declarations [7] 4/9 6/8 6/24 10/9 12/25 14/1 14/3
Defendant [2] 1/7 1/20
denied [1] 22/8
deny [1] 15/10
DEPARTMENT [5] 1/5 1/21 3/3 3/5 17/14
desire [1] 8/16
detail [1] 10/9
didn't [3] 22/3 22/14 22/23
different [2] 10/4 22/18
difficult [1] 20/6
diligently [1] 4/21
disagreement [1] 20/20
disclosure [2] 9/5 10/14
discrete [1] 8/14
discussed [1] 5/13
discussion [2] 5/24 11/22
disingenuous [1] 9/2
dispute [2] 3/22 5/12
disputes [1] 20/12
DISTRICT [6] 1/1 1/2 1/11 2/2 23/5 23/5
Division [1] 1/22
do [22] 4/6 4/12 4/15 4/16 6/5 7/2 11/10 11/10 14/15 16/5 16/17 16/22 16/25 17/6 17/22 19/3 19/20 21/9 21/23 22/20 22/21 23/6
docket [2] 1/4 22/17
document [6] 7/8 8/14 9/16 10/16 10/23 11/1
documents [4] 17/20 18/24 19/4 20/11
does [1] 8/17
doesn't [3] 10/17 11/10 12/2
doing [1] 15/1
DOJ [2] 3/20 4/4
don't [16] 3/23 3/23 4/10 6/24 7/15 7/16 8/11 8/22 11/10 12/17 19/7 19/24 20/16 22/1 22/2 22/10
down [1] 18/17
due [2] 8/5 11/13

## E

each [1] 8/6
earlier [3] 5/13 11/1 13/18
effort [1] 5/12
either [2] 21/2 21/13
ELECTRONIC [3] 1/3 1/14 3/10
Elizabeth [2] 1/21 3/18
else [4] 14/10 17/11 21/23 22/25
Enlow [2] 1/20 3/17
enter [1] 7/24
entire [2] 10/23 17/3
envision [1] 19/23
EPIC [9] 1/13 3/3 3/25 5/14 7/21 8/7

14/17 17/13 18/21
EPIC's [5] 7/9 8/1 8/4 8/11 22/10
Esquire [4] 1/13 1/13 1/14 1/17
essentially [1] 5/2
et [3] 1/3 1/6 3/4
even [7] 6/24 7/20 7/23 10/25 11/9 11/22 14/2
event [3] 4/22 6/23 12/1
every [3] 11/7 11/15 11/17
everything [2] 9/1 9/12
evidence [1] 10/8
exactly [5] 4/10 5/6 10/2 14/21 20/8
example [5] 5/24 7/21 9/4 11/1 11/3
excuse [2] 4/24 6/12
exemption [5] 5/10 5/18 5/21 5/22 5/23
exemptions [5] 5/4 5/11 6/3 10/13 11/6
existing [2] 14/24 15/14
expeditious [1] 4/3
expeditiously [2] 8/17 19/19
explanation [1] 9/24
expressed [1] 7/19
extent [3] 8/22 9/5 18/11
extra [3] 8/9 11/11 13/18

## F

fact [2] 3/22 9/6
factual [1] 15/1
fairly [1] 21/2
faith [1] 9/3
far [1] 17/19
Federal [1] 1/22
figure [1] 10/24
file [11] 6/7 6/11 11/24 13/2 13/10 14/1 15/21 18/7 19/8 20/9 22/22
filed [4] 12/24 15/8 15/9 22/12
files [1] 6/18
filing [12] 3/21 4/4 4/5 4/8 7/22 12/6 13/7 14/5 14/9 18/15 18/25 22/1
filings [3] 7/20 16/6 16/10
final [1] 16/10
find [1] 4/3
fine [7] 12/5 13/13 13/17 13/22 16/1 16/1 17/6
first [1] 7/7 10/22 18/3 21/9
flag [1] 22/23
Floor [1] 1/18
FOIA [13] 3/23 4/19 4/23 5/4 7/8 7/12 8/4 8/21 9/17 10/12 18/21 19/21 22/7
following [2] 21/4 21/8
foregoing [1] 23/9
forgot [1] 17/18
forward [4] 4/3 19/11 19/19 20/14
four [3] 11/11 12/12 12/13
fourth [1] 13/6
Friday [4] 7/18 7/22 7/24 11/14
fuller [1] 9/23
further [2] 19/10 23/9

