# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **CONCORD MANAGEMENT AND CONSULTING LLC** <br><br> **Defendant.** | **Crim. No. 18-CR-32-2 (DLF)** |

## GOVERNMENT'S MOTION FOR LEAVE TO FILE UNDER SEAL

The United States of America respectfully moves for leave to file under seal a motion regarding the modification of the protective order in this case. The government's motion discusses the content of the sensitive discovery, and therefore the motion is properly filed under seal pursuant to the protective order.

Respectfully submitted,

| | |
|---|---|
| JOHN C. DEMERS <br> Assistant Attorney General for National Security | JESSIE K. LIU <br> United States Attorney |
| By: /s/_____ <br> Heather N. Alpino <br> U.S. Department of Justice <br> National Security Division <br> 950 Pennsylvania Ave. NW <br> Washington, D.C. 20530 <br> Telephone: (202) 514-2000 | By: /s/_____ <br> Jonathan Kravis <br> Deborah Curtis <br> Kathryn Rakoczy <br> 555 Fourth Street NW <br> Washington, D.C. 20530 <br> Telephone: (202) 252-6886 |

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2019, I caused a copy of the foregoing motion to seal to be transmitted to Katherine Seikaly and Eric Dubelier, counsel of record for Concord Management and Consulting LLC, via email.

By: /s/_____
Jonathan Kravis
Assistant United States Attorney
555 Fourth Street NW
Washington D.C. 20530