# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**CONCORD MANAGEMENT AND CONSULTING LLC,**<br><br>**Defendant.** | **Crim. No. 18-CR-32-2 (DLF)** |

## PROPOSED ORDER

Upon consideration of the government's motion for leave to file its motion regarding the protective order under seal, it is hereby

ORDERED that the government's motion is GRANTED.

Date: June ___, 2019

_____
Hon. Dabney Friedrich
United States District Judge