# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NUMBER: |
| v. | 1:18-cr-00032-2-DLF |
| CONCORD MANAGEMENT AND CONSULTING LLC | |
| Defendant. | |

## DEFENDANT CONCORD MANAGEMENT AND CONSULTING LLC'S
## MOTION FOR LEAVE TO FILE UNDER SEAL

Defendant Concord Management and Consulting, LLC ("Defendant" or "Concord"), through counsel, respectfully moves for leave of Court to file under seal its Response to the Government's Motion Regarding Protective Order (Concord's "Response"). On June 5, 2019, the government filed under seal its Motion Regarding Protective Order, along with a Motion for Leave to File Under Seal. The Court has not yet ruled on the government's motion for leave to file under seal. Concord believes that the briefing regarding the Protective Order should be filed publicly, with redactions if necessary. However, out of an abundance of caution, Concord is filing its Response under seal. If the Court agrees that the Response should be filed publicly with redactions, Concord will propose the appropriate redactions. A proposed order is filed herewith.

Dated: July 3, 2019

Respectfully submitted,

CONCORD MANAGEMENT AND
CONSULTING LLC

By: _/s/ Eric A. Dubelier_
Eric A. Dubelier (D.C. Bar No. 419412)
Katherine J. Seikaly (D.C. Bar No. 498641)
REED SMITH LLP
1301 K Street, NW

1

Suite 1000 – East Tower
Washington, DC  20005-3373
202.414.9200 (phone)
202.414.9299 (fax)
edubelier@reedsmith.com
kseikaly@reedsmith.com

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy of the foregoing Motion for Leave to File Under Seal to be filed under seal with the Clerk's office via hand delivery. I further certify that I have caused a copy of the foregoing Motion for Leave to File Under Seal to be transmitted to the following counsel of record via hand delivery:

Jonathan Kravis
Deborah Curtis
Kathryn Rakoczy
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, NW
Room 5917
Washington, DC 20530

Jason B.A. McCullough
U.S. Department of Justice
National Security Division
950 Pennsylvania Avenue, NW
Washington, DC 20530

Heather N. Alpino
U.S. Department of Justice
National Security Division
950 Pennsylvania Avenue, NW
Washington, DC 20530

By: /s/ *Katherine J. Seikaly*
Katherine J. Seikaly (D.C. Bar No. 498641)
REED SMITH LLP
1301 K Street, NW
Suite 1000 – East Tower
Washington, DC 20005-3373
202.414.9200 (phone)
202.414.9299 (fax)
kseikaly@reedsmith.com