# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CONCORD MANAGEMENT AND CONSULTING LLC<br><br>Defendant. | CRIMINAL NUMBER:<br><br>1:18-cr-00032-2-DLF |

## PROPOSED ORDER

Upon consideration of Defendant Concord Management and Consulting LLC's Motion for Leave to File Under Seal, it is hereby

ORDERED that the motion is GRANTED.

Accordingly, the Defendant's Response to the Government's Motion Regarding Protective Order shall be filed under seal. Within seven days, Defendant shall submit to the Clerk a redacted version of the Response with appropriate redactions to be publicly filed.

_____          _____
Date                                                                          DABNEY L. FRIEDRICH
                                                                                    United States District Judge