UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CONCORD MANAGEMENT AND CONSULTING LLC,<br><br>Defendant. | Crim. No. 18-CR-32-2 (DLF)<br><br>FILED UNDER SEAL |

## ORDER

Upon consideration of the government's motion for leave to file its Bill of Particulars under seal, it is hereby

ORDERED that the government's motion is GRANTED.

Date: July _____, 2019

_____
The Honorable Dabney L. Friedrich
United States District Judge