UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CONCORD MANAGEMENT AND CONSULTING LLC,<br><br>Defendant. | Crim. No. 18-CR-32-2 (DLF)<br><br>**FILED UNDER SEAL** |

## GOVERNMENT'S MOTION FOR LEAVE TO FILE UNDER SEAL

The United States of America respectfully moves for leave to file under seal the enclosed reply regarding the modification of the protective order in this case. The government's motion discusses the content of the sensitive discovery, and therefore the motion is properly filed under seal pursuant to the Court's protective order. Accordingly, the government asks that the Court exercise its inherent power to seal court filings when appropriate and permit the filing of this pleading under seal.  *See United States v. Hubbard*, 650 F.2d 293, 315-16 (D.C. Cir. 1980) (citing *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 598 (1978)).

Respectfully submitted,

JOHN C. DEMERS
Assistant Attorney General for National Security

By:  /s/
Heather N. Alpino
U.S. Department of Justice
National Security Division
950 Pennsylvania Ave. NW
Washington, D.C. 20530
Telephone: (202) 514-2000

JESSIE K. LIU
United States Attorney

By:  /s/
Jonathan Kravis
Deborah Curtis
Kathryn Rakoczy
555 Fourth Street NW
Washington, D.C. 20530
Telephone: (202) 252-6886

1

## CERTIFICATE OF SERVICE

  I hereby certify that on July 10, 2019, I caused a copy of the foregoing motion to seal to be transmitted to Katherine Seikaly and Eric Dubelier, counsel of record for Concord Management and Consulting LLC, via email.

                  By: _____/s/_____
                  Kathryn Rakoczy
                  Assistant United States Attorney
                  555 Fourth Street NW
                  Washington D.C. 20530