# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**CONCORD MANAGEMENT AND CONSULTING LLC,**<br><br>**Defendant.** | **Crim. No. 18-CR-32-2 (DLF)**<br><br><u>**FILED UNDER SEAL**</u> |

# ORDER

Upon consideration of the government's motion for leave to file its Bill of Particulars under seal, it is hereby

ORDERED that the government's motion is GRANTED.


Date: July _____, 2019                             _____
                                                  The Honorable Dabney L. Friedrich
                                                  United States District Judge