UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CONCORD MANAGEMENT AND CONSULTING LLC,<br><br>Defendant. | Crim. No. 18-CR-32-2 (DLF)<br><br>FILED UNDER SEAL |

## PARTIES' JOINT MOTION FOR LEAVE TO FILE UNDER SEAL

Defendant Concord Management and Consulting, LLC ("Defendant" or "Concord") and the United States (collectively, the "Parties), by and through counsel, jointly move for leave of the Court to file the enclosed Parties' Joint Filing Regarding the Unsealing of Hearing Transcripts and Pleadings Related to Modifying the Protective Order in This Case under seal. The enclosed joint filing discusses matters that remain, at the moment, under seal. Should the Court decide to unseal the transcripts and pleadings discussed in the enclosed filing, the parties have no objection to also unsealing the enclosed joint filing.

Respectfully submitted,

| | |
|---|---|
| JOHN C. DEMERS<br>Assistant Attorney General for National Security<br><br>By: ____/s/_____<br>Heather N. Alpino<br>U.S. Department of Justice<br>National Security Division<br>950 Pennsylvania Ave. NW<br>Washington, D.C. 20530<br>Telephone: (202) 514-2000 | JESSIE K. LIU<br>United States Attorney<br><br>By: ____/s/_____<br>Jonathan Kravis<br>Deborah Curtis<br>Kathryn Rakoczy<br>555 Fourth Street NW<br>Washington, D.C. 20530<br>Telephone: (202) 252-6886 |

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2019, I caused a copy of the foregoing motion to seal to be transmitted to Katherine Seikaly and Eric Dubelier, counsel of record for Concord Management and Consulting LLC, via email.

By: \_\_\_\_/s/_____
Jonathan I. Kravis
Assistant United States Attorney
555 Fourth Street NW
Washington D.C. 20530