UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CONCORD MANAGEMENT AND CONSULTING LLC,<br><br>Defendant. | Crim. No. 18-CR-32-2 (DLF)<br><br>FILED UNDER SEAL |

### ORDER

Upon consideration of the parties joint motion for leave to file under seal their Joint Filing Regarding the Unsealing of Hearing Transcripts and Pleadings Related to Modifying the Protective Order in This Case, it is hereby

ORDERED that the parties' motion is GRANTED.

Date: August ____, 2019

                                                                                          _____
                                                                                          The Honorable Dabney L. Friedrich
                                                                                          United States District Judge