UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CONCORD MANAGEMENT AND CONSULTING LLC,<br><br>Defendant. | Crim. No. 18-CR-32-2 (DLF)<br><br>**FILED UNDER SEAL** |

### PARTIES' JOINT FILING REGARDING PROPOSED REDACTIONS TO THE MARCH 7, 2019 HEARING TRANSCRIPT

Pursuant to the Court's Minute Order of August 5, 2019, which directed the parties to jointly propose any necessary redactions to the transcript at docket number [110], which includes both the sealed and unsealed portions of the March 7, 2019 hearing, Defendant Concord Management and Consulting, LLC ("Defendant" or "Concord") and the United States (collectively, the "Parties), by and through counsel, submit this joint filing.

The parties hereby submit the proposed redactions attached to this pleading as Exhibit A. Many of the proposed redactions concern discussions of the contents or handling of sensitive discovery materials; therefore, the parties have asked that the Court approve these redactions in order to enforce the provisions of the Protective Order that the Court has entered (and is in the process of modifying) in this case. Because such redactions and continued sealing would protect the interests embodied in the Protective Order, the parties submit that permitting these redactions and continued sealing would be an appropriate exercise of the Court's inherent power to seal court filings. *See United States v. Hubbard*, 650 F.2d 293, 315-16 (D.C. Cir. 1980) (citing *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 598 (1978)). The other redactions, proposed by the

1

government, involve discussions of sensitive law enforcement techniques, and Concord does not object. Publicizing discussions of these sensitive law enforcement techniques would compromise the very law enforcement and national security interests that the Protective Order seeks to protect. Accordingly, the parties submits that permitting these redactions would be an appropriate exercise of the Court's inherent power to seal court filings (and parts of Court filings). *Id.* With these proposed redactions, the parties do not object to publicly docketing the transcript, including the portion that was previously under seal.

WHEREFORE, the parties ask that the Court permit the parties' proposed redactions and give the parties leave to make the proposed redactions and file those redactions publicly on the docket.

Respectfully submitted,

| | |
|---|---|
| JOHN C. DEMERS<br>Assistant Attorney General for National Security | JESSIE K. LIU<br>United States Attorney |
| By: /s/<br>Heather N. Alpino<br>U.S. Department of Justice<br>National Security Division<br>950 Pennsylvania Ave. NW<br>Washington, D.C. 20530<br>Telephone: (202) 514-2000 | By: /s/<br>Jonathan Kravis<br>Deborah Curtis<br>Kathryn Rakoczy<br>555 Fourth Street NW<br>Washington, D.C. 20530<br>Telephone: (202) 252-6886 |

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2019, I caused a copy of the foregoing motion to seal to be transmitted to Katherine Seikaly and Eric Dubelier, counsel of record for Concord Management and Consulting LLC, via email.

By:    /s/
Kathryn L. Rakoczy
Assistant United States Attorney
555 Fourth Street NW
Washington D.C. 20530