UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CONCORD MANAGEMENT AND CONSULTING LLC,<br><br>Defendant. | Crim. No. 18-CR-32-2 (DLF)<br><br>**FILED UNDER SEAL** |

**PARTIES' JOINT FILING REGARDING MODIFIED PROPOSED REDACTIONS
TO THE MARCH 7, 2019 HEARING TRANSCRIPT**

Pursuant to the Court's Minute Order of August 8, 2019, which directed the parties to modify and re-submit their jointly proposed redactions to the transcript at docket number [110], which includes both the sealed and unsealed portions of the March 7, 2019 hearing, Defendant Concord Management and Consulting, LLC ("Defendant" or "Concord") and the United States (collectively, the "Parties"), by and through counsel, submit this joint filing.

The parties hereby submit that the modified proposed redactions attached to this pleading as Exhibit A are now limited to discussions of (a) the contents or handling of sensitive discovery materials, and (b) discussions of sensitive law enforcement techniques that are more detailed than anything discussed in any public filings or transcripts; therefore, the parties have asked that the Court approve these redactions in order to enforce the provisions of and to protect the interests of the Protective Order that the Court has entered (and is in the process of modifying) in this case. Because such redactions would protect the interests embodied in the Protective Order, the parties submit that permitting these redactions and continued sealing would be an appropriate exercise of the Court's inherent power to seal court filings. *See United States v. Hubbard*, 650 F.2d 293, 315-

16 (D.C. Cir. 1980) (citing *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 598 (1978)). With these proposed redactions, the parties do not object to publicly docketing the transcript, including the portion that was previously under seal.

WHEREFORE, the parties ask that the Court permit the parties' proposed redactions and give the parties leave to make the proposed redactions and file those redactions publicly on the docket.

Respectfully submitted,

| | |
|---|---|
| JOHN C. DEMERS<br>Assistant Attorney General for National Security | JESSIE K. LIU<br>United States Attorney |
| By:  /s/<br>Heather N. Alpino<br>U.S. Department of Justice<br>National Security Division<br>950 Pennsylvania Ave. NW<br>Washington, D.C. 20530<br>Telephone: (202) 514-2000 | By:  /s/<br>Jonathan Kravis<br>Deborah Curtis<br>Kathryn Rakoczy<br>555 Fourth Street NW<br>Washington, D.C. 20530<br>Telephone: (202) 252-6886 |

## CERTIFICATE OF SERVICE

      I hereby certify that on August 8, 2019, I caused a copy of the foregoing motion to seal to be transmitted to Katherine Seikaly and Eric Dubelier, counsel of record for Concord Management and Consulting LLC, via email.

By:    /s/   
Kathryn L. Rakoczy
Assistant United States Attorney
555 Fourth Street NW
Washington D.C. 20530

3