UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CONCORD MANAGEMENT AND CONSULTING LLC,<br><br>Defendant. | Crim. No. 18-CR-32-2 (DLF) |

## ORDER

Upon consideration of the Parties' Joint Request for an Extension of Time to Submit Proposed Modified Protective Order, it is hereby

ORDERED that the Parties joint motion is GRANTED, and the Parties shall file their joint proposal for a Modified Protective Order on or before August 23, 2019.

Date: August _____, 2019

_____
The Honorable Dabney L. Friedrich
United States District Judge