UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CONCORD MANAGEMENT AND CONSULTING LLC,<br><br>**Defendant.** | Crim. No. 18-CR-32-2 (DLF)<br><br>**FILED UNDER SEAL** |

**PARTIES' JOINT MOTION FOR LEAVE TO FILE UNDER SEAL**

Defendant Concord Management and Consulting, LLC ("Defendant" or "Concord") and the United States (collectively, the "Parties"), by and through counsel, jointly move for leave of the Court to file the attached pleading and its attached Exhibit A under seal. The pleading references the Court's Memorandum Opinion and Order [Dkt. No. 161], which has not yet been publicly filed, and Exhibit A contains proposed redactions to said Opinion and Order, but it does not obscure the text that the parties are seeking to redact. Once the Court publicly files its Memorandum Opinion and Order, the Parties have no objection to unsealing this Motion to Seal and the attached pleading; however, the Parties request that Exhibit A remain under seal.

Respectfully submitted,

| | |
|---|---|
| JOHN C. DEMERS<br>Assistant Attorney General for National Security<br><br>By:  /s/  <br>Heather N. Alpino<br>U.S. Department of Justice<br>National Security Division<br>950 Pennsylvania Ave. NW<br>Washington, D.C. 20530<br>Telephone: (202) 514-2000 | JESSIE K. LIU<br>United States Attorney<br><br>By:  /s/  <br>Jonathan Kravis<br>Deborah Curtis<br>Kathryn Rakoczy<br>555 Fourth Street NW<br>Washington, D.C. 20530<br>Telephone: (202) 252-6886 |

## CERTIFICATE OF SERVICE

    I hereby certify that on August 8, 2019, I caused a copy of the foregoing motion to seal to be transmitted to Katherine Seikaly and Eric Dubelier, counsel of record for Concord Management and Consulting LLC, via email.

By:    /s/           
Kathryn L. Rakoczy
Assistant United States Attorney
555 Fourth Street NW
Washington D.C. 20530