UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CONCORD MANAGEMENT AND CONSULTING LLC,<br><br>**Defendant.** | **Crim. No. 18-CR-32-2 (DLF)**<br><br>**FILED UNDER SEAL** |

**PARTIES' JOINT FILING REGARDING PROPOSED REDACTIONS
TO THE COURT'S MEMORANDUM OPINION AND ORDER**

  Defendant Concord Management and Consulting, LLC ("Defendant" or "Concord") and the United States (collectively, the "Parties"), by and through counsel, hereby submit this joint filing with proposed redactions to the Court's Memorandum Opinion and Order dated August 7, 2019 [Dkt. No. 161]. The one sentence that the Parties propose redacting relates to an ongoing investigation, and the Parties have proposed redacting similar language from other filings and transcripts [see Dkt. No. 160]. Accordingly, the Parties submit that this proposed redaction would be an appropriate exercise of the Court's inherent power to seal court filings. *See United States v. Hubbard*, 650 F.2d 293, 315-16 (D.C. Cir. 1980) (citing *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 598 (1978)).

1

WHEREFORE, the parties ask that the Court redact the language proposed by the Parties before publicly filing the Court's Memorandum Opinion and Order dated August 7, 2019 [Dkt. No. 161].

Respectfully submitted,

| | |
|---|---|
| JOHN C. DEMERS<br>Assistant Attorney General for National Security | JESSIE K. LIU<br>United States Attorney |
| By:    /s/<br>Heather N. Alpino<br>U.S. Department of Justice<br>National Security Division<br>950 Pennsylvania Ave. NW<br>Washington, D.C. 20530<br>Telephone: (202) 514-2000 | By:    /s/<br>Jonathan Kravis<br>Deborah Curtis<br>Kathryn Rakoczy<br>555 Fourth Street NW<br>Washington, D.C. 20530<br>Telephone: (202) 252-6886 |

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2019, I caused a copy of the foregoing motion to seal to be transmitted to Katherine Seikaly and Eric Dubelier, counsel of record for Concord Management and Consulting LLC, via email.

By: ___/s/___
Kathryn L. Rakoczy
Assistant United States Attorney
555 Fourth Street NW
Washington D.C. 20530