UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CONCORD MANAGEMENT AND CONSULTING LLC,<br><br>**Defendant.** | Crim. No. 18-CR-32-2 (DLF) |

## ORDER

Upon consideration of the Parties' joint motion for leave to file under seal, it is hereby

ORDERED that the parties' motion is GRANTED IN PART AND DENIED IN PART, and,

IT IS FURTHER ORDERED that, this Order, the Parties Motion to Seal [Dkt. No. 166], the Parties' Joint Filing Regarding Proposed Redactions to the Court's Memorandum Opinion and Order [Dkt. No. 166-1], and the Text of Proposed Sealing Order [Dkt. No. 166-3] shall be publicly filed on the docket; however,

IT IS FURTHER ORDERED that Exhibit A (Parties' Proposed Redactions) [Dkt. No. 166-2] will remain under seal.

Date: August _____, 2019

_____
The Honorable Dabney L. Friedrich
United States District Judge