UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CONCORD MANAGEMENT AND CONSULTING LLC,<br><br>Defendant. | Crim. No. 18-CR-32-2 (DLF)<br><br>**FILED UNDER SEAL** |

**PARTIES' JOINT MOTION FOR LEAVE TO FILE UNDER SEAL**

Defendant Concord Management and Consulting, LLC ("Defendant" or "Concord") and the United States (collectively, the "Parties"), by and through counsel, jointly move for leave of the Court to file the attached pleading and its attached Exhibits A-H under seal. The pleading and exhibits contains references to contents and proposals for handling sensitive discovery materials, sensitive law enforcement techniques, and other materials that the Parties propose should be redacted from public filings.

Respectfully submitted,

| | |
|---|---|
| JOHN C. DEMERS<br>Assistant Attorney General for National Security<br><br>By: ____/s/_____<br>Heather N. Alpino<br>U.S. Department of Justice<br>National Security Division<br>950 Pennsylvania Ave. NW<br>Washington, D.C. 20530<br>Telephone: (202) 514-2000 | JESSIE K. LIU<br>United States Attorney<br><br>By: ____/s/_____<br>Jonathan Kravis<br>Deborah Curtis<br>Kathryn Rakoczy<br>555 Fourth Street NW<br>Washington, D.C. 20530<br>Telephone: (202) 252-6886 |

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2019, I caused a copy of the foregoing motion to seal to be transmitted to Katherine Seikaly and Eric Dubelier, counsel of record for Concord Management and Consulting LLC, via email.

By:    /s/
Kathryn L. Rakoczy
Assistant United States Attorney
555 Fourth Street NW
Washington D.C. 20530

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**CONCORD MANAGEMENT AND CONSULTING LLC,**<br><br>**Defendant.** | **Crim. No. 18-CR-32-2 (DLF)** |

## ORDER

Upon consideration of the Parties' joint motion for leave to file under seal, it is hereby

ORDERED that the parties' motion is GRANTED IN PART AND DENIED IN PART, and,

IT IS FURTHER ORDERED that, this Order, the Parties Motion to Seal [Dkt. No. 168], and the Text of Proposed Sealing Order [Dkt. No. 168-10] shall be publicly filed on the docket; however,

IT IS FURTHER ORDERED that the Parties Joint Filing Regarding Modified Prposed Redactions to Pleadings and Transcripts Relating to Modification of the Protective Order [Dkt. No. 168-1] and the attached Exhibits A-H (Parties' Proposed Redactions) [Dkt. Nos. 168-2 through 168-9] will remain under seal.

Date: August _____, 2019

_____
The Honorable Dabney L. Friedrich
United States District Judge