# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**CONCORD MANAGEMENT AND CONSULTING LLC,**<br><br>**Defendant.** | **Crim. No. 18-CR-32-2 (DLF)** |

## ORDER

Upon consideration of the Parties' joint motion for leave to file under seal, it is hereby

ORDERED that the parties' motion is GRANTED IN PART AND DENIED IN PART, and,

IT IS FURTHER ORDERED that, this Order, the Parties Motion to Seal [Dkt. No. 168], and the Text of Proposed Sealing Order [Dkt. No. 168-10] shall be publicly filed on the docket; however,

IT IS FURTHER ORDERED that the Parties Joint Filing Regarding Modified Prposed Redactions to Pleadings and Transcripts Relating to Modification of the Protective Order [Dkt. No. 168-1] and the attached Exhibits A-H (Parties' Proposed Redactions) [Dkt. Nos. 168-2 through 168-9] will remain under seal.

Date: August _____, 2019

_____
The Honorable Dabney L. Friedrich
United States District Judge