# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CONCORD MANAGEMENT AND CONSULTING LLC<br><br>Defendant. | CRIMINAL NUMBER:<br><br>1:18-cr-00032-2-DLF |

## PROPOSED ORDER

With the Court having considered Defendant Concord Management and Consulting LLC's Unopposed Motion to Extend the Deadline for Filing Motions to Suppress Evidence, it is hereby

**ORDERED** that the motion is **GRANTED**. The deadline of August 19, 2019 to file a motion to suppress evidence is vacated. A new deadline will be set once a trial date is set.

Date: _____          _____
DABNEY L. FRIEDRICH
United States District Judge