# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CONCORD MANAGEMENT & CONSULTING LLC,<br><br>     *Defendant*. | Criminal No. 18-0032-2 (DLF) |

## TEMPLATE FOR PROPOSED PRETRIAL SCHEDULING ORDER

<u>Discovery & Associated Deadlines</u>
Deadline for the government to complete any final discovery   _____
*Brady* notice   _____

<u>Notices of Expert Testimony & Other Crimes Evidence</u>
Government's expert notice   _____
Defendant's expert notice   _____
Government's FRE 404(b) notice, if any   _____
  Defendant's response to FRE 404(b) notice, if any   _____

<u>Expert and Lay Witness Opinion Testimony</u>
Expert reports   _____
Lay witness identification and subject matter   _____

<u>Remaining Pretrial Motions</u>
Defendant's motion(s) to suppress   September 6, 2019
  Government's opposition   September 20, 2019
  Defendant's reply   September 27, 2019
Any other pretrial motion(s) by either side   _____
  Oppositions   _____
  Replies   _____

<u>Motions in Limine</u>
Motions in limine by both sides   _____
  Oppositions   _____
  Replies   _____

<u>Stipulations</u>   _____

<u>*Giglio* and *Jencks* material</u>   _____

Voir Dire and Jury Instructions                                                    _____

Witness and Exhibit Lists
Government's witness list                                                           _____
Government's exhibit list and exhibits                                              _____
Defendant's witness list                                                            _____
Defendant's exhibit list and exhibits                                               _____

Pre-Trial Hearings shall take place as needed on a series of dates to be discussed with the Court.

Pre-Trial Conference                                                                _____

Trial Date (with estimated length of trial)                                         _____