Exhibit F

I

116TH CONGRESS
1ST SESSION
# H. R. 2135

To prevent foreign adversaries from influencing elections by prohibiting foreign nationals from purchasing at any time a broadcast, cable, or satellite communication that mentions a clearly identified candidate for Federal office.

IN THE HOUSE OF REPRESENTATIVES

APRIL 8, 2019

Ms. SLOTKIN (for herself and Ms. STEFANIK) introduced the following bill; which was referred to the Committee on House Administration

# A BILL

To prevent foreign adversaries from influencing elections by prohibiting foreign nationals from purchasing at any time a broadcast, cable, or satellite communication that mentions a clearly identified candidate for Federal office.

1    *Be it enacted by the Senate and House of Representa-*

2  *tives of the United States of America in Congress assembled,*

3  **SECTION 1. SHORT TITLE.**

4    This Act may be cited as the "Preventing Adversaries

5  Internationally from Disbursing Advertising Dollars Act"

6  or the "PAID AD Act".

2

1 **SEC. 2. PURPOSE.**

2      The purpose of this Act is to protect the integrity

3 of American democracy by expanding the scope of the pro-

4 hibition on political advertising by foreign principals in

5 order to uphold the well-established standard of the

6 United States Supreme Court that foreign nationals may

7 lawfully be excluded from participating in certain electoral

8 activities.

9 **SEC. 3. SENSE OF CONGRESS.**

10      It is the sense of Congress that—

11           (1) the growing threat of malicious interference

12      in our elections by foreign actors requires the Con-

13      gress and the Federal Election Commission to take

14      meaningful action to ensure that laws and regula-

15      tions protect against influence by foreign nationals

16      in activity fundamental to our democracy;

17           (2) the Supreme Court has long held that there

18      is a compelling national interest in preventing for-

19      eign influence in the United States political process

20      and that foreign citizens lack a "constitutional right

21      to participate in, and thus may be excluded from,

22      activities of democratic self-government"; and

23           (3) the current prohibition on foreign nationals

24      contributing to political campaigns and advertise-

25      ments must be updated.

3

1  **SEC. 4. EXPANSION OF LIMITATION ON FOREIGN NATION-**

2      **ALS.**

3      (a)    DISBURSEMENTS    DESCRIBED.—Section

4  319(a)(1) of the Federal Election Campaign Act of 1971

5  (52 U.S.C. 30121(a)(1)) is amended—

6          (1) by striking "or" at the end of subparagraph

7      (B); and

8          (2) by striking subparagraph (C) and inserting

9      the following:

10              "(C) an expenditure;

11              "(D) an independent expenditure;

12              "(E) a disbursement for an electioneering

13          communication (within the meaning of section

14          304(f)(3));

15              "(F) a disbursement for a paid internet or

16          paid digital communication that refers to a

17          clearly identified candidate for election for Fed-

18          eral office and is disseminated within 60 days

19          before a general, special or runoff election for

20          the office sought by the candidate or 30 days

21          before a primary or preference election, or a

22          convention or caucus of a political party that

23          has authority to nominate a candidate for the

24          office sought by the candidate;

25              "(G) a disbursement for a broadcast, cable

26          or satellite communication, or for a paid inter-

4

1      net or paid digital communication, that pro-

2      motes, supports, attacks or opposes the election

3      of a clearly identified candidate for Federal,

4      State, or local office (regardless of whether the

5      communication contains express advocacy or the

6      functional equivalent of express advocacy); or

7           "(H) a disbursement for a broadcast,

8      cable, or satellite communication, or for any

9      communication which is placed or promoted for

10     a fee on an online platform, that discusses a

11     national legislative issue of public importance in

12     a year in which a regularly scheduled general

13     election for Federal office is held, but only if

14     the disbursement is made by a foreign principal

15     who is a government of a foreign country or a

16     foreign political party or an agent of such a for-

17     eign principal under the Foreign Agents Reg-

18     istration Act of 1938.".

19     (b) DEFINITION OF ONLINE PLATFORM.—Section

20 319 of such Act (52 U.S.C. 30121) is amended by adding

21 at the end the following new subsection:

22     "(c) ONLINE PLATFORM.—As used in this section,

23 the term 'online platform' means any public-facing

24 website, web application, or digital application (including

25 a social network, ad network, or search engine) which—

5

1    ''(1) sells qualified political advertisements; and

2    ''(2) has 50,000,000 or more unique monthly

3    United States visitors or users for a majority of

4    months during the preceding 12 months.''.

5    (c) EFFECTIVE DATE.—The amendments made by

6    this section shall apply with respect to disbursements

7    made on or after the date of the enactment of this Act.

○