**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> INTERNET RESEARCH AGENCY LLC, *et al.*, <br><br> Defendants. | CRIMINAL NUMBER: <br><br> 1:18-cr-00032-DLF |

**PROPOSED ORDER**

Upon consideration of Defendant Concord Management and Consulting, LLC's Motion for a Supplemental Bill of Particulars, it is hereby **ORDERED** that the motion is **GRANTED**.

IT IS FURTHER ORDERED that the government shall provide a supplemental Bill of Particulars identifying which Defendant(s) were required to file under FECA and register under FARA and on behalf of whom.

SO ORDERED.

Dated: _____          _____
                                        Dabney L. Friedrich
                                        United States District Judge