# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CONCORD MANAGEMENT AND CONSULTING LLC<br><br>Defendant. | CRIMINAL NUMBER:<br><br>1:18-cr-00032-2-DLF |

## PARTIES' JOINT MOTION FOR REVISED PROTECTIVE ORDER

Pursuant to the Court's August 7, 2019 Memorandum Opinion and Order and August 8, 2019 Minute Order, the United States of America and Concord Management and Consulting LLC ("Concord") respectfully submit this Joint Motion for a Revised Protective Order.

The parties have conferred and submit the attached proposed Revised Protective Order, which the parties believe is consistent with the Court's August 7, 2019 Memorandum Opinion and Order and addresses other issues previously raised by the Court regarding the existing Protective Order.[1]

Dated: August 21, 2019

CONCORD MANAGEMENT AND
CONSULTING LLC

By Counsel /s/
Eric A. Dubelier (D.C. Bar No. 419412)
Katherine Seikaly (D.C. Bar No. 498641)
Reed Smith LLP
1301 K Street, N.W.
Suite 1000 – East Tower
Washington, D.C. 20005
202-414-9200 (phone)
edubelier@reedsmith.com
kseikaly@reedsmith.com

Respectfully submitted,

JESSIE K. LIU
United States Attorney

By: /s/
Jonathan Kravis
Deborah Curtis
Kathryn Rakoczy
Luke Jones
555 Fourth Street NW
Washington, D.C. 20530
Telephone: (202) 252-6886

---

[1] Concord makes this submission under the Court's directive and does so without waiving its previously-stated objections to the continuing restrictions on the U.S. Sensitive discovery.

1

JOHN C. DEMERS
Assistant Attorney General for National Security

By: /s/
Heather N. Alpino
U.S. Department of Justice
National Security Division
950 Pennsylvania Ave. NW
Washington, D.C. 20530
Telephone: (202) 514-2000