UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**CONCORD MANAGEMENT AND CONSULTING LLC,**<br><br>**Defendant.** | **Crim. No. 18-CR-32-2 (DLF)** |

**[PROPOSED] ORDER**

This matter having come before the Court on the government's unopposed motion for an extension of time, it is hereby ORDERED that the government's motion is granted. On or before October 4, 2019, the government shall provide the defense with the relevant information pursuant to the Court's instructions at the September 16, 2019 status hearing.


Date: _____

DABNEY L. FRIEDRICH
United States District Judge