# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CONCORD MANAGEMENT AND CONSULTING LLC<br><br>Defendant. | CRIMINAL NUMBER:<br><br>1:18-cr-00032-2-DLF |

## PROPOSED ORDER

With the Court having considered Defendant Concord Management and Consulting LLC's Motion to Strike Surplusage Pursuant to Rule 7(d), it is hereby

**ORDERED** that the motion is **GRANTED**, and the portions of the Indictment referred to in this Motion are stricken.

Date: _____    _____
                                           DABNEY L. FRIEDRICH
                                           United States District Judge