Exhibit 27 to Memorandum and Points of Authorities in Support of Defendant Concord Management and Consulting LLC's Renewed Motion to Dismiss the Indictment, 18-cr-32-DLF

10/3/2019 U.S. Targets Russian Actors Involved in Efforts to Influence U.S. Elections - United States Department of State

Case 1:18-cr-00032-DLF   Document 210-27   Filed 10/08/19   Page 2 of 2

Travelers

★ ★ ★

# U.S. Targets Russian Actors Involved in Efforts to Influence U.S. Elections

PRESS STATEMENT

MICHAEL R. POMPEO, SECRETARY OF STATE

SEPTEMBER 30, 2019

Share

Today, the United States continues to take action in response to Russian attempts to influence U.S. democratic processes by imposing sanctions on four entities and seven individuals associated with the Internet Research Agency and its financier, Yevgeniy Prigozhin. This action increases pressure on Prigozhin by targeting his luxury assets, including three aircraft and a vessel.

Let this serve as a warning: any actors who continue to engage with these individuals, companies, aircraft, or vessel may also be subject to future sanctions. The U.S. government will continue to work to ensure that Prigozhin and others like him find no refuge or comfort as long as they carry out destabilizing activities that threaten the interests of the United States and its allies and partners.

We have been clear: We will not tolerate foreign interference in our elections.  The United States will continue to push back against malign actors who seek to subvert our democratic processes and we will not hesitate to impose further costs on Russia for its destabilizing and unacceptable activities.