Exhibit 28 to Memorandum and Points of Authorities in Support of Defendant Concord Management and Consulting LLC's Renewed Motion to Dismiss the Indictment, 18-cr-32-DLF



## About

Polygraph.info is a fact-checking website produced by Voice of America (VOA) and Radio Free Europe/Radio Liberty. The website serves as a resource for verifying the increasing volume of disinformation and misinformation being distributed and shared globally. A similar website in the Russian language can be found at factograph.info.

VOA and RFE/RL journalists research and analyze quotes, stories, and reports distributed by government officials, government-sponsored media and other high-profile individuals. The reporters separate fact from fiction, add context, and debunk lies.

Voice of America and Radio Free Europe/Radio Liberty are multi-media, non-partisan, international broadcasters providing accurate news and information, particularly for audiences with limited press freedoms. VOA, headquartered in Washington, D.C., broadcasts in 45 languages to a measured weekly audience of more than 238 million people around the world. RFE/RL serves as a surrogate media source in 26 languages, reaching more than 23.6 million people each week.

## Corrections

Polygraph.info strives to provide accurate and comprehensive information. If you believe there is an error in our reporting, please alert us using the "Contact Us" form. We appreciate your input and will work to make any necessary corrections as quickly as possible.