# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

CONCORD MANAGEMENT AND
CONSULTING LLC,

Defendant.

CRIMINAL NUMBER:

1:18-cr-00032-2-DLF

## <u>PROPOSED ORDER</u>

With the Court having considered Defendant Concord Management and Consulting LLC's Renewed Motion to Dismiss Count One of the Indictment, Memorandum in Support thereof, and any opposition and reply thereto, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is

**FURTHER ORDERED** that Count One of the Indictment, ECF 1, is dismissed as to Defendant Concord Management and Consulting LLC.

_____
Date

_____
DABNEY L. FRIEDRICH
United States District Judge