# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **No. 18-cr-32-2 (DLF)** |
| **CONCORD MANAGEMENT AND CONSULTING LLC,** | |
| *Defendant.* | |

## <u>SCHEDULING ORDER</u>

Consistent with the Court's Minute Order of September 5, 2019, as discussed at the hearing of September 16, 2019, it is ORDERED that the following schedule shall continue to apply in this case:

1.  The defendant shall file any motion(s) to suppress on or before November 4, 2019. Any opposition shall be filed or or before November 18, 2019. Any reply shall be filed on or before November 25, 2019.

2.  The government shall complete any final discovery and *Brady* notice on October 18, 2019.

3.  The parties shall jointly file proposed jury instructions on or before October 21, 2019. The joint filing shall specify the instructions on which the parties agree and the instructions on which the parties disagree, with specific objections noted below each disputed instruction and supporting legal authority.

In addition, upon consideration of the parties' Joint Proposed Scheduling Order, Dkt. 213, it is FURTHER ORDERED that:

1. The government shall provide expert notice on or before November 1, 2019. The defense shall provide expert notice on or before December 2, 2019.

2. Each party shall serve any expert reports on or before December 2, 2019.

3. The government shall provide Rule 404(b) notice on or before November 1, 2019. The defendant shall respond to any Rule 404(b) notice on or before November 15, 2019. The government shall provide any reply on or before November 21, 2019.

4. The government shall provide the defense with an exhibit list and copies of exhibits on or before January 6, 2020.

5. The government shall file any motion under the Classified Information Procedures Act on or before January 10, 2020. The defense shall file any opposition on or before January 24, 2020. The government shall file any reply on or before January 31, 2020.

6. The parties shall jointly file a proposed *voir dire* and jury questionnaire on or before January 8, 2020. The joint filing shall specify the questions on which the parties agree, and the questions on which the parties disagree, with specific objections noted below each disputed question and supporting legal authority.

7. The government shall provide the defense with a witness list and any *Giglio* and *Jencks* material on or before February 3, 2020.

8. The defense shall provide the government with a witness list, exhibit list, and copies of exhibits on or before February 10, 2020.

9.  Motions in limine unrelated to exhibits or witness shall be filed on or before January 10, 2020. Oppositions to such motions in limine shall be filed on or before January 17, 2020. Replies shall on or before filed on or before January 24, 2020.

10. All other motions in limine shall be filed on or before February 7, 2020. Oppositions to such motions in limine shall be filed on or before February 21, 2020. Replies shall on or before filed by February 28, 2020.

11. Any stipulations shall be filed on or before March 2, 2020.

12. The Court will hold an initial pretrial conference on March 9, 2020.

13. Trial will begin on April 6, 2020.

October 11, 2019

DABNEY FRIEDRICH
United States District Judge