UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CONCORD MANAGEMENT AND CONSULTING LLC,<br><br>Defendant. | Crim. No. 18-CR-32-2 (DLF) |

## GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION

The United States of America respectfully requests a two-week extension to submit proposed jury instructions. Counsel for the defendant does not oppose this request.

Under the Court's pretrial scheduling order, proposed jury instructions are due on or before October 21, 2019. The government has been working on other matters for this case—including finalizing discovery, supplementing the bill of particulars, and responding to the defense motion to strike surplusage and the defendant's renewed motion to dismiss—and therefore requests two additional weeks to focus on the jury instructions submission. This extension of time will not affect the April 6, 2020 trial date. The defense does not oppose this request.

Respectfully submitted,

| | |
|---|---|
| JOHN C. DEMERS<br>Assistant Attorney General for National Security | JESSIE K. LIU<br>United States Attorney |
| By: /s/<br>Heather N. Alpino<br>U.S. Department of Justice<br>National Security Division<br>950 Pennsylvania Ave. NW | By: /s/<br>Jonathan Kravis<br>Luke Jones<br>Kathryn Rakoczy<br>555 Fourth Street NW |

1

Washington, D.C. 20530                                          Washington, D.C. 20530
Telephone: (202) 514-2000                                       Telephone: (202) 252-6886

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**CONCORD MANAGEMENT AND CONSULTING LLC,**<br><br>**Defendant.** | **Crim. No. 18-CR-32-2 (DLF)** |

## [PROPOSED] ORDER

This matter having come before the Court on the government's unopposed motion for an extension of time, it is hereby ORDERED that the government's motion is granted. The parties shall jointly file proposed jury instructions on or before November 4, 2019.

Date: _____

_____
DABNEY L. FRIEDRICH
United States District Judge