# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**CONCORD MANAGEMENT AND CONSULTING LLC,**<br><br>**Defendant.** | **Crim. No. 18-CR-32-2 (DLF)** |

## [PROPOSED] ORDER

This matter having come before the Court on the government's unopposed motion for an extension of time, it is hereby ORDERED that the government's motion is granted. The parties shall jointly file proposed jury instructions on or before November 4, 2019.

Date: _____       _____
DABNEY L. FRIEDRICH
United States District Judge