Exhibit 2 to Defendant Concord Management and Consulting LLC's Motion for Disclosure of Grand Jury Instructions, 18-cr-32-DLF



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

September 19, 2019

Eric Dubelier, Esq.
Katherine Seikaly, Esq.
Counsel for Concord Management and Consulting, LLC

    Re:    <u>United States v. Concord Management and Consulting, LLC</u>, No. 18-CR-32-2

Dear Counsel:

    We write to respond to your letter dated June 5, 2019.

    The trial team has reviewed materials in the possession of the Treasury Department's Office of Foreign Assets Control related to Concord Management and Consulting LLC, Concord Catering, and Yevgeniy Prigozhin. Consistent with its discovery obligations, the trial team is producing all discoverable materials of which it is aware to the defense.

    Please do not hesitate to contact us if you have any questions about this information.

    Sincerely,

    <u>/s/ Jonathan Kravis         </u>
    Jonathan Kravis
    Katherine Rakoczy
    Luke Jones
    Assistant United States Attorneys
    U.S. Attorney's Office for the District of Columbia

    Heather Alpino
    Trial Attorney
    National Security Division
    U.S. Department of Justice