Exhibit 3 to Defendant Concord Management and
Consulting LLC's Motion for Disclosure of Grand
Jury Instructions, 18-cr-32-DLF

| | |
|---|---|
| **From:** | Kravis, Jonathan (USADC) <Jonathan.Kravis3@usdoj.gov> |
| **Sent:** | Friday, September 20, 2019 9:38 AM |
| **To:** | Dubelier, Eric A.; Seikaly, Kate J; Curtis, Deborah (USADC); Rakoczy, Kathryn (USADC); Alpino, Heather (NSD) |
| **Subject:** | RE: Concord Discovery Request |

EXTERNAL E-MAIL

There is no separate production coming to you in response to your letter. Rather, by the discovery deadline, the trial team will provide you with all discoverable materials of which it is aware, including discoverable materials from the sources referenced in your letter, if there are any such materials.

Thanks,
Jonathan

Jonathan Kravis
Deputy Chief, Fraud and Public Corruption Section
U.S. Attorney's Office for the District of Columbia
202-252-6886

---

**From:** Dubelier, Eric A.
**Sent:** Friday, September 20, 2019 9:00 AM
**To:** Kravis, Jonathan (USADC) ; Seikaly, Kate J ; Curtis, Deborah (USADC) ; Rakoczy, Kathryn (USADC) ; Alpino, Heather (NSD)
**Subject:** RE: Concord Discovery Request

Jonathan:

What does this mean? There are no enclosures and no reference to a subsequent production? Thanks

**Eric A. Dubelier**
202-414-9291
edubelier@reedsmith.com

Reed Smith LLP
1301 K Street, N.W.
Suite 1100 - East Tower
Washington, D.C. 20005
202-414-9200
Fax 202-414-9299

---

**From:** Kravis, Jonathan (USADC) <Jonathan.Kravis3@usdoj.gov>
**Sent:** Thursday, September 19, 2019 5:00 PM
**To:** Seikaly, Kate J <KSeikaly@ReedSmith.com>; Curtis, Deborah (USADC) <Deborah.Curtis@usdoj.gov>; Rakoczy, Kathryn (USADC) <Kathryn.Rakoczy@usdoj.gov>; Alpino, Heather (NSD) <Heather.Alpino@usdoj.gov>
**Cc:** Dubelier, Eric A. <EDubelier@ReedSmith.com>
**Subject:** RE: Concord Discovery Request

EXTERNAL E-MAIL

Dear counsel:

Please see attached.

Thanks,
Jonathan

Jonathan Kravis
Deputy Chief, Fraud and Public Corruption Section
U.S. Attorney's Office for the District of Columbia
202-252-6886

---

**From:** Seikaly, Kate J <KSeikaly@ReedSmith.com>
**Sent:** Wednesday, June 5, 2019 4:56 PM
**To:** Kravis, Jonathan (USADC) <JKravis1@usa.doj.gov>; Curtis, Deborah (USADC) <DCURTIS4@usa.doj.gov>; Rakoczy, Kathryn (USADC) <KRakoczy2@usa.doj.gov>; Alpino, Heather (NSD) (JMD) <Heather.Alpino@usdoj.gov>
**Cc:** Dubelier, Eric A. <EDubelier@ReedSmith.com>
**Subject:** Concord Discovery Request

Counsel,

Please see the attached letter.

Thank you,
Kate


**Kate Seikaly**
703.641.4231
kseikaly@reedsmith.com

Reed Smith LLP
7900 Tysons One Place
Suite 500
McLean, VA 22102-5979
+1 703 641 4200
Fax +1 703 641 4340

* * *

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01


External Signed