# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CONCORD MANAGEMENT AND CONSULTING LLC<br><br>Defendant. | CRIMINAL NUMBER:<br><br>1:18-cr-00032-2-DLF |

## PROPOSED ORDER

With the Court having considered Defendant Concord Management and Consulting LLC's Motion for Disclosure of Grand Jury Instructions, it is hereby

**ORDERED** that the motion is **GRANTED**, and the government shall provide to Defendant the instructions provided to the grand jury regarding Count One of the Indictment.


Date: _____      _____
DABNEY L. FRIEDRICH
United States District Judge