# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CONCORD MANAGEMENT AND CONSULTING LLC<br><br>Defendant. | CRIMINAL NUMBER:<br><br>1:18-cr-00032-2-DLF |

## PROPOSED ORDER

With the Court having considered Defendant Concord Management and Consulting LLC's Motion to Disclose All *Ex Parte* Communications Between the Court and the Government Including the Transcript of Sealed *Ex Parte* Hearing of October 29, 2019, Regarding the Government's Intention to Seek a Superseding Indictment, it is hereby

**ORDERED** that the motion is **GRANTED**.

Date: _____        _____
DABNEY L. FRIEDRICH
United States District Judge