UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CONCORD MANAGEMENT AND CONSULTING LLC,<br><br>Defendant. | Crim. No. 18-CR-32-2 (DLF) |

**PARTIES' JOINT MOTION FOR EXTENSION**

Concord Management and Consulting LLC and the United States of America respectfully request a one-week extension to submit proposed jury instructions.

Under the Court's initial pretrial scheduling order, proposed jury instructions were due on or before October 21, 2019. Following an unopposed request by the government (ECF No. 216), the Court granted a two-week extension, and proposed jury instructions are now due on November 4, 2019. The parties have exchanged proposed jury instructions and are in agreement on the vast majority of proposed instructions but believe one additional week of time would be helpful for the parties to discuss and seek to resolve certain differences between the two proposes sets of instructions.

This extension of time will not affect the April 6, 2020 trial date.

A proposed order is submitted herewith.

Dated:  November 4, 2019                           Respectfully submitted,

CONCORD MANAGEMENT AND
CONSULTING LLC

By Counsel

/s/*Eric A. Dubelier*
Eric A. Dubelier
Katherine Seikaly
Reed Smith LLP
1301 K Street, N.W.
Suite 1000 – East Tower
Washington, D.C. 20005
202-414-9200 (phone)
202-414-9299 (fax)
edubelier@reedsmith.com
kseikaly@reedsmith.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**CONCORD MANAGEMENT AND CONSULTING LLC,**<br><br>**Defendant.** | **Crim. No. 18-CR-32-2 (DLF)** |

## [PROPOSED] ORDER

This matter having come before the Court on the parties' motion for an extension of time, it is hereby ORDERED that the motion is granted.  The parties shall jointly file proposed jury instructions on or before November 12, 2019.


Date: _____    _____
DABNEY L. FRIEDRICH
United States District Judge