UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CONCOR MANAGEMENT AND CONSULTING LLC,<br><br>Defendant. | Crim. No. 18-CR-32-2 (DLF) |

## PROPOSED ORDER

Upon consideration of the government's motion for permission to obtain the transcript of the telephonic hearing held on October 29, 2019, it is hereby

ORDERED that the government's motion is GRANTED, and the transcript of the October 29, 2019 telephonic hearing is unsealed for the limited purpose of review by the government. The transcript shall remain sealed for all other purposes until further Order from the Court.

Date: November ___, 2019

_____
Hon. Dabney Friedrich
United States District Judge