# Exhibit 1

## To Defendant Concord Management and Consulting LLC's Motion to Compel Discovery



**Eric A. Dubelier**
Direct Phone:  +1 202 414 9291
Email:  edubelier@reedsmith.com

Reed Smith LLP
7900 Tysons One Place
Suite 500
McLean, VA 22102-5979
Tel +1 703 641 4200
Fax +1 703 641 4340
reedsmith.com

June 5, 2019

**Via Electronic Mail**

Jonathan Kravis
United States Attorney's Office
555 Fourth Street NW
Washington, DC  20530

Re:     <u>United States v. Concord Management and Consulting LLC, 1:18-cr-00032-DLF</u>

Dear Mr. Kravis:

  This letter constitutes a supplemental discovery request on behalf of our client Concord Management and Consulting LLC ("Concord").

  Please produce any and all Designation and Blocking Memoranda, Evidentiary Memoranda, and related materials, including exhibits referenced therein, prepared by the Department of the Treasury, Office of Foreign Assets Control related to Concord Management and Consulting LLC, Concord Catering, and Yevgeniy Prigozhin in connection with their designation under any Executive Order as Specially Designated Nationals.

  As you are aware, the government repeatedly has noted the Defendants' designations in its filings in this matter.  *See, e.g.,* Government's Motion for a Protective Order (ECF No. 24) at 8 n.5; Government's Opposition to Defendant's Motion to Dismiss (ECF No. 47) at 8; Government's Opposition to Defendant's Motion to Dismiss (ECF No. 56) at 2.  These types of documents have been disclosed in other litigation.  *See, e.g., Deripaska v. Mnuchin*, 19-cv-272 (D.D.C. May 28,2019), ECF No. 6 (filing administrative record including Designation and Blocking Memoranda, Evidentiary Memoranda, and related documents); *Chichakli v. Szubin*, 06-cv-1546 (N.D. Tex. Dec. 8, 2006), ECF No. 14 (same).  Further, these documents are subject to disclosure pursuant to FOIA.  *See* 5 U.S.C. § 552(a)(2)(A).

  We ask that you produce the requested information on or before Wednesday, June 19, 2019, if we do not hear from you by that date, we intend to file a motion to compel these materials.

Very truly yours,

Eric A. Dubelier

ABU DHABI ♦ ATHENS ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH
NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

EME_ACTIVE-572340444.1