# Exhibit 3

## To Defendant Concord Management and Consulting LLC's Motion to Compel Discovery

| | |
|---|---|
| **From:** | Seikaly, Kate J |
| **Sent:** | Monday, August 26, 2019 4:13 PM |
| **To:** | Kravis, Jonathan (USADC); Curtis, Deborah (USADC); Rakoczy, Kathryn (USADC); Alpino, Heather (NSD) (JMD) |
| **Cc:** | Dubelier, Eric A. |
| **Subject:** | RE: Concord Discovery Request |
| **Attachments:** | August 26 Discovery Request.PDF |

Hi Jonathan,

Please see the attached discovery request. Also, can you please let me know the status of your response to our June 5 discovery request?

Thanks,
Kate

**From:** Kravis, Jonathan (USADC)
**Sent:** Monday, June 17, 2019 8:42 AM
**To:** Seikaly, Kate J ; Curtis, Deborah (USADC) ; Rakoczy, Kathryn (USADC) ; Alpino, Heather (NSD) (JMD)
**Cc:** Dubelier, Eric A.
**Subject:** RE: Concord Discovery Request

**EXTERNAL E-MAIL**

Kate,

We received your letter. We will inquire with the Treasury Department about these materials and get back to you.

Thanks,
Jonathan

Jonathan Kravis
Deputy Chief, Fraud and Public Corruption Section
U.S. Attorney's Office for the District of Columbia
202-252-6886

**From:** Seikaly, Kate J <KSeikaly@ReedSmith.com>
**Sent:** Wednesday, June 5, 2019 4:56 PM
**To:** Kravis, Jonathan (USADC) <JKravis1@usa.doj.gov>; Curtis, Deborah (USADC) <DCURTIS4@usa.doj.gov>; Rakoczy, Kathryn (USADC) <KRakoczy2@usa.doj.gov>; Alpino, Heather (NSD) (JMD) <Heather.Alpino@usdoj.gov>
**Cc:** Dubelier, Eric A. <EDubelier@ReedSmith.com>
**Subject:** Concord Discovery Request

Counsel,

Please see the attached letter.

Thank you,
Kate

**Kate Seikaly**
703.641.4231
kseikaly@reedsmith.com

Reed Smith LLP
7900 Tysons One Place
Suite 500
McLean, VA 22102-5979
+1 703 641 4200
Fax +1 703 641 4340

\* \* \*

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01