# Exhibit 4

To Defendant Concord Management and Consulting LLC's Motion to Compel Discovery

| | |
|---|---|
| **From:** | Seikaly, Kate J |
| **Sent:** | Tuesday, September 17, 2019 11:29 AM |
| **To:** | Kravis, Jonathan (USADC) (Jonathan.Kravis3@usdoj.gov); Rakoczy, Kathryn (USADC); Curtis, Deborah (USADC); Kravis, Jonathan (USADC) (Jonathan.Kravis3@usdoj.gov); Alpino, Heather (NSD) |
| **Cc:** | Dubelier, Eric A. |
| **Subject:** | Concord Request |
| **Attachments:** | Concord Brady Request Sept. 17, 2019.PDF |
| | |
| **Follow Up Flag:** | Follow up |
| **Due By:** | Friday, September 27, 2019 2:30 PM |
| **Flag Status:** | Flagged |

Counsel,

Please see the attached letter.

Also, please let me know when we can expect to receive a response to our June 5, 2019 and August 26, 2019 discovery requests.  In your August 30, 2019 court filing you stated that you would be responding to those requests "promptly."

Thanks,
Kate


**Kate Seikaly**
703.641.4231
kseikaly@reedsmith.com

Reed Smith LLP
7900 Tysons One Place
Suite 500
McLean, VA  22102-5979
+1 703 641 4200
Fax +1 703 641 4340