# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>CONCORD MANAGEMENT AND<br>CONSULTING LLC,<br><br>  Defendant. | CRIMINAL NUMBER:<br><br>1:18-cr-00032-2-DLF |

## PROPOSED ORDER

Upon consideration of Defendant Concord Management and Consulting LLC's Motion to Compel Discovery, it is hereby **ORDERED** that the motion is **GRANTED**.  The government shall produce the requested documents to defense counsel within seven days.

  SO ORDERED.


Dated: _____      _____
                      Dabney L. Friedrich
                      United States District Judge