UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CONCORD MANAGEMENT AND CONSULTING LLC,<br><br>Defendant. | Crim. No. 18-CR-32-2 (DLF)<br><br>**FILED *EX PARTE*, UNDER SEAL** |

## GOVERNMENT'S MOTION FOR LEAVE TO FILE UNDER SEAL

The United States of America, by and through undersigned counsel, respectfully move for leave of the Court to file two exhibits attached to its Response to Defendant Concord Management and Consulting's Motion to Disclose *Ex Parte* Communications Regarding the Government's Intention to Seek a Superseding Indictment [Dkt. No. 231] under seal. These two exhibits consist of proposed redactions to a transcript and a pleading that are both currently under seal. Should the Court decide to unseal the transcript and pleading discussed in their entirety, the government acknowledges that this motion would be moot.

Respectfully submitted,

JOHN C. DEMERS
Assistant Attorney General for National Security

By: /s/
Heather N. Alpino
U.S. Department of Justice
National Security Division
950 Pennsylvania Ave. NW
Washington, D.C. 20530
Telephone: (202) 514-2000

JESSIE K. LIU
United States Attorney

By: /s/
Jonathan Kravis
Luke Jones
Kathryn Rakoczy
555 Fourth Street NW
Washington, D.C. 20530
Telephone: (202) 252-6886

1