**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**CONCORD MANAGEMENT AND CONSULTING LLC,**<br><br>**Defendant.** | **Crim. No. 18-CR-32-2 (DLF)**<br><br>**FILED *EX PARTE*, UNDER SEAL** |

**GOVERNMENT'S MOTION FOR LEAVE TO FILE UNDER SEAL**

The United States of America, by and through undersigned counsel, respectfully move for leave of the Court to file one exhibits attached to its Supplemental Response to Defendant Concord Management and Consulting's Motion to Disclose *Ex Parte* Communications Regarding the Government's Intention to Seek a Superseding Indictment [Dkt. No. 233] under seal. This exhibit consists of a proposed redaction to a Minute Order of the Court that is currently under seal. Should the Court decide to unseal the corresponding Minute Order in its entirety, the government acknowledges that this motion would be moot.

Respectfully submitted,

JOHN C. DEMERS
Assistant Attorney General for National Security

By: /s/ _____
Heather N. Alpino
U.S. Department of Justice
National Security Division
950 Pennsylvania Ave. NW
Washington, D.C. 20530
Telephone: (202) 514-2000

JESSIE K. LIU
United States Attorney

By: /s/ _____
Jonathan Kravis
Luke Jones
Kathryn Rakoczy
555 Fourth Street NW
Washington, D.C. 20530
Telephone: (202) 252-6886

1