UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CONCORD MANAGEMENT AND CONSULTING LLC,<br><br>Defendant. | Crim. No. 18-CR-32-2 (DLF)<br><br>FILED *EX PARTE*, UNDER SEAL |

## GOVERNMENT'S MOTION FOR LEAVE TO FILE UNDER SEAL

The United States of America, by and through undersigned counsel, respectfully moves for leave of the Court to file two attached exhibits regarding its Second Supplemental Response to Defendant Concord Management and Consulting's Motion to Disclose *Ex Parte* Communications Regarding the Government's Intention to Seek a Superseding Indictment [Dkt. No. 235] under seal. This exhibit consists of proposed redactions to a Minute Order of the Court and to a government pleading that are both currently under seal.

Respectfully submitted,

JOHN C. DEMERS
Assistant Attorney General for National Security

By: /s/
Heather N. Alpino
U.S. Department of Justice
National Security Division
950 Pennsylvania Ave. NW
Washington, D.C. 20530
Telephone: (202) 514-2000

JESSIE K. LIU
United States Attorney

By: /s/
Jonathan Kravis
Luke Jones
Kathryn Rakoczy
555 Fourth Street NW
Washington, D.C. 20530
Telephone: (202) 252-6886