# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CONCORD MANAGEMENT & CONSULTING LLC,<br><br>*Defendant.* | No. 18-cr-0032-2 (DLF) |

## ORDER

Before the Court is the government's ex parte, sealed Notice and the government's Motion to Seal and Proceed Ex Parte. The Notice states that the government is ███████████ seeking a superseding indictment. The Notice provides no detail about: (1) how a superseding indictment would impact the pending [208] Motion to Strike Surplusage, [210] Motion to Dismiss Count One of the Indictment, [217] Motion for Disclosure of Grand Jury Instructions, or the April 6, 2020 trial date; (2) whether the government anticipates adding additional defendants; or (3) whether the government is seeking to add charges or to expand the conspiracy ███████████. The government shall file a notice addressing these issues at or before 12 p.m. on October 28, 2019 as to CONCORD MANAGEMENT AND CONSULTING LLC (2).

So Ordered by Judge Dabney L. Friedrich on October 25, 2019.

*[signature]*
DABNEY L. FRIEDRICH
United States District Judge

Date: October 25, 2019