# Exhibit 2

To Defendant Concord Management and Consulting LLC's Motion to Compel Compliance with Fed. R. Crim. P. 16

| | |
|---|---|
| **From:** | Dubelier, Eric A. |
| **Sent:** | Monday, March 11, 2019 8:52 AM |
| **To:** | Kravis, Jonathan (USADC); Seikaly, Kate J |
| **Cc:** | Rakoczy, Kathryn (USADC); Curtis, Deborah (USADC); Jones, Luke (USADC); Jeannie Rhee                    ); Rush Atkinson                    ) |
| **Subject:** | Concord / Rule 16 (a)(1)(G) |

Jonathan:

Prior to the USAO and DOJ joining the case we requested in writing that the SCO provide testimony summaries pursuant to Rule 16(a)(1)(G).  As with every request we have made to the SCO we received no written reply.  As I mentioned in the hearing last week the discovery contains technical reports regarding how certain companies identified suspect accounts allegedly operated by IRA.  Can you please let us know if the government intends to provide testimony summaries regarding these reports, or in the alternative whether you (1) do not intend to use any such evidence at trial, and/or (2) you maintain that any such evidence does not fall within the provisions of Rule 16(a)(1)(G).

Thanks, Eric


**Eric A. Dubelier**
202-414-9291
edubelier@reedsmith.com

Reed Smith LLP

1301 K Street, N.W.
Suite 1100 – East Tower
Washington, D.C. 20005
202-414-9200
Fax 202-414-9299

1