# Exhibit 5

To Defendant Concord Management and
Consulting LLC's Motion to Compel Compliance
with Fed. R. Crim. P. 16

| From: | Rakoczy, Kathryn (USADC) <Kathryn.Rakoczy@usdoj.gov> |
|---|---|
| Sent: | Tuesday, November 5, 2019 11:28 AM |
| To: | Dubelier, Eric A.; Seikaly, Kate J |
| Cc: | Kravis, Jonathan (USADC); Jones, Luke (USADC); Alpino, Heather (NSD); Atkinson, Lawrence (CRM); Atkinson, Lawrence (CRM); Dickey, Ryan (CRM) |
| Subject: | RE: U.S. v. Concord - Expert Testimony & 404(b) Notice Deadline |
| | |
| FilingDate: | 11/5/2019 11:45:00 AM |

<mark>EXTERNAL E-MAIL</mark>

Hi Eric,

Thank you for taking the time to talk earlier.  As we discussed, we do not expect to elicit testimony (opinion or otherwise) that would trigger an obligation to provide notice under Rule 16(a)(1)(G), and we flagged the additional information in our letter (regarding anticipated fact testimony), because we thought it would be helpful context for you and the Court in advance of trial, but we believe conversations and litigation about the admissibility of this evidence would be much more productive after the parties' exchange of exhibit lists at the beginning of January 2020.  As I mentioned on the call, we are open to proposing to the Court amendments to the Scheduling Order to ensure that the defense has the opportunity to file any pleadings challenging the admissibility of this evidence and/or to modify its own expert notice if you think it is appropriate after reviewing our exhibit list.  I understand from our call that you do not feel that such an option would be sufficient, and that you may soon file a motion to compel, but if you would like to discuss this matter further, please let us know.

Thanks,
Kate


**Kathryn L. Rakoczy**
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W., Room 5239
Washington, D.C. 20530
(202) 252-6928 (office phone)
(202) 740-3245 (cell phone)
Kathryn.Rakoczy@usdoj.gov

---

**From:** Dubelier, Eric A. <EDubelier@ReedSmith.com>
**Sent:** Monday, November 4, 2019 2:43 PM
**To:** Rakoczy, Kathryn (USADC) <KRakoczy2@usa.doj.gov>; Seikaly, Kate J <KSeikaly@ReedSmith.com>
**Cc:** Kravis, Jonathan (USADC) <JKravis1@usa.doj.gov>; Jones, Luke (USADC) <LJones2@usa.doj.gov>; Alpino, Heather (NSD) <halpino@jmd.usdoj.gov>; Atkinson, Lawrence (CRM) <Lawrence.Atkinson@crm.usdoj.gov>; Atkinson, Lawrence (CRM) <Lawrence.Atkinson@crm.usdoj.gov>; Dickey, Ryan (CRM) <Ryan.Dickey@CRM.USDOJ.GOV>
**Subject:** RE: U.S. v. Concord - Expert Testimony & 404(b) Notice Deadline


Kate:

Your letter does not provide sufficient information for us to determine if you will be "proffering an expert witness in lay witness's clothing and thereby avoid[ing] the disclosure and other requirements . . ." applicable to expert testimony.  *See U.S. v. Williams*, 827 F.3d 1134, 1156 (D.C. Cir. 2016).  Your admission that you intend to call witnesses to testify about topics that may be unfamiliar to jurors indicates to us that this testimony will be based on specialized knowledge.  It is impossible for us to prepare for trial and determine what witnesses we may call to rebut this testimony without knowing the substance of the testimony well in advance of trial.  That is the precise reason why F.R.Cr.P. 16(a)(1)(G) requites such notice and report.  If your letter is your final word on this issue then will we take it up with the court.  But I figured it was worth one more communication with you to see if you will provide any further details of this proposed testimony.

Thanks, Eric

**Eric A. Dubelier**
202-414-9291
edubelier@reedsmith.com

Reed Smith LLP

1301 K Street, N.W.
Suite 1100 - East Tower
Washington, D.C. 20005
202-414-9200
Fax 202-414-9299

---

**From:** Rakoczy, Kathryn (USADC) <Kathryn.Rakoczy@usdoj.gov>
**Sent:** Friday, November 1, 2019 6:55 PM
**To:** Dubelier, Eric A. <EDubelier@ReedSmith.com>; Seikaly, Kate J <KSeikaly@ReedSmith.com>
**Cc:** Kravis, Jonathan (USADC) <Jonathan.Kravis3@usdoj.gov>; Jones, Luke (USADC) <Luke.Jones@usdoj.gov>; Alpino, Heather (NSD) <Heather.Alpino@usdoj.gov>; Atkinson, Lawrence (CRM) <Lawrence.Atkinson2@usdoj.gov>; Atkinson, Lawrence (CRM) <Lawrence.Atkinson2@usdoj.gov>; Dickey, Ryan (CRM) <Ryan.Dickey@usdoj.gov>
**Subject:** U.S. v. Concord - Expert Testimony & 404(b) Notice Deadline

==EXTERNAL E-MAIL==

Dear Counsel,

Please see the attached letter regarding expert and 404(b) notice.

Have a good weekend,
Kate Rakoczy

**Kathryn L. Rakoczy**
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W., Room 5239
Washington, D.C. 20530
(202) 252-6928 (office phone)
(202) 740-3245 (cell phone)
Kathryn.Rakoczy@usdoj.gov