# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CONCORD MANAGEMENT AND CONSULTING LLC,<br><br>Defendant. | CRIMINAL NUMBER:<br><br>1:18-cr-00032-2-DLF |

## PROPOSED ORDER

Upon consideration of Defendant Concord Management and Consulting LLC's Motion to Compel Compliance with Fed. R. Crim. P. 16, and any opposition thereto, it is hereby **ORDERED** that the motion is **GRANTED**.

The government shall provide Defendant with the names of witnesses and written summaries required by Rule 16 for any testimony that the government intends to use during its case-in-chief that is based on scientific, technical, or other specialized knowledge about any topic that may be unfamiliar to jurors, including but not limited to testimony regarding the internet, social media websites, and the role of particular government agencies.

**SO ORDERED.**

Dated: _____          _____
                                       Dabney L. Friedrich
                                       United States District Judge