**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Crim. No. 18-CR-32-2 (DLF)** |
| **CONCORD MANAGEMENT AND CONSULTING LLC,** | |
| **Defendant.** | **FILED EX PARTE AND UNDER SEAL** |

**GOVERNMENT'S NOTICE**

On September 20, 2019, the United States of America filed a motion to clarify or reconsider regarding the Court's memorandum opinion denying the motion of defendant Concord Management and Consulting LLC to dismiss Count One of the Indictment. Doc. 201. On October 2, 2019, the Court denied the government's motion. Doc. 209. In light of that ruling, the government is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ seeking a superseding indictment. The government expects to present this matter to the grand jury before the November 15, 2019 status hearing.

Respectfully submitted,

JOHN C. DEMERS
Assistant Attorney General for National Security

By: /s/_____
Heather N. Alpino
U.S. Department of Justice
National Security Division
950 Pennsylvania Ave. NW
Washington, D.C. 20530
Telephone: (202) 514-2000

JESSIE K. LIU
United States Attorney

By: /s/_____
Jonathan Kravis
Luke Jones
Kathryn Rakoczy
555 Fourth Street NW
Washington, D.C. 20530
Telephone: (202) 252-6886