UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CONCORD MANAGEMENT AND CONSULTING LLC,<br><br>Defendant. | Crim. No. 18-CR-32-2 (DLF)<br><br>**FILED UNDER SEAL** |

### PARTIES' JOINT MOTION FOR LEAVE TO FILE UNDER SEAL

The United States of America, by and through undersigned counsel, and Concord Management and Consulting LLC, through counsel, respectfully move for leave of the Court to file the attached Exhibit 1 under seal. This exhibit consists of the parties' jointly proposed redactions to the transcript of the November 7, 2019 telephonic hearing, which was held under seal. The parties do not object to the unsealing of this motion once the Court rules on the parties' proposed redactions to the transcript; however, they ask that Exhibit 1 remain under seal.

Respectfully submitted,

JOHN C. DEMERS
Assistant Attorney General for National Security

By: /s/
Heather N. Alpino
U.S. Department of Justice
National Security Division
950 Pennsylvania Ave. NW
Washington, D.C. 20530
Telephone: (202) 514-2000

JESSIE K. LIU
United States Attorney

By: /s/
Jonathan Kravis
Luke Jones
Kathryn Rakoczy
555 Fourth Street NW
Washington, D.C. 20530
Telephone: (202) 252-6886