```
                    IN THE UNITED STATES DISTRICT COURT
                         FOR THE DISTRICT OF COLUMBIA
       - - - - - - - - - - - - - - - - x
       THE UNITED STATES OF AMERICA,
                                           Criminal Action No.
                     Plaintiff,            1:18-cr-00032-DLF-2
                                           Thursday, November 7, 2019
       vs.                                 1:03 p.m.

       CONCORD MANAGEMENT AND
       CONSULTING, LLC,

                     Defendant.
       - - - - - - - - - - - - - - - - x
                             *REDACTED*
       _____

                      TRANSCRIPT OF TELEPHONE CONFERENCE
             HELD BEFORE THE HONORABLE DABNEY L. FRIEDRICH
                       UNITED STATES DISTRICT JUDGE
       _____
       APPEARANCES:
       For the United States:     KATHRYN LEIGH RAKOCZY, ESQ.
                                  LUKE MATTHEW JONES, ESQ.
                                  JASON B. A. McCULLOUGH, ESQ.
                                  U.S. ATTORNEY'S OFFICE FOR D.C.
                                  555 Fourth Street, NW
                                  Washington, DC 20530
                                  (202) 252-6928
                                  kathryn.rakoczy@usdoj.gov

       For the Defendant:         ERIC A. DUBELIER, ESQ.
                                  KATHERINE JOANNE SEIKALY, ESQ.
                                  REED SMITH LLP
                                  1301 K Street, NW
                                  Suite 1000 - East Tower
                                  Washington, DC 20005
                                  (202) 414-9291
                                  edubelier@reedsmith.com

       Court Reporter:            Lisa A. Moreira, RDR, CRR
                                  Official Court Reporter
                                  U.S. Courthouse, Room 6718
                                  333 Constitution Avenue, NW
                                  Washington, DC  20001
                                  202-354-3187


       Proceedings recorded by mechanical stenography; transcript
       produced by computer-aided transcription
```

```
 1                    P R O C E E D I N G S
 2              THE COURTROOM DEPUTY:  Good afternoon, Your Honor.
 3   This is Criminal Case Year 2018-032, United States of
 4   America vs. Concord Management and Consulting, LLC,
 5   Defendant No. 2.
 6              Counsel, please introduce yourselves for the
 7   record beginning with the government.
 8              MS. RAKOCZY:  Good afternoon, Your Honor; this is
 9   Kate Rakoczy for the United States.  Joining me on the call
10   is Luke Jones for the United States, and I believe we also
11   have present Jason McCullough, firewall counsel.
12              THE COURT:  Okay.  Thank you.
13              MR. DUBELIER:  Good afternoon, Your Honor; Eric
14   Dubelier and Katherine Seikaly for Concord.
15              THE COURT:  Okay. Good afternoon.  Thank you all
16   for being available promptly.  I set the call to discuss the
17   logistics of unsealing the government's notice of intention
18   to seek a superseding indictment, its supplemental notice to
19   the Court, the transcript of the ex parte proceeding, and
20   the Court's minute orders relating to this matter.
21              Ms. Rakoczy, I want to make sure, as I understand
22   it, the government has provided Concord with the initial
23   notice of intent to seek a superseding indictment as well as
24   your supplemental notice, and that's in redacted form;
25   correct?
```

