# Exhibit 1

To Defendant Concord Management and Consulting LLC's Motion to Compel Discovery of Materials from the U.S. Department of Justice, Federal Election Commission, and U.S. Department of State



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

November 14, 2019

Eric Dubelier, Esq.
Katherine Seikaly, Esq.

    Re:    <u>U.S. v. Concord Management and Consulting, LLC</u>, Case No. 18-CR-32-2 (DLF)

Dear Counsel:

    We write to respond to your letters dated August 26, 2019 and September 17, 2019.

    Your August 26 letter requests "any and all materials from the Department of Justice or the Federal Election Commission" related to a particular complaint filed with the FEC in September 2017.  The trial team is not aware of any such materials in the possession of the Department of Justice.  Any materials of the Federal Election Commission related to this complaint would not be within the possession of the trial team for discovery purposes.

    Your September 17, 2019 letter requests certain documents related to FARA registration obligations, FEC reporting obligations, and obligations regarding State Department travel visa applications.  The trial team does not possess any documents that fall into these categories.  To the extent your letter requests documents in the possession of the FEC, the State Department, or "the government" generally, materials in the possession of those agencies would not be within the possession of the trial team for discovery purposes.

    Please do not hesitate to contact us if you have any questions about this information.

    Sincerely,

/s/_____        /s/_____
Heather Alpino        Jonathan Kravis
Trial Attorney        Kathryn Rakoczy
National Security Division        Luke Jones
      Assistant U.S. Attorneys