# Exhibit 4

To Defendant Concord Management and Consulting LLC's Motion to Compel Discovery of Materials from the U.S. Department of Justice, Federal Election Commission, and U.S. Department of State



**Eric A. Dubelier**
Direct Phone: +1 202 414 9291
Email: edubelier@reedsmith.com

Reed Smith LLP
1301 K Street, N.W.
Suite 1000 - East Tower
Washington, D.C. 20005-3373
+1 202 414 9200
Fax +1 202 414 9299
reedsmith.com

August 26, 2019

**Via Electronic Mail**

Jonathan Kravis
United States Attorney's Office
555 Fourth Street NW
Washington, DC  20530

Subject:      <u>United States v. Concord Management and Consulting LLC</u>, 1:18-cr-00032-DLF

Dear Mr. Kravis:

    This letter constitutes a supplemental discovery request on behalf of our client Concord Management and Consulting LLC ("Concord").

    Please produce any and all materials from the Department of Justice or Federal Election Commission ("FEC") related to the complaint filed with the FEC by Common Cause on or around September 7, 2017 captioned Common Cause and Paul S. Ryan vs. Unknown Respondent(s).[1]  This request specifically includes any documents related to any FEC investigation regarding the allegations in the Common Cause complaint pursuant to 52 U.S.C. § 30109(a)(2).

    We ask that you produce the requested information on or before Tuesday, September 3, 2019, if we do not hear from you by that date, we intend to file a motion to compel these materials.

Very truly yours,

Eric A. Dubelier

---

[1] The complaint is available at: https://www.commoncause.org/media/russian-facebook-political-ad-buys-during-2016-election-draw-doj-fec-complaints/

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH
NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

EME_ACTIVE-572981378.1