# Exhibit 5

To Defendant Concord Management and Consulting LLC's Motion to Compel Discovery of Materials from the U.S. Department of Justice, Federal Election Commission, and U.S. Department of State



**Eric A. Dubelier**
Direct Phone:  +1 202 414 9291
Email:  edubelier@reedsmith.com

Reed Smith LLP
1301 K Street, N.W.
Suite 1000 - East Tower
Washington, D.C. 20005-3373
+1 202 414 9200
Fax +1 202 414 9299
reedsmith.com

September 17, 2019

**Via Electronic Mail**

Jonathan Kravis
United States Attorney's Office
555 Fourth Street NW
Washington, DC  20530

Subject:       <u>United States v. Concord Management and Consulting LLC</u>, 1:18-cr-00032-DLF

Dear Mr. Kravis:

The government has stated that the indictment alleges that the Defendants has a legal duty to file reports under FECA and to register under FARA.  *See* Government's Supplemental Brief in Opposition to Defendant's Motion to Dismiss, ECF No. 69, p. 1, 3-4.

As such, please provide the following pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963):

(1) Any and all documents or information in the possession of the government, including but not limited to the FARA Unit of the U.S. Department of Justice and the Federal Election Commission that any indicted Defendant or unindicted co-conspirator was not, or would not have been required to file any report with the FEC or to register under FARA.

(2) Any and all documents or information in the possession of the government, including but not limited to the United States Department of State that any indicted Defendant or unindicted co-conspirator was not, or would not have been required to provide additional information to what was actually provided for the travel visas referenced in ¶ 30 of the Indictment.

(3) Any and all documents or information in the possession of the government, including but not limited to the United States Department of State that the activity identified in ¶ 30 of the Indictment was not prohibited pursuant to the visas issued by the U.S. Department of State.

For additional authority see *United States v. Trie*, 21 F.Supp. 2d 7, 24-25 (D.D.C. 1998).

Very truly yours,

Eric A. Dubelier