# Exhibit 6

To Defendant Concord Management and Consulting LLC's Motion to Compel Discovery of Materials from the U.S. Department of Justice, Federal Election Commission, and U.S. Department of State

| | |
|---|---|
| **From:** | Seikaly, Kate J |
| **Sent:** | Tuesday, September 17, 2019 11:29 AM |
| **To:** | Kravis, Jonathan (USADC) (Jonathan.Kravis3@usdoj.gov); Rakoczy, Kathryn (USADC); Curtis, Deborah (USADC); Kravis, Jonathan (USADC) (Jonathan.Kravis3@usdoj.gov); Alpino, Heather (NSD) |
| **Cc:** | Dubelier, Eric A. |
| **Subject:** | Concord Request |
| **Attachments:** | Concord Brady Request Sept. 17, 2019.PDF |

Counsel,

Please see the attached letter.

Also, please let me know when we can expect to receive a response to our June 5, 2019 and August 26, 2019 discovery requests.  In your August 30, 2019 court filing you stated that you would be responding to those requests "promptly."

Thanks,
Kate


**Kate Seikaly**
703.641.4231
kseikaly@reedsmith.com

Reed Smith LLP
7900 Tysons One Place
Suite 500
McLean, VA  22102-5979
+1 703 641 4200
Fax +1 703 641 4340

| | |
|---|---|
| **From:** | Seikaly, Kate J |
| **Sent:** | Monday, September 30, 2019 2:46 PM |
| **To:** | Kravis, Jonathan (USADC) (Jonathan.Kravis3@usdoj.gov); Rakoczy, Kathryn (USADC); Curtis, Deborah (USADC); Kravis, Jonathan (USADC) (Jonathan.Kravis3@usdoj.gov); Alpino, Heather (NSD) |
| **Cc:** | Dubelier, Eric A. |
| **Subject:** | RE: Concord Request |

Jonathan,

Can you please let me know when we can expect a response to our September 17 letter, as well as our August 26 letter?

Thanks,
Kate

---

**From:** Seikaly, Kate J
**Sent:** Tuesday, September 17, 2019 11:29 AM
**To:** Kravis, Jonathan (USADC) (Jonathan.Kravis3@usdoj.gov) <Jonathan.Kravis3@usdoj.gov>; 'Rakoczy, Kathryn (USADC)' <Kathryn.Rakoczy@usdoj.gov>; Curtis, Deborah (USADC) <Deborah.Curtis@usdoj.gov>; Kravis, Jonathan (USADC) (Jonathan.Kravis3@usdoj.gov) <Jonathan.Kravis3@usdoj.gov>; Alpino, Heather (NSD) <Heather.Alpino@usdoj.gov>
**Cc:** Dubelier, Eric A. <EDubelier@ReedSmith.com>
**Subject:** Concord Request

Counsel,

Please see the attached letter.

Also, please let me know when we can expect to receive a response to our June 5, 2019 and August 26, 2019 discovery requests. In your August 30, 2019 court filing you stated that you would be responding to those requests "promptly."

Thanks,
Kate


**Kate Seikaly**
703.641.4231
kseikaly@reedsmith.com

Reed Smith LLP
7900 Tysons One Place
Suite 500
McLean, VA  22102-5979
+1 703 641 4200
Fax +1 703 641 4340

| | |
|---|---|
| **From:** | Seikaly, Kate J |
| **Sent:** | Friday, October 25, 2019 1:52 PM |
| **To:** | Rakoczy, Kathryn (USADC); Kravis, Jonathan (USADC); Jones, Luke (USADC); Alpino, Heather (NSD) |
| **Cc:** | Dubelier, Eric A. |
| **Subject:** | RE: Concord discovery |
| **Attachments:** | Concord October 25, 2019 Discovery Request.pdf |

Counsel,

Please see the attached letter, which relates to the email exchange below.

Please also let us know when we can expect a response to our August 26, 2019 and September 17, 2019 letters.

Thanks,
Kate

---

**From:** Rakoczy, Kathryn (USADC) <Kathryn.Rakoczy@usdoj.gov>
**Sent:** Thursday, October 24, 2019 9:49 AM
**To:** Seikaly, Kate J <KSeikaly@ReedSmith.com>; Kravis, Jonathan (USADC) <Jonathan.Kravis3@usdoj.gov>; Jones, Luke (USADC) <Luke.Jones@usdoj.gov>; Alpino, Heather (NSD) <Heather.Alpino@usdoj.gov>
**Cc:** Dubelier, Eric A. <EDubelier@ReedSmith.com>
**Subject:** RE: Concord discovery

**EXTERNAL E-MAIL**

Hi Kate,

We do not have any additional documentation submitted with the visa applications referenced in the Indictment. We will put in a request with the State Department.

Thanks,
Kate

**Kathryn L. Rakoczy**
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W., Room 5239
Washington, D.C. 20530
(202) 252-6928 (office phone)
(202) 740-3245 (cell phone)
Kathryn.Rakoczy@usdoj.gov

---

**From:** Seikaly, Kate J <KSeikaly@ReedSmith.com>
**Sent:** Wednesday, October 23, 2019 2:10 PM
**To:** Kravis, Jonathan (USADC) <JKravis1@usa.doj.gov>; Rakoczy, Kathryn (USADC) <KRakoczy2@usa.doj.gov>; Jones, Luke (USADC) <LJones2@usa.doj.gov>; Alpino, Heather (NSD) <halpino@jmd.usdoj.gov>
**Cc:** Dubelier, Eric A. <EDubelier@ReedSmith.com>
**Subject:** Concord discovery

1

Dear Counsel,

After extensive searching of the discovery materials produced to date, including the most recent production made on October 18, 2019, we have not been able to locate any documents submitted with the visa applications alleged in the indictment.  It is our understanding that additional documentation was submitted with these applications.

If you have already produced these documents, please let me know where we can find them in the discovery materials.  If not, please produce them immediately.  If no such documents exist, please let us know.

If we do not hear from you by Monday, October 28, we intend to file a motion to compel these materials.

Thank you,
Kate


**Kate Seikaly**
703.641.4231
kseikaly@reedsmith.com

Reed Smith LLP
7900 Tysons One Place
Suite 500
McLean, VA  22102-5979
+1 703 641 4200
Fax +1 703 641 4340

* * *

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01