# Exhibit 7

To Defendant Concord Management and Consulting LLC's Motion to Compel Discovery of Materials from the U.S. Department of Justice, Federal Election Commission, and U.S. Department of State

| | |
|---|---|
| **From:** | Seikaly, Kate J |
| **Sent:** | Tuesday, November 12, 2019 1:41 PM |
| **To:** | Rakoczy, Kathryn (USADC); Jones, Luke (USADC); Kravis, Jonathan (USADC) (Jonathan.Kravis3@usdoj.gov); Alpino, Heather (NSD) |
| **Cc:** | Dubelier, Eric A. |
| **Subject:** | Concord outstanding discovery |
| **Attachments:** | Concord discovery ; Concord Discovery ; August 26 Discovery Request.PDF; Concord Brady Request Sept. 17, 2019.PDF |

Counsel,

Can you please respond to the following outstanding discovery requests, or let us know when we can expect to receive your written responses:

1. August 26, 2019 Discovery request relating to the common cause complaint filed with the FEC
2. September 17, 2019 Brady request
3. October 23, 2019 Discovery request relating to documentation submitted with the visa applications (on October 24, Kate indicated you were putting in a request with the State Department)
4. October 31, 2019 Discovery request relating to any two-step process used in connection with the execution of search warrants

For your convenience, I have attached each of the requests to this email.

**Kate Seikaly**
703.641.4231
kseikaly@reedsmith.com

Reed Smith LLP
7900 Tysons One Place
Suite 500
McLean, VA  22102-5979
+1 703 641 4200
Fax +1 703 641 4340