# Exhibit 8

To Defendant Concord Management and Consulting LLC's Motion to Compel Discovery of Materials from the U.S. Department of Justice, Federal Election Commission, and U.S. Department of State

| | |
|---|---|
| **From:** | Rakoczy, Kathryn (USADC) <Kathryn.Rakoczy@usdoj.gov> |
| **Sent:** | Thursday, November 14, 2019 6:05 PM |
| **To:** | Seikaly, Kate J; Jones, Luke (USADC); Kravis, Jonathan (USADC); Alpino, Heather (NSD) |
| **Cc:** | Dubelier, Eric A. |
| **Subject:** | RE: Concord outstanding discovery |
| **Attachments:** | Concord letter to defense counsel 11-14-19.pdf |

EXTERNAL E-MAIL

Dear Counsel,

Please find attached a letter that addresses the first two requests discussed below.  With respect to the October 23, 2019 request relating to documentation submitted with visa applications, we did put in a request with the State Department.  We were told we would hear back by mid-December and have not heard back yet.  We asked for more clarity on the date we can expect a response but have not heard back.

See you tomorrow morning,
Kate Rakoczy

**Kathryn L. Rakoczy**
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W., Room 5239
Washington, D.C. 20530
(202) 252-6928 (office phone)
(202) 740-3245 (cell phone)
Kathryn.Rakoczy@usdoj.gov

---

**From:** Seikaly, Kate J <KSeikaly@ReedSmith.com>
**Sent:** Tuesday, November 12, 2019 1:41 PM
**To:** Rakoczy, Kathryn (USADC) <KRakoczy2@usa.doj.gov>; Jones, Luke (USADC) <LJones2@usa.doj.gov>; Kravis, Jonathan (USADC) <JKravis1@usa.doj.gov>; Alpino, Heather (NSD) <halpino@jmd.usdoj.gov>
**Cc:** Dubelier, Eric A. <EDubelier@ReedSmith.com>
**Subject:** Concord outstanding discovery

Counsel,

Can you please respond to the following outstanding discovery requests, or let us know when we can expect to receive your written responses:

1. August 26, 2019 Discovery request relating to the common cause complaint filed with the FEC
2. September 17, 2019 Brady request
3. October 23, 2019 Discovery request relating to documentation submitted with the visa applications (on October 24, Kate indicated you were putting in a request with the State Department)
4. October 31, 2019 Discovery request relating to any two-step process used in connection with the execution of search warrants

For your convenience, I have attached each of the requests to this email.

**Kate Seikaly**
703.641.4231
kseikaly@reedsmith.com

Reed Smith LLP
7900 Tysons One Place
Suite 500
McLean, VA  22102-5979
+1 703 641 4200
Fax +1 703 641 4340

* * *

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01