**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CONCORD MANAGEMENT AND CONSULTING LLC,<br><br>Defendant. | CRIMINAL NUMBER:<br><br>1:18-cr-00032-2-DLF |

**PROPOSED ORDER**

Upon consideration of Defendant Concord Management and Consulting LLC's Motion to Compel Discovery of Materials from the U.S. Department of Justice, Federal Election Commission, and U.S. Department of State, and any opposition or reply thereto, it is hereby **ORDERED** that the motion is **GRANTED**.

The government shall produce the requested materials to defense counsel.

**SO ORDERED.**


Dated: _____          _____
                                      Dabney L. Friedrich
                                      United States District Judge