# Exhibit 1

To Defendant Concord Management and Consulting LLC's Motion for Extension of Time to Provide Expert Notice and Serve Expert Reports



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

November 1, 2019

Eric Dubelier, Esq.
Katherine Seikaly, Esq.

     *Re:    U.S. v. Concord Management and Consulting, LLC, Case No. 18-CR-32-2 (DLF)*

Dear Counsel:

    At the trial of the above-captioned matter, the United States does not intend to introduce expert testimony pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G), nor does it intend to introduce evidence pursuant to Rule 404(b) of the Federal Rules of Evidence.

    To be clear, the government does anticipate calling witnesses to testify regarding topics that may be unfamiliar to jurors.  Examples of such topics include, but are not limited to:  the Internet, social media websites, and the role of particular government agencies.  It is the government's position that such testimony will be admissible through fact witnesses.  In addition, as you are aware, the government has obtained evidence in this case pursuant to legal process served on various electronic communications services providers and remote computing services providers.  The government anticipates that a number of exhibits at trial will be derived from this evidence.  It is the government position that such evidence will be admissible through the testimony of custodians of records and other fact witnesses.  The government will provide its exhibit list on or before January 6, 2020, per the Court's Scheduling Order [ECF No. 214].

    Please do not hesitate to contact us if you have any questions about this information.

               Sincerely,

/s/ _____         /s/ _____
Heather Alpino                       Jonathan Kravis
Trial Attorney                        Kathryn Rakoczy
National Security Division        Luke Jones
                                  Assistant U.S. Attorneys