# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NUMBER: |
| v. | 1:18-cr-00032-2-DLF |
| CONCORD MANAGEMENT AND CONSULTING LLC, | |
| Defendant. | |

## PROPOSED ORDER

Upon consideration of Defendant Concord Management and Consulting LLC's Unopposed Motion for Extension of Time to Provide Expert Notice and Serve Expert Reports, it is hereby **ORDERED** that the motion is **GRANTED**.

In the event the Court grants Concord's Motion to Compel Compliance with Fed. R. Crim. P. 16 (ECF No. 241), Concord shall provide expert notice and serve expert reports thirty days following the government's expert notice. In the event the Court denies Concord's Motion to Compel Compliance with Fed. R. Crim. P. 16, Concord shall provide expert notice and serve expert reports thirty days following the Court's order denying the Motion to Compel.

**SO ORDERED.**

Dated: _____   _____
Dabney L. Friedrich
United States District Judge