# Exhibit 1

To Defendant Concord Management and Consulting LLC's Reply In Support Of Its Motion to Compel Discovery, 18-cr-00032-2-DLF

**From:** Jones, Luke (USADC) <Luke.Jones@usdoj.gov>
**Sent:** Thursday, November 21, 2019 6:16 PM
**To:** Seikaly, Kate J
**Cc:** Rakoczy, Kathryn (USADC); Kravis, Jonathan (USADC); Alpino, Heather (NSD); Dubelier, Eric A.
**Subject:** RE: OFAC documents

**EXTERNAL E-MAIL**

Hi Kate,

Thanks for your email. Yes, I can confirm that the "additional materials" in the October 18, 2019, production were documents we identified in OFAC's files and produced to you. There were no other OFAC records produced.

Let me know if that answers your question.

Best,
Luke


*Luke Jones*
*Assistant U.S. Attorney*
*District of Columbia*
*202-252-7066 (office)*
*202-815-4091 (cell)*


**From:** Seikaly, Kate J <KSeikaly@ReedSmith.com>
**Sent:** Wednesday, November 20, 2019 2:03 PM
**To:** Jones, Luke (USADC) <LJones2@usa.doj.gov>
**Cc:** Rakoczy, Kathryn (USADC) <KRakoczy2@usa.doj.gov>; Kravis, Jonathan (USADC) <JKravis1@usa.doj.gov>; Alpino, Heather (NSD) <halpino@jmd.usdoj.gov>; Dubelier, Eric A. <EDubelier@ReedSmith.com>
**Subject:** OFAC documents

Luke,

In the opposition brief you filed last night you represent to the Court that "the government has provided to Concord any OFAC records to which it would be entitled." I do not understand this statement.

If you are referring to Production 18, which the government made on October 18, 2019, there was a single pdf file entitled "Additional Materials" that appears to be five separate documents scanned in as one file. The cover letter describes this as "Additional Materials in the Government's Possession," but there is nothing in the cover letter, the production file, or the document itself to indicate that it came from OFAC or is at all related to our June 5, 2019 discovery request. Are these the OFAC records you were referring to in your filing?

Thanks,
Kate

**Kate Seikaly**
703.641.4231
kseikaly@reedsmith.com

Reed Smith LLP
7900 Tysons One Place
Suite 500
McLean, VA  22102-5979
+1 703 641 4200
Fax +1 703 641 4340

* * *

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01