**Exhibit 27** to Memorandum of Points and Authorities in Support of Defendant Concord Management and Consulting LLC's Motion to Dismiss Count One of the Superseding Indictment, 18-cr-00032-2-DLF

# U.S. DEPARTMENT OF THE TREASURY

## Resource Center

# Foreign Interference in a U.S. Election Designations; Cyber-Related Designations; Ukraine-/Russia-Related Designations; North Korea Designations Update

9/30/2019

**OFFICE OF FOREIGN ASSETS CONTROL**

**Specially Designated Nationals List Update**

**The following individuals have been added to OFAC's SDN List:**

KUZMIN, Denis Igorevich, Russia; DOB 18 Dec 1990; Gender Male (individual) [ELECTION-EO13848] (Linked To: INTERNET RESEARCH AGENCY LLC).

NESTEROV, Igor Vladimirovich, Russia; DOB 07 Feb 1985; citizen Russia; Gender Male (individual) [ELECTION-EO13848] (Linked To: INTERNET RESEARCH AGENCY LLC).

**The following entities have been added to OFAC's SDN List:**

AUTOLEX TRANSPORT LTD., Alpha Centre, Providence Office, Number 22, Mahe, Seychelles [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

BERATEX GROUP LIMITED (a.k.a. BERATEX GROUP LTD.), Suite 1, Sound and Vision House, Francis Rachel Street, Victoria, Mahe, Seychelles [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

LINBURG INDUSTRIES LTD., Alpha Centre, Providence Office, Number 22, Mahe, Seychelles; Blanicka 590/3, Vinohrady, Prague 120 000, Czech Republic; Registration Number 191335 (Seychelles) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: PRIGOZHIN, Yevgeniy Viktorovich).

**The following vessel has been added to OFAC's SDN List:**

ST. VITAMIN Pleasure Craft St. Vincent and the Grenadines flag (Beratex Group Limited); MMSI 375311000 (vessel) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: BERATEX GROUP LIMITED).

**The following aircraft have been added to OFAC's SDN List:**

M-SAAN; Aircraft Manufacture Date Sep 2007; Aircraft Mode S Transponder Code 424B32; Aircraft Model EMB135; Aircraft Operator Autolex Transport LTD.; Nationality of Registration Man, Isle of; Aircraft Serial Identification 14501008 (aircraft) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: AUTOLEX TRANSPORT LTD.).

RA-02791 (f.k.a. M-VITO); Aircraft Manufacture Date 01 Dec 2000; Aircraft Mode S Transponder Code 140AE7; Aircraft Model Hawker 800XP; Aircraft Operator Beratex Group Limited; Nationality of Registration Russia; Aircraft Serial Identification 258512 (aircraft) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: BERATEX GROUP LIMITED).

VP-CSP; Aircraft Manufacture Date Sep 1991; Aircraft Mode S Transponder Code 400065; Aircraft Model BAE 125 Series 800B; Aircraft Operator Linburg Industries LTD.; Nationality of Registration Cayman Islands; Aircraft Serial Identification 258210 (aircraft) [UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848] (Linked To: LINBURG INDUSTRIES LTD.).

**The following changes have been made to OFAC's SDN List:**

ASLANOV, Dzheykhun Nasimi Ogly (a.k.a. ASLANOV, Jay; a.k.a. ASLANOV, Jayhoon), Russia; DOB 01 Jan 1990; POB Azerbaijan; Gender Male (individual) [CYBER2] (Linked To: INTERNET RESEARCH AGENCY LLC). -to- ASLANOV, Dzheykhun Nasimi Ogly (a.k.a. ASLANOV, Jay; a.k.a. ASLANOV, Jayhoon), **Russia; DOB 01 Jan 1990; POB Sumgait, Azerbaijan; nationality Russia; Gender Male; Passport 629512112 (Russia); National ID No. 2504139886** (individual) **[CYBER2] [ELECTION-EO13848]** (Linked To: INTERNET RESEARCH AGENCY LLC).

