**Exhibit 32** to Memorandum of Points and Authorities in Support of Defendant Concord Management and Consulting LLC's Motion to Dismiss Count One of the Superseding Indictment, 18-cr-00032-2-DLF



## Who we are

The United States Agency for Global Media (USAGM) is a networked global media agency. The five media organizations that comprise the USAGM complement and reinforce one another in a shared mission vital to U.S. national interests: to inform, engage and connect people around the world in support of freedom and democracy. Together, USAGM networks communicate each week with more than 345 million people across the globe.

*The mission of USAGM is to inform, engage and connect people around the world in support of freedom and democracy.*

Our History

> The history of U.S. civilian international broadcasting

Our Structure

> The relationship between the Board, the CEO, the networks and the rest of the Agency

Our Leadership

Our leadership comprises the Board that governs our broadcasts and the senior staff who oversee multimedia broadcast distribution, as well as technical and administrative support to the broadcasting networks.

### The Board

The Broadcasting Board of Governors is the name of the board that oversees the United States Agency for Global Media (USAGM).

### The CEO

The CEO and Director oversees all aspects of U.S. international media. He provides day-to-day management of USAGM's operations, including oversight of the technical, professional, and administrative support as well as strategic guidance and management of other programs.

### Senior Management

Day-to-day operations are overseen by USAGM's senior staff and the heads of each of our 5 networks.

Oversight

USAGM's mandate comes from multiple pieces of legislation. We are accountable to six bipartisan House and Senate committees. As a federal agency, USAGM's budget request is part of the President's Budget request to the Congress.

Legislation

Various legislations give USAGM its mandate to supervise all broadcasting activities and to provide strategic management for the Agency.

Congressional Committees

As part of the Executive Branch, USAGM is subject to Congressional oversight which includes the review, monitoring, and supervision programs, activities, and policy implementation.

Our Networks

Every week, more than 345 million listeners, viewers and internet users around the world turn on, tune in and log onto U.S. international broadcasting programs. The day-to-day broadcasting activities are carried out by the individual USAGM international broadcasters.

1. Voice of America

Voice of America provides trusted and objective news and information in 46 languages to a measured weekly audience of more than 275.2 million people around the world.

2. Radio Free Europe / Radio Liberty

RFE/RL reaches 33.9 million people in 26 languages and in 23 countries, including Afghanistan, Iran, Pakistan, Russia, and Ukraine.

3. Office of Cuba Broadcasting

OCB oversees the Martís—Radio and Television Martí and martinoticias.com—a one-of-a-kind service that brings unbiased, objective information to Cubans.

4. Radio Free Asia

RFA journalists provide uncensored, fact-based news to citizens of these countries, among the world's worst media environments.

- 3 -

5. Middle East Broadcasting Networks

MBN is the non-profit news organization that operates Alhurra Television, Radio Sawa and MBN Digital reaching audiences in 22 countries across the Middle East and North Africa.