**Exhibit 35** to Memorandum of Points and Authorities in Support of Defendant Concord Management and Consulting LLC's Motion to Dismiss Count One of the Superseding Indictment, 18-cr-00032-2-DLF



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

October 4, 2019

Eric Dubelier, Esq.
Katherine Seikaly, Esq.

    Re:    <u>U.S. v. Concord Management and Consulting, LLC</u>, Case No. 18-CR-32-2 (DLF)

Dear Counsel:

    Pursuant to the Court's instructions at the September 16, 2019 status hearing, we write to supplement the government's bill of particulars as follows.

    The government intends to argue at trial that the defendants conspired to cause some or all of the following individuals or organizations to act as agents of a foreign principal while concealing from those individuals or organizations the fact that they were acting as agents of a foreign principal and therefore either the individuals or organizations or the conspirators (or both) would have had a legal duty to register under the Foreign Agents Registration Act:



1



Please do not hesitate to contact us if you have any questions about this information.

Sincerely,

/s/ _____                                  /s/ _____
Heather Alpino                                               Jonathan Kravis
Trial Attorney                                               Kathryn Rakoczy
National Security Division                                   Luke Jones
                                                             Assistant U.S. Attorneys

2