**Exhibit 36** to Memorandum of Points and Authorities in Support of Defendant Concord Management and Consulting LLC's Motion to Dismiss Count One of the Superseding Indictment, 18-cr-00032-2-DLF



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

October 30, 2019

Eric Dubelier, Esq.
Katherine Seikaly, Esq.

    Re:    <u>U.S. v. Concord Management and Consulting, LLC</u>, Case No. 18-CR-32-2 (DLF)

Dear Counsel:

    On September 20, 2019, the United States of America filed a motion to clarify or reconsider regarding the Court's memorandum opinion denying the motion of defendant Concord Management and Consulting LLC to dismiss Count One of the Indictment.  Doc. 201.  On October 2, 2019, the Court denied the government's motion.  Doc. 209.  In light of that ruling, and as we have notified the Court, the government intends to seek a superseding indictment that alleges that the defendants not only conspired to interfere with the enforcement of the disclosure requirements set forth in the Federal Election Campaign Act, but that they also conspired to interfere with the related government function of enforcing the statutory ban on certain expenditures by foreign nationals.  The government does not intend to seek a superseding indictment that adds defendants or charges.  The government intends to seek a superseding indictment before the status hearing scheduled for November 15, 2019.

    Please do not hesitate to contact us if you have any questions about this information.

                          Sincerely,

/s/                                                        /s/
Heather Alpino                                  Jonathan Kravis
Trial Attorney                                      Kathryn Rakoczy
National Security Division                Luke Jones
                                                      Assistant U.S. Attorneys