**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CONCORD MANAGEMENT AND CONSULTING LLC,<br><br>Defendant. | CRIMINAL NUMBER:<br><br>1:18-cr-00032-2-DLF |

**PROPOSED ORDER**

With the Court having considered Defendant Concord Management and Consulting LLC's Motion to Dismiss Count One of the Superseding Indictment, Memorandum in Support thereof, and any opposition and reply thereto, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is

**FURTHER ORDERED** that Count One of the Superseding Indictment, ECF 247, is dismissed as to Defendant Concord Management and Consulting LLC.

**SO ORDERED**, this ____ day of _____, 20____.

_____
DABNEY L. FRIEDRICH
United States District Judge