# Exhibit 3

To Defendant Concord Management and Consulting LLC's Motion for Disclosure of Legal Instructions Given to the Grand Juries that Returned the Original and Superseding Indictments, 18-cr-00032-2-DLF

**From:** Jones, Luke (USADC) <Luke.Jones@usdoj.gov>
**Sent:** Monday, November 11, 2019 12:29 PM
**To:** Dubelier, Eric A.
**Cc:** Alpino, Heather (NSD); Kravis, Jonathan (USADC); Rakoczy, Kathryn (USADC); Seikaly, Kate J
**Subject:** Re: 18-CR-032 Superseding Indictment

**EXTERNAL E-MAIL**

Eric,

It was a different grand jury.

Best,

Luke

Sent from my iPhone

On Nov 11, 2019, at 9:29 AM, Dubelier, Eric A. <EDubelier@reedsmith.com> wrote:

> Kate / Luke: Are you willing to tell us whether the grand jury that issued the superseding indictment is the same grand jury that issued the initial indictment? We are just looking for a simple yes or no. We do not need any other details. Thanks, Eric
>
> Eric A. Dubelier
> 202-414-9291
> edubelier@reedsmith.com
>
> Reed Smith LLP
> 1301 K Street, N.W.
> Suite 1100 - East Tower
> Washington, D.C. 20005
> 202-414-9200
> Fax 202-414-9299
>
> * * *
>
> This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.
> Disclaimer Version RS.US.201.407.01