# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NUMBER: |
| v. | 1:18-cr-00032-2-DLF |
| CONCORD MANAGEMENT AND CONSULTING LLC | |
| Defendant. | |

## PROPOSED ORDER

With the Court having considered Defendant Concord Management and Consulting LLC's Motion for Disclosure of Legal Instructions Given to the Grand Juries that Returned the Original and Superseding Indictments, it is hereby

**ORDERED** that the motion is **GRANTED**, and the government shall provide to Defendant the legal instructions provided to the grand juries that returned the Original and Superseding Indictments.

**SO ORDERED**, this _____ day of _____, 20_____.

_____
DABNEY L. FRIEDRICH
United States District Judge