# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CONCORD MANAGEMENT AND CONSULTING LLC<br><br>Defendant. | CRIMINAL NUMBER:<br><br>1:18-cr-00032-2-DLF |

### PROPOSED ORDER

Upon consideration of Defendant Concord Management and Consulting LLC's Second Motion for a Supplemental Bill of Particulars, and any opposition or reply thereto, it is hereby

**ORDERED** that the motion is **GRANTED**, and

**IT IS FURTHER ORDERED** that the government shall disclose to defense counsel the individuals or entities listed in the October 4 Letter that the government alleges were the unwitting persons who defendants and their co-conspirators caused to produce, purchase, or post advertisements expressly advocating for the election of then-candidate Trump or expressly opposing Clinton, as alleged in paragraph 48 of the Superseding Indictment.

_____     _____
Date                                                              DABNEY L. FRIEDRICH
                                                                        United States District Judge