# TRIAL SUBPOENA TO CONCORD MANAGEMENT AND CONSULTING LLC
## ATTACHMENT A

1. All corporate registration documents for Concord Management and Consulting LLC.
2. Documents sufficient to identify the corporate officers of Concord Management and Consulting LLC from January 1, 2014 to February 1, 2018.
3. Documents sufficient to identify any Internet Protocol address used by Concord Management and Consulting LLC from January 1, 2014 to February 1, 2018.
4. For the time period from January 1, 2014 to February 1, 2018, records reflecting any payments from Concord Management and Consulting LLC to any of the following entities, either directly or via an intermediary or subsidiary organization:  Internet Research Agency LLC, Neva News LLC, Commercial News Agency LLC, Internet Research LLC, Federal News Agency LLC, MediaSintez LLC, Glavset LLC, MixInfo LLC, Azimuth LLC, Novinfo LLC, Nation News LLC, Economy Today LLC.
5. For the time period from January 1, 2014 to February 1, 2018, records reflecting any payments made by Concord Management and Consulting LLC for goods or services provided to Internet Research Agency LLC, Neva News LLC, Commercial News Agency LLC, Internet Research LLC, Federal News Agency LLC, MediaSintez LLC, Glavset LLC, MixInfo LLC, Azimuth LLC, Novinfo LLC, Nation News LLC, Economy Today LLC.
6. Documents reflecting or relating to any meetings between any individual affiliated with the Internet Research Agency, including but not limited to Mikhail Burchik, and any individual affiliated with Concord Management and Consulting LLC, including but not limited to Yevgeniy Prigozhin.
7. All communications between any individual affiliated with the Internet Research Agency and any individual affiliated with Concord Management and Consulting LLC.
8. All communications between any individual affiliated with Concord Management and Consulting LLC and any of the following individuals:  Mikhail Bystrov, Mikhail Burchik, Aleksandra Krylova, Anna Bogacheva, Sergey Polozov, Maria Bovda, Robert Bovda, Dzheykhun Aslanov, Vadim Podkopaev, Gleb Vasilchenko, Irina Kaverzina, Vladimir Venkov, and Elena Khusyaynova.
9. Calendar entries for Yevgeniy Prigozhin for the time period January 1, 2014 to February 1, 2018.