**Exhibit 2** to Reply in Support of Defendant Concord Management and Consulting LLC's Motion to Dismiss Count One of the Superseding Indictment, 18-cr-00032-2-DLF

**From:** Jones, Luke (USADC) <Luke.Jones@usdoj.gov>
**Sent:** Tuesday, November 26, 2019 11:41 AM
**To:** Seikaly, Kate J; Dubelier, Eric A.
**Cc:** Alpino, Heather (NSD); Kravis, Jonathan (USADC); Rakoczy, Kathryn (USADC); Atkinson, Lawrence (CRM); Dickey, Ryan (CRM)
**Subject:** RE: 18-CR-032 Superseding Indictment

Hi Kate,

Thanks for your email. We've identified the "unwitting persons." We don't believe we're obligated at this stage to spell out who did what with respect to each allegation in the indictment.

Thanks,

Luke

---

**From:** Seikaly, Kate J <KSeikaly@ReedSmith.com>
**Sent:** Friday, November 22, 2019 3:01 PM
**To:** Jones, Luke (USADC) <LJones2@usa.doj.gov>; Dubelier, Eric A. <EDubelier@ReedSmith.com>
**Cc:** Alpino, Heather (NSD) <halpino@jmd.usdoj.gov>; Kravis, Jonathan (USADC) <JKravis1@usa.doj.gov>; Rakoczy, Kathryn (USADC) <KRakoczy2@usa.doj.gov>; Atkinson, Lawrence (CRM) <Lawrence.Atkinson@crm.usdoj.gov>; Dickey, Ryan (CRM) <Ryan.Dickey@CRM.USDOJ.GOV>
**Subject:** RE: 18-CR-032 Superseding Indictment

Luke,

I am very familiar with government's October 4, 2019 letter supplementing the bill of particulars and listing the individuals and entities you intend to argue were "unwitting persons." However, we have searched the discovery for any evidence that any of those individuals or entities "produce[d], purchase[d], and post[ed] advertisements on U.S. social media and other online sites expressly advocating for the election of then-candidate Trump or expressly opposing Clinton," as alleged in Paragraph 48 of the Superseding Indictment, but have found nothing. That is why I asked the question last week.

Are you willing to identify for us which individuals listed in the October 4 letter you believe produced, purchased, and posted advertisements expressly advocating for the election of Trump or expressly opposing Clinton?

Thanks,
Kate

---

**From:** Jones, Luke (USADC) <Luke.Jones@usdoj.gov>
**Sent:** Friday, November 22, 2019 1:38 PM
**To:** Seikaly, Kate J <KSeikaly@ReedSmith.com>; Dubelier, Eric A. <EDubelier@ReedSmith.com>
**Cc:** Alpino, Heather (NSD) <Heather.Alpino@usdoj.gov>; Kravis, Jonathan (USADC) <Jonathan.Kravis3@usdoj.gov>; Rakoczy, Kathryn (USADC) <Kathryn.Rakoczy@usdoj.gov>; Atkinson, Lawrence (CRM) <Lawrence.Atkinson2@usdoj.gov>; Dickey, Ryan (CRM) <Ryan.Dickey@usdoj.gov>
**Subject:** RE: 18-CR-032 Superseding Indictment

==EXTERNAL E-MAIL==

1

Hi Kate,

On the first question, we would refer you to the government's October 4, 2019, letter (copy attached), which supplemented the government's initial bill of particulars. That list contains the identities of "unwitting" persons referenced in paragraph 48 of the Superseding Indictment.

On the second question, we would refer you to the list of defendants (in the Indictment) and the list of unindicted co-conspirators that we identified in our initial bill of particulars (copy attached). Those are the names of persons or entities that might be considered foreign principals in the context of the allegations relating to unwitting persons.

Let me know if you have any questions.

Have a good weekend,

Luke

---

**From:** Seikaly, Kate J <KSeikaly@ReedSmith.com>
**Sent:** Thursday, November 14, 2019 1:58 PM
**To:** Jones, Luke (USADC) <LJones2@usa.doj.gov>; Dubelier, Eric A. <EDubelier@ReedSmith.com>
**Cc:** Alpino, Heather (NSD) <halpino@jmd.usdoj.gov>; Kravis, Jonathan (USADC) <JKravis1@usa.doj.gov>; Rakoczy, Kathryn (USADC) <KRakoczy2@usa.doj.gov>; Atkinson, Lawrence (CRM) <Lawrence.Atkinson@crm.usdoj.gov>; Dickey, Ryan (CRM) <Ryan.Dickey@CRM.USDOJ.GOV>
**Subject:** RE: 18-CR-032 Superseding Indictment

Luke,

Will you please identify for us the unwitting persons referenced in paragraph 48 of the Superseding Indictment?

Also, will you please identify for us who is the foreign principal for the allegations relating to unwitting agents?

Thanks,
Kate

---

**From:** Jones, Luke (USADC) <Luke.Jones@usdoj.gov>
**Sent:** Friday, November 8, 2019 5:56 PM
**To:** friedrich_chambers@dcd.uscourts.gov; Courtney Lesley <Courtney_Lesley@dcd.uscourts.gov>; Dubelier, Eric A. <EDubelier@ReedSmith.com>; Seikaly, Kate J <KSeikaly@ReedSmith.com>
**Cc:** Alpino, Heather (NSD) <Heather.Alpino@usdoj.gov>; Kravis, Jonathan (USADC) <Jonathan.Kravis3@usdoj.gov>; Rakoczy, Kathryn (USADC) <Kathryn.Rakoczy@usdoj.gov>; Atkinson, Lawrence (CRM) <Lawrence.Atkinson2@usdoj.gov>; Dickey, Ryan (CRM) <Ryan.Dickey@usdoj.gov>
**Subject:** 18-CR-032 Superseding Indictment

==EXTERNAL E-MAIL==

Chambers and counsel,

This afternoon the grand jury returned the attached, unsealed superseding indictment in *U.S. v. Internet Research Agency et al.* It has been filed with the clerk's office. We are sending this copy by email because the clerk's office indicated that it may not be on the docket until Tuesday.

Best regards,

Luke Jones

*Luke Jones*
*Assistant U.S. Attorney*
*District of Columbia*
*202-252-7066 (office)*

\* \* \*

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01