# Exhibit 1

To Reply in Support of Defendant Concord Management and Consulting LLC's Motion for Disclosure of Legal Instructions Given to the Grand Juries that Returned the Original and Superseding Indictments, 18-cr-32-2-DLF

**(FILED UNDER SEAL)**