# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**CONCORD MANAGEMENT AND CONSULTING LLC,**<br><br>**Defendant.** | Crim. No. 18-CR-32-2 (DLF) |

## GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION

The United States of America, by and through undersigned counsel, respectfully requests a two-week extension of the deadline to file a motion under the Classified Information Procedures Act, from January 10, 2020 to January 24, 2020. The government requests this extension in order to ensure appropriate coordination within the Executive Branch that must occur prior to the filing of the motion. The government notes that a two-week extension for this motion, and corresponding two-week extensions for any opposition and reply briefs, will not negatively impact the currently scheduled trial date and other pretrial deadlines. The defense does not oppose this request for an extension.

Respectfully submitted,

| | |
|---|---|
| JOHN C. DEMERS<br>Assistant Attorney General for National Security | JESSIE K. LIU<br>United States Attorney |
| By: /s/<br>Heather N. Alpino<br>U.S. Department of Justice<br>National Security Division<br>950 Pennsylvania Ave. NW<br>Washington, D.C. 20530<br>Telephone: (202) 514-2000 | By: /s/<br>Jonathan Kravis<br>Luke Jones<br>Kathryn Rakoczy<br>555 Fourth Street NW<br>Washington, D.C. 20530<br>Telephone: (202) 252-6886 |

1