**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NUMBER: |
| v. | 1:18-cr-00032-2-DLF |
| CONCORD MANAGEMENT AND CONSULTING LLC, | |
| Defendant. | |

**CONCORD MANAGEMENT AND CONSULTING LLC'S UNOPPOSED MOTION FOR RELIEF FROM CURRENT DEADLINES**

Defendant Concord Management and Consulting LLC ("Defendant" or "Concord"), by and through undersigned counsel, respectfully requests relief from the Court's current deadlines in the form of an extension of time to provide expert notice and serve expert reports. Additionally, Concord requests an extension of time to move to quash or otherwise oppose the government's early return trial subpoenas.

Undersigned counsel has conferred with counsel for the government who has advised that the government does not object to the relief sought. Undersigned counsel is mindful of the Court's denial yesterday of an unopposed extension sought by the government, and also is aware that in the past when the parties have agreed upon what they believe to be workable deadlines that the Court has shortened those deadlines. But experienced trial counsel on both sides have worked diligently to agree upon dates that are consistent with the complexity of a multitude of issues of first impression and available resources, while at the same time endeavoring to leave the Court with significant time to decide each issue. As such, undersigned counsel respectfully believes that the reasons set forth below justify the suggested and agreed upon dates. In support of this motion, Defendant states as follows:

1

EXPERT NOTICE

Pursuant to the Court's November 25, 2019 Minute Order, the current deadline for Concord to provide notice of expert testimony and a written summary of such testimony is December 20, 2019. Concord's position is that it cannot make a determination as to whether experts will be required until the government has provided its exhibit and witness lists. Specifically, undersigned counsel is still unaware of the witnesses the government will call from each agency, and as such cannot determine if any of that evidence will require rebuttal by an expert witness.

Under the Court's current Scheduling Order, ECF No. 214, the government will provide an exhibit list on January 6, 2020 and a witness list on February 3, 2020. Undersigned counsel will then need to time identify and engage any potential expert witness. As such, Concord requests that any expert notice and summary of testimony be reset to three weeks following the government's witness list, February 24, 2020.

The government does not oppose this request but reserves its right to file an appropriate motion regarding any expert notice within two weeks of receiving the notice.

EARLY RETURN TRIAL SUBPOENA

On December 12, 2019, the Court granted, in part, the government's Motion for Early Return Trial Subpoena, ECF No. 267, as to categories one, two, and three as specified in Attachment A to the Motion. ECF No. 279. In that Order, the Court set a deadline of December 30, 2019 for the government to file a renewed motion for early-return trial subpoena that narrows categories four through nine, as specified in Attachment A to the government's Motion, and indicated it would set a briefing schedule as to that renewed motion. *Id*. The Court also set a deadline of December 20, 2019 for Concord to file any motion to reconsider the Court's ruling or to quash the subpoena as to categories one through three.

In discussions between the parties regarding scheduling, the government has represented to undersigned counsel that it intends to file its renewed motion for an early return trial subpoena on December 20, 2019. In light of this, and the significant legal issues raised by the Court's Order and the government's renewed motion, Concord respectfully requests an extension until January 3, 2020 to file any motion to quash the government's early return trial subpoenas. This motion will address both categories one through three, which the Court allowed in its December 12, 2019 Order, and the narrowed categories that are included in the government's renewed motion. This revised schedule will both preserve resources of the parties and the Court by resulting in a single round of briefing, rather than two separate briefing schedules, and allow Concord adequate time to fully research, assess, and brief the novel issues of law, including Russian law, raised by the government's request.

Counsel for the government does not oppose this request and requests a deadline of January 13, 2020 to respond to any motion to quash filed by Concord. Concord proposes a reply deadline of January 20, 2020.

A proposed order is filed herewith.

| | |
|---|---|
| Dated:  December 18, 2019 | Respectfully submitted, |

CONCORD MANAGEMENT AND CONSULTING LLC

By Counsel

/s/*Eric A. Dubelier*
Eric A. Dubelier (D.C. Bar No. 419412)
Katherine Seikaly (D.C. Bar No. 498641)
REED SMITH LLP
1301 K Street, N.W.
Suite 1000 – East Tower
Washington, D.C. 20005
202-414-9200 (phone)
202-414-9299 (fax)
edubelier@reedsmith.com
kseikaly@reedsmith.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NUMBER: |
| v. | 1:18-cr-00032-2-DLF |
| CONCORD MANAGEMENT AND CONSULTING LLC, | |
| Defendant. | |

## PROPOSED ORDER

Upon consideration of Defendant Concord Management and Consulting LLC's Unopposed Motion for Relief from Current Deadlines, it is hereby **ORDERED** that the motion is **GRANTED**.

Concord shall provide expert notice and summaries on or before February 24, 2020.

Concord shall file any opposition to the government's renewed motion for early return trial subpoena or motion to quash the government's early return trial subpoena on or before January 3, 2020. The government shall file any opposition thereto on or before January 13, 2020. Concord shall file any reply on or before January 20, 2020.

**SO ORDERED.**

Dated: _____         _____
                                                                            Dabney L. Friedrich
                                                                            United States District Judge