**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CONCORD MANAGEMENT AND CONSULTING LLC,<br><br>Defendant. | CRIMINAL NUMBER:<br><br>1:18-cr-00032-2-DLF |

**PROPOSED ORDER**

Upon consideration of Defendant Concord Management and Consulting LLC's Unopposed Motion for Relief from Current Deadlines, it is hereby **ORDERED** that the motion is **GRANTED**.

Concord shall provide expert notice and summaries on or before February 24, 2020.

Concord shall file any opposition to the government's renewed motion for early return trial subpoena or motion to quash the government's early return trial subpoena on or before January 3, 2020. The government shall file any opposition thereto on or before January 13, 2020. Concord shall file any reply on or before January 20, 2020.

**SO ORDERED.**

Dated: _____          _____
                                                                    Dabney L. Friedrich
                                                                    United States District Judge