**Exhibit 1** to Concord Management and Consulting LLC's Motion to Quash Unserved Early Return Trial Subpoena and Opposition to the Government's Renewed Motion for Early Return Trial Subpoena, 18-cr-00032-2-DLF

**TRANSLATION FROM RUSSIAN**

Appendix
to Order of the Ministry of Finance of the Russian Federation

No. 5n dated January 15, 2015

### ADMINISTRATIVE REGULATION FOR RENDERING BY THE FEDERAL TAX SERVICE OF PUBLIC SERVICE FOR PROVISION OF INFORMATION AND DOCUMENTS CONTAINED IN THE UNIFIED STATE REGISTER OF LEGAL ENTITIES (YeGRYuL) AND UNIFIED STATE REGISTER OF INDIVIDUAL ENTREPRENEURS (YeGRIP)

I. General Provisions

Subject of this Administrative Regulation

1. The Administrative Regulation for Rendering by the Federal Tax Service of Public Service for Provision of Information and Documents Contained in the Unified State Register of Legal Entities (YeGRYuL) and Unified State Register of Individual Entrepreneurs (YeGRIP) (hereinafter referred to as the "public service") sets the periods and sequence of administrative procedures (actions) carried out by the territorial tax authorities (hereinafter referred to as the "tax authorities"), the organization subordinate to the Federal Tax Service and authorized to provide the public service (hereinafter referred to as the "authorized organization"), and their officials, and also determines the procedure for interaction between tax authorities, their structural subdivisions and officials, structural subdivisions and officials of the authorized organization as well as the procedure for interaction between the tax authority and the authorized organization with other public authorities, legal entities and individuals while rendering the public service.

Applicants

2. Applicants may be individuals (including individual entrepreneurs) and legal entities (except for public authorities (their territorial bodies), bodies of state extra-budgetary funds (their territorial bodies), local authorities, courts).

3. The provisions set forth by this Administrative Regulation in respect of the applicant shall apply to his/her/its representative when the applicant applies to the tax authority or authorized organization with a request for rendering the public service through a representative, taking into account the considerations provided for by this Administrative Regulation.

Requirements for Procedure for Informing on Rendering the Public Service

4. Location of the Federal Tax Service: 23 Neglinnaya Street, Moscow, Russian Federation.
Postal address of the Federal Tax Service: 23 Neglinnaya Street, Moscow, 127381, Russian Federation.

5. Call center of the Federal Tax Service:
+7 (495) 913-00-09.

6. Official web site of the Federal Tax Service on the Internet (hereinafter the "official web site"): www.nalog.ru.

7. Locations of the tax authorities, their postal addresses, telephone numbers of call centers, faxes and other contact information shall be available on the official web site of the Federal Tax Service at the "Find the IFTS Address" service, on the official web sites of the Federal Tax Service Departments

Original Text Available at
https://www.nalog.ru/html/sites/www.new.nalog.ru/docs/minfin/pril_minfin5n_150115.docx

for constituent entities of the Russian Federation, hereinafter the Federal Tax Service Departments (www.rXX.nalog.ru, where XX is the code of a constituent entity of the Russian Federation).

Information about the authorized organization, its location and telephone numbers shall be available on the official web site of the Federal Tax Service.

8. Working hours of tax authorities and authorized organization rendering the public service

| | |
|---|---|
| Monday to Thursday: | 9:00 am to 6:00 pm; |
| Friday: | 9:00 am to 4:45 pm; |
| Saturday, Sunday: | days off. |

By resolution of the head (deputy head) of the tax authority, working hours of the tax authority may be changed.

9. Information on rendering the public service shall be made available directly on the premises of the tax authorities or authorized organization using information stands, on the official web sites of the Federal Tax Service and the Federal Tax Service Departments, in the federal state information system "Unified Portal of Public and Municipal Services (Functions)" (hereinafter the "Unified Portal of Public and Municipal Services (Functions)"), multifunctional centers for public and municipal services (hereinafter the "multifunctional center"), shall be provided by telephone at the numbers of call centers of tax authorities, including through automated telephone information system (if any), a hotline number, a toll-free telephone number of a help desk (if any), using computers with legal reference systems and software products developed by the Federal Tax Service as well as directly by tax officials responsible for rendering the public service.

10. The following information shall be posted on the official web site of the Federal Tax Service:

1) Full and abbreviated names of the Federal Tax Service, Federal Tax Service Department and the relevant inspectorates of the Federal Tax Service for districts, urban districts, cities not divided into districts, interdistrict inspectorates of the Federal Tax Service rendering the public service, their postal addresses, working hours;

2) Address of the official web site of the Federal Tax Service;

3) Telephone numbers of call centers, faxes of the Federal Tax Service, the Federal Tax Service Department and inspectorates referred to in subparagraph 1 of this paragraph;

4) Hotline number, a toll-free telephone number of a help desk (if any).

11. The following information shall be posted on information stands of inspectorates referred to in subparagraph 1 of paragraph 10 of this Administrative Regulation:

1) Full and abbreviated name of the inspectorate, its postal address, taxpayer identification number (hereinafter the "INN"), tax registration reason code (hereinafter the "KPP"), addresses of local units (if any);

2) Name of the higher-level tax authority, its postal address, INN, KPP;

3) Official web sites of the Federal Tax Service, relevant Federal Tax Service Department;

4) Telephone numbers of call centers, hotline, automated telephone information system (if any), fax numbers of the inspectorate and higher-level tax authority, toll-free telephone number of a help desk (if any);

5) Working hours of the inspectorate, its structural subdivisions and local units (if any), the Federal Tax Service Department for the relevant constituent entity of the Russian Federation, Federal Tax Service;

6) Working hours of the call center of the inspectorate and the relevant Federal Tax Service Department, the Federal Tax Service;

7) Visiting hours of the officials responsible for rendering the public service;

8) On locations (on operating rooms, on offices) of rendering the public service;

9) List of grounds for suspension or denial of the public service;

10) Amount of a fee for rendering the public service;

11) Recommended sample request form for rendering the public service in case of provision of information and documents contained in the Unified State Register of Legal Entities (YeGRYuL) and (or) Unified State Register of Individual Entrepreneurs (YeGRIP) through the Internet (according to the form in Appendix No. 1 to this Administrative Regulation).

12. In addition to information specified in paragraphs 10 and 11 hereof, the following information shall be posted on the official web sites of the Federal Tax Service Departments, information stands of inspectorates referred to in subparagraph 1 of paragraph 10 of this Administrative Regulation, at locations of rendering the public service, Unified Portal of Public and Municipal Services (Functions):

1) List of documents required for rendering the public service, requirements for execution of these documents;

2) Time period for rendering the public service;

3) Results of rendering the public service, procedure for provision of a document resulting from rendering the public service;

4) Requirements for procedure for informing on rendering the public service;

5) Procedure for appealing decisions, actions (omissions) of tax authorities, their officials;

6) Extracts from this Administrative Regulation, other regulatory legal acts governing the public service rendering procedure.

Full text of this Administrative Regulation shall be posted on the official web site of the Federal Tax Service;

7) Flowchart of rendering the public service.

13. When answering telephone calls of the applicants, tax officials shall:

1) Provide information on the name of the tax authority which has received the corresponding application;

2) Introduce himself/herself by giving his/her surname, first name and patronymic (if any), position;

3) Provide information on rendering the public service within the scope of his/her competence in accordance with this Administrative Regulation.

14. Applicants who submitted the documents necessary for rendering the public service directly to the tax authorities or the authorized organization shall be informed by the specialists about the time period for rendering the public service and the procedure for issuing (sending) documents.

II. Standard for Rendering the Public Service

Name of the Public Service

15. Public Service for Provision of Information and Documents Contained in the Unified State Registry of Legal Entities (hereinafter the "YeGRYuL") and Unified State Registry of Individual Entrepreneurs (hereinafter the "YeGRIP").

Name of the Federal Executive Authority Rendering the Public Service

16. The public service shall be rendered by the tax authorities or by the authorized organization.

The Federal Treasury shall also take part in the rendering of the public service and have at its disposal the document required to render the public service, as provided for by paragraph 28 of this Administrative Regulation.

When rendering the public service, the tax authorities or the authorized organization shall not have the right to require that the applicant takes actions, including obtaining of approvals, required to receive the public service and related to applying to any other public authorities, local authorities and

organizations, except for receiving services and documents and information provided as a result of rendering such services included in the lists specified in Part 1 of Article 9 of the Federal Law dated July 27, 2010 No. 210-FZ On Organization of Rendering of Public and Municipal Services (Collection of Legislative Acts of the Russian Federation, 2010, No. 31, Article 4179; 2011, No. 27, Article 3880; No. 29, Article 4291; 2014, No. 26, Article 3366).

