**Exhibit 2** to Concord Management and Consulting LLC's Motion to Quash Unserved Early Return Trial Subpoena and Opposition to the Government's Renewed Motion for Early Return Trial Subpoena, 18-cr-00032-2-DLF

TRANSLATION FROM RUSSIAN

CRIMINAL CODE OF THE RUSSIAN FEDERATION

**Article 33. Types of Accomplices of a Crime**
1. Organizer, instigator and accessary shall be deemed accomplices in addition to the perpetrator.
2. A person who has actually committed a crime or who directly participated in its commission together with other persons (co-perpetrators), as well as a person who has committed a crime by using other persons who are not subject to criminal liability by reason of age, incapacity or other circumstances provided for by this Code, shall be deemed to be a perpetrator.
3. A person who has organized the commission of a crime or has directed its commission, as well as a person who has created an organized group or a criminal community (criminal organization) or has guided them, shall be deemed an organizer.
4. A person who has abetted another person in committing a crime by persuasion, bribery, threat or by any other method shall be deemed an instigator.
5. A person who has assisted in the commission of a crime by advice, instructions, by providing information, means and tools, or removal of obstacles to it, as well as a person who has promised beforehand to conceal the criminal, means and tools of commission of the crime, traces of the crime, or objects obtained criminally, as well as a person who has promised beforehand to acquire or sell such objects, shall be deemed to be an accessary.

**Article 34. Liability of Accomplices in a Crime**
1. The liability of accomplices in a crime shall be determined by the nature and degree of the actual participation of each of them in the commission of the crime.
2. Co-perpetrators shall be liable under an article of the Special Part of this Code for a crime committed by them jointly, without reference to Article 33 of this Code.
3. The criminal liability of an organizer, instigator or accessary shall ensue under the Article that provides for punishment for the crime committed, with reference to Article 33 of this Code, except for cases when they simultaneously were co-perpetrators of the crime.
4. A person who is not a participant in a crime specially indicated in the respective article of the Special Part of this Code and who has taken part in the commission of the crime, stipulated by this article, shall bear criminal liability for the such crime as its organizer, instigator or accessary.
5. If the perpetrator of a crime fails to carry out this crime due to circumstances beyond their control, then the other co-perpetrators shall bear criminal liability for preparation for the crime or attempted crime. A person who has not managed to abet other persons to commit a crime due to circumstances beyond their control shall also bear criminal liability for preparation for the crime.

**Article 35. Commission of a Crime by a Group of Persons, by a Group of Persons by Previous Concert, and by an Organized Group of a Criminal Community (Criminal Organization)**
1. A crime shall be deemed committed by a group of persons if two or more perpetrators have jointly participated in its commission without previous concert.
2. A crime shall be deemed committed by a group of persons by previous concert if the persons took part in it after they reached an agreement on the joint commission of a crime.
3. A crime shall be deemed committed by an organized group if it was committed by a sustainable group of persons who in advance united for the commission of one or more crimes.

Original Text Available at http://ips.pravo.gov.ru:8080/document/232/

TRANSLATION FROM RUSSIAN

4. A crime shall be deemed committed by a criminal community (criminal organization), if it has been perpetrated by a structured organized group or by an association of organized groups under a consolidated guidance, whose members have united for the purpose of jointly committing one or several grave and especially grave crimes aimed at deriving direct or indirect financial or other material benefits.

5. A person who has created an organized group or a criminal community (criminal organization) or has managed them shall be subject to criminal liability for their organization in cases provided for by Articles $205^4$, 208, 209, 210 and $282^1$ of this Code, as well as for all the crimes committed by the organized group or the criminal community (criminal organization), if they have been suited to their intent. Other participants in the organized group or criminal community (criminal organization) shall bear criminal liability for their participation in cases provided for by Articles $205^4$, 208, 209, 210 and $282^1$ of this Code, and also for the crimes in the preparation and commission of which they have taken part.

