**Exhibit 3** to Concord Management and Consulting LLC's Motion to Quash Unserved Early Return Trial Subpoena and Opposition to the Government's Renewed Motion for Early Return Trial Subpoena, 18-cr-00032-2-DLF

**A Russian sentenced to 15 years in a maximum security penal colony for state treason**
Update 02:19 am →
[Supreme Court will check legality of sentence of Russian citizen in state treason case](#)

Moscow. November 28. INTERFAX.RU – Moscow city court sentenced Russian citizen Valery Selyanin, charged with state treason, to 15 years in a penal colony a source familiar with the situation informed Interfax.

"Selyanin is convicted of state treason; he will serve his sentence in a maximum security penal colony," the agency's interlocutor says.

According to information at his disposal, the "top secret" verdict was announced back in the summer of 2015.

The source says that along with the Russian citizen, two people from the Middle East were convicted of instigating state treason. There is information that they are from Iran.

"Hashemi Dolabi Hamid and Ghased Nedjad Benhaz were convicted under Part 4 Article 33, Article 275 of the Russian Criminal Code and sentenced to 13 years in a maximum security [colony] and 12 years in a general security [colony], respectively," the source said.

Head of the press service of the Moscow city court Ulyana Solopova confirmed to Interfax that this verdict had been announced. At the same time, the press service of the Supreme Court of the Russian Federation informed Interfax that this verdict was appealed, and that the appeal case was filed with the instance on November 25.

Information about the existence of this case came out in March of 2015. At that time, the Moscow city court denied a complaint of the suspect's defense regarding the extension of his arrest to 20 months. Two other suspects in the criminal case according to the materials published at the time, are foreign citizens who "speak a rare Eastern language the translation of which is made difficult, since there are few specialists."

Valery Selyanin, born in Soumy Region in Ukraine, who holds a degree in engineering, was accused of giving consultations or other assistance to foreigners, aimed against the security of the Russian Federation. Selyanin does not admit his guilt. "The investigation from the outset had a complete picture of my innocence. I have not been accused of anything; all the expert examinations confirmed my full innocence. There is no need for me to hide," he said in court on March 24.

According to the known case materials, it was initiated on August 29, 2013 in respect to Selyanin and unknown persons, and on December 3, he was provided the final indictment.

[Valery Selyanin](#)

Original Text Available at https://www.interfax.ru/russia/482094