**Exhibit 4** to Concord Management and Consulting LLC's Motion to Quash Unserved Early Return Trial Subpoena and Opposition to the Government's Renewed Motion for Early Return Trial Subpoena, 18-cr-00032-2-DLF

## "He had a bit too much to drink and was showing off before the Latvians." Father of woman accused of state treason tells how she "revealed an FSB agent"

6:53 pm, July 12, 2019
Source: [Novy Kaliningrad](#)
Reliable source

Father of Kaliningrad resident Antonina Zimina who was arrested for state treason in 2018 gave an interview to Novy Kaliningrad on the possible reasons for her criminal prosecution.

According to Konstantin Zimin, after her arrest, the daughter told him that she "disclosed an FSB agent to the Latvians" by transferring his image "through a computer."

In Zimin's opinion, they're talking about an old friend of his daughter who was a guest at her wedding in 2015. "He had a bit too much to drink then and was showing off before the Latvians that he was an FSB agent," the man says.

"According to the investigation, roughly speaking, the Latvians asked her whether it's true that her friend from the wedding is an FSB agent, and she answered 'yes,'" the Novy Kaliningrad quotes him. Zimin says that in his daughter's opinion, this FSB agent reported her himself.

- Antonina Zimina after the arrest said that the only evidence in her case file are some photos from her wedding. Zimina's defense says that it wasn't a secret for anyone that one of the guests works at the FSB.

- In the summer of 2019, Antonina Zimina's husband Konstantin Antonets was arrested in a state treason case. No details about his case are available at this point.

Original Text Available at https://meduza.io/news/2019/07/12/on-podpil-horoshenko-i-pered-latyshami-vypendrivalsya-otets-obvinyaemoy-v-gosizmene-rasskazal-kak-ona-raskryla-sotrudnika-fsb-po-versii-sledstviya