**Exhibit 5** to Concord Management and Consulting LLC's Motion to Quash Unserved Early Return Trial Subpoena and Opposition to the Government's Renewed Motion for Early Return Trial Subpoena, 18-cr-00032-2-DLF

TRANSLATION FROM RUSSIAN

**Federal Constitutional Law "On the judicial system of the Russian Federation" No.1-FKZ**

dated December 31, 1996 (as amended on October 30, 2018)
[excerpt]

**Article 6. Binding Nature of Court Resolutions**

1. Resolutions of federal courts, magistrate judges and courts of constituent entities of the Russian Federation, which entered into force, as well as their legitimate orders, requirements, instructions, summons and other appeals shall be binding on any and all public authorities, local authorities, public associations, officials and other individuals and legal entities and shall be strictly complied with throughout the entire territory of the Russian Federation.

2. Non-compliance with a court resolution as well as any other contempt of a court entail liability stipulated by the federal law.

3. The binding nature of orders of the courts of foreign states, international courts and tribunals shall be determined pursuant to international treaties of the Russian Federation.

Original Text Available at www.consultant.ru/cons/cgi/online.cgi?req=doc&base=LAW&n=322913