**Exhibit 11** to Concord Management and Consulting LLC's Motion to Quash Unserved Early Return Trial Subpoena and Opposition to the Government's Renewed Motion for Early Return Trial Subpoena, 18-cr-00032-2-DLF

July 27, 2006                                                           No. 152-FZ

**RUSSIAN FEDERATION**

**FEDERAL LAW**

**ON PERSONAL DATA**

Passed by
the State Duma
on July 8, 2006

Approved by
the Federation Council
on July 14, 2006

List of Amending Documents
(as amended by Federal Laws dated November 25, 2009 No. 266-FZ,
dated December 27, 2009 No. 363-FZ, dated June 28, 2010 No. 123-FZ, dated July 27, 2010
No. 204-FZ,
dated July 27, 2010 No. 227-FZ, dated November 29, 2010 No. 313-FZ dated December 23,
2010 No. 359-FZ,
dated June 04, 2011 No. 123-FZ, dated July 25, 2011 No. 261-FZ, dated April 05, 2013 No.
43-FZ,
dated July 23, 2013 No. 205-FZ, dated December 21, 2013 No. 363-FZ, dated June 04, 2014
No. 142-FZ,
dated July 21, 2014 No. 216-FZ, dated July 21, 2014 No. 242-FZ, dated July 03, 2016 No.
231-FZ,
dated February 22, 2017 No. 16-FZ, dated July 01, 2017 No. 148-FZ, dated July 29, 2017 No.
223-FZ,
dated December 31, 2017 No. 498-FZ)

## Chapter 1. GENERAL PROVISIONS

### Article 1. Scope of This Federal Law

1. This Federal Law regulates the relationships relating to the processing of personal data by federal governmental bodies, governmental bodies of subjects of the Russian Federation and other governmental bodies (hereinafter referred to as the "governmental bodies"), local self-government bodies and other municipal bodies (hereinafter referred to as the "municipal bodies"), legal entities and natural persons by means of automation facilities, for instance in information-telecommunication networks, or without such facilities, if the processing of personal data without the use of such facilities corresponds to the character of the actions (operations) as involving the personal data by means of automation facilities, i.e. allows to search — according to a set algorithm — for the personal data recorded on a material medium

and available in card files or other systematized corpuses of personal data and/or access to such personal data.
(part 1 as amended by Federal Law dated July 25, 2011 No. 261-FZ)

2. The scope of this Federal Law shall not apply to the relations arising:

1) In case of personal data being processed by individuals exclusively for personal and family needs unless that is in violation of the rights of the subjects of personal data;

2) In the organization of safe-keeping, building-up, record-keeping and use of personal data containing Russian Federation's Archives fund documents and other archives documents as envisaged under the legislation on archives in the Russian Federation;

3) Abrogated. - Federal Law dated July 25, 2011 No. 261-FZ;

4) In case of processing of personal data categorized, as appropriate, as the data constituting a state secret;

5) Abrogated. - Federal Law dated July 29, 2017 No. 223-FZ.

3. The information on the activities of courts in the Russian Federation containing personal data shall be provided, distributed, transferred, and obtained, and the information systems and information and telecommunications networks in order to create conditions to access the said information shall be maintained and used in accordance with Federal Law No. 262-FZ dated December 22, 2008 On Provision of Information on the Activities of Courts in the Russian Federation.
(part 3 is introduced by Federal Law dated July 29, 2017 No. 223-FZ)

### Article 2. Aim of This Federal Law

The aim of this Federal Law is to provide for the protection of the rights and liberties of a person and citizen in the processing of his or her personal data, including protection of the rights to the inviolability of private life, personal and family secrets.

### Article 3. Basic Notions Used in This Federal Law

(as amended by Federal Law dated July 25, 2011 No. 261-FZ)

The following basic notions are used for the purposes of this Federal Law:

1) "Personal data" meaning any information relating to an individual who is directly or indirectly identified or identifiable (personal data subject);

2) "Operator" meaning a governmental body, a municipal body, a legal entity or a natural person that on its/his/her own or jointly with other persons organizes and/or realizes the processing of personal data, and also defines the purposes of personal data procession, the composition of the personal data which are subject to processing and the actions (operations) involving personal data;

3) "Processing of personal data" meaning any action (operation) or a set of actions (operations) realized by means of automation facilities or without such facilities as involving personal data, including the gathering, recording, systematizing, accumulating, storing,

updating (renewing and altering), retrieving, using, transmitting (disseminating, providing and accessing), depersonalizing, blocking, deleting and destroying personal data;

4) "Automated personal data processing" meaning the processing of personal data by means of computers;

5) "Dissemination of personal data" meaning actions aimed at disclosing personal data to an unlimited group of persons;

6) "Provision of personal data" meaning actions aimed at disclosing personal data to a certain person or a certain group of persons;

7) "Blocking personal data" meaning the temporary termination of personal data processing (except for cases when processing is needed for adjusting personal data);

8) "Destruction of personal data" meaning actions resulting in the impossibility of restoring the content of personal data in an informational personal data system and/or in the destruction of personal data material media;

9) "Depersonalization of personal data" meaning actions resulting in the impossibility of identifying — without the use of additional information — the belonging of personal data to a specific personal data subject;

10) "Informational personal data system" meaning the combination of the personal data contained in databases and the information technologies and hardware allowing to process them;

11) "Transborder flow of personal data" meaning the dispatch of personal data to the territory of a foreign state to a governmental body of a foreign state, to a foreign natural person or a foreign legal entity.

### Article 4. Legislation of the Russian Federation Relating to Personal Data

1. The legislation of the Russian Federation in relation to personal data is based on the Constitution of the Russian Federation and international agreements of the Russian Federation and consists of this Federal Law and other federal laws determining instances and the specificity of processing personal data.

2. On the basis of and pursuant to federal laws, governmental bodies, the Bank of Russia and local self-government bodies within the scope of their powers may adopt regulatory legal acts, regulatory acts and legal acts (hereinafter referred to as "regulatory legal acts") on specific issues relating to the processing of personal data. Such acts shall not contain provisions limiting the rights of personal data subjects, establishing restrictions — other than those envisaged by federal laws — on the activities of operators or vesting in operators the duties not envisaged by federal laws, and they are subject to official publication.
(part 2 as amended by Federal Law dated July 25, 2011 No. 261-FZ)

3. The specificity of processing of personal data effected without the use of automation facilities may be prescribed by the federal laws and other statutory legal acts of the Russian Federation with due regard for the provisions of this Federal Law.

4. Unless an international agreement of the Russian Federation establishes rules other

than those specified under this Federal Law, the rules of the international agreement shall prevail.

## Chapter 2. PRINCIPLES OF AND CONDITIONS FOR PROCESSING PERSONAL DATA

### Article 5. Principles of Processing Personal Data

(as amended by Federal Law dated July 25, 2011 No. 261-FZ)

1. Personal data shall be processed lawfully and fairly.

2. Personal data shall be processed within the scope of specified, preset and lawful purposes. It is hereby prohibited to process personal data if such processing is incompatible with the purposes of personal data gathering.

3. It is hereby prohibited to pool up databases containing the personal data whose processing is done for purposes which are mutually incompatible.

4. Processing shall involve only the personal data which meet the intended purposes of the processing thereof.

5. The contents and scope of processed personal data shall correspond to the declared purposes of processing. Processed personal data shall not be excessive in respect of the declared purposes of processing thereof.

6. When personal data are being processed, it is necessary to ensure the correctness of the personal data, the sufficiency thereof, and where necessary also relevancy in respect of the purposes of personal data processing. The operator shall take the necessary measures or make sure they are taken to delete or update incomplete or inaccurate data.

