# Exhibit 15 to Concord Management and Consulting LLC's Motion to Quash Unserved Early Return Trial Subpoena and Opposition to the Government's Renewed Motion for Early Return Trial Subpoena, 18-cr-00032-2-DLF

TRANSLATION FROM RUSSIAN

GOVERNMENT OF THE RUSSIAN FEDERATION

RESOLUTION
dated June 30, 2018 No. 772

**ON DETERMINATION OF THE SCOPE OF INFORMATION TO BE PLACED IN THE UNIFIED INFORMATIONAL PERSONAL DATA SYSTEM ENSURING PROCESSING, INCLUDING COLLECTION AND STORAGE, OF BIOMETRIC PERSONAL DATA, THEIR CHECKING AND TRANSFER OF INFORMATION ABOUT A LEVEL OF THEIR COMPLIANCE WITH THE SUBMITTED BIOMETRIC PERSONAL DATA OF A CITIZEN OF THE RUSSIAN FEDERATION, INCLUDING A TYPE OF BIOMETRIC PERSONAL DATA AS WELL AS ON AMENDMENTS TO CERTAIN REGULATIONS OF THE GOVERNMENT OF THE RUSSIAN FEDERATION**

List of Amending Documents
(as amended by Resolution of the Government of the Russian Federation No. 1197 dated September 13, 2019)

Pursuant to part 8 of Article 14.1 of the Federal Law on Information, Information Technologies and Information Protection, the Government of the Russian Federation resolves:

To approve the attached:

Scope of information to be placed in the unified informational personal data system ensuring processing, including collection and storage, of biometric personal data, their checking and transfer of information about a level of their compliance with the submitted biometric personal data of a citizen of the Russian Federation, including a type of biometric personal data;

Amendments to be introduced to the acts of the Government of the Russian Federation.

Chairman of the Government of the Russian Federation
D. MEDVEDEV

Approved
by Resolution of the Government of the Russian Federation
dated June 30, 2018 No. 772

**SCOPE OF INFORMATION TO BE PLACED IN THE UNIFIED INFORMATIONAL PERSONAL DATA SYSTEM ENSURING PROCESSING, INCLUDING COLLECTION AND STORAGE, OF BIOMETRIC PERSONAL DATA, THEIR CHECKING AND TRANSFER OF INFORMATION ABOUT A LEVEL OF THEIR COMPLIANCE WITH THE SUBMITTED BIOMETRIC PERSONAL DATA OF A CITIZEN OF THE RUSSIAN FEDERATION, INCLUDING A TYPE OF BIOMETRIC PERSONAL DATA**

List of Amending Documents
(as amended by Resolution of the Government of the Russian Federation No. 1197 dated September 13, 2019)

Original Text Available at
http://pravo.gov.ru/proxy/ips/?docbody=&prevDoc=102166684&backlink=1&&nd=102474390

**TRANSLATION FROM RUSSIAN**

The unified informational personal data system ensuring processing, including collection and storage, of biometric personal data, their checking and transfer of information about a level of their compliance with the submitted biometric personal data of a citizen of the Russian Federation (hereinafter the "unified informational personal data system") shall contain the following information:

a) Biometric personal data of an individual being a citizen of the Russian Federation, of the following types:

Data of an image of an individual's face obtained using photo and video devices;

Data of a voice of an individual obtained using sound-recording devices;

b) Identifier of information in the relevant register of legal entities or register of bodies and entities of the federal state information system "Unified System of Identification and Authentication in the Infrastructure Ensuring Informational and Technological Interaction between Information Systems Used to Provide State and Municipal Services in Electronic Form" (hereinafter the "unified system of identification and authentication") about state body, bank, other entity in the cases stipulated by the federal law, which placed biometric personal data of a citizen of the Russian Federation in electronic form in the unified biometric system (hereinafter the "authorized entities") — primary state registration number of an entry on establishment of the legal entity;

c) Identifier of information about an authorized employee of an authorized entity in the register of bodies and entities of the unified system of identification and authentication, who placed biometric personal data of a citizen of the Russian Federation in electronic form to the unified biometric system — insurance number of the individual ledger account of an insured person in the personified record-keeping system of the Pension Fund of the Russian Federation;

d) Identifier of information about an individual in the register of individuals of the unified system of identification and authentication, biometric personal data of which are placed in the unified biometric system — identifier of an account in the unified system of identification and authentication;

e) Contact details of an individual (number of mobile wireless communication subscriber device, e-mail address).

(clause "e" was introduced by Resolution of the Government of the Government of the Russian Federation No. 1197 dated September 13, 2019)

Approved
by the Resolution of the Government
of the Russian Federation
dated June 30, 2018 No. 772

Original Text Available at
http://pravo.gov.ru/proxy/ips/?docbody=&prevDoc=102166684&backlink=1&&nd=102474390