**Exhibit 18** to Concord Management and Consulting LLC's Motion to Quash Unserved Early Return Trial Subpoena and Opposition to the Government's Renewed Motion for Early Return Trial Subpoena, 18-cr-00032-2-DLF

TRANSLATION FROM RUSSIAN

# Code of Administrative Offenses of the Russian Federation
No.195-FZ dated December 30, 2001
(edition of December 16, 2019)
[excerpts]

**Article 13.11. Violation of Legislation of the Russian Federation regarding Personal Data**

1. Processing of personal data in cases not provided for by the legislation of the Russian Federation regarding personal data, or processing of personal data incompatible with the purposes of collecting personal data, except for cases provided for in Part 2 of this Article, if these actions do not contain a criminal offense,

shall entail a warning or imposition of an administrative fine on individuals in the amount from one thousand to three thousand rubles, on officials in the amount from five thousand to ten thousand rubles, and on legal entities in the amount from thirty thousand to fifty thousand rubles.

2. Processing of personal data without written consent of the personal data subject to the processing of their personal data in cases where such consent must be obtained in accordance with the legislation of the Russian Federation regarding personal data, if these actions do not contain a criminal offense, or processing of personal data in violation of the requirements for the composition of information established by the legislation of the Russian Federation regarding personal data included in the written consent of the subject of personal data for the processing of their personal data,

shall entail imposition of an administrative fine on individuals in the amount from three thousand to five thousand rubles, on officials in the amount from ten thousand to twenty thousand rubles, and on legal entities in the amount from fifteen thousand to seventy five thousand rubles.

3. Failure by an operator to comply with the obligation provided for by the legislation of the Russian Federation regarding personal data to publish or otherwise provide unrestricted access to a document determining the operator's policy regarding the processing of personal data, or information about the requirements for the protection of personal data that are being implemented

shall entail a warning or imposition of an administrative fine on individuals in the amount from seven hundred to one thousand five hundred rubles, on officials in the amount from three thousand to six thousand rubles, on individual entrepreneurs in the amount from five thousand to ten thousand rubles, and on legal entities in the amount from fifteen thousand to thirty thousand rubles.

4. Failure by an operator to comply with the obligation provided for by legislation of the Russian Federation regarding personal data to provide the subject of personal data with information regarding the processing of their personal data,

shall entail a warning or imposition of an administrative fine on individuals in the amount from one thousand to two thousand rubles, on officials in the amount from four thousand to six thousand rubles, on individual entrepreneurs in the amount from ten thousand to fifteen thousand rubles, and on legal entities in the amount from twenty thousand to forty thousand rubles.

5. Failure by the operator to meet the timeframes established by the legislation of the Russian Federation regarding personal data, the requirements of the subject of personal data or their representative, or the authorized body for the protection of the rights of subjects of personal data regarding the clarification of personal data, their blocking or destruction if

personal data is incomplete, outdated, inaccurate, illegally obtained or not necessary for the stated purpose of processing, -

shall entail a warning or imposition of an administrative fine on individuals in the amount from one thousand to two thousands rubles, on officials in the amount from four thousand to ten thousand rubles, on individual entrepreneurs in the amount from ten thousand to twenty thousand rubles, and on legal entities in the amount from twenty five thousand to forty five thousand rubles.

6. Failure by the operator when processing personal data without using automation means to comply with the conditions that ensure, in accordance with the legislation of the Russian Federation regarding personal data, the safety of personal data when storing tangible personal data carriers and excluding unauthorized access to them, if this entailed unauthorized or accidental access to personal data, its destruction, modification, blocking, copying, provision, distribution or other illegal actions with respect to personal data, if there is no element of a criminal offense

shall entail imposition of an administrative fine on individuals in the amount from seven hundred to two thousand rubles, on officials in the amount from four thousand to ten thousand rubles, on individual entrepreneurs in the amount from ten thousand to twenty thousand rubles, and on legal entities in the amount from twenty five thousand to fifty thousand rubles.

7. Failure by an operator being a state or municipal body to fulfill an obligation provided for by the legislation of the Russian Federation regarding personal data to anonymize personal data or to comply with established requirements or methods for anonymizing personal data

shall entail a warning or the imposition of an administrative fine on officials in the amount from three thousand to six thousand rubles.

