UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CONCORD MANAGEMENT AND CONSULTING LLC,<br><br>Defendant. | Crim. No. 18-CR-32-2 (DLF) |

**UNOPPOSED MOTION FOR A 7-DAY EXTENSION OF TIME
IN WHICH TO FILE RESPONSE TO MOTION TO QUASH**

The United States of America, by and through undersigned counsel, respectfully requests a 7-day extension of time in which to file its response to Concord's motion to quash the trial subpoena to Concord requested by the government, to January 20, 2020. Concord does not oppose this motion.

1. On December 3, 2019, the government filed a motion asking the Court to issue a trial subpoena to Concord. Doc. 267. On December 9, Concord filed a response opposing the motion. Doc. 273. In addition to arguing that the requested subpoena is inconsistent with Federal Rule of Criminal Procedure 17, Concord argued that this Court lacks authority to issue a subpoena to Concord and also urged that the request raised certain further "complexities," *id.* at 8, including that the subpoena may force to Concord to violate Russian law. Concord noted several Russian statutes that would "arguably" be violated, *id.* at 8, 9, but provided little basis for why those statutes could be at issue here.

2. On December 12, 2019, the Court held a hearing on the motion and stated it would allow Concord to a file a motion to quash providing additional detail on its Russian-law argument. The

Court permitted Concord until December 20 to file that motion, with the government's response to be due December 30, and any reply filed by January 3. 12/12/19 Minute Order.

3. On December 18, 2019, Concord moved for a 14-day extension to file its motion, as well as to lengthen the amount of time to file its reply to 7 days. Doc. 283, at 304. The Court granted the motion the same day, 12/18/19 Minute Order.

4. On January 3, 2020, Concord filed its motion to quash. Doc. 287. The motion spans 45 pages and is accompanied by nearly 150 pages of exhibits, some of which are Concord's own translations of Russian-language sources. Under the current schedule, the government's response is due on January 13, and any reply is due January 20. *Id.*

5. The government respectfully requests a 7-day extension of time in which to file its response to Concord's motion to quash the trial subpoena to Concord requested by the government, to January 20, 2020. The requested 7-day extension is necessary to ensure adequate time for the government to prepare and file its response. Concord's motion raised a number of issues concerning Russian law and the Russian legal system. In particular, Concord relies on at least five different provisions of Russian law, some of which were not cited in its prior filing; Concord now relies heavily on a number of secondary sources, some of which were written in Russian; Concord now bases some of its arguments on claims about the Russia-U.S. mutual legal assistance treaty; and Concord makes various assertions about the risk of prosecution based on a number of individual examples of Russian prosecutions. In order to address these issues and provide the Court with an appropriate and informed response, the government needs to consult with appropriate experts.

6. The government recognizes that this Court has multiple hearings and conferences in this case scheduled during January and February, but that the Court may have intended to hear

argument on this particular motion at the January 24 hearing. Unless the Court were inclined to shorten Concord's time to file a reply (which the government is not requesting), the briefing on this motion would be complete after that hearing. If the Court preserved Concord's 7-day period to file a reply, that would mean that the briefing would be complete by January 27.

In light of Concord's two-week extension and its decision to rely on new legal provisions and many new Russian-language sources, the government respectfully submits that the Court and parties would be better served if the government had the additional 7 days needed to engage in necessary consultation, even if that means not being able to argue this motion on January 24. The government stands ready to present argument on any other date in January or February that is convenient for the Court.

7. The government has contacted counsel for Concord, which represents that Concord does not oppose this motion.

## CONCLUSION

For the foregoing reasons, the government respectfully requests a 7-day extension of time in which to file its response to Concord's motion to quash the trial subpoena to Concord requested by the government, to January 20.

Respectfully submitted,

| | |
|---|---|
| JOHN C. DEMERS | JESSIE K. LIU |
| Assistant Attorney General for National Security | United States Attorney |
| | |
| By: /s/ | By: /s/ |
| Heather N. Alpino | Luke Jones |
| U.S. Department of Justice | Kathryn Rakoczy |
| National Security Division | Jonathan Kravis |
| 950 Pennsylvania Ave. NW | 555 Fourth Street NW |
| Washington, D.C. 20530 | Washington, D.C. 20530 |
| Telephone: (202) 514-2000 | Telephone: (202) 252-6886 |