# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | |
| **CONCORD MANAGEMENT AND CONSULTINC LLC,** | Criminal No. 18-CR-32-2 |
| **Defendant.** | |

## NOTICE OF FILING PURSUANT TO SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT

The United States of America, by and through its undersigned counsel, hereby provides notice that it submitted to the Court on January 10, 2020, through the Classified Information Security Officer, an *ex parte*, classified motion pursuant to Section 4 of the Classified Information Procedures Act. That motion is not available for public viewing and was submitted to the Court under seal.

Respectfully submitted,

JOHN C. DEMERS
Assistant Attorney General for National Security

By: /s/
Heather N. Alpino
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, D.C. 20530
Telephone: (202) 514-2000

JESSIE K. LIU
United States Attorney

By: /s/
Luke Jones
Jonathan Kravis
555 Fourth Street NW
Washington, D.C. 20530
Telephone: (202) 252-6886