# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NUMBER: |
| v. | 1:18-cr-00032-2-DLF |
| CONCORD MANAGEMENT AND CONSULTING LLC, | |
| Defendant. | |

## PROPOSED ORDER

Upon consideration of Defendant Concord Management and Consulting LLC's Motion in Limine to Exclude Evidence, and any opposition or reply thereto, it is hereby **ORDERED** that the motion is **GRANTED**.

The Government is precluded at trial from:

(1) offering any evidence or argument that the Russian government sponsored or was in any way involved in the conspiracy alleged in the Superseding Indictment or that Concord or any of its alleged co-conspirators are connected to the Russian government;

(2) offering any evidence or argument referring to co-defendant Yevgeniy Prigozhin as "Putin's Chef," "Putin's Cook," or an "oligarch";

(3) offering any evidence or argument regarding any sanctions imposed on Concord or any of the other Defendants in the case by Department of the Treasury, Office of Foreign Assets Control or any other agency;

(4) offering any evidence or argument of Defendants' alleged involvement in election interference in other countries;

(5) offering any evidence or argument of Concord and/or other Defendants' lawful conduct;

(6) offering any evidence or argument that Concord and/or other Defendants violated the restrictions on foreign national expenditures; and

      (7)  offering any evidence or argument regarding any conduct of Concord or its alleged co-conspirators beyond the January 2018 end date of the alleged conspiracy.

**SO ORDERED.**

Dated: _____         _____
                                                                               Dabney L. Friedrich
                                                                               United States District Judge