**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Crim. No. 18-CR-32-2 (DLF)** |
| **CONCORD MANAGEMENT AND CONSULTING LLC,** | |
| **Defendant.** | |

### GOVERNMENT'S UNOPPOSED MOTION FOR ONE BUSINESS DAY EXTENSION

The United States of America, by and through undersigned counsel, respectfully requests an extension of one business day, from today, January 17, 2020, until Tuesday, January 21, 2020, of its deadline to file a response to Concord Management and Consulting's ("Concord's") Motion in Limine to Exclude Evidence.[1]  Concord does not oppose this relief.

Although the government intended to file its response today, the government, in light of the press of other business, now seeks a brief extension of time within which to complete its filing.  In addition, the government has determined that additional review of its filing within the Department of Justice would be appropriate and beneficial and seeks a brief extension to allow for that review.  This extension should not affect the timing of any argument on Concord's motion, as any reply in support of the motion is not currently due until January 24, 2020. Although the Court has scheduled a hearing in this case for January 24, 2020, Concord's motion (and the Government's own Motion in Limine (Doc. 298)) would not be ripe for argument at that hearing.  The next scheduled hearing is February 11, 2020, at which time the Court would presumably address the motions in limine.

---

[1]     Monday, January 20, 2020, is a federal holiday (Birthday of Martin Luther King, Jr.).

In the event the Court grants the relief requested here, the government would request that the Court extend Concord's deadline to file any reply in support of its motion in limine from January 24, 2020, until Tuesday, January 28, 2020.

A proposed order is attached.

Respectfully submitted,

JOHN C. DEMERS
Assistant Attorney General for National Security

By: /s/
Heather N. Alpino
U.S. Department of Justice
National Security Division
950 Pennsylvania Ave. NW
Washington, D.C. 20530
Telephone: (202) 514-2000

JESSIE K. LIU
United States Attorney

By: /s/
Luke Jones
Peter Lallas
Jonathan Kravis
555 Fourth Street NW
Washington, D.C. 20530
Telephone: (202) 252-6886

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Crim. No. 18-CR-32-2 (DLF)** |
| **CONCORD MANAGEMENT AND CONSULTING LLC,** | |
| **Defendant.** | |

## PROPOSED ORDER

Upon consideration of the Government's Motion for One Business Day Extension, it is hereby

ORDERED that the motion is GRANTED.

Accordingly, the deadline for the government's response to Concord Management and Consulting's ("Concord's") motion in limine (Doc. 300) is now Tuesday, January 21, 2020, and the deadline for Concord's reply in support of its motion is now Tuesday, January 28, 2020.

SO ORDERED.

_____
Date

_____
DABNEY L. FRIEDRICH
United States District Judge