UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**CONCORD MANAGEMENT AND CONSULTING LLC,**<br><br>**Defendant.** | **Crim. No. 18-CR-32-2 (DLF)** |

## PROPOSED ORDER

Upon consideration of the Government's Motion for One Business Day Extension, it is hereby

ORDERED that the motion is GRANTED.

Accordingly, the deadline for the government's response to Concord Management and Consulting's ("Concord's") motion in limine (Doc. 300) is now Tuesday, January 21, 2020, and the deadline for Concord's reply in support of its motion is now Tuesday, January 28, 2020.

SO ORDERED.

_____      _____
Date                                                                    DABNEY L. FRIEDRICH
                                                                                  United States District Judge