**Exhibit 2 – Excerpts from the Constitution of the Russian Federation**

Article 15

1. The Constitution of the Russian Federation shall have supreme juridical force, direct effect, and apply on the whole territory of the Russian Federation. Laws and other legal acts adopted in the Russian Federation may not contradict the Constitution of the Russian Federation.

2. The bodies of state authority, the bodies of local self-government, officials, private citizens and their associations shall be obliged to observe the Constitution of the Russian Federation and laws.

3. Laws must be officially published. Unpublished laws may not be applied. Any normative legal acts concerning the rights, freedoms and duties of the person and citizen may not be applied, if they are not officially published for general information.

4. The universally recognized principles and norms of international law and the international treaties of the Russian Federation shall be a component part of its legal system. If an international treaty of the Russian Federation establishes rules other than those provided for by law, the rules of the international treaty shall be applied.

Article 49

1. Every person accused of committing a crime shall be considered innocent, if his guilt is not proved as provided for by the federal legal order and brought into legal force by a court sentence.

2. The accused shall not be obliged to prove his innocence.

3. Unresolved doubts about the guilt of a person shall be interpreted in favor of the accused.

Article 108

1. Federal constitutional laws shall be adopted on the issues envisaged by the Constitution of the Russian Federation.

2. A federal constitutional law shall be considered to be adopted, if it is approved by not less than three fourths of the total number of the members of the Council of the Federation and not less than two thirds of the total number of the deputies of the State Duma. The adopted federal constitutional law shall be signed by the President of the Russian Federation in fourteen days and made public.

Article 135

1. Provisions of Chapters 1, 2 and 9 of the Constitution of the Russian Federation may not be revised by the Federal Assembly.

2. If a proposal on the review of the provisions of Chapters 1, 2 and 9 of the Constitution of the Russian Federation is supported by three fifths of the total number of the members of the Council

of the Federation and the deputies of the State Duma, then according to federal constitutional law a Constitutional Assembly shall be convened.

3. The Constitutional Assembly shall either confirm the invariability of the Constitution of the Russian Federation or draft a new Constitution of the Russian Federation, which shall be adopted by the Constitutional Assembly by two thirds of the total number of its members or submitted to a referendum. In case of a referendum the Constitution of the Russian Federation shall be considered adopted, if over half of the voters who came to the polls supported it and under the condition that over half of the electorate participated in the referendum.

Article 136

Amendments to the provisions of Chapters 3-8 of the Constitution of the Russian Federation shall be adopted according to the rules fixed for adoption of federal constitutional laws and come into force after they are approved by the bodies of legislative power of not less than two thirds of the subjects of the Russian Federation.