## G

gave [1] 13/18
Generally [1] 3/23
generically [1] 8/18
get [3] 3/23 4/21 22/2
give [3] 9/17 11/6 11/23 18/13 20/9
given [3] 12/15 19/25 20/25

**G**

**go [2]**  11/5 19/5
**going [23]**  4/6 8/10 8/23 8/25 9/9 9/16
9/25 10/5 10/13 10/18 10/25 11/14
11/18 12/4 14/1 14/14 15/8 16/10 17/2
19/5 19/7 19/14 20/15
**good [9]**  3/12 3/13 3/15 3/16 9/3 10/12
16/14 17/7 17/9
**government [28]**
**government's [5]**  8/2 10/22 12/6 13/8
15/23
**Grand [2]**  5/25 11/3
**grant [1]**  12/10
**guess [5]**  9/11 10/15 15/5 22/16 22/20
**guidance [1]**  19/10

**H**

**had [4]**  11/22 13/15 13/24 23/7
**half [1]**  20/1
**hand [1]**  15/5
**happen [2]**  21/2 22/23
**has [6]**  3/25 7/11 12/11 15/1 15/2
15/16
**have [40]**
**haven't [1]**  22/13
**having [3]**  16/13 22/14 22/18
**hearing [5]**  16/6 20/17 20/23 20/25
21/1
**help [1]**  12/5
**helpful [1]**  10/1
**here [6]**  5/12 8/19 9/15 10/25 22/3
22/15
**hereby [1]**  23/6
**hereto [1]**  23/12
**holiday [2]**  12/16 12/18
**Honor [27]**
**HONORABLE [1]**  1/10
**hope [1]**  19/16
**hopeful [1]**  20/1
**hopefully [2]**  20/10 20/11
**how [9]**  6/19 9/11 13/9 14/14 15/19
15/20 17/22 19/10 20/14
**huh [1]**  6/9

**I**

**I'd [3]**  11/23 15/10 17/12
**I'll [10]**  12/23 13/7 14/13 14/15 15/17
16/5 16/8 20/4 20/14 22/18
**I'm [4]**  9/11 13/6 17/2 21/7
**idea [1]**  10/12
**IL [1]**  1/19
**impact [1]**  9/7
**Inc [1]**  1/18
**inclined [2]**  12/5 12/10
**index [6]**  4/4 9/19 10/24 11/25 12/8
12/25
**indicated [1]**  5/15
**indicates [1]**  15/6
**indicating [1]**  5/4
**information [9]**  1/3 1/14 3/10 5/25 9/6
9/7 9/10 11/3 15/17
**informed [1]**  12/11
**intend [8]**  5/11 5/15 5/19 6/4 7/14 9/22
10/3 11/21
**introduce [1]**  3/7
**is [48]**
**isn't [1]**  10/1

**issue [6]**  7/7 9/15 14/15 15/18 16/8
22/18
**issued [1]**  6/6
**issues [1]**  5/12
**it [38]**
**it's [9]**  5/16 8/12 12/17 12/18 14/14
19/20 20/8 20/24 21/1
**its [7]**  6/7 6/18 15/5 15/6 15/6 16/2
20/7
**itself [2]**  17/19 21/5

**J**

**Jason [3]**  1/17 3/4 4/1
**Jay [1]**  1/13
**John [2]**  1/14 3/11
**Jones [4]**  2/1 23/4 23/15 23/16
**JUDGE [2]**  1/10 1/11
**judges [1]**  22/18
**judgment [13]**  4/9 4/14 6/7 6/15 8/2
9/20 11/13 11/24 12/7 12/24 13/3 13/8
15/6
**judicial [3]**  1/17 21/7 21/8
**July [7]**  13/12 13/17 14/8 16/14 21/10
21/20 21/22
**July 30th [1]**  16/14
**June [13]**  8/5 12/11 12/14 12/20 12/20
13/2 18/5 18/7 18/13 18/15 19/1 19/9
19/17
**June 17th [5]**  18/7 18/15 19/1 19/9
19/17
**June 23rd [1]**  13/2
**June 3rd [3]**  12/20 12/20 18/13
**Jury [2]**  5/25 11/3
**just [16]**  5/23 7/23 10/20 12/18 14/24
17/2 17/12 17/12 19/11 19/18 21/1
21/24 22/14 22/15 22/22 22/23
**JUSTICE [5]**  1/6 1/21 3/4 3/5 17/14
**justification [1]**  8/8