|     |     |
| --- | --- |
| 1   | MS. RAKOCZY:  That's correct, Your Honor. |
| 2   | THE COURT:  Okay.  And as I understand it, the |
| 3   | government has proposed a single redaction to a phrase that |
| 4   | appears in a couple of documents; I think in its notice and |
| 5   | in my order directing the government to provide supplemental |
| 6   | information.  Is that correct? |
| 7   | MS. RAKOCZY:  That is correct, Your Honor. |
| 8   | THE COURT:  But aside from that single redaction, |
| 9   | the government has no objection to releasing all of the |
| 10  | materials both to Concord and to the public? |
| 11  | MS. RAKOCZY:  Yes, Your Honor; that's correct.  We |
| 12  | also don't object to unredacted copies of all the |
| 13  | communications referenced by the Court being provided to |
| 14  | Concord.  We only did not provide them immediately because |
| 15  | they are the Court's transcript and the Court's minute |
| 16  | orders. |
| 17  | THE COURT:  When I say "materials," I'm including |
| 18  | my orders as well.  So you have no concerns? |
| 19  | Well, one of the questions I had before releasing |
| 20  | the materials to the public is, first, Mr. Dubelier, I do |
| 21  | want to hear your position on that.  You did not ask for |
| 22  | unsealing to the public.  You asked to get it yourself.  So |
| 23  | I want to hear your position on that.  And I know you have |
| 24  | until tomorrow to provide that, but I wanted to get your |
| 25  | sense now, and I also wanted to raise one issue with both |

```
1    sides; and that is, it seems to me that the reference to the
2    ████████████████ that's in the government's supplemental
3    notice and my order -- which you will get Mr. Dubelier --
4    also referenced that.  It seems to me that's potentially
5    covered by 6(e) ████████████████████████████████████████.
6           So what's the government's position on the █████
7    ████████████?  Is that not something that's 6(e)?
8           MS. RAKOCZY:  That is a good point, Your Honor,
9    and it was -- it's only been referred to in public matters
10   as ██████████████████████ so I think --
11          THE COURT:  Well, I referred -- in my order to you
12   I referred to ████████████████████████████████ and your
13   supplemental response came back, and it seemed to me it's
14   covered by 6(e) ████████████████████████████████████████
15   ████████.
16          So, Mr. Dubelier, let me hear from you.
17          MR. DUBELIER:  Your Honor, we haven't seen it so I
18   don't know.
19          THE COURT:  Well, you will see it, and what I'm
20   telling you -- you have seen it in the government's
21   supplemental notice to you that I understand was given to
22   you in unredacted form.  It references ████████████
23   ████████████████.  Does it not?
24          MR. DUBELIER:  Your Honor, I thought you were
25   talking about an order of yours.
```

```
 1              THE COURT:  There's both.  There's my order asking
 2    them whether their forthcoming superseding indictment ████
 3    ████████████████████████████████████████████████████████.  They
 4    then responded in their supplemental notice to me indicating
 5    that it would not include any matter related to ████████
 6    ████████████.  So that's the sum total of what you're going
 7    to see.
 8              And my question is, it seems to me it's 6(e) ██████
 9    ████████████████████████████████████████████.  Do you agree?
10              MR. DUBELIER:  Your Honor, ████████████████████████
11    ████████████████████████████████████.  I guess I don't
12    understand that part of it.
13              THE COURT:  Well, the fact that ████████████████████
14    ████████████████████████████████████████████████████████████
15    ██████████████████████████████████████████
16              I mean, I think the government's saying it is
17    potentially 6(e) now, ██████████████████████████████████████████
18    ██████████████████████████████████████████████.  I know
19    there have been discussions about documents coming from ████
20    so maybe you think that's -- the cat's already out of the
21    bag, but that's not something that's been reported, that
22    ██████████████████████████████████████.
23              MR. DUBELIER:  I guess, Your Honor, I apologize
24    because I didn't read it as carefully as you're describing
25    it now, and so I didn't read it to disclose that it was -- I
```

```
1    mean, I think everybody understood there was ▇
2    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
3    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
4    ▇▇▇▇▇
5            MS. RAKOCZY:  And if I may interject, Your Honor?
6    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
7    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
8    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
9              ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
10   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
11   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
12   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
13           THE COURT:  And that's what I'm referring to, and
14   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
15   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
16   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
17   ▇▇▇▇▇ that seems to me to be potential 6(e) ▇▇▇▇
18   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
19   ▇▇▇▇▇▇▇▇▇▇▇▇▇
20           MS. RAKOCZY:  And, Your Honor, the government
21   would agree that that information is 6(e).  We apologize for
22   not proposing redactions to that in our filing.
23           THE COURT:  All right.
24           In addition to that, I intend to redact a single
25   word in the transcript that reveals the number of grand
```

1    juries operating at this time in this district.  I think
2    that's covered by 6(e) so I want to make both parties aware
3    of that.
4              But we do have some logistical issues to cover.
5    You know, one, Mr. Dubelier needs to get these materials
6    that he doesn't have, and that includes my orders and the
7    transcript.  So I do intend to release those materials to
8    you, Mr. Dubelier, and I'd like for you to review them and
9    file something tomorrow, if you can -- if you need more
10   time, I'll grant you more time -- expressing any concerns
11   and proposing any additional redactions to materials before
12   I release these materials to the public.  And if some --
13             MR. DUBELIER:  Your Honor, I don't think -- oh,
14   I'm sorry.
15             THE COURT:  Go ahead.
16             MR. DUBELIER:  I don't see any problem with that.
17   If we can get the materials today, I don't see any problems
18   getting back to you by the end of the day tomorrow.
19             THE COURT:  Okay.  That would be great.
20             And I'd like the government at some point -- once
21   we have resolved the redactions by both sides, I'd like the
22   government to file its notice and its supplemental notice in
23   redacted form.  I understand from the clerk's office that
24   they need that to come from you.
25             I can take care of the minute order, and I can