BURCHIK, Mikhail Leonidovich (a.k.a. ABRAMOV, Mikhail), Russia; DOB 07 Jun 1986; Gender Male (individual) [CYBER2] (Linked To: INTERNET RESEARCH AGENCY LLC). -to- BURCHIK, Mikhail Leonidovich (a.k.a. ABRAMOV, Mikhail), Russia; DOB 07 Jun 1986; Gender Male (individual) **[CYBER2] [ELECTION-EO13848]** (Linked To: INTERNET RESEARCH AGENCY LLC).

CHEN, Mei Hsiang (Chinese Traditional: 陳美香) (a.k.a. CHEN, Mei-Hsiang), Taiwan; DOB 18 May 1956; nationality Taiwan; Gender Female; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Passport 310422295 expires 06 Jan 2025; National ID No. R222185563 (individual) [DPRK4]. -to- CHEN, Mei Hsiang (Chinese Traditional: 陳美香) (a.k.a. CHEN, Mei-Hsiang), **Taiwan; DOB 06 May 1961;**

nationality Taiwan; Gender Female; Secondary sanctions risk: North Korea Sanctions Regulations, sections 510.201 and 510.210; Passport 314009735; National ID No. Q221029421 (individual) [DPRK4].

INTERNET RESEARCH AGENCY LLC (a.k.a. AZIMUT LLC; a.k.a. GLAVSET LLC; a.k.a. MEDIASINTEZ LLC; a.k.a. MIXINFO LLC; a.k.a. NOVINFO LLC), 55 Savushkina Street, St. Petersburg, Russia [CYBER2]. -to- INTERNET RESEARCH AGENCY LLC (**a.k.a. AZIMUT LLC; a.k.a. GLAVSET LLC; a.k.a. GLAVSET, OOO; a.k.a. LAKHTA INTERNET RESEARCH; a.k.a. MEDIASINTEZ LLC; a.k.a. MEDIASINTEZ, OOO; a.k.a. MIXINFO LLC; a.k.a. NOVINFO LLC; a.k.a. NOVINFO, OOO**), 55 Savushkina Street, St. Petersburg, Russia; d. 4 korp. 3 litera A pom. 9-N, ofis 238, ul. Optikov, St. Petersburg, Russia; d. 4 litera B pom. 22-N, ul. Starobelskaya, St. Petersburg, Russia; d. 79 litera A. pom 1-N, ul. Planernaya, St. Petersburg, Russia; 4 Optikov Street, Building 3, St. Petersburg, Russia [CYBER2] [ELECTION-EO13848].

PODKOPAEV, Vadim Vladimirovich, Russia; DOB 01 May 1985; Gender Male (individual) [CYBER2] (Linked To: INTERNET RESEARCH AGENCY LLC). -to- PODKOPAEV, Vadim Vladimirovich (**a.k.a. PODKOPAYEV, Vadim**), Russia; DOB 01 May 1985; Gender Male (individual) **[CYBER2] [ELECTION-EO13848]** (Linked To: INTERNET RESEARCH AGENCY LLC).

PRIGOZHIN, Yevgeniy Viktorovich (a.k.a. PRIGOZHIN, Evgeny), Russia; DOB 01 Jun 1961; Gender Male (individual) [UKRAINE-EO13661] [CYBER2] (Linked To: INTERNET RESEARCH AGENCY LLC). -to- PRIGOZHIN, Yevgeniy Viktorovich (a.k.a. PRIGOZHIN, Evgeny), Russia; DOB 01 Jun 1961; Gender Male (individual) **[UKRAINE-EO13661] [CYBER2] [ELECTION-EO13848]** (Linked To: INTERNET RESEARCH AGENCY LLC).

VENKOV, Vladimir, Russia; DOB 28 May 1990; Gender Male (individual) [CYBER2] (Linked To: INTERNET RESEARCH AGENCY LLC). -to- **VENKOV, Vladimir Dmitriyevich** (a.k.a. **VENKOV, Vladimir**), Russia; DOB 28 May 1990; Gender Male (individual) **[CYBER2] [ELECTION-EO13848]** (Linked To: INTERNET RESEARCH AGENCY LLC).