Description of the Result of Rendering the Public Service

17. Results of rendering the public service are:

1) In case of rendering the public service for provision of information and documents on a particular legal entity/individual entrepreneur contained in the YeGRYuL/YeGRIP:

Extract from the YeGRYuL/YeGRIP in the form of Appendices No. 2 and No. 3 to this Administrative Regulation;

Copy of a document (documents) contained in the YeGRYuL/YeGRIP;

Statement of conformity or non-conformity of the information on the personal data of an individual contained in the request for rendering of the public service to the information contained in the YeGRYuL/YeGRIP in the form of Appendices No. 4 and No. 5 to this Administrative Regulation;

Extract from the YeGRIP about the place of residence of an individual entrepreneur in the form of Appendix No. 6 to this Administrative Regulation;

Statement that the requested information is not contained in the YeGRYuL/YeGRIP;

2) Information on the persons who received information from the YeGRIP on the place of residence of an individual entrepreneur in the form of Appendix No. 7 to this Administrative Regulation;

3) In case of rendering the public service for provision of information contained in the YeGRYuL/YeGRIP in electronic form (hereinafter the "information from the YeGRYuL/YeGRIP in electronic form"):

Notice on provision of the information from the YeGRYuL/YeGRIP using Internet-based technologies that contains attributes of access to the information from the YeGRYuL/YeGRIP (in case the information from the YeGRYuL/YeGRIP in electronic form is provided using telecommunications channels (hereinafter the "Internet-based technologies"));

Electronic extract about a particular legal entity or individual entrepreneur (in case the information from the YeGRYuL/YeGRIP in electronic form is provided using the Internet service posted on the website of the Federal Tax Service (hereinafter the "Internet service"));

4) Notice that it is impossible to render the public service specifying a ground provided for by paragraphs 31 and 33 of this Administrative Regulation.

Time Period for Rendering the Public Service, Time Period for Issuing (Sending) Documents Resulting from Rendering the Public Service

18. Time period for rendering the public service:

1) For provision of information and documents contained in the YeGRYuL/YeGRIP, shall not exceed five days from the date the tax authority receives a request for rendering the public service. On an urgent basis, information and documents contained in the YeGRYuL/YeGRIP shall be provided no later than the business day following the date the tax authority receives a request for rendering the public service;

2) For provision of information from the YeGRYuL/YeGRIP in electronic form, shall not exceed five days from the date the authorized organization receives a request for rendering the public service.

List of Regulatory Legal Acts Governing the Relations Arising out of Rendering the Public Service

19. The public service shall be rendered in accordance with the following regulatory legal acts:

Federal Law dated August 8, 2001 No. 129-FZ On State Registration of Legal Entities and Individual Entrepreneurs (Collection of Legislative Acts of the Russian Federation, 2001, No. 33, Article 3431; 2003, No. 26, Article 2565; No. 50, Article 4855; No. 52, Article 5037; 2004, No. 45, Article 4377; 2005, No. 27, Article 2722; 2007, No. 7, Article 834; No. 30, Article 3754; No. 49, Article 6079; 2008, No. 18, Article 1942; No. 30, Article 3616; No. 44, Article 4981; 2009, No. 1, Article 19, Article 20, Article 23; No. 29, Article 3642; No. 52, Article 6428; 2010, No. 21, Article 2526; No. 31, Article 4196; No. 49, Article 6409; No. 52, Article 7002; 2011, No. 27, Article 3880; No. 30, Article 4576; No. 49, Article 7061; 2012, No. 14, Article 1553; No. 31, Article 4322; No. 53, Article 7607; 2013, No. 26, Article 3207; No. 30, Article 4084; No. 44, Article 5633; No. 51, Article 6699; 2014, No. 14, Article 1551; No. 19, Article 2312; No. 30, Article 4217, Article 4242; Rossiyskaya Gazeta, December 31, 2014, No. 299; January 12, 2015, No. 1) (hereinafter "Federal Law dated August 8, 2001 No. 129-FZ");

Federal Law dated July 27, 2006 No. 149-FZ On Information, Information Technologies and Information Protection (Collection of Legislative Acts of the Russian Federation, 2006, No. 31, Article 3448; 2010, No. 31, Article 4196; 2011, No. 15, Article 2038; No. 30, Article 4600; 2012, No. 31, Article 4328; 2013, No. 14, Article 1658; No. 23, Article 2870; No. 27, Article 3479; No. 52, Article 6961, Article 6963; 2014, No. 19, Article 2302; No. 30, Article 4223, Article 4243);

Federal Law dated July 27, 2006 No. 152-FZ On Personal Data (Collection of Legislative Acts of the Russian Federation, 2006, No. 31, Article 3451; 2009, No. 48, Article 5716; No. 52, Article 6439; 2010, No. 27, Article 3407; No. 31, Article 4173, Article 4196; No. 49, Article 6409; No. 52, Article 6974; 2011, No. 23, Article 3263; No. 31, Article 4701; 2013, No. 14, Article 1651; No. 30, Article 4038; No. 51, Article 6683; 2014, No. 23, Article 2927; No. 30, Article 4217);

Federal Law dated July 27, 2010 No. 210-FZ On Organization of Rendering of Public and Municipal Services (Collection of Legislative Acts of the Russian Federation, 2010, No. 31, Article 4179; 2011, No. 15, Article 2038; No. 27, Article 3873, Article 3880; No. 29, Article 4291; No. 30, Article 4587; No. 49, Article 7061; 2012, No. 31, Article 4322; 2013, No. 14, Article 1651; No. 27, Article 3477, Article 3480; No. 30, Article 4084; No. 51, Article 6679; No. 52, Article 6952, Article 6961, Article 7009; 2014, No. 26, Article 3366; No. 30, Article 4264; Rossiyskaya Gazeta, January 12, 2015, No. 1) (hereinafter "Federal Law dated July 27, 2010 No. 210-FZ");

Federal Law dated April 6, 2011 No. 63-FZ On Electronic Signatures (Collection of Legislative Acts of the Russian Federation, 2011, No. 15, Article 2036, No. 27, Article 3880; 2012, No. 29, Article 3988; 2013, No. 14, Article 1668; No. 27, Article 3463, Article 3477; 2014, No. 26, Article 3390);

Resolution of the Government of the Russian Federation dated May 17, 2002 No. 319 On the Authorized Federal Executive Authority Performing State Registration of Legal Entities, Peasant (Farm) Enterprises, Individuals as Individual Entrepreneurs (Collection of Legislative Acts of the Russian Federation, 2002, No. 20, Article 1872; No. 33, Article 3222; 2003, No. 18, Article 1715; No. 38, Article 3667);

Resolution of the Government of the Russian Federation dated September 30, 2004 No. 506 On Approval of the Regulation on the Federal Tax Service (Collection of Legislative Acts of the Russian Federation, 2004, No. 40, Article 3961; 2005, No. 8, Article 654; No. 12, Article 1042; No. 23, Article 2270; No. 42, Article 4277; No. 48, Article 5042; 2006, No. 23, Article 2510; No. 24, Article 2602; No. 33, Article 3638; No. 52, Article 5587; 2007, No. 15, Article 1800; No. 24, Article 2920; 2008, No. 9, Article 853; No. 29, Article 3527; No. 46, Article 5337; 2009, No. 6, Article 738; No. 9, Article 1119; No. 30, Article 3805; 2010, No. 11, Article 1224; No. 26, Article 3350; No. 50, Article 6725; 2011, No. 12, Article 1639; No. 14, Article 1935; 2012, No. 1, Article 192; No. 24, Article 3188; No. 53, Article 7951; 2013, No. 12, Article 1342; No. 41, Article 5189; No. 45, Article 5822; 2014, No. 26, Article 3561; No. 27, Article 3775; No. 28, Article 4058; No. 45, Article 6229; No. 51, Article 7456);

Resolution of the Government of the Russian Federation dated May 16, 2011 No. 373 (Collection of Legislative Acts of the Russian Federation, 2011, No. 22, Article 3169, No. 35, Article 5092; 2012, No. 28, Article 3908, No. 36, Article 4903, No. 50, Article 7070, No. 52, Article 7507; 2014, No. 5, Article 506);

Resolution of the Government of the Russian Federation dated May 19, 2014 No. 462 On Amount of Fee for Provision of Information and Documents Contained in the Unified State Register of Legal Entities and Unified State Register of Individual Entrepreneurs and Invalidation of Certain Acts of the Government of the Russian Federation (Collection of Legislative Acts of the Russian Federation, 2014, No. 21, Article 2714) (hereinafter "Resolution of the Government of the Russian Federation dated May 19, 2014 No. 462").

Exhaustive List of Documents, Required in Accordance with Regulatory Legal Acts for Rendering the Public Service, to Be Submitted by the Applicant, Ways of their Receipt by the Applicant, Including in Electronic Form, Procedure for their Submission

20. The public service for provision of information and documents contained in the YeGRYuL/YeGRYuL and documents on a particular legal entity (individual entrepreneur) shall be rendered at the applicant's request for rendering the public service prepared in any form, specifying the following information:

1) On the legal entity/individual entrepreneur whereon the information and documents are requested (copies of documents):

Full or abbreviated name of the legal entity or surname, first name and patronymic (if any) of the individual entrepreneur;

Primary state registration number (OGRN) of the legal entity or primary state registration number (OGRNIP) of the individual entrepreneur;

Taxpayer identification number (INN);

2) On the applicant:

Information provided for by subparagraph 1 of this paragraph;

Contact telephone number, postal address or e-mail address;

Information on the identity document (series, number, date of issue and name of the issuing authority), in case of a request for information on the place of residence of an individual entrepreneur or on conformity of information on an individual specified in the request with the information contained in the YeGRYuL/YeGRIP;

3) On the way of obtaining the document resulting from rendering the public service that is convenient for the applicant (by the applicant or his/her/its representative, by post, in electronic form at the official website of the Federal Tax Service or the Unified Portal of Public and Municipal Services (Functions)), subject to the specific features provided for by this Administrative Regulation.

If the request submitted directly or in electronic form does not contain information on the way of obtaining the document resulting from rendering the public service, such document shall be sent to the applicant by post.