6. Creation of an organized group in cases which are not provided for by articles of the Special Part of this Code shall involve criminal liability for preparation for those crimes for which it was set up.

7. The commission of a crime by a group of persons, a group of persons by previous concert, by an organized group, or a criminal community (criminal organization) shall entail strict punishment on the ground and within the limits provided for by this Code.

### Article 137. Invasion of Personal Privacy

1. Unlawful collection or distribution of information about the private life of a person which constitutes their personal or family secret, without their consent, or distribution of such information in a public speech, in a publicly performed work, or in the mass media,

shall be punishable with a fine in the amount of up to two hundred thousand rubles, or in the amount of a wage/salary or other income of the convicted person for a period of up to eighteen months, or by obligatory labor for a term of up to three hundred sixty hours, or by corrective labor for a term of up to one year, or by compulsory labor for a term of up to two years accompanied by deprivation of the right to hold certain offices or be engaged in certain activities for a term of up to three years or without such, or by an arrest for a term of up to four months, or by incarceration for a term of up to two years accompanied by deprivation of the right to hold certain offices or be engaged in certain activities for a term of up to three years.

2. The same actions committed by a person through the use of their official position,

shall be punishable with a fine in the amount of from one hundred thousand to three hundred thousand rubles, or in the amount of the wage/salary or any other income of the convicted person for a period of from one to two years, or by deprivation of the right to hold certain offices or to be engaged in certain activities for a term of from two to five years, or by compulsory labor for a term of up to four years accompanied by deprivation of the right to hold certain offices or to be engaged in certain activities for a term of up to five years or without such, or by arrest for a term of up to six months, or by incarceration for a term of up to four years accompanied by deprivation of the right to hold certain offices or to be engaged in certain activities for a term up to five years.

3. Unlawful distribution in a public speech, a publicly performed work, in the mass media or in the information and telecommunication networks of information indicating the identity of a minor victim in a criminal case under the age of sixteen, or information containing a description of his physical or mental suffering in connection with such crime, resulting in harm to the health of the minor, or mental disorder of the minor, or other severe consequences

shall be punishable with a fine in the amount of from one hundred fifty thousand to three hundred fifty thousand rubles, or in the amount of the wage/salary or any other income of the

convicted person for a period from eighteen months to three years, or by deprivation of the right to hold certain offices or to be engaged in certain activities for a term from three to five years, or by compulsory labor for a term of up to five years accompanied by deprivation of the right to hold certain offices or to be engaged in certain activities for a term of up to six years or without such, or by arrest for a term of up to six months, or by incarceration for a term of up to five years accompanied by deprivation of the right to hold certain offices or to be engaged in certain activities for a term up to six years.

### Article 183. Illegal Receipt and Disclosure of Information Classified as a Commercial, Tax or Banking Secret

1. Gathering of information classified as a commercial, tax or banking secret, by means of stealing documents, bribery and threats as well as in other illegal ways

shall be punishable with a fine in the amount of up to five hundred thousand rubles or in the amount of salary or any other income of the convicted person for a period of up to six months, or by corrective labor for a term of up to one year, or by compulsory labor for a term of up to two years, or by incarceration for the same term.

2. Illegal disclosure or use of information classified as a commercial, tax or banking secret, without the consent of the owner thereof by a person to whom it is entrusted or became known in the course of service or work

shall be punishable with a fine in the amount of up to one million rubles or in the amount of a wage/salary or any other income of the convicted person for a period of up to two years with deprivation of the right to occupy certain offices or be engaged in certain activities for a term of up to three years, or by corrective labor for a term of up to two years, or by compulsory labor for a term of up to three years, or by incarceration for the same term.

3. The same actions that have caused major damage or which have been committed because of vested interest

shall be punishable with a fine in an amount of up to one million five hundred thousand rubles or in the amount of a wage/salary or any other income of the convicted person for a period of up to three years with deprivation of the right to occupy certain offices or be engaged in certain activities for a term of up to three years, or with compulsory labor for a term of up to five years, or with incarceration for the same term.