7. Personal data shall be stored in a form allowing to identify the subject of the personal data for a term not exceeding the one which is required by the purposes of personal data processing, unless a storage term is established for the personal data by a federal law or a contract to which the personal data subject is a beneficiary or surety. Processed personal data shall be destroyed or depersonalized when the purposes of processing are attained or if the need for attaining such purposes is lost, except as otherwise established by a federal law.

### Article 6. Conditions for Processing Personal Data

(as amended by Federal Law dated July 25, 2011 No. 261-FZ)

1. Personal data shall be processed so that the principles and the rules envisaged by this Federal Law be observed. The processing of personal data is admissible in the following cases:

1) Personal data are processed on the consent of the subject of the personal data to his/her personal data's being processed;

2) Personal data are to be processed for the purpose of attaining the objectives envisaged by an international agreement of the Russian Federation or a law, for the realization and execution of the functions, powers and duties vested in the operator by the legislation of the Russian Federation;

3) Personal data are processed due to involvement of a person in constitutional, civil, administrative, criminal proceedings, or proceedings of commercial courts;
(Item 3 as amended by Federal Law dated July 29, 2017 No. 223-FZ)

3.1) Personal data are to be processed for the purpose of performing a court's judgement, a decision of another body or official which have to be performed according to the legislation of the Russian Federation on execution proceedings (hereinafter referred to as "the performance of a court's judgement");
(Item 3.1 is introduced by Federal Law dated July 29, 2017 No. 223-FZ)

4) Personal data are to be processed for the purpose of execution of the powers of federal executive governmental bodies, the bodies of state non-budget funds, the executive governmental bodies of subjects of the Russian Federation and local self-government bodies and the functions of the organizations taking part in the provision of state and municipal services respectively which are envisaged in Federal Law No. 210-FZ of July 27, 2010 on Organizing the Provision of State and Municipal Services, including the registration of a personal data subject on the integrated portal for state and municipal services and/or the regional portals for state and municipal services;
(as amended by Federal Law dated April 05, 2013 No. 43-FZ)

5) Personal data are to be processed for the purpose of executing the contract to which the personal data subject is either a beneficiary or surety and also of concluding a contract on the initiative of the personal data subject or a contract under which the personal data subject is going to be a beneficiary or surety;
(as amended by Federal Laws dated December 21, 2013 No. 363-FZ, dated July 03, 2016 No. 231-FZ)

6) Personal data are to be processed for the purpose of protecting the life, health or other vital interests of the personal data subject, when the consent of the personal data subject cannot be obtained;

7) Personal data are to be processed for the purpose of exercising the rights and lawful interests of the operator or third persons, including as provided for by the Federal Law On Protection of Rights and Lawful Interests of Individuals When Performing Activities in Repayment of Past-Due Debts and on Amendments to the Federal Law On Microlending Activities and Microlenders, or for the purpose of attaining goals of public importance, unless in this case the rights and freedoms of the personal data subject are infringed upon;
(as amended by Federal Law dated July 03, 2016 No. 231-FZ)

8) Personal data are to be processed for the purpose of pursuing the professional activities of a journalist and/or the lawful activities of a mass medium or scientific, literary or another creative activity, unless the rights and lawful interests of the personal data subject are infringed upon;

9) Personal data are processed for statistical or other research purposes, except for the purposes specified in Article 15 of this Federal Law, on the condition of compulsory depersonalization of the personal data;

10) Processing is done in respect of personal data to which access is provided by the personal data subject or on the request thereof to an unlimited group of persons (hereinafter referred to as the "personal data made available to the general public by the personal data subject");

11) Processing is done in respect of personal data which are subject to publication or compulsory disclosure in accordance with a federal law.

1.1. Personal data of persons subject to state guard and their family members are processed taking into account the specificity provided for by Federal Law No. 57-FZ dated May 27, 1996 On State Guard.
(part 1.1 is introduced by Federal Law dated July 01, 2017 No. 148-FZ)

2. The details of processing of special categories of personal data and also biometric personal data are established by Articles 10 and 11 of this Federal Law, respectively.

3. On the consent of the personal data subject, the operator is entitled to entrust another person with the processing of personal data, except as otherwise envisaged by a federal law, under a contract concluded with that person, including a state or municipal contract or by means of a relevant act adopted by a governmental or municipal body (hereinafter referred to as "the operator's assignment"). The person processing personal data on the operator's assignment shall observe the principles and rules governing the processing of personal data which are envisaged by this Federal Law. The operator's assignment shall define a list of the actions (operations) which are going to be committed (performed) in respect of the personal data by the person processing personal data, and the purposes of the processing as well as that person's duty to observe the non-disclosure status of personal data and it shall ensure the security of personal data when they are being processed and also specify requirements for protection of processed personal data according to Article 19 of this Federal Law.

4. The person processing personal data on the operator's assignment is not obligated to seek the consent of the personal data subject to his/her personal data's being processed.

5. If the operator entrusts another person with the processing of personal data, the operator shall be liable to the personal data subject for the actions of said person. The person processing personal data on the operator's assignment shall be liable to the operator.

### Article 7. Non-Disclosure Status of Personal Data

(as amended by Federal Law dated July 25, 2011 No. 261-FZ)

The operators and the other persons which have access to personal data shall abstain from disclosing to third persons and from disseminating the personal data without the consent of the personal data subject, except as otherwise envisaged by a federal law.

### Article 8. Generally Accessible Sources of Personal Data

1. For informational support purposes, generally accessible sources of personal data (including reference books, address books) may be created. Generally accessible sources of personal data may, with the written consent thereto of the subject of personal data, may comprise his or her family name, first name, patronymic, year and place of birth, address, subscriber's number, data on the profession and other personal data communicated by the personal data subject.
(as amended by Federal Law dated July 25, 2011 No. 261-FZ)

2. The data on the subject of personal data shall be excluded at any time from generally accessible sources of personal data at the request of the subject of personal data or by decision

**TRANSLATION FROM RUSSIAN**

of the court or other duly authorized state bodies.
(as amended by Federal Law dated July 25, 2011 No. 261-FZ)

### Article 9. Consent of a Personal Data Subject to His/Her Personal Data's Being Processed

(as amended by Federal Law dated July 25, 2011 No. 261-FZ)

1. A personal data subject shall take a decision on provision of his/her personal data and shall give his/her consent to their processing without duress, by his/her own will and in his/her own interest. The consent to the processing of personal data shall be specified, well-informed and in full awareness. The consent to the processing of personal data may be given by the personal data subject or a representative thereof in any form that allows to acknowledge that is has been obtained, except as otherwise established by a federal law. If the consent to the processing of personal data is obtained from a representative of the personal data subject, the powers of that representative to give consent on behalf of the personal data subject shall be verified by the operator.

2. The consent to the processing of personal data may be revoked by the personal data subject. If the consent to the processing of personal data is revoked by the personal data subject, the operator is entitled to keep processing the personal data without the consent of the personal data subject if there are the grounds described in Items 2–11 of Part 1 of Article 6, Part 2 of Article 10 and Part 2 of Article 11 of this Federal Law.

3. The duty to provide evidence of the existence of the consent of the personal data subject to his/her personal data's being processed or evidence of the existence of the grounds described in Items 2–11 of Part 1 of Article 6, Part 2 of Article 10 and Part 2 of Article 11 of this Federal Law is vested in the operator.