**Article 13.12. Violating the Rules on Protecting Information**

1. Violation of the terms and conditions stipulated by a license for exercising information protection activities (except for information constituting a state secret)

shall entail the imposition of an administrative fine on individuals in the amount from one thousand to one thousand five hundred rubles, on officials in the amount from one thousand five hundred to two thousand five hundred rubles, and on legal entities in the amount from fifteen thousand to twenty thousand rubles.

2. Using uncertified information systems, databases and data banks, as well as uncertified means of information protection, where they are subject to obligatory certification (except for means of protection of information constituting a state secret)

shall entail imposition of an administrative fine on individuals in the amount from one thousand five hundred to two thousand five hundred rubles with or without confiscation of uncertified means of information protection; on officials in the amount from two thousand five hundred to three thousand rubles; and on legal entities in the amount from twenty thousand to twenty five thousand rubles with or without confiscation of uncertified means of information protection.

3. Violation of the terms and conditions stipulated by a license for conducting works related to the use and protection of information constituting a state secret, or to production of means intended for protecting information constituting a state secret, or to taking measures and/or rendering services concerning protection of information constituting a state secret

shall entail imposition of an administrative fine on officials in the amount from two thousand to three thousand rubles; and on legal entities in the amount from twenty thousand to twenty five thousand rubles.

4. Using uncertified means intended for protection of information constituting a state secret

shall entail imposition of an administrative fine on officials in the amount from three thousand to four thousand rubles, and on legal entities in the amount from twenty thousand to

thirty thousand rubles with or without confiscation of the uncertified means intended for protection of information constituting state secret.

5. A gross violation of the terms provided for by a license for exercising information protection activities (except for information constituting state secret)

shall entail imposition of an administrative fine on the persons exercising business activities without forming a legal entity in the amount from two thousand to three thousand rubles or the administrative suspension of their activities for a term of up to ninety days; on officials in the amount from two thousand to three thousand rubles and on legal entities in the amount from twenty thousand to twenty five thousand rubles or administrative suspension of the activities for a term of up to ninety days.

6. Violation of requirements for protection of information (except for information constituting state secret) established by federal laws and other regulatory legal acts of the Russian Federation adopted in accordance therewith, except for cases provided for by Parts 1, 2 and 5 of this Article,

shall entail imposition of an administrative fine on individuals in the amount from five hundred to one thousand rubles, on officials in the amount from one thousand to two thousand rubles, and on legal entities in the amount from ten thousand to fifteen thousand rubles.

7. Violation of requirements for protection of information constituting a state secret established by federal laws and other regulatory legal acts of the Russian Federation adopted in accordance therewith, except for cases provided for in Parts 3 and 4 of this Article, if such actions/omission do not contain a criminal offense,

shall entail imposition of an administrative fine on individuals in the amount from one thousand to two thousand rubles, on officials in the amount from three thousand to four thousand rubles, and on legal entities in the amount from fifteen thousand to twenty thousand rubles.

Note. The concept of a gross violation shall be defined by the Government of the Russian Federation in respect of each specific type of licensed activity.

### Article 13.13. Unlawful Activities in Information Protection

1. Engagement in activities in information protection (except information constituting a state secret) without duly obtaining special permission/license, where such permission/license is obligatory under federal law

shall entail imposition of an administrative fine on individuals in the amount from five hundred to one thousand rubles with or without confiscation of the means of information protection; on officials in the amount from two thousand to three thousand rubles with or without confiscation of the means of information protection; and on legal entities in the amount from ten thousand to twenty thousand rubles with or without confiscation of the means of information protection.

2. Engagement in activities related to use and protection of information constituting a state secret, or to production of means intended for protection of information constituting a state secret, or to taking measures and/or rendering services in order to protect state secrets, without a license

shall entail imposition of an administrative fine on officials in the amount from four thousand to five thousand rubles, and on legal entities in the amount from thirty thousand to forty thousand rubles with or without confiscation of the means of protecting information constituting a state secret produced in the absence of a license.