**K**

**key [1]**  7/24
**keyed [1]**  7/18
**know [14]**  3/24 4/6 4/10 8/22 10/3
12/3 14/1 14/21 19/7 19/24 20/10 22/1
22/22 22/10
**know if [1]**  22/1
**knowing [1]**  9/13
**knows [1]**  20/7

**L**

**laid [1]**  4/17
**later [4]**  4/20 4/22 6/6 8/5
**law [2]**  14/24 15/14
**least [5]**  9/9 11/23 12/4 15/10 16/11
**Leopold [5]**  1/17 3/4 3/14 4/1 5/14
**like [4]**  4/10 5/16 11/8
**likely [1]**  6/1
**litigation [3]**  9/6 22/1 22/8
**little [1]**  11/2
**Local [1]**  3/21
**LOEVY [2]**  1/17 1/17
**look [8]**  4/10 5/9 5/17 11/5 12/3 16/7
16/11 20/14
**looking [1]**  11/8

**M**

**machine [3]**  2/7 23/6 23/11

**made [6]**  5/3 10/15 10/16 14/17 16/7
16/10
**main [1]**  9/22
**make [5]**  9/2 15/25 16/7 21/4 22/19
**makes [3]**  10/11 20/22 20/25
**making [1]**  4/12
**many [3]**  6/19 19/21 20/10
**Marc [2]**  1/13 3/11
**marked [1]**  7/8
**markings [11]**  4/20 4/23 5/1 5/10 5/11
5/13 5/18 8/7 11/7 7/12 9/17 10/15
**material [2]**  3/22 9/4
**matter [4]**  4/3 8/17 17/13 21/24
**matters [4]**  9/8 19/2 19/21 22/16
**Matthew [2]**  1/17 3/13
**may [12]**  1/6 4/20 4/23 5/9 8/2 11/13
11/19 12/1 12/6 21/6 21/22 23/13
**May 31st [2]**  11/19 12/6
**May 6th [2]**  4/20 4/23
**maybe [1]**  10/10
**me [23]**  3/10 3/17 4/2 4/25 6/12 8/18
8/19 8/22 9/1 9/9 12/11 14/14 14/18
14/19 14/21 15/1 15/2 15/4 15/7 15/14
15/15 15/15 22/14
**mean [3]**  8/16 8/25 10/10 11/3 12/16
**meantime [1]**  18/2
**might [2]**  13/4 22/9
**minimum [3]**  6/22 7/1 19/21
**moment [1]**  17/24
**Monday [12]**  4/20 4/20 4/22 5/9 7/23
12/14 12/20 17/4 17/6 21/13 21/17
21/19
**month [1]**  19/25
**more [2]**  5/16 10/9
**morning [4]**  3/12 3/13 3/15 3/16
**most [2]**  4/2 15/25
**motion [17]**  4/9 4/14 6/7 6/14 8/3 8/5
9/20 10/7 11/13 11/24 12/6 12/23 13/3
13/8 13/9 15/6 16/3
**motions [3]**  8/4 9/21 15/25
**move [4]**  4/3 7/22 8/17 19/18
**moved [1]**  22/2
**moving [1]**  10/18
**Mr [2]**  3/14 5/14
**much [4]**  13/9 14/14 15/19 15/20
**Mueller [1]**  22/6
**multiple [1]**  19/22
**my [10]**  7/9 11/1 11/9 11/22 12/11
14/14 14/18 16/24 23/11 23/12

**N**

**N.W [1]**  2/2
**name [3]**  6/1 11/4 23/13
**narrow [2]**  5/12 20/12
**narrowing [2]**  17/25 18/20
**nature [1]**  15/2
**necessary [2]**  6/23 20/24
**need [17]**  6/23 7/15 10/24 11/7 11/11
11/15 11/16 11/16 13/1 13/9 15/8
15/19 15/21 16/9 16/11 18/22 20/16
**nilly [1]**  14/24
**no [11]**  1/4 3/25 4/20 4/22 11/4 12/17
14/6 14/10 14/11 18/11 21/21
**nonetheless [1]**  12/5
**nonexempt [2]**  18/4 18/12
**normal [1]**  8/4
**not [13]**  3/22 8/8 10/18 10/22 11/5