1    take care of the transcript and incorporate proposed
2    redactions from either side, but I will be directing you to
3    refile your notice and supplemental notice in redacted form
4    rather than going backwards and pulling things out and the
5    clerk's office redacting them.  Do you understand that?
6              MS. RAKOCZY:  Yes, Your Honor, we understand.
7              THE COURT:  Okay.  And I will -- once this whole
8    process is complete, I will -- consistent with what I've
9    done in recent months, I will unseal the motions to seal but
10   not the attachments that were, you know, under seal at the
11   time and unredacted.
12             Anyway, the logistics are complicated here, and I
13   want to make sure that Concord has the chance to see these
14   materials before they're released to the public, so I did
15   want to talk to you about the logistics and raise the ███
16   issue and the fact that I'm going to redact a word that
17   refers to the number of grand juries operating in this
18   district.
19             Can the government give us any additional
20   information on the timing of the return of the indictment?
21             MS. RAKOCZY:  Your Honor, our plan is still to
22   have the indictment returned before our hearing next week,
23   Friday, November 15th.
24             THE COURT:  So that's when -- that's the earliest
25   we can expect to see the indictment?

```
1              MS. RAKOCZY:  Well, what I'm saying, Your Honor,
2     is we are attempting to return the indictment so that
3     everyone would have an opportunity to see it before the
4     hearing next Friday, November 15th.
5              THE COURT:  All right.
6              MS. RAKOCZY:  I'm hoping we'll get it a little bit
7     earlier, but I don't want to overpromise.
8              THE COURT:  All right.
9              Mr. Dubelier, I've informed the government that I
10    intend to set a briefing schedule for renewed motion to
11    dismiss and renewed motion for grand jury instructions as
12    soon as the indictment is returned.  I intend to give you 14
13    days.  I intend to give the government less.  I'll give you
14    seven days to reply.
15             The government has created this problem with its
16    delays, and, depending on the timing of the return, I hope
17    we can keep the December 12th hearing, but we may not.  We
18    may need to push it back a week so I'd ask you all to look
19    at your schedules for that following week.  I do intend to
20    resolve these motions in December.
21             MS. RAKOCZY:  Understood, Your Honor.
22             THE COURT:  All right.  Mr. Dubelier?
23             MR. DUBELIER:  Yes, I understand.
24             THE COURT:  All right.  Anything else to discuss?
25             MS. RAKOCZY:  Nothing from the government, Your
```

```
1     Honor.  Thank you.
2             MR. DUBELIER:  Nothing from Concord.
3             THE COURT:  Okay.  Just one moment.  The clerk's
4     asking me a question.
5             (Pause)
6             THE COURT:  Oh, the courtroom deputy made a good
7     point.  At some point this motion will be unsealed unless
8     there's an objection from either side.  I don't see why this
9     wouldn't be unsealed as well.  Do both parties agree?
10            MS. RAKOCZY:  I think --
11            THE COURT:  But we'll need to propose redactions,
12    again, to the discussion relating to ████████████████████
13    ████████████████  so I would assume there's a motion to
14    unseal the transcript for the limited purpose for both
15    parties to propose redactions of this transcript so that in
16    the future we can unseal it as well.
17            MS. RAKOCZY:  Thank you, Your Honor.  You took the
18    words from our mouths.
19            THE COURT:  Okay. All right. So we will unseal
20    that, provide copies to both parties, and if both parties
21    can propose, within 48 hours of receiving the transcript,
22    any proposed redactions, that would be very helpful.  All
23    right?
24            To the extent there are questions on the
25    logistics, I may have the courtroom deputy send you all
```

1   emails about the particulars as we go through this process.
2   I'm hoping it will go smoothly, but, to be clear, what's
3   going to happen is I will release materials to Mr. Dubelier,
4   and he will review them and propose redactions.
5           And the government is going to need to -- I guess
6   you need to file another filing that indicates how you think
7   the ███████████████████████████████ should be redacted.
8   I don't have that. So if you can file that by tomorrow
9   morning, that would be helpful.
10          MS. RAKOCZY: Yes, Your Honor. We will. Thank
11  you.
12          THE COURT: All right. And if -- you know, to the
13  extent we need another call to get through this, I'm happy
14  to do that, but I'm hoping we can avoid it. All right?
15          MS. RAKOCZY: Thank you, Your Honor.
16          THE COURT: Thank you.
17          MR. DUBELIER: Thank you, Your Honor.
18               (Whereupon the hearing was
19                concluded at 1:15 p.m.)

**CERTIFICATE OF OFFICIAL COURT REPORTER**

I, LISA A. MOREIRA, RDR, CRR, do hereby certify that the above and foregoing constitutes a true and accurate transcript of my stenographic notes and is a full, true and complete transcript of the proceedings to the best of my ability.

Dated this 7th day of November, 2019.

/s/Lisa A. Moreira, RDR, CRR
Official Court Reporter
United States Courthouse
Room 6718
333 Constitution Avenue, NW
Washington, DC 20001