If the applicant's request is submitted through a representative, the powers of the representative shall be supported by documents in accordance with the legislation of the Russian Federation.

21. A request for rendering the public service shall be submitted:

In the form of a physical document by sending it by post, submitting directly to the tax authority or the authorized organization or through the multifunctional center;

In electronic form using the Internet-based technologies, including the Unified Portal of Public and Municipal Services (Functions) (provided that there is a technical capability).

22. A request for rendering the public service in the form of a physical document shall be submitted (sent):

1) When providing information from the YeGRYuL, to any tax authority authorized to provide information from the YeGRYuL or to the multifunctional center;

2) When providing information from the YeGRIP, to any tax authority authorized to provide information from the YeGRIP or to the multifunctional center;

3) When providing a copy of document(s) contained in the YeGRYuL, to the tax authority at the location of the legal entity that is authorized to provide copies of documents contained in the YeGRYuL or to the multifunctional center;

4) When providing a copy of document(s) contained in the YeGRIP, to the tax authority at the place of residence of the individual entrepreneur that is authorized to provide copies of documents contained in the YeGRIP or to the multifunctional center.

23. A request for rendering the public service for comparing information on the personal data of a particular individual set forth in the request with the information contained in the YeGRYuL/YeGRIP shall be submitted in the form of a physical document directly by the individual requesting such information to any tax authority authorized to provide information from the YeGRYuL/YeGRIP. Together with the request, the said individual shall submit a document proving his/her identity in accordance with the legislation of the Russian Federation.

24. A request for rendering the public service for providing information on the place of residence of a particular individual entrepreneur contained in the YeGRIP shall be submitted in the form of a physical document directly by the individual requesting such information to any tax authority authorized to provide information from the YeGRIP. Together with the request, the said individual shall submit a document proving his/her identity in accordance with the legislation of the Russian Federation.

25. A request for rendering the public service for providing an individual entrepreneur with information on individuals who received information on his/her place of residence shall be submitted in the form of a physical document to the tax authority at the place of residence of the individual entrepreneur that is authorized to provide such information. Together with the request, the said individual entrepreneur shall submit a document proving his/her identity in accordance with the legislation of the Russian Federation.

26. A request for rendering the public service for providing information from the YeGRYuL/YeGRIP in electronic form using the Internet-based technologies shall be submitted directly in the form of a physical document or sent by post to the authorized organization in order to obtain information on legal entities/individual entrepreneurs registered in the Russian Federation.

If there is a technical capability, the request specified in this paragraph may be sent to the authorized organization in electronic form.

27. A request for rendering the public service for providing an extract on a particular legal entity or individual entrepreneur in electronic form shall be sent through the Internet service using an electronic signature verification key certificate (hereinafter the "ESVKC").

Exhaustive List of Documents Required in Accordance with Regulatory Legal Acts for Rendering the Public Service that are at the Disposal of Public Authorities and Other Bodies Involved in Rendering the Public Service and that the Applicant is Entitled to Submit as well as Ways of their Receipt by Applicants, Including in Electronic Form, and the Procedure for their Submission

28. If in accordance with Federal Law dated August 8, 2001 No. 129-FZ, the public service for provision of information and documents contained in the YeGRYuL/YeGRIP is rendered for a fee which amount is established by Resolution of the Government of the Russian Federation dated May 19, 2014 No. 462, the applicant is entitled to submit to the tax authority or the authorized organization on his/her own initiative a document confirming payment together with the request for rendering the public service.

29. The applicant's failure to submit the document specified in paragraph 28 of this Administrative Regulation shall not constitute the ground for refusal to render the public service.

Reference that It Is Prohibited to Request the Applicant to Submit the Documents and Information or to Take the Actions Provided for by Paragraphs 1 and 2 of Part 1 of Article 7 of Federal Law dated July 27, 2010 No. 210-FZ On Organization of Rendering of Public and Municipal Services.

30. The tax authority or the authorized organization may not require that the applicant:

1) Submits any documents and information or takes any actions, which submission or taking is not provided for by the regulatory legal acts governing the relations arising out of rendering the public service;

2) Submits any documents and information that in accordance with regulatory legal acts of the Russian Federation, regulatory legal acts of constituent entities of the Russian Federation and municipal legal acts are at the disposal of the public authorities rendering the public service, other public authorities, local authorities and organizations involved in rendering the public service, except for the documents specified in Part 6 of Article 7 of Federal Law dated July 27, 2010 No. 210-FZ.

Exhaustive List of Grounds for Denial to Accept Documents Required for Rendering the Public Service

31. The grounds for denial to accept the request required for rendering the public service shall be:

1) For an individual not being an individual entrepreneur, the absence in the request submitted in hard copy of the individual's signature, his/her surname, first name and patronymic (if any); postal address or e-mail address (if the result of rendering the public service shall be sent by post or e-mail, accordingly);

2) For an organization (an individual entrepreneur), the absence in the request of:

a) Name of the organization (surname, first name and patronymic (if any) of the individual entrepreneur);

b) OGRN (OGRNIP) and INN of the applicant;

c) Postal address or e-mail address (if the result of rendering the public service shall be sent by post or e-mail, accordingly);

d) Signature and surname and initials of the individual who signed the request submitted in hard copy;

3) Submitting of an illegible request;

4) Non-conformity of the data of the holder of the electronic signature verification key certificate with the applicant's data specified in the request submitted in electronic form;

5) Applicant's lack of authority to obtain an extract in electronic form (about himself/herself) using the Internet service;

6) Applicant's not having, or inaccuracy of, ESVKC (in case of sending a request for rendering the public service using the Internet service).

Exhaustive List of Grounds for Suspension or Denial of the Public Service

32. There are no grounds to suspend rendering the public service.

33. The public service shall not be provided in case:

1) Applicant fails to submit the documents required for rendering the public service provided for by paragraphs 23–25 of this Administrative Regulation;

2) There is information on non-receipt of the fee charged for rendering the public service (if in accordance with Federal Law dated August 8, 2001 No. 129-FZ, the public service for provision of

information and documents contained in the YeGRYuL/YeGRIP shall be rendered for a fee which amount is established by Resolution of the Government of the Russian Federation dated May 19, 2014 No. 462).

List of Services that are Necessary and Compulsory for Rendering the Public Service, Including Information on Document(s) Issued by Organizations Involved in Rendering the Public Service

34. While rendering the public service, no other services necessary and compulsory for rendering the public service are rendered and no other organizations are involved in rendering the public service.

Procedure, Amount and Grounds for Charging State Duties or other Fees Charged for Rendering the Public Service

35. In accordance with paragraph 1 of Article 7 of Federal Law dated August 8, 2001 No. 129-FZ, the public service for provision of information and documents contained in the YeGRYuL/YeGRIP shall be rendered for a fee, unless otherwise provided for by federal laws.

36. No state duty shall be charged for rendering the public service related to the provision of information and documents from the YeGRYuL/YeGRIP.

37. A fee shall be charged for rendering the public service related to provision of information and documents from the YeGRYuL/YeGRIP; the amount of such fee is established by Resolution of the Government of the Russian Federation dated May 19, 2014 No. 462.

38. Amount of a fee for rendering the public service is:

In case of providing information on a particular legal entity or individual entrepreneur (except for providing information to a legal entity or an individual entrepreneur on themselves), RUB 200;

In case of providing information on a particular legal entity or individual entrepreneur no later than the business day following the day the request is received by the registering authority (hereinafter the "urgent provision"), RUB 400;

In case of providing the statement provided for by paragraph 6 of Article 6 of Federal Law dated August 8, 2001 No. 129-FZ, RUB 200 (in case of the urgent provision of the statement, RUB 400);

In case of providing a document on a particular legal entity or individual entrepreneur (except for provision of documents in accordance with paragraph 2 of Article 7 of the Federal Law dated August 8, 2001 No. 129-FZ), RUB 200 (in case of urgent provision of the document, RUB 400).

39. The amount of fee for rendering the public service for provision of information contained in the YeGRYuL/YeGRIP in electronic form shall be:

In case of one-time provision of information (except for provision of information on a particular legal entity or individual entrepreneur) in electronic form, RUB 50,000 (in case of one-time provision of updated information, RUB 5,000);

In case of providing information (except for provision of information on a particular legal entity or individual entrepreneur) in electronic form as annual subscription services per workplace, RUB 150,000.

Maximum Waiting Period in a Queue when Submitting a Request for Rendering the Public Service and Obtaining the Result of Rendering the Public Service

40. In case the applicant directly contacts the tax authority or the authorized organization to submit a request for rendering the public service or to obtain the result of rendering the public service directly, the waiting period in a queue shall be no more than 15 minutes.

Time Period and Procedure for Registering an Applicant's Request for Rendering the Public Service, Including in Electronic Form

41. The time period for registering a request for rendering the public service, including in electronic form, shall not exceed one business day from the date it is received by the tax authority or the authorized organization.

42. A request for rendering the public service, including in electronic form, shall be registered by assigning a reference number specifying the date it is received by the tax authority or the authorized organization.

Requirements for Premises where the Public Service is Rendered, Place of Waiting and Reception of Applicants, Placement and Appearance of Visual, Text and Multimedia Information on the Procedure for Rendering the Public Service

43. Information on the working hours of the tax authority or the authorized organization shall be prominently placed at the entrance to the building of the tax authority or the authorized organization.