4. The actions specified in Parts 2 or 3 of this Article which have entailed severe consequences

shall be punishable by compulsory labor for a term of up to five years or by incarceration for a term of up to seven years.

### Article 272. Illegal Access to Computer Information

1. Illegal access to legally protected computer information, if such action has entailed the destruction, blocking, modification or copying of computer information,

shall be punishable with a fine in the amount of up to two hundred thousand rubles, or in the amount of a wage/salary or any other income of the convicted person for a period of up to eighteen months, or with corrective labor for a term of up to one year, or with restriction of liberty for a term of up to two years, or with compulsory labor for a term of up to two years, or with incarceration for the same term.

2. The same action that has caused major damage or has been committed because of vested interest

shall be punishable with a fine in the amount of from one hundred thousand to three hundred thousand rubles, or in the amount of a wage/salary or any other income of the

TRANSLATION FROM RUSSIAN

convicted person for a period from one year to two years, or with corrective labor for a term from one year to two years, or with restriction of liberty for a term of up to four years, or with compulsory labor for a term of up to four years, or with incarceration for the same term

3. The actions provided for by Parts One or Two of this Article which are committed by a group of persons by previous concert or by an organized group, or by a person through their official position

shall be punishable with a fine in the amount of up to five hundred thousand rubles, or in the amount of a wage/salary or any other income of the convicted person for a period of up to three years with deprivation of the right to hold certain offices or to be engaged in certain activities for a term of up to three years, or with restriction of liberty for a term of up to four years, or with compulsory labor for a term of up to five years, or with incarceration for the same term.

4. The actions provided for by Parts One, Two or Three of this Article, if they have entailed severe consequences or created a threat of their occurrence

shall be punishable by incarceration for a term of up to seven years.

Notes. 1. Computer information shall mean information (messages, data) presented in the form of electric signals, regardless of the facilities used for their storage, processing and transmittance.

2. Major damage in the Articles of this Chapter shall be deemed one whose amount exceeds one million rubles.

**Article 274. Violation of Rules for Operation of Facilities for Computer Information Storage, Processing and Transmittance and of Information and Telecommunication Networks**

1. Violation of the rules for operation of facilities for computer information storage, processing and transmittance or of information and telecommunication systems and of terminal equipment, as well as of the rules for access to information and telecommunication networks, that entails the destruction, blocking, modification or copying of computer information accompanied by causing major damage

shall be punishable with a fine in the amount of up to five hundred thousand rubles or in the amount of a wage/salary or other income of the convicted person for a period of up to eighteen months, or by corrective labor for a term of from six months to one year, or by restriction of liberty for a term of up to two years, or by compulsory labor for a term of up to two years, or by incarceration for the same term.

2. The action provided for by Part One of this Article, if it entails severe consequences or a threat of their occurrence

shall be punishable by compulsory labor for a term of up to five years, or by incarceration for the same term.

**Article 275. State Treason**

State treason, that is espionage, disclosure of information constituting a state secret entrusted to a person or made known to them through service, work, study or in other cases stipulated by the legislation of the Russian Federation to a foreign state, international or foreign organization or their representatives, or financial, material, technical, consulting or any other assistance rendered to a foreign state, international or foreign organization, or their representatives in hostile activities aimed against the security of the Russian Federation, shall be punishable by incarceration for a term of from twelve to twenty years with or without a fine in the amount of up to five hundred thousand rubles or in the amount of the wage/salary, or

Original Text Available at http://ips.pravo.gov.ru:8080/document/232/

**TRANSLATION FROM RUSSIAN**

other income of the convicted person for a period of up to three years and with restriction of liberty for a term of up to two years.

    Note: A person who has committed crimes stipulated in this Article, or by Articles 276 or 278 of this Code, shall be relieved from criminal liability if they have facilitated the prevention of further damage to the interests of the Russian Federation by informing the government authorities voluntarily and in due time, or in any other way, if their actions contain no other corpus delicti.