4. In the cases envisaged by a federal law, personal data shall be processed only subject to the written consent of the personal data subject. The following shall qualify as a written consent on a paper medium of a personal data subject containing the autograph signature of the personal data subject: consent filed as an electronic document signed in accordance with a federal law by means of an electronic signature. The written consent of the personal data subject to his/her personal data's being processed shall, in particular, include the following:

1) Surname, first name, patronymic and address of the personal data subject, the number of his/her main personal identification document, date of issue of the said document and information on the body that has issued it;

2) Surname, first name, patronymic and address of the representative of the personal data subject, number of his/her main personal identity document, date of issue of the said document and information on the body that has issued it, details of the power of attorney or the other document confirming the powers of that representative (if the consent is received from a representative of the personal data subject);

3) Name or surname, first name, patronymic and address of the operator which seeks the consent of the personal data subject;

4) Goal of personal data processing;

5) List of the pieces of personal data to the processing of which the consent of the personal

data subject is given;

6) Name or surname, first name, patronymic and address of the person that processes the personal data on the operator's assignment, if such person is going to be entrusted with the processing;

7) List of the actions involving the personal data to the commission of which the consent is given and a general description of the personal data processing techniques used by the operator;

8) Effective term of the consent of the personal data subject and also the manner in which it may be revoked, except as otherwise established by a federal law;

9) Signature of the personal data subject.

5. The procedure for getting the consent of the personal data subject in the form of an electronic document to his/her personal data's being processed for the purposes of providing state and municipal services and also the services deemed necessary and compulsory for the purposes of providing state and municipal services shall be established by the Government of the Russian Federation.

6. If the personal data subject lacks capacity, consent to his/her personal data's being processed shall be given by a legal representative of the personal data subject.

7. In the event of death of the personal data subject, a consent to his/her personal data's being processed shall be given by the heirs of the personal data subject, unless such consent had been given by the personal data subject in his/her life.

8. Personal data may be received by the operator from a person other than the personal data subject, if the operator is provided with evidence of the existence of the grounds mentioned in Items 2–11 of Part 1 of Article 6, Part 2 of Article 10 and Part 2 of Article 11 of this Federal Law.

**Article 10. Special Categories of Personal Data**

1. The processing of special categories of personal data concerning racial and/or national background, political outlook, religious or philosophical convictions, state of health, intimate life shall not be allowed, except for the instances specified under Part 2 of this Article.

2. The processing of special categories of personal data specified under Part 1 of this Article shall be allowed in instances when:

1) Subject of personal data gives his or her written consent to the processing of his or her personal data;

2) Personal data have been made available to the general public by the personal data subject;
(Item 2 as amended by Federal Law dated July 25, 2011 No. 261-FZ)

2.1) Processing of personal data is necessary in connection with the realization of the international treaties of the Russian Federation on readmission;
(Item 2.1 is introduced by Federal Law dated November 25, 2009 No. 266-FZ)

2.2) Personal data shall be processed in accordance with Federal Law No. 8-FZ dated January 25, 2002 on the All-Russia Census of the Population;
(Item 2.2 is introduced by Federal Law dated July 27, 2010 No. 204-FZ)

2.3) Personal data are processed in accordance with the legislation on state welfare, the labor legislation and the pension legislation of the Russian Federation;
(Item 2.3 is introduced by Federal Law dated July 25, 2011 No. 261-FZ, as amended by Federal Law dated July 21, 2014 No. 216-FZ)

3) Personal data are to be processed for the purpose of protecting the life, health or other vital interests of the personal data subject or the life, health or other vital interests of other persons, and no consent can be obtained from the personal data subject;
(Item 3 as amended by Federal Law dated July 25, 2011 No. 261-FZ)

4) Personal data processing is effected for medical-disease-prevention purposes, for purposes of establishing a medical diagnosis, providing medical and medical-social services, provided always that the personal data processing is conducted by a person who is professionally engaged in medical activity and is obligated under the legislation of the Russian Federation to keep medical secrecy;

5) Processing of personal data of members (participants) of a public association or religious organization is conducted by the appropriate public association or religious organization operating in accordance with the legislation of the Russian Federation, for achieving legitimate goals envisaged in their constituent documents, provided that the personal data shall not be disseminated without the consent thereto in writing of the subjects of personal data;

6) Personal data are to be processed for the purpose of establishing or exercising the rights of the personal data subject or third persons as well as in connection with the exercise of justice;
(Item 6 as amended by Federal Law dated July 25, 2011 No. 261-FZ)

7) Personal data are processed in accordance with the legislation of the Russian Federation on defense, security, countering terrorism, transport safety, countering corruption, operative search operations, execution proceedings and the criminal execution legislation of the Russian Federation;
(Item 7 as amended by Federal Law dated July 25, 2011 No. 261-FZ)

7.1) Personal data obtained in the cases established by the legislation of the Russian Federation shall be processed by the bodies of the procurator's office in connection with the exercise of procuracy supervision by them;
(Item 7.1 is introduced by Federal Law dated July 23, 2013 No. 205-FZ)

8) Personal data are processed in accordance with the legislation on compulsory types of insurance or the insurance legislation;
(Item 8 as amended by Federal Law dated July 25, 2011 No. 261-FZ)

9) Personal data are processed in the cases envisaged by the legislation of the Russian Federation by governmental bodies, municipal bodies or organizations for the purposes of placing children left without parental care into citizens' families for foster care;
(Item 9 is introduced by Federal Law dated July 25, 2011 No. 261-FZ)

10) Personal data shall be processed in compliance with the legislation of the Russian

**TRANSLATION FROM RUSSIAN**

Federation on Russian Federation citizenship.
(Item 10 is introduced by Federal Law dated June 04, 2014 No. 142-FZ)

3. The processing of personal data on previous conviction may be effected by the state bodies or municipal bodies within the limit of their respective powers vested in them under the legislation of the Russian Federation and also by other persons in instances and according to the procedure to be prescribed by the federal laws.

4. The processing of special categories of personal data effected in the instances specified under Parts 2 and 3 of this Article shall be immediately terminated, provided the reasons for which the processing was undertaken have been removed, except as otherwise established by a federal law.
(as amended by Federal Law dated July 25, 2011 No. 261-FZ)

### Article 11. Biometric Personal Data

(as amended by Federal Law dated July 25, 2011 No. 261-FZ)

1. The information which characterizes the physiological and biological features of a single individual whereby he/she can be identified (biometric personal data) and is used by an operator to identify a personal data subject may be processed only if there is a written consent of the personal data subject, except for the cases envisaged by Part 2 of this Article.

2. Biometric personal data may be processed without the consent of the personal data subject in connection with the implementation of international agreements of the Russian Federation on readmission, in connection with the exercise of justice and the performance of court's judgements, in connection with mandatory state fingerprinting and also in the cases envisaged by the legislation of the Russian Federation on defense, security, countering terrorism, transport safety, countering corruption, operative search operations, the state service, the criminal execution legislation of the Russian Federation and the legislation of the Russian Federation on the procedure for exit from the Russian Federation and entry in the Russian Federation, on Russian Federation citizenship.
(as amended by Federal Laws dated June 04, 2014 No. 142-FZ, dated December 31, 2017 No. 498-FZ)

### Article 12. Transborder Personal Data Flow

(as amended by Federal Law dated July 25, 2011 No. 261-FZ)

1. The transborder flow of personal data to the territories of the foreign states being a party to the Convention of the Council of Europe for the Protection of Individuals with Regard to Automatic Processing of Personal Data and also of the other foreign states that ensure adequate protection in respect of the rights of personal data subjects shall take place in accordance with this Federal Law and it may be prohibited or restricted for the purposes of protecting the foundation of the constitutional system of the Russian Federation, the morals, health, rights and lawful interests of citizens and safeguarding national defense and state security.

2. The authorized body for protection of the rights of the subjects of personal data shall endorse a list of the foreign states which are not a party to the Convention of the Council of Europe for the Protection of Individuals with Regard to Automatic Processing of Personal Data

and ensure adequate protection of the rights of personal data subjects. A state not being a party to the Convention of the Council of Europe for the Protection of Individuals with regard to Automatic Processing of Personal Data may be included in the list of the foreign states which ensure an adequate protection of the rights of personal data subjects if the norms of law and applicable personal data security measures effective in said state comply with the provisions of said Convention.

3. Before the beginning of the transborder personal data flow, the operator shall make sure that the foreign state to whose territory the personal data are sent provides adequate protection for the rights of personal data subjects.