## N

not... [8]  11/7 12/4 16/3 17/2 18/15 20/19 20/24 22/8
note [1]  5/22
notes [1]  23/11
nothing [1]  15/2
now [3]  9/22 10/3 22/7
numerous [1]  5/20
NW [2]  1/15 1/22

## O

o'clock [3]  16/14 17/7 21/23
objection [4]  3/24 3/25 18/9 18/11
objections [1]  9/3
obvious [2]  5/21 5/23
obviously [10]  5/22 9/2 9/3 10/25 11/16 15/17 16/2 19/24 20/23 21/12
occur [1]  18/20
off [1]  7/18
office [4]  16/17 18/17 22/11 22/20
offices [1]  18/19
official [4]  2/1 23/4 23/10 23/16
OIP [1]  4/20
Okay [9]  3/19 4/2 4/15 5/7 7/3 10/10 16/5 21/11 22/25
once [3]  15/5 15/22 16/6
one [11]  8/6 8/14 9/25 10/19 10/20 11/2 12/3 13/22 13/23 14/17 21/24
ones [2]  5/19 6/4
ongoing [1]  19/6
only [5]  5/24 8/13 13/1 13/25 17/19
opinion [1]  16/9
opportunity [1]  10/8
oppose [2]  8/18 8/21
opposing [2]  7/19 9/12
opposition [5]  6/13 6/14 13/2 13/7 16/2
oppositions [1]  13/11
oral [1]  16/8
order [2]  11/10 14/23
other [5]  17/20 18/18 21/12 21/25 22/6 7/18 8/6 9/22 10/7 11/12 11/12 15/25 17/17 17/24 18/3 19/18 21/8
out [5]  4/3 4/17 4/21 10/24 16/7
outlined [1]  11/12
over [2]  21/7 22/2
overlap [2]  8/10 22/9

## P

pages [1]  23/9
particular [3]  9/13 19/20 21/16
parties [3]  3/7 5/13 18/6
parts [1]  22/10
pending [1]  9/6
perplex [1]  9/11
Pittsburgh [1]  21/6
Plaintiff [2]  1/4 1/13
plaintiff's [1]  5/14
plaintiffs [13]  1/17 4/21 4/24 5/9 6/1 6/11 10/23 11/5 11/9 13/1 13/20 15/3 15/13
plaintiffs' [2]  5/17 12/2
plans [1]  12/15
plays [1]  15/5
please [1]  3/6
podium [1]  3/6

point [8]  9/22 10/6 11/9 15/8 15/10 18/19 19/8 20/1
points [2]  8/11 10/21
position [13]  7/9 9/12 9/24 9/25 10/19 10/20 12/4 14/22 14/23 15/9 15/21 15/23 20/2
positon [1]  22/7
possibility [1]  16/22
possible [1]  19/19
potential [1]  9/19
predicate [1]  9/13
predicates [2]  4/5 14/22
preference [1]  21/19
prejudice [1]  15/12
preliminarily [1]  12/4
premature [1]  14/20
prepare [1]  17/1
presiding [1]  21/7
presumedly [1]  8/19
pretty [1]  11/4
PRIVACY [3]  1/3 1/14 3/10
probably [6]  9/9 10/12 16/11 21/13 22/1 22/17
problem [2]  16/24 21/6
proceed [2]  8/3 9/20
proceedings [4]  2/7 23/1 23/7 23/10
process [5]  18/3 18/19 18/20 19/6 19/11
processes [1]  18/22
processing [7]  17/14 17/16 18/16 18/23 19/12 19/21 20/2
produce [2]  10/5 18/4
produced [4]  2/7 7/8 7/21 7/23
producing [1]  18/13
production [7]  19/18 20/6 20/7 20/13 20/18 20/20 21/1
Programs [1]  1/22
progress [1]  19/1
proposal [3]  7/4 17/24 19/23
propose [9]  4/24 5/8 6/5 9/20 16/13 17/22 18/3 18/6 19/8
proposed [6]  4/17 4/18 8/1 8/21 10/4 13/24
proposing [4]  4/16 8/3 9/16 20/5
provide [1]  19/10
provided [3]  8/6 10/9 13/25
public [1]  5/3
purposes [1]  12/19
pursuant [1]  10/14
pursued [1]  9/8
push [2]  12/11 12/20
put [3]  8/1 11/12 11/18