44. As a rule, applicants shall be received by the tax authorities or the authorized organization in specially equipped premises (service areas or offices).

The premises for receiving the applicants shall be located on the lower floors of buildings of the tax authorities, with a separate entrance, where practical.

Entrance to the premises where the public service is rendered and movement therein shall not offer difficulties for persons with disabilities.

45. While waiting for the reception, the applicants shall be in rooms equipped with chairs, armchair sections or benches, tables (desks) enabling execution of documents.

46. The premises for reception of applicants shall be equipped with an information stand and a telephone for enquiries.

Information stands shall be in a visible place (including in case of a large number of visitors).

Information shall be placed in a readable fashion.

47. Officials of the tax authorities or the authorized organization in charge of receiving applicants for rendering the public service are required to carry badges and/or have plates at their workplaces specifying their surnames, first names, patronymics (if any) and positions held.

48. No additional requirements are set for placement and appearance of the premises and of the visual, text and multimedia information.

Parameters of Accessibility and Quality of the Public Service, Including Number of Interactions between the Applicant and Officials when Rendering the Public Service and their Duration, Possibility to Receive the Public Service in a Multifunctional Center Rendering Public and Municipal Services, Possibility to Obtain Information on the Progress of Rendering the Public Service, including with the Use of Information and Communication Technologies

49. The parameters of accessibility and quality of the public service shall be:

1) Possibility of receiving the public service in a timely manner and in accordance with this Administrative Regulation, including through the multifunctional center;

2) Possibility of obtaining full, relevant and reliable information on the procedure for rendering the public service, including in electronic form;

3) Possibility of out-of-court consideration of applicants' complaints about decisions, actions (inaction) of officials in charge of rendering the public service;

4) Number of interactions between the applicant and the officials when rendering the public service and their duration.

While obtaining the public service, the applicant shall interact with the officials twice, i.e. when submitting a request to the tax authority (authorized organization) and when the result of rendering the

public service is directly obtained by the applicant. When rendering the public service, one interaction between the applicant and the official shall not be more than 15 minutes.

50. The public service shall be received in the multifunctional centers in accordance with this Administrative Regulation on the basis of cooperation agreements entered into by the tax authority and the authorized multifunctional center.

51. The applicants shall be provided with the opportunity to obtain information on the progress of rendering the public service at the official websites of the Federal Tax Service and the Federal Tax Service Departments, the Unified Portal of Public and Municipal Services (Functions).

52. The applicants shall be provided with the opportunity to assess the availability and the quality of the public service at the official website of the Federal Tax Service www.nalog.ru in the Polling (Anketirovanie) service.

Other Requirements, Including Those Taking into Account Specific Features of Rendering the Public Service in Multifunctional Centers Rendering Public and Municipal Services and of Rendering the Public Service in Electronic Form

53. Any other requirements, including those taking into account specific features of rendering the public service in multifunctional centers and of rendering the public service in electronic form shall not be set.

III. Composition, Sequence and Time Periods of Administrative Procedures (Actions), Requirements for their Performance, including Specific Features of Administrative Procedures (Actions) in Electronic Form

54. Rendering of the public service includes the following administrative procedures:
Receiving and registering an applicant's request;
Generating and sending an interdepartmental request for provision of the document required for rendering the public service and provided for by paragraph 28 of this Administrative Regulation to the federal executive body that performs law enforcement duties to ensure the implementation of the federal budget and cash services for implementation of budgets of the budget system of the Russian Federation in accordance with the legislation of the Russian Federation;
Preparing and executing documents resulting from rendering the public service;
Issuing (sending) documents resulting from rendering the public service.

55. The sequence of administrative procedures for rendering the public service is shown in the flowchart in Appendix No. 8 to this Administrative Regulation.

Receiving and Registering an Applicant's Request

56. The basis for initiating the administrative procedure for receiving and registering an applicant's request shall be receipt:
By the tax authority of a request (sent by post, submitted directly or through the multifunctional center) for rendering the public service for provision of information contained in the YeGRYuL/YeGRIP in the form of an extract from the YeGRYuL/YeGRIP; copies of a document (documents) contained in the YeGRYuL/YeGRIP; on the conformity of information on the personal data of a particular individual set forth in the request for rendering the public service with the information contained in the YeGRYuL/YeGRIP; on the provision of information on the place of residence of an individual entrepreneur; on providing an individual entrepreneur with information on persons who received information on his/her place of residence in accordance with Federal Law dated August 8, 2001 No. 129-FZ;

By the authorized organization of a request (submitted directly, sent by post or electronically) for provision of information from the YeGRYuL/YeGRIP using the Internet-based technologies or a request for provision of information on a particular legal entity or individual entrepreneur (on themselves) sent using the Internet service in the form of an electronic document.

57. When the applicant submits a request in writing (hereinafter the "written request") directly to the tax authority or to the authorized organization, the specialist in charge of receiving and registering documents shall check the existence of grounds for denial to accept the request specified in paragraph 31 of this Administrative Regulation.

58. When submitting a request for provision of information on the place of residence of an individual entrepreneur or a request for conformity of information on the personal data of a particular individual set forth in a request for rendering the public service with the information contained in the YeGRYuL/YeGRIP or a request for providing an individual entrepreneur with information on persons who received information on his/her place of residence in accordance with Federal Law dated August 8, 2001 No. 129-FZ, the specialist in charge of receiving and registering the documents shall check the document identifying, in accordance with the legislation of the Russian Federation, the individual who submitted the request for rendering the public service.

59. If there is at least one of the grounds specified in paragraph 31 or sub-paragraph 1 of paragraph 33 of this Administrative Regulation, the specialist in charge of receiving and registering documents shall return the written request to the applicant.

At the instance of the applicant, the specialist in charge of receiving and registering documents shall make a note of the denial to accept on the request for rendering the public service, specifying the grounds, his/her surname, initials, position and the date of denial to accept the request.

60. If there are no grounds specified in paragraph 31 or sub-paragraph 1 of paragraph 33 of this Administrative Regulation, the specialist in charge of receiving and registering documents shall accept the written request, at the instance of the applicant, make a note of its acceptance on the second copy of the request and specify his/her surname, initials, position and the date of receipt of the request.

A written request of the applicant, including that sent by post, shall be received and registered by the specialist in charge of receiving and registering documents within the time limits and in the manner prescribed by paragraphs 41–42 of the Administrative Regulation.

61. If a request is received in electronic form by the authorized organization, the format and logical control of the request shall be carried out automatically, and the existence of grounds for denial to accept the request specified in paragraph 31 of this Administrative Regulation shall be checked.

If there are no grounds for denial to accept the request specified in paragraph 31 of this Administrative Regulation, the request shall be automatically recorded by the software of the authorized organization.

If there are any grounds for denial to accept the request specified in paragraph 31 of this Administrative Regulation, a notice of impossibility to render the service and of the reason therefor shall be sent to the applicant using the Internet service no later than the day following the day of receipt of the request.

62. The administrative procedure shall result in registration of the request.

63. After completing the administrative actions provided for by paragraphs 56–60 of this Administrative Regulation, the specialist responsible for receipt and registration of documents shall transfer the submitted request to the specialist responsible for generation and submission of an interdepartmental request for documents required for rendering the public service to public and any other authorities involved in rendering of the public service.

Generating and Sending an Interdepartmental Request for Provision of the Document Required for Rendering the Public Service and Provided for by Paragraph 28 of This Administrative Regulation to the Federal Executive Body that Performs Law Enforcement Duties to Ensure the Implementation of

the Federal Budget and Cash Services for Implementation of Budgets of the Budget System of the Russian Federation in Accordance with the Legislation of the Russian Federation

64. The ground for initiation of the administrative procedure for generation and sending of an interdepartmental request for a document required for rendering the public service, as provided for by paragraph 28 of this Administrative Regulation, to the Federal Treasury shall be non-submission by the applicant of a document required for rendering the public service as provided for by paragraph 28 of this Administrative Regulation.

65. An interdepartmental request shall be generated in accordance with the requirements of Article 7.2 of Federal Law No. 210-FZ dated July 27, 2010 and sent as an electronic document signed with an enhanced encrypted and certified electronic signature, through the channels of the interdepartmental electronic interaction system (hereinafter referred to as the "interdepartmental electronic interaction system").

66. After sending an interdepartmental request, the request for rendering the public service submitted to the tax authority or the authorized organization shall be transferred to the specialist responsible for preparation and execution of documents resulting from rendering the public service.

67. If, for rendering the public service, no submission of the document provided for by paragraph 28 of this Administrative Regulation is required or if the document required for rendering the public service as provided for by paragraph 28 of this Administrative Regulation is submitted by the applicant on his/her/its own initiative, the request submitted to the tax authority or the authorized organization shall be transferred to the specialist responsible for preparation and execution of documents resulting from rendering the public service, without generating and sending an interdepartmental request.

68. The maximum period for performing administrative actions provided for by paragraphs 64–67 of this Administrative Regulation shall not exceed one business day from the date of registration of the request for rendering the public service.

Preparing and Executing Documents Resulting from Rendering the Public Service

69. The ground to initiate an administrative procedure for preparation and execution of documents resulting from rendering the public service shall be receipt by a structural subdivision of the tax authority or the authorized organization responsible for provision of the information (documents) contained in YeGRYuL/YeGRIP of a request for rendering the public service.