4. The transborder flow of personal data to the territories of the foreign states which do not provide adequate protection for the rights of personal data subjects may take place in:

1) Case when there is a written consent of a personal data subject to the transborder flow of his/her personal data;

2) Cases envisaged by international agreements of the Russian Federation;

3) Cases envisaged by federal laws if it is required for the purposes of protecting the foundation of the constitutional system of the Russian Federation, national defense and state security, and also ensuring the safe, steady and secure operation of the transport complex, safeguarding the interests of person, society and state in the transport complex from illegal interference;

4) Event of implementation of a contract to which a personal data subject is a party;

5) Event of protection of the life, health, other vital interests of a personal data subject or other persons, if no written consent can be obtained from the personal data subject.

### Article 13. Specificity of Personal Data Processing within State or Municipal Informational Personal Data Systems

1. The state and municipal bodies shall set up within the limits of their authority state or municipal informational personal data systems established in accordance with federal laws.

2. Federal laws may establish the specificity of record-keeping of personal data within state and municipal informational personal data systems, including the use of various methods of designating the belonging of personal data contained in the appropriate state or municipal personal data informational system to a specific subject of personal data.

3. The rights and freedoms of person and citizen may not be restricted for reasons associated with the use of various methods of personal data processing or designation of the belonging of personal data contained in the state or municipal personal data informational systems to a specific subject of personal data. It is not permitted to use methods of designation of belonging of personal data contained in the state or municipal personal data informational systems to a specific subject of personal data that may hurt the feelings of citizens or be derogatory to human dignity.

4. For purposes of ensuring the realization of the rights of the subjects of personal data in connection with the processing of their personal data within state or municipal personal data informational systems, there may be created a state register of the population whose legal status

**TRANSLATION FROM RUSSIAN**

and procedure for work with which shall be such as prescribed under the federal law.

## Chapter 3. RIGHTS OF THE SUBJECT OF PERSONAL DATA

**Article 14. Right of a Personal Data Subject of Access to His/Her Personal Data**

(as amended by Federal Law dated July 25, 2011 No. 261-FZ)

1. A personal data subject is entitled to receive the information specified in Part 7 of this Article, except for the cases envisaged by Part 8 of this Article. The personal data subject is entitled to demand from an operator that his/her personal data be adjusted, blocked or destroyed if the personal data are incomplete, outdated, incorrect, illegally received or are not necessary for the declared purpose of processing, and also to take the measures envisaged by a law for protecting his/her rights.

2. The information mentioned in Part 7 of this Article shall be provided by the operator to the personal data subject in an accessible form and they shall not comprise personal data concerning other personal data subjects, except for cases when there exist legal grounds for disclosing such personal data.

3. The information specified in Part 7 of this Article shall be provided by the operator to the personal data subject or a representative thereof when an inquiry is received from the personal data subject or a representative thereof. The inquiry shall contain the number of the main personal identity document of the personal data subject or of his/her representative, the date of issue of the said document and information on the body that has issued it, information confirming the participation of the personal data subject in relations with the operator (the number of a contract, the date of conclusion of the contract, a conventional word designation and/or other details) or information otherwise confirming the fact that the personal data are processed by the operator, the signature of the personal data subject or of his/her representative. The inquiry may be sent as an electronic document and signed by means of an electronic signature in accordance with the legislation of the Russian Federation.

4. If the information available in Part 7 of this Article and also the processed personal data have been provided to the personal data subject to get acquainted with them on his/her request, the personal data subject is entitled to apply again to the operator or to send a repeated inquiry to it for the purpose of getting the information mentioned in Part 7 of this Article and get acquainted with such personal data at least 30 days after the initial application or the dispatch of the initial inquiry, unless a shorter term is established by a federal law, a normative legal act adopted pursuant thereto or a contract to which the personal data subject is a beneficiary or surety.

5. The personal data subject is entitled to apply again to the operator or to send a repeated inquiry to it for the purpose of getting the information specified in Part 7 of this Article and also for the purpose of getting acquainted with the processed personal data before the expiry of the term specified in Part 4 of this Article, unless such information and/or processed personal data have been provided to him/her to get acquainted with them in full according to the results of the initial application. The repeated inquiry shall contain a reason for sending a repeated inquiry together with the details specified in Part 3 of this Article.

6. The operator is entitled to refuse to perform the personal data subject's repeated inquiry that does not comply with the conditions set out in Parts 4 and 5 of this Article. Such refusal

shall be substantiated. The burden of providing proof of the existence of a good reason for the refusal to perform the repeated inquiry shall be borne by the operator.

7. The personal data subject is entitled to obtain information concerning the processing of his/her personal data, in particular including the following:

1) Confirmation of the fact that the personal data are processed by the operator;

2) Legal grounds and purposes of processing of the personal data;

3) Objectives of processing of the personal data and methods of processing used by the operator;

4) Name and location of the operator, information on the persons (except for the operator's employees) who have access to the personal data or to whom the personal data may be disclosed under a contract with the operator or under a federal law;

5) Processed personal data relating to the relevant personal data subject, the source from which they are obtained, unless another procedure is envisaged by a federal law for the provision of such data;

6) Term for completion of personal data processing, including the term of data storage;

7) Procedure for the personal data subject to exercise the rights envisaged by this Federal Law;

8) Information on the completed or proposed transborder data flow;

9) Name or surname, first name, patronymic and address of the person processing the personal data on the operator's assignment, if such person has been or is going to be entrusted with the processing;

10) Other information envisaged by this Federal Law or other federal laws.

8. The personal data subject's right of access to his/her personal data may be restricted in accordance with federal laws, for instance if:

1) Processing of the personal data, including the personal data obtained as the result of active search operations, counter-intelligence and intelligence activities, takes place for the purposes of national defense, state security and law enforcement;

2) Personal data are processed by the bodies which have detained the personal data subject on suspicions of having committed a crime or which have presented criminal-case charges to the personal data subject or have imposed a measure of restraint on the personal data subject before presenting charges, except for the cases envisaged by the criminal procedural legislation of the Russian Federation when the suspect or accused is allowed to get acquainted with such personal data;

3) Personal data are processed in accordance with the legislation on countering the legalization of incomes received through crime (money laundering) and the financing of terrorism;

4) Personal data subject's access to his/her personal data infringes the rights and lawful

interests of third persons;

5) Personal data are processed in the cases envisaged by the legislation of the Russian Federation on transport safety for the purposes of ensuring the steady and safe operation of the transport complex, safeguarding the interests of the individual, society and state in the area of the transport complex from illegal interference.

### Article 15. Rights of the Subjects of Personal Data in Case of Their Personal Data Being Processed for the Purposes of Promotion of Goods, Work, Services in the Market and Also for Purposes of Political Propaganda

1. The personal data processing for purposes of promoting goods, work, services in the market by implementing direct contacts with potential consumers with the help of communications facilities and also for the purposes of political campaigning shall be allowed only on the condition of the prior consent thereto of the subject of personal data. The said personal data processing shall be regarded as being carried out without the prior consent thereto of the subject of personal data, unless the operator has proved that such consent was obtained.

2. The operator shall be obligated to immediately terminate at the request of the subject of personal data the processing of his or her personal data as envisaged under Part 1 of this Article.

### Article 16. Rights of the Subjects of Personal Data in Decision-making Exclusively on the Basis of the Automated Processing of Their Personal Data

1. It is prohibited to take decisions generating legal consequences in relation to the subject of personal data or in any other way affecting his or her rights and legitimate interests exclusively on the basis of the automated processing of personal data, except for the cases envisaged under Part 2 of this Article.

2. The decision generating legal consequences in relation to the subject of personal data or otherwise affecting his or her rights and legitimate interests may be taken exclusively on the basis of the automated processing of his or her personal data only with the availability of the written consent of the subject of personal data or in the cases stipulated under federal laws also establishing measures towards ensuring the rights and legitimate interests of the subject of personal data.