## Q

quick [1]  21/24
quickly [2]  14/15 21/2
quite [1]  4/10

## R

raise [1]  17/13
raised [1]  8/11
rate [1]  19/21
rather [2]  22/17
RBW [1]  1/4
read [2]  7/10
really [9]  8/8 9/24 9/25 10/17 11/4 11/7 12/1 12/12 16/24

reason [1]  14/4
reasonable [1]  20/9
receiving [1]  20/14
record [1]  3/7
recorded [1]  2/7
records [6]  18/4 18/5 18/12 18/18 19/10 19/25
redacted [4]  5/25 7/11 7/13 15/17
redaction [5]  7/13 11/7 11/8 11/15 11/18
redactions [11]  5/16 5/20 7/14 8/15 8/19 8/21 9/18 10/3 10/25 14/23 15/7
reference [1]  20/5
referring [1]  5/21
regard [2]  18/10 18/14
regarding [1]  9/6
REGGIE [1]  1/10
related [3]  22/6 22/16 22/20
relates [1]  3/21
release [3]  5/2 9/7 18/23
released [2]  4/19 11/14
remainder [3]  17/16 18/8 20/3
remaining [3]  18/6 18/14 22/9
replies [1]  8/7
reply [8]  6/11 6/18 8/9 8/13 13/10 14/1 14/2 14/5
report [27]
reported [1]  23/6
Reporter [4]  2/1 2/1 23/4 23/16
request [8]  3/20 12/14 14/20 15/11 18/4 18/24 19/15 22/19
requested [1]  13/15
requests [8]  14/17 17/17 18/1 18/8 18/21 20/3 21/25 22/7
require [4]  7/1 12/23 15/14 15/22
resolve [1]  14/15
resolved [1]  19/16
respond [2]  6/25 10/8 16/2
responded [1]  22/8
response [3]  6/11 10/10 19/13
responsive [4]  18/4 18/5 18/12 18/24
review [4]  6/2 6/2 14/18 14/25
revisit [1]  15/17
right [7]  6/16 6/21 9/4 9/22 13/3 14/8 17/18
ripe [2]  21/25 22/7
Room [1]  2/2
Rotenberg [2]  1/13 3/11
RPR [2]  2/1 23/16
Rule [1]  3/21
rulings [1]  16/8

## S

said [2]  6/19 23/10
same [3]  4/1 5/2 22/17
saw [1]  22/4
say [7]  5/1 8/25 9/24 11/6 13/1 14/23 20/7
saying [6]  8/18 9/23 10/11 13/10 13/14 14/5
schedule [18]  4/18 7/25 8/2 8/6 14/13 15/20 18/8 18/16 18/23 19/12 19/18 19/20 20/6 20/13 20/15 20/18 20/20 21/1
schedules [1]  7/17
scheduling [2]  7/19 12/19
scope [3]  18/1 19/15 20/12

## S

second [1]  11/9
see [2]  10/14 14/13
seem [2]  8/17 11/3
seems [11]  4/2 5/21 5/23 6/1 8/19 8/22
 9/1 9/8 14/19 14/21 15/7
seen [1]  8/21
SENIOR [1]  1/10
sense [6]  5/17 10/11 15/25 20/23
 20/25 21/4
separate [1]  17/13
set [14]  12/6 13/7 15/20 18/23 19/20
 19/21 20/2 20/5 20/15 20/16 20/19
 20/23 20/25 21/3
sets [3]  6/25 6/25 18/7
Shapiro [1]  1/21 3/18
shortage [1]  21/8
shorthand [3]  2/7 23/7 23/11
should [4]  15/20 19/11 20/20 22/17
significant [1]  8/10
simply [1]  7/24
since [1]  13/18
single [2]  11/15 11/17
situation [1]  10/22
small [2]  5/25 11/2
so [41]
some [12]  6/2 6/23 8/24 9/9 9/10
 10/15 11/18 18/1 21/25 22/6 22/9 22/9
somehow [1]  9/7
something [4]  15/8 15/9 15/21 22/12
somewhat [1]  9/1
soon [2]  22/2 22/13
sorry [1]  13/6
sort [4]  7/13 7/16 9/11 19/22
speak [1]  7/10
special [2]  18/17 19/4
state [1]  3/6
stated [1]  9/18
statements [1]  3/22
STATES [6]  1/1 1/5 1/11 3/3 3/5 23/5
status [14]  1/9 4/18 7/18 11/12 16/6
 18/7 18/15 18/25 19/9 19/9 19/24 20/9
 20/17 21/3
still [2]  11/11 11/19
Street [2]  1/18 1/22
strictly [1]  7/12
submissions [2]  4/13 14/13
submit [4]  6/23 14/18 15/11 20/16
submitted [6]  15/2 15/4 15/13 15/15
 15/22 16/12
submitting [1]  4/7
subscribed [1]  23/12
substantial [1]  8/12
successfully [1]  9/8
sufficient [2]  15/1 15/14
suggests [1]  14/20
Suite [1]  1/15
suits [1]  22/2
summary [13]  4/9 4/14 6/7 6/15 8/2
 9/20 11/13 11/24 12/7 12/24 13/3 13/8
 15/6
supplemental [3]  6/24 13/25 14/2
support [7]  4/5 4/9 11/25 14/22 15/3
 15/9 15/21
supporting [5]  6/8 11/25 12/7 12/25
 17/20
surprise [3]  22/4 22/14 22/24