Provision of Information on a Particular Legal Entity/Individual Entrepreneur Contained in the YeGRYuL/YeGRIP

70. The specialist responsible for provision of the information from YeGRYuL/YeGRIP on a particular legal entity/individual entrepreneur shall prepare an extract from YeGRYuL/YeGRIP. The said extract shall include the information contained in YeGRYuL/YeGRIP, except for the information, to which an access is limited in accordance with paragraph 1 of Article 6 of Federal Law No. 129-FZ dated August 8, 2001 (number, date of issue and name of the authority that has issued the individual's identity document).

71. Extracts from YeGRYuL/YeGRIP shall be executed taking into account the following.

Based on one request for rendering the public service, the following documents shall be provided:

One copy of the extract from YeGRYuL/YeGRIP provided for by the second paragraph of subparagraph 1 of paragraph 17 of this Administrative Regulation if such extract, in accordance with the legislation of the Russian Federation, is provided free of charge;

Number of copies of the extract from YeGRYuL/YeGRIP specified in the second paragraph of subparagraph 1 of paragraph 17 of this Administrative Regulation as specified in the request for

information, taking into account the fee amount for provision of information, if such extract, in accordance with the legislation of the Russian Federation, is provided for a fee.

72. The extract shall be printed on A4 sheets in Times New Roman font (font size 12).

The following printing types shall be allowed:

One-sided printing, portrait orientation, one page on one side of a sheet (page parameters: scale — 100% of the natural size, margins: left — 2 cm, top, right and bottom — 1 cm);

Two-sided printing, portrait orientation, side bind, one page on one side of a sheet (page parameters: scale — 90% of the natural size, margins: left and right — 2 cm, top and bottom — 1 cm);

One-sided printing, portrait orientation, two pages on one side of a sheet (page parameters: scale — 100% of the natural size, margins: top — 2 cm, left, right and bottom — 1 cm);

Two-sided printing, portrait orientation, side bind, two pages on one side of a sheet (page parameters: scale — 100% of the natural size, margins: top and bottom — 2 cm, left and right — 1 cm).

73. The first page of the extract shall mandatorily bear the date of its generation and the number of the extract according to the register of extracts from YeGRYuL/YeGRIP.

Each page of the extract shall bear two lines in the page footer: in the first line — "Extract from YeGRYuL/YeGRIP" on the left, OGRN (OGRNIP) XXXXXXXXXXXXX (XXXXXXXXXXXXXXX) at the center, the page number on the right as: page Y of No., where Y is the relevant page number, No. is the number of pages in the extract; in the second line — DD.MM.YYYY HH:NN on the left, where DD is the day, MM is the month, YYYY is the year, HH is the hour, and NN is the minutes.

74. An extract of more than one sheet shall be "bound" so that not to impede its reading and making it possible to ensure inalterability of the document being prepared and its integrity as a whole.

It shall be bound through binding the extract sheets in two places located in the middle of the left edge (in case of one page on one side of a sheet) or in the middle of the upper edge (in case of two pages on one side of a sheet) of the extract sheets at approximately 6 to 8 cm distance from each other.

Two binding types shall be allowed:

By a string using a punch;

By metal staples using a stapler.

When binding the extract, a paper sticker, which is to be bound together with the extract, shall be applied to the front page of the extract. In this case, the ends of the string tied with a knot or the ends of metal staples shall be located on the back page of the last sheet of the extract. The loose edge of the paper sticker shall be folded covering the "binding" on the front page of the extract and glued to the back page of the last sheet of the extract covering the ends of the metal staples or the string knot (the ends of the string shall remain loose).

The paper sticker on the back page of the last sheet of the extract, in any case of binding of the extract, shall bear the following text: "Numbered, bound, and sealed on (specifying the number of sheets in words and in figures in brackets) sheets", which may go beyond the sticker.

The sticker shall be affixed with a signature of the official, who has signed the extract, sealed with the official seal of the tax authority. In this case, the official's signature and the seal of the tax authority shall be applied partially on the sticker and partially on the sheet, where it is attached.

75. If there is no requested information in YeGRYuL/YeGRIP or it is impossible to determine a particular legal entity or a particular individual entrepreneur due to the lack of information in the request for rendering the public service as provided for by subparagraph 1 of paragraph 20 of this Administrative Regulation, the specialist responsible for provision of the information from YeGRYuL/YeGRIP shall prepare a certificate on the absence of the requested information in YeGRYuL/YeGRIP.

76. If there is information on non-receipt of the fee charged for rendering the public service (if in accordance with Federal Law dated August 8, 2001 No. 129-FZ, the public service for provision of information contained in the YeGRYuL/YeGRIP shall be rendered for a fee which amount is

established by Resolution of the Government of the Russian Federation dated May 19, 2014 No. 462), the specialist responsible for provision of the information from YeGRYuL/YeGRIP shall prepare a notice that it is impossible to render the public service specifying a ground.

A document confirming payment (if submitted) shall be attached to the notice of the impossibility to render the public service.

77. An extract from YeGRYuL/YeGRIP or a certificate on the absence of the requested information in YeGRYuL/YeGRIP, or a notice of the impossibility to render the public service, all signed by an authorized official, shall be transferred to the specialist responsible for issue (sending) of the documents resulting from rendering the public service.

Submission of a Copy of a Document (Documents) Contained in the YeGRYuL/YeGRIP

78. The specialist responsible for provision of copies of the documents contained in YeGRYuL/YeGRIP shall prepare a copy of the requested document.

A copy of the document contained in YeGRYuL or YeGRIP shall be provided to a party concerned in the number of counterparts specified in the request, taking into account the fee amount for provision of a copy of the document.

79. A copy of a document contained in the YeGRYuL/YeGRIP shall be made taking into account the following.

A copy of each requested document contained in YeGRYuL/YeGRIP shall be made separately.

When making a copy of the document, it shall be allowed to place two pages of the document on one sheet — one on each side of the sheet.

The first page of the copy of the document shall bear the following text in a blank space in the upper left corner: "True copy".

The last page of the copy of a constituent document shall bear the following text: "The copy is made from the constituent document of a legal entity: OGRN (specifying OGRN), submitted upon making an entry in YeGRYuL dated (specifying the date) under state registration number (specifying OGRN or state registration number of the entry, for making which in YeGRYuL the constituent document of the legal entity, from which this copy is made, is submitted)".

The last page of the copy of amendments to the constituent document shall bear the following text: "The copy is made from the amendments to the constituent document of a legal entity: OGRN (specifying OGRN), submitted upon making an entry in YeGRYuL dated (specifying the date) under state registration number (specifying state registration number of the entry on amendments to the constituent document of the legal entity, for making which in YeGRYuL the amendments to the constituent document, from which this copy is made, are submitted)".

A copy of more than one sheet shall be bound subject to the requirements provided for by paragraph 74 of this Administrative Regulation.

80. If there is no requested document in YeGRYuL/YeGRIP or it is impossible to determine a particular legal entity or a particular individual entrepreneur, for which a copy of the document is requested, the specialist responsible for provision of copies of the documents contained in YeGRYuL/YeGRIP shall prepare a certificate on the absence of the requested information in YeGRYuL/YeGRIP.

81. If there is information on non-receipt of the fee charged for rendering the public service (if in accordance with Federal Law dated August 8, 2001 No. 129-FZ, the public service for provision of documents contained in the YeGRYuL/YeGRIP shall be rendered for a fee which amount is established by Resolution of the Government of the Russian Federation dated May 19, 2014 No. 462), specialist responsible for provision of copies of the documents contained in YeGRYuL/YeGRIP shall prepare a notice that it is impossible to render the public service specifying a ground.

A document confirming payment (if submitted) shall be attached to the notice of the impossibility to render the public service.

82. A copy of the document contained in YeGRYuL/YeGRIP, or a certificate on the absence of the requested information, or a notice of the impossibility to render the public service, all certified by an authorized official, shall be transferred to the specialist responsible for issue (sending) of the documents resulting from rendering the public service.

Provision of a Certificate of Correspondence or Non-Correspondence of Information on Personal Data of a Particular Individual Set Forth in the Request for Rendering the Public Service with the Information Contained in YeGRYuL/YeGRIP

83. The specialist responsible for provision of the information from YeGRYuL/YeGRIP shall compare the information contained in YeGRYuL/YeGRIP on the personal data of a particular individual with the information contained in the request for rendering the public service and prepare a certificate of correspondence or non-correspondence of the information set forth in the request for rendering the public service with the information contained in YeGRYuL/YeGRIP.

84. If there is information on non-receipt of the fee charged for rendering the public service (if in accordance with Federal Law dated August 8, 2001 No. 129-FZ, the public service for provision of information contained in the YeGRYuL/YeGRIP shall be rendered for a fee which amount is established by Resolution of the Government of the Russian Federation dated May 19, 2014 No. 462), the specialist responsible for provision of the information from YeGRYuL/YeGRIP shall prepare a notice that it is impossible to render the public service specifying a ground.

A document confirming payment (if submitted) shall be attached to the notice of the impossibility to render the public service.

85. A certificate of correspondence or non-correspondence of personal data of a particular individual set forth in the request for rendering the public service with the information contained in YeGRYuL/YeGRIP or a notice of the impossibility to render the public service, both signed by an authorized official, shall be transferred to the specialist responsible for issue (sending) of the documents resulting from rendering the public service.

Provision of Information on a Place of Residence of an Individual Entrepreneur

86. The specialist responsible for provision of the information from YeGRIP shall prepare an extract from YeGRIP on the place of residence of an individual entrepreneur.