3. The operator shall be obligated to explain to the subject of personal data the procedure for taking decision exclusively on the basis of the automated processing of his or her personal data and possible legal consequences of that decision, to provide him or her with the possibility to put up an objection against that decision and also to explain the procedure for protection by the subject of personal data of his or her rights and legitimate interests.

4. The operator shall be obligated to consider the objection specified in Part 3 of this Article within thirty days from the receipt thereof and notify the subject of personal data of the results of considering that objection.
(as amended by Federal Law dated July 25, 2011 No. 261-FZ)

### Article 17. Right to Appeal Actions or Inaction of the Operator

1. If the subject of personal data considers that the operator is effecting the processing of

**TRANSLATION FROM RUSSIAN**

his or her personal data in violation of the requirements of this Federal Law or is otherwise infringing upon his or her rights and liberties, the subject of personal data shall have the right to appeal the actions or inaction of the operator before the authorized body for protection of the rights of the subjects of personal data or by judicial procedure.

2. The subject of personal data shall be entitled to protection of his or her rights and legitimate interests, including to reimbursement of damages and/or to compensation of moral damage by judicial procedure.

## Chapter 4. DUTIES OF THE OPERATOR

### Article 18. Duties of the Operator when Personal Data Are Gathered

(as amended by Federal Law dated July 25, 2011 No. 261-FZ)

1. While gathering personal data, the operator shall provide the personal data subject on his/her request with the information envisaged by Part 7 of Article 14 of this Federal Law.

2. If the provision of personal data is compulsory under a federal law, the operator shall explain to the personal data subject the legal consequences of his/her refusal to provide his/her personal data.

3. Except in the cases envisaged by Part 4 of this Article, if personal data have been received from a person other than the personal data subject, then prior to starting the processing of such personal data the operator shall provide the following information to the personal data subject:

1) Name or surname, first name, patronymic and address of the operator or his/her/its representative;

2) Purpose of processing of the personal data and the legal ground for it;

3) Potential users of the personal data;

4) Rights of the personal data subject established by this Federal Law;

5) Source from which the personal data are received.

4. The operator is relieved from the duty to provide the personal data subject with the information envisaged by Part 3 of this Article if:

1) Personal data subject has been notified of his/her personal data's being processed by the relevant operator;

2) Personal data have been received by the operator under a federal law or in connection with the performance of a contract to which the personal data subject is either a beneficiary or a surety;

3) Personal data have been made available to the general public by the personal data subject or have been received from a source open to the general public;

4) Personal data are processed by the operator for statistical or other research purposes, for the purpose of pursuing the professional activities of a journalist or scientific, literary or

**TRANSLATION FROM RUSSIAN**

other creative activity, unless in this case the rights and lawful interests of the personal data subject are infringed upon;

5) Provision of the information envisaged by Part 3 of this Article to the personal data subject infringes on the rights and lawful interests of third persons.

5. When gathering personal data, including using the Internet information and telecommunications network, the operator shall ensure recording, systematizing, accumulating, storing, updating (renewing and altering), retrieving personal data of citizens of the Russian Federation using the databases located in the Russian Federation, except as specified in Items 2, 3, 4, 8 of Part 1 of Article 6 of this Federal Law.
(part 5 is introduced by Federal Law dated July 21, 2014 No. 242-FZ)

### Article 18.1. Measures for Ensuring the Operator's Executing the Duties Envisaged by This Federal Law

(is introduced by Federal Law dated July 25, 2011 No. 261-FZ)

1. The operator shall take the measures which are necessary and sufficient for ensuring the execution of the duties envisaged by this Federal Law and the regulatory legal acts adopted pursuant thereto. The operator shall define on its own the composition of, and a list of, the measures which are necessary and sufficient for the execution of the duties stipulated by this Federal Law and the regulatory legal acts adopted pursuant thereto, except as otherwise envisaged by this Federal Law or other federal laws. Such measures may, in particular, include the following:

1) Appointment of a person as responsible for organizing the processing of personal data by the operator being a legal entity;

2) Promulgation of documents by the operator being a legal entity, defining the operator's policies in respect of personal data processing, local acts on issues of personal data processing and also local acts establishing procedures aimed at preventing and detecting breaches of the legislation of the Russian Federation and the elimination of the consequences of such breaches;

3) Application of legal, organizational and technical measures for ensuring the security of personal data in accordance with Article 19 of this Federal Law;

4) Exercising of internal control and/or audit of the compliance of personal data processing with this Federal Law and the regulatory legal acts adopted pursuant to it, with the requirements for personal data protection, the operator's policies in respect of personal data processing, local acts of the operator;

5) Assessment of the harm that can be caused to a personal data subject when this Federal Law is violated, the correlation of said harm and the measures taken by the operator for ensuring the execution of the duties envisaged by this Federal Law;

6) Acquaintance of the operator's employees who directly process personal data with the provisions of the legislation of the Russian Federation on personal data, in particular, with the requirements for the protection of personal data, the documents defining the operator's policies in respect of personal data processing, local acts on issues of personal data processing and/or the training of said employees.

2. The operator shall promulgate or otherwise provide unrestricted access to the document determining the operator's policies in respect of personal data processing and to information on implemented requirements for personal data protection. An operator gathering personal data by means of information-telecommunication networks shall use the relevant information-telecommunication network to publish a document defining the operator's policies in respect of personal data processing and information on implemented requirements for the protection of personal data and also provide an opportunity for having access to the said document by means of the facilities of the relevant information-telecommunication network.

3. The Government of the Russian Federation shall establish a list of measures aimed at ensuring the execution of the duties envisaged by this Federal Law and the regulatory legal acts adopted pursuant thereto by the operators being governmental or municipal bodies.

4. In reply to an inquiry of the authorized body for protection of the rights of the subjects of personal data, the operator shall provide the documents and the local acts specified in Part 1 of this Article and/or otherwise confirm that the measures mentioned in Part 1 of this Article have been taken.

**Article 19. Measures for Ensuring the Security of Personal Data When They Are Being Processed**

(as amended by Federal Law dated July 25, 2011 No. 261-FZ)

1. While processing personal data, the operator shall take the necessary legal, organizational and technical measures or make sure they are taken for the purpose of protecting the personal data from illegal or accidental access thereto, destruction, modification, blocking, copying, provision and dissemination of the personal data as well as other illegal actions in respect of the personal data.

2. The security of personal data shall be, in particular, achieved by means of:

1) Detecting threats to the security of the personal data when they are being processed in informational personal data systems;

2) Taking the organizational and technical measures for ensuring the security of the personal data when they are being processed in informational personal data systems which are required to meet the personal data protection requirements whose observance maintains the personal data protection levels established by the Government of the Russian Federation;

3) Using the information protection facilities which have passed a conformity assessment procedure according to the established procedure;

4) Assessing the effectiveness of the measures taken to ensure the security of the personal data before the commissioning of an informational personal data system;

5) Keeping record of machine personal data media;

6) Detecting the cases of unauthorized access to the personal data and taking measures;

7) Restoring the personal data that have been modified or destroyed as the result of unauthorized access thereto;

8) Establishing rules for getting access to the personal data processed in the informational personal data system and also making sure all the actions involving the personal data in the informational personal data systems get registered and recorded;

9) Control over measures taken to ensure the security of the personal data and the level of protection of informational personal data systems.

3. The following shall be established by the Government of the Russian Federation with due regard to the possible harm to a personal data subject, the scope and content of processed personal data, the type of activity whereby personal data are processed and the significance of threats to personal data security:

1) Levels of protection of personal data when they are being processed in informational personal data systems depending on the threats to the security of the data;

2) Requirements applicable to the protection of personal data when they are processed in informational personal data systems whose implementation ensures the established levels of personal data protection;

3) Requirements applicable to biometric personal data material media and the technologies used to store such data outside informational personal data systems.