## T

table [3]  3/8 3/11 3/17
take [9]  4/24 6/2 7/16 9/12 11/18 13/2
 13/11 13/16 14/14
taken [2]  5/23 6/3
talking [10]  5/2 7/17 8/14 9/3 12/1
 12/12 17/19 20/8 20/11 22/5
teaching [1]  16/25
tell [3]  5/10 5/18 6/3
ten [2]  17/7 21/23
terms [1]  19/17
testimony [1]  23/7
text [1]  11/2
than [5]  4/20 4/22 10/19 21/12 22/17
Thank [4]  12/22 13/19 16/20 22/25
that [144]
that's [15]  5/3 5/25 6/1 11/4 11/18
 12/4 12/5 16/1 16/1 16/3 17/6 19/7
 19/8 19/22 19/25
their [13]  6/11 6/13 6/14 8/21 9/19
 10/19 11/24 12/3 14/8 14/22 14/22
 18/21 18/24
them [6]  11/6 11/10 20/9 22/3 22/4
 22/9
then [27]
there [13]  3/20 3/24 5/20 5/22 5/22
 6/23 10/25 14/2 15/1 15/13 16/22
 18/12 21/7
there's [10]  5/24 8/8 8/10 8/12 11/2
 11/2 11/4 15/8 19/22 20/20
thereafter [2]  13/10 13/21
therefore [1]  10/23
Thereupon [1]  23/1
these [1]  19/3
they [17]  5/11 5/11 5/15 5/19 6/4 6/5
 7/8 7/11 9/4 10/4 10/8 10/12 11/7 20/5
 22/17 22/21 22/23
they'll [2]  20/10 22/2
they're [11]  8/23 9/9 9/16 10/5 10/11
 10/18 11/14 14/1 19/5 22/7 22/16
they've [3]  10/9 10/13 13/25
think [23]  4/15 5/16 6/22 7/5 7/22 8/8
 8/10 8/12 11/21 12/5 12/17 13/4 15/10
 15/19 16/13 19/16 20/6 20/8 20/22 21/1
 21/4 22/21 22/22
thinking [1]  11/22
Third [1]  1/18
this [17]  3/2 4/3 4/21 5/13 7/24 8/17
 10/17 10/18 10/22 11/16 11/22 15/10
 18/19 18/19 19/12 19/19 23/13
those [3]  3/23 4/12 5/5 8/13 9/8 9/18
 10/6 10/16 17/23 18/13 18/21 19/1
three [9]  6/6 6/10 7/17 8/1 8/5 13/1
 13/11 13/16 16/14
three o'clock [1]  16/14
through [1]  11/14
throughout [1]  11/1
Thursday [1]  7/20
time [15]  6/2 10/2 10/20 11/18 12/3
 13/9 14/14 15/9 15/19 15/20 16/9 17/2
 18/16 19/12 20/10
timing [1]  7/6
today [2]  7/21 7/25
together [1]  11/19
too [1]  21/13
Topic [2]  1/17 3/14
transcribed [1]  23/11

transcript [3]  1/9 2/7 23/10
transcription [1]  2/7
transfer [1]  19/25
transferred [2]  18/18 19/4
travel [1]  12/15
trial [3]  1/20 1/21 21/6
try [2]  8/16 14/15
Tuesday [3]  21/14 21/17 21/20
Twenty [1]  13/6
Twenty-fourth [1]  13/6
two [12]  6/17 6/19 6/20 6/22 6/25 7/1
 8/13 10/21 13/14 13/15 13/17 13/20