87. If there is information on non-receipt of the fee charged for rendering the public service (if in accordance with Federal Law dated August 8, 2001 No. 129-FZ, the public service for provision of information contained in the YeGRYuL/YeGRIP shall be rendered for a fee which amount is established by Resolution of the Government of the Russian Federation dated May 19, 2014 No. 462), the specialist responsible for provision of the information from YeGRYuL/YeGRIP shall prepare a notice that it is impossible to render the public service specifying a ground.

A document confirming payment (if submitted) shall be attached to the notice of the impossibility to render the public service.

88. An extract from YeGRIP on the place of residence of an individual entrepreneur or a notice of the impossibility to render the public service, both signed by an authorized official, shall be transferred to the specialist responsible for issue (sending) of the documents resulting from rendering the public service.

Provision to an Individual Entrepreneur of Information on Persons Who Have Obtained, in Accordance with Federal Law No. 129-FZ dated August 8, 2001, Information on His/Her Place of Residence

89. The specialist responsible for provision of the information from YeGRIP shall prepare the information on the persons who have obtained, in accordance with Federal Law No. 129-FZ dated August 8, 2001, the information on the place of residence of an individual entrepreneur.

90. If there is no requested information, the specialist responsible for provision of the information from YeGRIP shall prepare a certificate on the absence of the requested information.

91. The information on the persons who have obtained, in accordance with Federal Law No. 129-FZ dated August 8, 2001, the information on the place of residence of an individual entrepreneur or a certificate on the absence of the requested information, both signed by an authorized official, shall be transferred to the specialist responsible for issue (sending) of the documents resulting from rendering the public service.

Provision of Information from YeGRYuL/YeGRIP in Electronic Form

92. The information from YeGRYuL/YeGRIP in electronic form shall be provided:

Using the Internet-based technologies — by establishing an access to the section of the official web site of the Federal Tax Service, which contains the information from YeGRYuL/YeGRIP;

Using the Internet-based service — in the form of an extract on a legal entity or an individual entrepreneur (on himself/herself).

Provision of Information from YeGRYuL/YeGRIP Using Internet-Based Technologies

93. The specialist responsible for provision of the information from YeGRYuL/YeGRIP using the Internet-based technologies shall:

Determine for the applicant the attributes of an access to the information from YeGRYuL/YeGRIP using the Internet-based technologies that make it possible to clearly identify him/her/it;

Prepare a notice on provision of the information from the YeGRYuL/YeGRIP using Internet-based technologies that contains attributes of access to the information from the YeGRYuL/YeGRIP using the Internet-based technologies.

94. If there is information on non-receipt of the fee charged for rendering the public service (if in accordance with Federal Law dated August 8, 2001 No. 129-FZ, the public service for provision of information contained in the YeGRYuL/YeGRIP shall be rendered for a fee which amount is established by Resolution of the Government of the Russian Federation dated May 19, 2014 No. 462), the specialist responsible for provision of the information from YeGRYuL/YeGRIP using the Internet-based technologies shall prepare a notice that it is impossible to render the public service specifying a ground.

A document confirming payment (if submitted) shall be attached to the notice of the impossibility to render the public service.

95. A notice of provision of the information from YeGRYuL/YeGRIP using the Internet-based technologies or a notice of the impossibility to render the public service specifying the reason, both signed by an authorized official, shall be transferred to the specialist responsible for issue (sending) of the documents resulting from rendering the public service.

96. The duration of the access attributes shall be one year from the beginning date of provision of the information from YeGRYuL/YeGRIP using the Internet-based technologies.

The beginning date for provision of the information shall be the date of the user's first logging in the system but no later than a month after the sending date of a notice of provision of the information from YeGRYuL/YeGRIP using the Internet-based technologies as specified in paragraph 93 of this Administrative Regulation.

Upon expiration of the duration of the said access attributes, provision of the information from YeGRYuL/YeGRIP using the Internet-based technologies shall be extended based on a newly submitted request provided for by paragraph 26 of this Administrative Regulation.

97. Provision of the information from YeGRYuL/YeGRIP using the Internet-based technologies may be performed as:

One-time provision of the information (updated information);

Subscriber maintenance of one work station.

98. One-time provision of the information shall be performed by establishing for the applicant an access to the information (updated information) contained in YeGRYuL/YeGRIP, starting from the beginning date of generation of the relevant register (July 1, 2002 for YeGRYuL; January 1, 2004 for YeGRIP) to the date of provision of an access to the information (updated information) inclusive.

The updated information shall be provided based on the relevant request if the applicant has valid attributes of an access to the information from YeGRYuL/YeGRIP.

In case of provision of the information (updated information), the applicant shall be procured with a possibility to access the section of the official web site of the Federal Tax Service containing the information from YeGRYuL/YeGRIP, which status is recorded as at the provision date of the access attributes, for an unlimited number of times within the duration of the access attributes.

99. In case of subscriber maintenance of one work station, the applicant shall be provided with a possibility to access the section of the official web site of the Federal Tax Service containing the daily updated information from YeGRYuL/YeGRIP in full, starting from the beginning date of generation of the relevant register (July 1, 2002 for YeGRYuL; January 1, 2004 for YeGRIP) to the date of visit of the said section, for an unlimited number of times within the duration of the access attributes.

100. In case of provision of the information from YeGRYuL/YeGRIP using the Internet-based technologies, the user shall be provided with a possibility to search for the information in the amount of information from YeGRYuL/YeGRIP provided in accordance with paragraphs 98 and 99 of this Administrative Regulation.

101. In case of subscriber maintenance of one work station, in addition to the possibility to obtain the information from YeGRYuL/YeGRIP specified in paragraphs 99 and 100 of this Administrative Regulation, the applicant shall be provided with a possibility to obtain the information from YeGRYuL/YeGRIP for use in his/her/its information systems (hereinafter referred to as the "integration of the information from YeGRYuL/YeGRIP").

In case of integration of the information from YeGRYuL/YeGRIP, the applicant shall be provided with:

Information from YeGRYuL/YeGRIP in full, starting from the beginning date of generation of the relevant register (July 1, 2002 for YeGRYuL; January 1, 2004 for YeGRIP) to January 1 of the current year (hereinafter referred to as the "complete information for integration");

Amendments to the information from YeGRYuL/YeGRIP (hereinafter referred to as "amendments to the information for integration"), starting from January 1 of the current year daily as at a particular date.

The complete information for integration (amendments to the information for integration) shall be provided as archive files generated by a standard archiving program. Each archive file shall contain no more than 100 XML files, each of which contains the information on no more than 20 thousand legal entities/individual entrepreneurs.

The description of the name and structure of the files mentioned in this paragraph shall be posted on the official web site of the Federal Tax Service in the "Access to YeGRYuL/YeGRIP" service.

102. The obtained information from YeGRYuL/YeGRIP for integration shall be processed by the applicant's software applications.

Provision of Information from YeGRYuL/YeGRIP Using the Internet-Based Service

103. Provision of the information from YeGRYuL/YeGRIP using the Internet-based service shall be in the form of an extract on a legal entity/individual entrepreneur being the applicant (on himself/herself) as an electronic document.

104. The Internet-based service shall be accessed if an individual entrepreneur or a person entitled to act on behalf of a legal entity without a power of attorney has a valid electronic signature verification key certificate (ESVKC) (CryptoPro certificate) issued by the certification centers accredited by the Ministry of Communications and Mass Media of the Russian Federation.

105. Upon receipt of the request generated using the Internet-based service hosted on the web site of the Federal Tax Service, the software applications of the Federal Tax Service shall automatically verify the authenticity of the applicant's ESVKC and the applicant's authority in accordance with the information on a legal entity and an individual entrepreneur contained in YeGRYuL/YeGRIP.

106. If, during verification specified in paragraph 105 of this Administrative Regulation, any grounds provided for by paragraph 31 of this Administrative Regulation are found, a notice of the impossibility to render the public service specifying the reason shall be generated.

107. If, during the verification specified in paragraph 105 of this Administrative Regulation, no grounds provided for by paragraph 31 of this Administrative Regulation are found, an extract in electronic form with an electronic signature shall be generated.

108. An extract in electronic form using the Internet-based service shall be provided by providing the applicant with a link to download the extract mentioned in paragraph 107 of this Administrative Regulation.

The extract shall be provided to the applicant directly when clicking on the specified link.

109. An extract using the Internet-based service shall be provided no later than the day following the registration date of the request in the Internet-based service.

An extract in electronic form shall be available to the applicant for use during five business days upon providing the link. After expiration of the said period, an access to the generated extract at the download link provided shall be terminated.

Before expiration of the said period, the applicant may repeatedly download the generated extract using the link provided.

Issuing (Sending) Documents Resulting from Rendering the Public Service

110. The ground to initiate an administrative procedure for issue (sending) of documents resulting from rendering the public service shall be receipt of the said documents by the specialist responsible for their issue (sending).

111. In case the applicant directly contacts the tax authority or the authorized organization to obtain the documents resulting from rendering the public service, the specialist responsible for issue of the said documents shall issue the documents provided for by paragraph 17 of this Administrative Regulation.

The maximum period for performing an administrative action provided for by this paragraph shall not exceed 10 minutes.

112. The documents resulting from rendering the public service, the method of which receipt is not specified, shall be transferred to the tax authority's structural subdivision sending mail to send them to the applicant by mail.