4. The composition and contents of the organizational and technical measures ensuring the security of personal data in the course of their processing in informational personal data systems required to meet the requirements established by the Government of the Russian Federation in accordance with Part 3 of this Article as applicable to personal data protection for each of the protection levels shall be established by the federal executive governmental body empowered in the area of security and the federal executive governmental body empowered in the area of countering technical intelligence and of the technical protection of information, within the scope of their powers.

5. The federal executive governmental bodies carrying out the function of state policy elaboration and normative legal regulation in the established area of activity, the governmental bodies of the subjects of the Russian Federation, the Bank of Russia, the bodies of state non-budget funds and other governmental bodies within the scope of their powers shall adopt regulatory legal acts defining the threats to personal data security which are significant when personal data are being processed in the informational personal data systems used to pursue relevant types of activity, with account being taken of the content of personal data and the character and methods of processing thereof.

6. Apart from the threats to personal data security defined in the regulatory legal acts adopted in accordance with Part 5 of this Article, associations, unions and other entities uniting operators are entitled to issue their decisions to define additional threats to personal data security which are significant when personal data are being processed in the informational personal data systems used to pursue specific types of activity by the members of such associations, unions and other entities uniting operators, with account being taken of the content of personal data and the character and methods of processing thereof.

7. Approval shall be sought for the draft regulatory legal acts mentioned in Part 5 of this Article from the federal executive governmental body empowered in the area of security and the federal executive governmental body empowered in the area of countering technical intelligence and the technical protection of information. Approval shall be sought for the draft

**TRANSLATION FROM RUSSIAN**

decisions specified in Part 6 of this Article from the federal executive governmental body empowered in the area of security and the federal executive governmental body empowered in the area of countering technical intelligence and the technical protection of information, according to the procedure established by the Government of the Russian Federation. A decision of the federal executive governmental body empowered in the area of security and the federal executive governmental body empowered in the area of countering technical intelligence and the technical protection of information on refusal to approve the draft decisions specified in Part 6 of this Article shall be substantiated.

8. Control and supervision over the implementation of the organizational and technical measures for ensuring personal data security established in accordance with this Article shall be exercised in the course of personal data processing in state informational personal data systems by the federal executive governmental body empowered in the area of security and the federal executive governmental body empowered in the area of countering technical intelligence and the technical protection of information, within the scope of their powers and without the right of getting acquainted with the personal data processed in informational personal data systems.

9. By a decision of the Government of the Russian Federation with due regard to the significance and contents of processed personal data, the federal executive governmental body empowered in the area of security and the federal executive governmental body empowered in the area of countering technical intelligence and the technical protection of information may be given the powers of control over the observance of the organizational and technical measures ensuring personal data security which are established in accordance with this Article, when they are being processed in the informational personal data systems which are used to pursue specific types of activity and are other than state informational personal data systems, without the right of getting acquainted with the personal data processed in informational personal data systems.

10. Personal data may be used and stored outside informational personal data systems only on such material data media and by means of such data storage technology that ensure the protection of the data from illegal or accidental access thereto or the destruction, modification, blocking, copying, provision or dissemination thereof.

11. For the purposes of this Article the "threat to personal data security" means a set of conditions and factors posing a danger of unauthorized, including accidental, access to personal data that can result in the destruction, modification, blocking, copying, provision or dissemination of the personal data as well as other illegal actions in the course of their processing in an informational personal data system. The "level of protection of personal data" means a complex indicator characterizing the requirements whose observance ensures the neutralizing of specific personal data security threats when data are being processed in informational personal data systems.

**Article 20. Duties of the Operator when a Personal Data Subject Applies to It or when an Inquiry Is Received from a Personal Data Subject or a Representative Thereof and Also from an Authorized Body for Protection of the Rights of the Subjects of Personal Data**

(as amended by Federal Law dated July 25, 2011 No. 261-FZ)

1. Information shall be provided by the operator according to the procedure envisaged by

Article 14 of this Federal Law to a personal data subject or a representative thereof about the availability of personal data relating to the relevant personal data subject as well as an opportunity for getting acquainted with these personal data if the personal data subject or a representative thereof applies for it or within thirty days after an inquiry is received from the personal data subject or a representative thereof.

2. In the event of refusal to provide information on the availability of personal data concerning the relevant personal data subject or personal data to the personal data subject or a representative thereof if they have applied or when an inquiry is received from the personal data subject or a representative thereof, the operator shall be given a substantiated reply in writing including reference to the provision of Part 8 of Article 14 of this Federal Law or another federal law deemed a ground for such refusal, within thirty days after the application of the personal data subject or the representative thereof or after the date of receiving the inquiry from the personal data subject or the representative thereof.

3. The operator shall provide free of charge an opportunity to the personal data subject or a representative thereof to get acquainted with the personal data concerning that personal data subject. Within seven working days after the provision of information by the personal data subject or a representative thereof confirming that the personal data are incomplete, incorrect or out of date, the operator shall make the necessary amendments thereto. Within seven working days after the provision of information by the personal data subject or a representative thereof confirming that such personal data have been illegally received or are not necessary for the declared purpose of processing, the operator shall destroy such personal data. The operator shall notify the personal data subject or a representative thereof of the amendments made and the measures taken and shall take reasonable measures for notifying the third persons to which that subject's personal data have been provided.

4. The operator shall provide the authorized body for protection of the rights of the subjects of personal data, in reply to that body's inquiry, with the necessary information within thirty days after receiving such inquiry.

### Article 21. Operator's Duty to Eliminate Breaches of the Legislation That Occurred when Personal Data Were Being Processed and to Update, Block and Destroy Personal Data

(as amended by Federal Law dated July 25, 2011 No. 261-FZ)

1. If it is discovered that personal data have been wrongfully processed when the personal data subject or a representative thereof applied or on an inquiry of the personal data subject or a representative thereof or of the authorized body for protection of the rights of the subjects of personal data, the operator shall block the wrongfully processed personal data relating to that personal data subject or make sure they get blocked (if the personal data are processed by another person acting on the operator's assignment) from the time of such application or of the receipt of said inquiry for the period of verification. If incorrect personal data have been discovered when the personal data subject or a representative thereof applied or on their inquiry or on an inquiry of the authorized body for protection of the rights of the subjects of personal data, the operator shall block the personal data relating to that personal data subject or make sure they get blocked (if the personal data are processed by another person acting on the operator's assignment) from the time of such application or of the receipt of said inquiry for the period of verification, unless the blocking of the personal data infringes on the rights and lawful interest of the personal data subject or third persons.

2. If the incorrectness of the personal data has been confirmed, then on the basis of the information provided by the personal data subject or a representative thereof or the authorized body for protection of the rights of the subjects of personal data or the other necessary documents the operator shall adjust the personal data or arrange for the adjustment thereof (if the personal data are processed by another person acting on the operator's assignment) within seven working days after the provision of such data and shall cancel the blockage of the personal data.

3. If it is discovered that the operator or a person acting on the operator's assignment has wrongfully processed personal data then the operator shall within three working days after the discovery stop the wrongful processing of the personal data or make sure the wrongful processing of the personal data is stopped by another person acting on the operator's assignment. If the legality of processing of personal data cannot be ensured, the operator shall destroy such personal data or make sure they get destroyed within ten working days after the discovery of wrongful personal data processing. The operator shall notify the personal data subject or a representative thereof about the elimination of the committed wrongdoing or the destruction of the personal data, and, in the event an application of the personal data subject or a representative thereof or an inquiry of the authorized body for protection of the rights of the subjects of personal data have been sent by the authorized body for protection of the rights of the subjects of personal data, also that body.