## U

U.S [2]  1/21 2/2
Uh [1]  6/9
Uh-huh [1]  6/9
unable [1]  19/11
unavailable [2]  12/19 17/2
under [4]  8/1 9/21 14/23 15/14
underlying [1]  7/13
understand [1]  8/16
understanded [1]  7/12
understanding [1]  15/12
unfortunately [3]  16/16 16/21 19/7
UNITED [6]  1/1 1/5 1/11 3/3 3/5 23/5
universe [1]  8/14
Unless [1]  20/18
unredacted [6]  14/19 14/25 15/3
 15/11 15/15 15/22
until [2]  20/7 20/9
up [1]  21/7
updating [2]  19/1 19/9
upon [4]  8/20 10/13 15/13 22/19
us [12]  5/10 5/18 6/4 8/1 9/17 10/17
 12/11 13/2 13/11 16/15 21/15 21/18

## V

Vaughn [6]  4/4 9/19 10/24 11/25 12/7
 12/25
version [4]  14/25 15/12 15/15 15/22
versus [2]  3/3 3/5
very [7]  12/21 13/6 13/14 14/4 14/12
 21/22 22/2
view [1]  19/18
vigorous [1]  20/5

## W

waive [1]  3/20
WALTON [1]  1/10
want [8]  11/10 13/20 14/2 19/18 22/3
 22/14 22/19 22/24
wants [1]  14/25
was [4]  3/20 11/22 12/12 14/17
Washington [4]  1/5 1/16 1/23 2/3
waste [1]  10/20
way [3]  4/3 7/24 19/19
we [66]
we'd [2]  13/22 21/9
we'll [7]  10/7 16/7 18/22 19/16 20/1
 21/22 22/22
we're [12]  7/17 8/3 8/13 9/3 9/16 18/1
 19/11 19/14 20/1 20/8 20/11 20/23
we've [2]  11/12 17/25
Wednesday [1]  21/14
week [32]
weeks [20]  6/6 6/10 6/17 6/19 6/20

## W

**weeks... [15]**  6/22 7/1 7/18 8/1 8/5
11/11 12/12 12/13 13/1 13/11 13/14
13/15 13/17 13/21 16/11
**weigh [1]**  20/13
**well [10]**  5/16 9/15 10/21 12/21 13/6
13/14 14/4 14/12 19/16 21/22
**were [5]**  7/20 7/23 10/16 12/1 13/14
**what [30]**
**what's [4]**  7/3 10/25 15/13 16/11
**when [11]**  4/12 4/15 4/15 5/1 5/13
11/1 11/6 19/3 19/7 19/22 20/17
**where [3]**  5/24 10/22 22/7
**whereof [1]**  23/12
**wherever [1]**  19/4
**whether [9]**  4/4 4/4 11/7 12/2 14/23
15/16 16/8 16/9 22/10
**which [11]**  3/21 5/4 5/10 5/18 5/23 6/3
6/4 9/20 11/12 12/11 13/11
**while [1]**  8/18
**why [7]**  8/20 8/21 9/20 10/16 15/7 16/3
19/8
**will [17]**  4/10 4/19 5/22 8/5 9/17 9/18
12/18 16/5 16/17 18/15 20/11 20/12
21/6 22/1 22/11 22/21 22/23
**willy [1]**  14/24
**winding [1]**  18/17
**window [1]**  11/24
**withheld [1]**  10/23
**withhold [2]**  9/5 9/10
**withholdings [8]**  4/6 5/5 5/11 8/23
8/24 9/14 10/4 10/16
**without [3]**  9/13 9/23 15/12
**witness [1]**  23/12
**won't [2]**  9/17 9/24
**work [1]**  21/15
**working [1]**  4/21
**works [1]**  16/15
**would [35]**
**wouldn't [1]**  21/4
**write [1]**  16/9
**wrong [1]**  7/3

## Y

**yes [8]**  5/6 6/14 6/20 16/15 16/19 17/8
17/10 20/22
**yet [1]**  4/11
**you [44]**
**you'll [3]**  4/4 4/5 5/4
**you're [11]**  4/6 5/2 8/18 8/25 9/12 9/23
14/5 17/2 17/19 20/15 20/19
**you've [1]**  8/20
**your [38]**