If a request for rendering the public service is submitted by the applicant to the tax authority through a multifunctional center, the documents resulting from rendering the public service shall be sent to the multifunctional center.

If the Request for provision of the information contained in the Unified State Register of Legal Entities and/or the Unified State Register of Individual Entrepreneurs using the Internet submitted to

the authorized organization specifies the "via e-mail" receipt method, the documents resulting from rendering the public service shall be sent to the applicant at the e-mail address specified in the named request (an archive file containing a scanned image of the specified notice and attributes of an access to the information from YeGRYuL/YeGRIP using the Internet-based technologies shall be attached).

113. Upon receipt by the authorized organization of a request for rendering the public service using the Internet-based service, the documents resulting from rendering the public service shall be provided to the applicant in the said Internet-based service as an electronic document.

114. No maximum period for performing administrative actions provided for by this subsection of the Administrative Regulation, except for the administrative action to be performed in accordance with paragraph 111 of this Administrative Regulation, shall be set forth, but it shall be limited by the requirements for the period set forth for rendering the public service.


IV. Forms of Control over Compliance with This Administrative Regulation


Procedure for Exercising Routine Control over Compliance with and Performance of Provisions of This Administrative Regulation and Any Other Regulatory Legal Acts Setting Forth Requirements for Rendering Public Service and for Taking Decisions by Responsible Officials


115. The routine control over compliance with and performance of the provisions of this Administrative Regulation and any other regulatory legal acts setting forth the requirements for rendering the public service and for taking decisions by the responsible officials (hereinafter referred to as the "routine control") shall be exercised by the officials of the tax authority or the authorized organization responsible for works in rendering the public service through a check.

The frequency of routine controls shall be set forth by the head of the tax authority or the authorized organization.

116. The list of officials exercising routine control shall be set forth by the internal administrative documents (orders, directives) of the tax authority or the authorized organization.


Procedure for and Frequency of Scheduled and Unscheduled Checks of Completeness and Quality of Rendering Public Service, including Procedure for and Forms of Control over Completeness and Quality of Rendering Public Service


117. The control over completeness and quality of rendering the public service shall be exercised by the Federal Tax Service in the form of scheduled and unscheduled checks of the tax authorities or the authorized organization responsible for rendering the public service.

The checks shall be conducted in order to find and remove infringements of the applicants' rights and legitimate interests, consider complaints from applicants against decisions or actions (omissions) of the officials of the tax authorities or the authorized organization responsible for rendering the public service, take decisions on, and prepare responses to, such complaints.

118. Scheduled checks shall be conducted based on semi-annual or annual action plans of the Federal Tax Service or the Federal Tax Service Departments.

119. Unscheduled checks shall be conducted based on orders or directives of the Federal Tax Service or the Federal Tax Service Departments.

120. When conducting checks, all issues related to rendering the public service (integrated checks) or any individual issues related to rendering the public service (subject checks) may be considered.


Responsibility of Officials of Tax Authorities or Authorized Organization for Decisions and Actions (Omissions) Taken (Performed) by Them during Rendering Public Service

121. Based on the results of the checks conducted, if any unlawful decisions, actions (omissions) of the officials of the tax authorities or the authorized organization responsible for rendering the public service or actual infringements of the applicants' rights and legitimate interests are found, the guilty officials shall be held responsible in accordance with the legislation of the Russian Federation.

122. Personal responsibility of the officials of the tax authorities or the authorized organization shall be envisaged in their job descriptions in accordance with the legislation of the Russian Federation.

Requirements for Procedure for and Forms of Control over Rendering Public Service, including by Citizens, Their Associations and Organizations

123. Control over rendering the public service, including by the citizens, their associations and organizations, shall be ensured through transparency of the activities of the tax authorities or the authorized organization in rendering the public service, receipt by the citizens, their associations and organizations of complete and reliable information on the procedure for rendering the public service, a possibility to appeal against the decisions or actions (omissions) of the tax authorities or the authorized organization responsible for rendering the public service and their officials under a prejudicial (extrajudicial) procedure.

V. Prejudicial (Extrajudicial) Procedure for Appealing against Decisions and Actions (Omissions) of Tax Authority Rendering Public Service and Its Officials

Information for Applicant on His/Her/Its Right to File Complaint against Decision and/or Action (Omission) of Tax Authority, Authorized Organization, and/or Its Officials in Rendering Public Service

124. The decisions and/or actions (omissions) of the tax authorities and/or their officials in rendering the public service may be appealed against, the relevant complaints shall be considered, and the decision thereon shall be taken according to the procedure set forth by Chapter 2.1 of Federal Law dated July 27, 2010 No. 210-FZ.

Basis of a Complaint

125. The basis of the complaint may be decisions and actions (omissions) of the tax authorities and their officials (specialists) taken (performed) by them in rendering the public service in accordance with this Administrative Regulation (hereinafter referred to as the "complaint"), which, in the applicant's opinion, infringe his/her/its rights and legitimate interests.

The applicant may file a complaint, in particular, in the following cases:

1) Delay in registration of the request for rendering the public service submitted to the tax authority or the authorized organization;

2) Delay in rendering the public service;

3) Request from the applicant for the documents not provided for by the regulatory legal acts of the Russian Federation for rendering the public service;

4) Refusal to accept the documents provided for by the regulatory legal acts of the Russian Federation for rendering the public service, from the applicant;

5) Refusal to render the public service, unless the grounds for refusal are provided for by the federal laws and any other regulatory legal acts of the Russian Federation adopted in accordance therewith;

6) Request for payment, not provided for by the regulatory legal acts of the Russian Federation in rendering the public service, to be made by the applicant;

7) Refusal of the tax authority rendering the public service or its officials to correct typos or errors made in the documents issued as a result of rendering the public service or delay in the period set for such corrections.

### Public Authorities and Officials Authorized for Complaint Consideration, to Whom Complaint May Be Sent

126. A complaint about the actions (omissions) of a specialist of the tax authority shall be filed to the tax authority rendering the public service.

A complaint about the decisions taken by an official of the tax authority rendering the public service and his/her actions (omissions) shall be filed to a higher tax authority.

### Complaint Filing and Consideration Procedure

127. The ground to initiate prejudicial (extrajudicial) appeal procedure shall be receipt by the tax authority specified in paragraph 126 of this Administrative Regulation of the complaint in writing in hard copy or in electronic form from the applicant.

The complaint may be sent by mail, using the official web sites of the Federal Tax Service, the Federal Tax Service Departments, the Unified Portal of Public and Municipal Services (Functions), or may be accepted through personal appointment of the applicant.

The complaint shall specify:

1) Name of the tax authority rendering the public service, name, patronymic (if any), and surname of the official, whose decisions and actions (omissions) are appealed against;

2) Name, patronymic (if any), and surname, information on the place of residence of the applicant being an individual or name, information on the location of the applicant being a legal entity, number(s) of contact telephone, e-mail address(es) (if any) and postal address, to which response shall be sent to the applicant;

3) Information on the appealed decisions and actions (omissions) of the tax authority rendering the public service or its official;

4) Arguments, on which basis the applicant disagrees with the decision and action (omission) of the tax authority rendering the public service or its official. The applicant may provide the documents (if any) confirming the applicant's arguments or their copies.

### Time Limits for Complaint Consideration

128. The complaint received by the authority specified in paragraph 126 of this Administrative Regulation shall be considered by the official empowered to consider complaints within fifteen business days from the date of its registration or, in case of appeal against the refusal of the tax authority or the authorized organization rendering the public service (or its official) to accept the documents from the applicant or to correct typos and errors or in case of appeal against the delay of the period set for such corrections, within five business days from the date of its registration.

### List of Reasons for Suspension of the Complaint Consideration

129. There are no reasons for suspension of the complaint consideration.

### Complaint Consideration Result

130. Based on the complaint consideration results, the authority specified in paragraph 126 of this Administrative Regulation shall take one of the following decisions:

1) To uphold the complaint, including in the form of reversal of the decision taken, correction of the typos and errors made by the tax authority or the authorized organization rendering the public service in the documents issued as a result of rendering the public service, refund of funds to the applicant, which are not to be charged as provided for by the regulatory legal acts of the Russian Federation, or in any other forms;

2) To dismiss the complaint.

### Procedure for Informing Applicant of Complaint Consideration Results

131. Based on the complaint consideration results, the tax authority specified in paragraph 126 of this Administrative Regulation shall, no later than the day following the date of the decision specified in paragraph 130 of this Administrative Regulation, send to the applicant a reasoned response in writing and, at the applicant's option, in electronic form on the complaint consideration results.

### Procedure for Appeal against Decision on Complaint

132. The decision on the complaint may be appealed against through a court.

### Applicant's Right to Obtain Information and Documents Required for Complaint Grounding and Consideration

133. When considering the complaint, the applicant may file a request for the information and documents required for the complaint grounding and consideration, including in electronic form.

### Methods for Informing Applicants of Complaint Filing and Consideration Procedure

134. The applicants shall be informed of the complaint filing and consideration procedure in accordance with paragraph 12 of this Administrative Regulation.