4. Once the purpose of processing of personal data has been achieved, the operator shall stop processing the personal data or make sure it is stopped (if the personal data are processed by another person acting on the operator's assignment) and destroy the personal data or make sure they get destroyed (if the personal data are processed by another person acting on the operator's assignment) within thirty days after the date of achievement of the purpose of personal data processing, except as otherwise envisaged by a contract to which the personal data subject is a beneficiary or surety, another agreement between the operator and the personal data subject or if the operator is not entitled to process the personal data without the consent of the personal data subject on the grounds envisaged by this Federal Law or other federal laws.

5. If a personal data subject has revoked his/her consent to his/her personal data's being processed, the operator shall stop processing them or make sure it is stopped (if the personal data are processed by another person acting on the operator's assignment), and if the storage of the personal data is no longer needed for the purposes of personal data processing, destroy the personal data or make sure they get destroyed (if the personal data are processed by another person acting on the operator's assignment) within thirty days after the receipt of said revocation, except as otherwise envisaged by a contract to which the personal data subject is a beneficiary or surety, another agreement between the operator and the personal data subject or if the operator is not entitled to process the personal data without the consent of the personal data subject on the grounds envisaged by this Federal Law or other federal laws.

6. If the personal data cannot be destroyed within the term specified in Parts 3–5 of this Article, the operator shall block such personal data or make sure they get blocked (if the personal data are processed by another person acting on the operator's assignment) and make sure the personal data are destroyed within six months, except if another term is established by federal laws.

### Article 22. Notification of Personal Data Processing

1. The operator shall, prior to commencing the processing of personal data, notify the

authorized body for protection of the rights of the subjects of personal data of its intention to carry out the processing of personal data, except for instances envisaged under Part 2 of this Article.

2. The operator shall have the right to effect, without notifying the authorized body for protection of the rights of the subjects of personal data, processing of personal data:

1) That are processed in accordance with the labor legislation;
(Item 1 as amended by Federal Law dated July 25, 2011 No. 261-FZ)

2) That were obtained by the operator in connection with making a contract, the party to which is the subject of personal data, unless the personal data are disseminated and furnished to third persons without the consent thereto of the subject of personal data and provided those are used by the operator exclusively to execute the said contract and to conclude contracts with the subject of personal data;

3) That pertain to the members (participants) of a public association or religious organization and are processed by a relevant public association or religious organization operating in accordance with the legislation of the Russian Federation, for achieving the legitimate goals specified under their respective constituent documents, provided that the personal data are not disseminated or disclosed to third persons without the written consent thereto of the subjects of personal data;
(as amended by Federal Law dated July 25, 2011 No. 261-FZ)

4) Made available to the general public by the personal data subject;
(Item 4 as amended by Federal Law dated July 25, 2011 No. 261-FZ)

5) That include only surnames, first names and patronymics of the subjects of personal data;

6) That are essential for purposes of one-time passage of the subject of personal data into the territory of location of the operator or for other similar purposes;

7) That are included in the personal data informational systems, enjoying in accordance with the federal laws the status of state automated informational systems and also in the governmental informational systems of personal data created with the objective of protecting the security of the state and public order;
(as amended by Federal Law dated July 25, 2011 No. 261-FZ)

8) That are processed without the use of automation facilities as is envisaged under the federal laws or other statutory legal acts of the Russian Federation prescribing requirements for ensuring the security of personal data in processing of the same and for observance of the rights of the subjects of personal data;

9) That are processed in the cases envisaged by the legislation of the Russian Federation on transport safety, for the purposes of ensuring the steady and safe operation of the transport complex, protecting the interests of the individual, society and state in the area of the transport complex from illegal interference.
(Item 9 is introduced by Federal Law dated July 25, 2011 No. 261-FZ)

3. The notice envisaged by part 1 of this Article shall be sent as a paper document or an electronic document and signed by an empowered person. The notice shall comprise the

following information:
(as amended by Federal Law dated July 25, 2011 No. 261-FZ)

1) Name (surname, first name, patronymic), address of the operator;

2) Goal of personal data processing;

3) Categories of personal data;

4) Categories of the subjects whose personal data are processed;

5) Legal grounds for personal data processing;

6) List of actions involving personal data, general description of the methods of personal data processing used by the operator;

7) Description of the measures envisaged by Articles 18.1 and 19 of this Federal Law, including information on the availability of encoding (cryptographic) facilities and a description of such facilities;
(Item 7 as amended by Federal Law dated July 25, 2011 No. 261-FZ)

7.1) Surname, first name and patronymic of the natural person or the name of the legal entity responsible for the organization of personal data processing and their contact phone numbers, postal and e-mail addresses;
(Item 7.1 is introduced by Federal Law dated July 25, 2011 No. 261-FZ)

8) Date of beginning the processing of personal data;

9) Period or condition for termination of personal data processing;

10) Information on the existence or lack of transborder flow of personal data in the course of their processing;
(Item 10 is introduced by Federal Law dated July 25, 2011 No. 261-FZ)

10.1) Information on the location of a database of the information containing personal data of citizens of the Russian Federation;
(Item 10.1 is introduced by Federal Law dated July 21, 2014 No. 242-FZ)

11) Information on personal data security arrangements according to the requirements for the protection of personal data established by the Government of the Russian Federation.
(Item 11 is introduced by Federal Law dated July 25, 2011 No. 261-FZ)

4. The authorized body for protection of the rights of the subjects of personal data shall, within thirty days from receipt of notification of personal data processing, enter the data specified under Part 3 of this Article and also data on the date of forwarding said notification into the register of operators. The data found in the register of operators, except for the data on the means of ensuring the security of personal data in their processing, shall be open to the general public.

5. The operator may not be required to bear the costs involved in considering the notification of personal data processing by the authorized body for protection of the rights of the subjects of personal data and also in connection with the entering of data into the register of operators.

6. In case of the submission of incomplete or inaccurate data as stipulated under Part 3 of this Article, the authorized body for protection of the rights of the subjects of personal data shall have the right to demand that the operator specify the data submitted prior to entering them into the register of operators.

7. If the information mentioned in Part 3 of this Article is modified, and also if personal data processing is terminated, the operator shall notify accordingly the authorized body for protection of the rights of the subjects of personal data within ten working days after the date of such modification or the date of termination of personal data processing.
(part 7 as amended by Federal Law dated July 25, 2011 No. 261-FZ)

### Article 22.1. Persons Responsible for Organizing Personal Data Processing in Organizations

(is introduced by Federal Law dated July 25, 2011 No. 261-FZ)

1. An operator being a legal entity shall appoint a person as responsible for organizing the processing of personal data.

2. The person responsible for organizing the processing of personal data shall get directions directly from the executive body of the organization being the operator and shall report to that body.

3. The operator shall provide the person responsible for organizing the processing of personal data with the information mentioned in Part 3 of Article 22 of this Federal Law.

4. Among other things, the person responsible for organizing the processing of personal data shall:

1) Exercise internal control over the operator's and its employees' observance of the legislation of the Russian Federation on personal data, including the requirements for personal data protection;

2) Inform the operator's employees of the provisions of the legislation of the Russian Federation on personal data and local acts on issues of personal data processing and requirements for personal data protection;

3) Organize the acceptance and processing of applications and inquiries of personal data subjects or their representatives and/or exercise control over the acceptance and processing of such applications and inquiries.