24

Appendix No. 1
to the Administrative Regulation for Rendering
by the Federal Tax Service of Public Service for
Provision of Information and Documents
Contained in the Unified State Register of Legal
Entities and the Unified State Register of
Individual Entrepreneurs (Approved by Order of
the Ministry of Finance of the Russian
Federation dated January 15, 2015 No. 5n

REQUEST
for Provision of Information Contained in the Unified State Registry of Legal Entities (YeGRYuL)
and (or) Unified State Registry of Individual Entrepreneurs (YeGRIP) through the Internet

name of a legal entity/name, patronymic, and surname of an individual

OGRN[1] _____   INN/KPP[1] _____

Identity document[2] _____

(document type)

series _____   numbe
r   _____

issued by and on _____

requests to provide the information contained in (*tick appropriate box with V*):

☐ - Unified State Register of Legal Entities;

☐ - Unified State Register of Individual Entrepreneurs

as (*tick appropriate box with V*):

☐ - One-time provision of the information in full;

☐ - One-time provision of the updated information. Specify the date of the previously sent
Request for provision of the information in full

_____ ;

☐ - Annual subscriber maintenance of one work station.

The payment is made by payment
document dated _____ No. _____
_____ No. _____

Please send the response:

☐ - By mail (registered mail)

☐ - Via e-mail without using the information protection tools

---

[1] To be filled in if the person receiving the information is a legal entity.
[2] To be filled in if the person receiving the information is an individual.

25

☐  -   Via e-mail using archiving with a password
         Passwo
         rd: _____ (Latin letters and figures only)

☐  -   Via e-mail using the certified information encryption tools

at _____

contact telephone: _____
                   area code, telephone number

_____     _____     _____
title of the person who has signed      name, patronymic, and surname of the           signature
         the application                 person who has signed the application
                                                      L.S.
         _____
              filling-in date

Appendix No. 2
to the Administrative Regulation for Rendering
by the Federal Tax Service of Public Service for
Provision of Information and Documents
Contained in the Unified State Register of Legal
Entities and the Unified State Register of
Individual Entrepreneurs (Approved by Order of
the Ministry of Finance of the Russian
Federation dated January 15, 2015 No. 5n

EXTRACT
from the Unified State Register of Legal Entities

_____                    No. _____

_
   Date of the extract generation

This extract contains information about the following legal entity

_____

—
                            full name of the legal entity

            OGRN        | | | | | | | | | | | | | ,

included    in    the    Unified    State    Register    of    Legal    Entities    as    at
_____ _____ 20_____:
    day        month in words            year

| No. | Item name | Item value |
|-----|-----------|------------|
|     |           |            |
|     |           |            |
|     |           |            |

The                    extract                    is                    generated                    by
_____
                    full name of the tax authority / organization subordinate to the Federal Tax
                    Service and authorized to provide information from the YeGRYuL

Position        of        the        responsible        official        _____
_____
                            signature            surname and initials

27

L.S.

Extract from the Unified State Register of Legal Entities (YeGRYuL)     OGRN
XXXXXXXXXXXXX        page Y of N
DD.MM.YYYY HH:NN

Appendix No. 3
to the Administrative Regulation for Rendering by the Federal Tax Service of Public Service for Provision of Information and Documents Contained in the Unified State Register of Legal Entities and the Unified State Register of Individual Entrepreneurs (Approved by Order of the Ministry of Finance of the Russian Federation dated January 15, 2015 No. 5n

EXTRACT
from the Unified State Register of Individual Entrepreneurs

_____ No. _____
   Date of the extract generation

    This extract contains information about individual entrepreneur/peasant (farm) enterprise, the head of which is *(specify as appropriate)*

_____
—
               surname, first name and patronymic (if any)

       OGRNIP   [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ] ,

included   in   the   Unified   State   Register   of   Individual   Entrepreneurs   as   at
_____ _____ 20_____
day       month in words       year

| No. | Item name | Item value |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

The          extract          is          generated          by
_____
    full name of the tax authority / organization subordinate to the Federal Tax Service and authorized to provide information from the YeGRIP

Position     of     the     responsible     official      _____
_____
              signature                   surname and initials

L.S.

Extract from the Unified State Register of Individual Entrepreneurs (YeGRIP)    OGRNIP
XXXXXXXXXXXXXXX   page Y of N
DD.MM.YYYY HH:NN

Appendix No. 4
to the Administrative Regulation for Rendering by the Federal Tax Service of Public Service for Provision of Information and Documents Contained in the Unified State Register of Legal Entities and the Unified State Register of Individual Entrepreneurs (Approved by Order of the Ministry of Finance of the Russian Federation dated January 15, 2015 No. 5n

LETTERHEAD
of the Taxation Authority

——————————————
——
**(postal code, address, telephone)**

N
——————————  ——————————

To ref. No. ————————————————

CERTIFICATE
of Correspondence (Non-Correspondence) of the Information, Set Forth in the Request, on Personal Data of an Individual with the Information Contained in the Unified State Register of Legal Entities

————————————————
No. ————————————————
date

    This is to inform that the information contained in the Unified State Register of Legal Entities on personal data of

——————————————————————————————————
——
surname, first name and patronymic (if any)

<u>corresponds/does not correspond </u>to the information stated in the request
*(specify as appropriate)*

——————————————————————————————————
——
surname, first name and patronymic (if any) of the applicant

This            certificate            is            prepared            by
——————————————————————————————————
full name of the tax authority

Position         of         the         responsible         official

31

_____
                    signature              surname and initials

Appendix No. 5
to the Administrative Regulation for Rendering by the Federal Tax Service of Public Service for Provision of Information and Documents Contained in the Unified State Register of Legal Entities and the Unified State Register of Individual Entrepreneurs (Approved by Order of the Ministry of Finance of the Russian Federation dated January 15, 2015 No. 5n

LETTERHEAD
of the Taxation Authority

_____

**(postal code, address, telephone)**

_____ N . _____

To ref. No.        _____

## CERTIFICATE

of Correspondence (Non-Correspondence) of the Information, Set Forth in the Request, on Personal Data of an Individual with the Information Contained in the Unified State Register of Individual Entrepreneurs

_____
No. _____
date

    This is to inform that the information contained in the Unified State Register of Individual Entrepreneurs on personal data of

_____

surname, first name and patronymic (if any)

OGRNIP    ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐ ,

corresponds/does not correspond to the information stated in the request
*(specify as appropriate)*

_____

surname, first name and patronymic (if any) of the applicant

This        certificate        is        prepared        by
_____
full name of the tax authority

Position            of            the            responsible            official
_____
                            signature                            surname and initials

34

Appendix No. 6
to the Administrative Regulation for Rendering
by the Federal Tax Service of Public Service for
Provision of Information and Documents
Contained in the Unified State Register of Legal
Entities and the Unified State Register of
Individual Entrepreneurs (Approved by Order of
the Ministry of Finance of the Russian
Federation dated January 15, 2015 No. 5n

EXTRACT
from the Unified State Register of Individual Entrepreneurs on the Place of Residence of an
Individual Entrepreneur (Head of a Peasant (Farm) Enterprise)

_____                    No. _____
  Date of the extract generation

     This extract contains information about individual entrepreneur/peasant (farm) enterprise, the
head of which is *(specify as appropriate)*

_____
__
                              surname, first name and patronymic (if any)

OGRNIP     ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐ ,

included in the Unified State Register of Individual Entrepreneurs:

| No. | Item name | Item value |
|-----|-----------|------------|
|  | Postal code |  |
|  | Constituent entity of the Russian Federation |  |
|  | District |  |
|  | City |  |
|  | Settlement |  |
|  | Street (avenue, lane, etc.) |  |
|  | House (estate) No. |  |
|  | Building (block) |  |
|  | Apartment No. |  |

The                    extract                    is                    generated                    by
_____
                      full name of the tax authority

Position        of        the        responsible        official        _____

_____        signature        surname and initials

L.S.

36

Appendix No. 7
to the Administrative Regulation for Rendering
by the Federal Tax Service of Public Service for
Provision of Information and Documents
Contained in the Unified State Register of Legal
Entities and the Unified State Register of
Individual Entrepreneurs (Approved by Order of
the Ministry of Finance of the Russian
Federation dated January 15, 2015 No. 5n

LETTERHEAD
of the Taxation Authority

_____

**(postal code, address, telephone)**

N _____ · _____

To ref. No. _____

INFORMATION
on the Persons Who Have Obtained the Information from the Unified State Register of Individual
Entrepreneurs on the Place of Residence of an Individual Entrepreneur (Head of a Peasant (Farm)
Enterprise)

_____                    No.

_____
date

     This is to inform that the information contained in the Unified State Register of Individual
Entrepreneurs on the place of residence of an individual entrepreneur/head of a peasant (farm)
enterprise (*specify as appropriate*)

_____

surname, first name and patronymic (if any)

OGRNIP  | | | | | | | | | | | | | | | ,

was provided to the following persons:

| No. | Name, patronymic (if any), and surname of the person who has obtained the information | Information provision date |
|-----|--------------------------------------------------------------------------------------|----------------------------|
|     |                                                                                      |                            |
|     |                                                                                      |                            |
|     |                                                                                      |                            |

Information is provided by _____

full name of the tax authority

Position          of          the          responsible          official

_____

signature                                  surname and initials

38

Appendix No. 8
to the Administrative Regulation for Rendering by the Federal Tax Service of Public Service for Provision of Information and Documents Contained in the Unified State Register of Legal Entities and the Unified State Register of Individual Entrepreneurs (Approved by Order of the Ministry of Finance of the Russian Federation dated January 15, 2015 No. 5n

**Flowchart**
**of Sequence of the Administrative Procedures in Rendering by the Federal Tax Service of Public Service for Provision of Information and Documents Contained in the Unified State Register of Legal Entities and the Unified State Register of Individual Entrepreneurs**



39