### Chapter 5. STATE CONTROL AND SUPERVISION OVER THE PROCESSING OF PERSONAL DATA. LIABILITY FOR VIOLATION OF THE REQUIREMENTS OF THIS FEDERAL LAW
(as amended by Federal Law dated February 22, 2017 No. 16-FZ)

### Article 23. Authorized Body for Protection of the Rights of the Subjects of Personal Data

1. Authorized body for protection of the rights of the subjects of personal data shall be the federal executive governmental body carrying out the functions of control and supervision

over compliance of personal data processing with the legal requirements of the Russian Federation in relation to personal data.
(part 1 as amended by Federal Law dated February 22, 2017 No. 16-FZ)

1.1. The authorized body for protection of the rights of the subjects of personal data shall ensure, organize, and exercise state control and supervision over compliance of personal data processing with the requirements of this Federal Law and the regulatory legal acts adopted pursuant thereto (state control and supervision over personal data processing). The procedure for organizing and conducting inspections of legal entities and individual entrepreneurs being operators by the authorized body for protection of the rights of the subjects of personal data and the procedure for organizing and exercising state control and supervision over personal data processing by any other persons being operators shall be established by the Government of the Russian Federation.
(part 1.1 is introduced by Federal Law dated February 22, 2017 No. 16-FZ)

2. The authorized body for protection of the rights of the subjects of personal data shall deal with applications of the subject of personal data regarding the conformity of the content of personal data and methods of their processing with the goals of processing of the same and take relevant decisions.

3. The authorized body for protection of the rights of the subjects of personal data shall be entitled:

1) To request that individuals or legal entities furnish the information necessary for the realization of its powers and to receive that information free of charge;

2) To carry out verification of data contained in the notification of personal data processing or engage in order to carry out such verification the services of other governmental bodies within their respective powers;

3) To demand that the operator update, block or destroy inaccurate or illegally obtained personal data;

3.1) To restrict an access to the information being processed in violation of the legislation of the Russian Federation in relation to personal data according to the procedure established by the legislation of the Russian Federation;
(Item 3.1 is introduced by Federal Law dated July 21, 2014 No. 242-FZ)

4) To take according the procedure established under the legislation of the Russian Federation measures to suspend or terminate the processing of personal data effected in violation of the requirements of this Federal Law;

5) To apply to the court with the statements of claim to protect the rights of the subjects of personal data, including for the protection of the rights of an unlimited group of persons, and represent the interests of the subjects of personal data in court;
(as amended by Federal Law dated July 25, 2011 No. 261-FZ)

5.1) To send to the federal executive governmental body empowered in the area of security and the federal executive governmental body empowered in the area of countering technical intelligence and of the technical protection of information, as applicable to the field of their activities, the information specified in Item 7 of Part 3 of Article 22 of this Federal Law;

**TRANSLATION FROM RUSSIAN**

(Item 5.1 is introduced by Federal Law dated July 25, 2011 No. 261-FZ)

6) To file applications to the body effecting the licensing of activity of the operator for considering the issue of taking measures to suspend or annul a respective license according to the procedure established by the legislation of the Russian Federation, when the prerequisite of the license to conduct that activity is the ban to transfer personal data to third persons without the written consent thereto of the subject of personal data;

7) To send to the bodies of prosecution and other law enforcement bodies materials to take decisions on starting legal proceedings on the basis of elements of crime associated with the violation of rights of the subjects of personal data, in accordance with the relevant jurisdiction;

8) To make to the Government of the Russian Federation proposals on improving the statutory legal regulation of protection of rights of the subjects of personal data;

9) To bring to administrative liability persons guilty of violating this Federal Law.

4. The personal data that became known to the authorized body for protection of the rights of the subjects of personal data as it conducts its activity shall be subject to confidentiality of personal data.

5. The authorized body for protection of the rights of the subjects of personal data shall be obligated to:

1) Organize in accordance with the requirements of this Federal Law and other federal laws protection of the rights of the subjects of personal data;

2) Consider the complaints and applications of citizens or legal entities on issues associated with the processing of personal data and also to take within its respective powers decisions proceeding from the results of considering said complaints and applications;

3) Keep the register of operators;

4) Implement measures aimed at improving the protection of the rights of the subjects of personal data;

5) Take, according to the procedure established under the legislation of the Russian Federation upon the recommendation of the federal executive body authorized in the field of ensuring the security or the federal executive body authorized in the field of countering technical intelligence services and technical protection of information, measures to suspend or terminate the processing of personal data;
(as amended by Federal Law dated July 01, 2017 No. 148-FZ)

6) Inform the governmental bodies and also the subjects of personal data in response to their applications or inquiries of the state of affairs in the sphere of protection of rights of the subjects of personal data;

7) Perform other obligations as may be envisaged under the legislation of the Russian Federation.

5.1. The authorized body for protection of the rights of the subjects of personal data shall co-operate with bodies empowered to protect the rights of personal data subjects in foreign

states, in particular, carry out the international exchange of information on the protection of the rights of personal data subjects and endorse a list of the foreign states that provide adequate protection of the rights of personal data subjects.
(part 5.1 is introduced by Federal Law dated July 25, 2011 No. 261-FZ)

6. Decisions of the authorized body for protection of the rights of the subjects of personal data may be appealed by judicial procedure.

7. The authorized body for protection of the rights of the subjects of personal data shall, on an annual basis, send a report on its activity to the President of the Russian Federation, the Government of the Russian Federation and the Federal Assembly of the Russian Federation. Said report shall be published in mass media outlets.

8. The financing of the authorized body for protection of the rights of the subjects of personal data shall be effected for account of the federal budget funds.

9. A consultative board, procedure for the formation and activity of which shall be determined by the authorized body for protection of the rights of the subjects of personal data, shall be set up on a voluntarily basis under the authorized body for protection of the rights of the subjects of personal data.

### Article 24. Liability for Violation of the Requirements of This Federal Law

1. Persons guilty of violation of the requirements of this Federal Law shall bear the liabilities envisaged by the legislation of the Russian Federation.
(as amended by Federal Law dated July 25, 2011 No. 261-FZ)

2. Moral harm sustained by a personal data subject as the result of an infringement on his/her rights, a breach of the personal data processing rules established by this Federal Law and also requirements for personal data protection established in accordance with this Federal Law is subject to compensation in accordance with the legislation of the Russian Federation. Compensation for moral harm shall be provided irrespectively of compensation for property harm and the damages sustained by the personal data subject.
(part 2 is introduced by Federal Law dated July 25, 2011 No. 261-FZ)

### Chapter 6. FINAL PROVISIONS

### Article 25. Final Provisions

1. This Federal Law shall take effect upon the expiration of one hundred and eighty days from its official publication.

2. Following the effective day of this Federal Law, the processing of personal data that were incorporated within the personal data informational systems prior to its effective day shall be carried out in accordance with this Federal Law.

2.1. The operators that had been processing personal data before July 1, 2011 shall provide the authorized body for protection of the rights of the subjects of personal data with the information specified in Items 5, 7.1, 10 and 11 of Part 3 of Article 22 of this Federal Law by January 1, 2013.
(part 2.1 is introduced by Federal Law dated July 25, 2011 No. 261-FZ)

**TRANSLATION FROM RUSSIAN**

3. Abrogated. - Federal Law dated July 25, 2011 No. 261-FZ.

4. The operators that have been carrying out the processing of personal data prior to the effective day of this Federal Law and continue effecting that processing following its effective day shall be obligated to send to the authorized body for protection of the rights of the subjects of personal data, except for the instances specified under Part 2 of Article 22 of this Federal Law, a notification provided under Part 3 of Article 22 of this Federal Law, not later than January 1, 2008.

5. The relationships that have to do with personal data processing carried out by state bodies, legal entities and natural persons when state and municipal services are being provided, state and municipal functions are performed in the subject of the Russian Federation that is the federally-significant City of Moscow are regulated by this Federal Law, except as otherwise envisaged by the Federal Law on the Details of Regulation of Specific Legal Relationships in Connection with the Joining of Territories to the Subject of the Russian Federation That Is the Federally-Significant City of Moscow and on Amending Certain Legislative Acts of the Russian Federation.

(part 5 is introduced by Federal Law dated April 05, 2013 No. 43-FZ)

President
of the Russian Federation
V. PUTIN

The Kremlin, Moscow

July 27, 2006

No. 152-FZ

Original Text Available at http://ips.pravo.gov.ru:8080/document/285/