**Exhibit 5 – Excerpt from Federal Constitutional Law No. 1-FKZ of Dec. 31, 1996, on the Judicial System of the Russian Federation**

Article 19. Supreme Court of the Russian Federation

1. The Supreme Court of the Russian Federation is the highest judicial body in civil cases, economic disputes, criminal, administrative and other cases within the jurisdiction of courts established in accordance with this Federal Constitutional Law.

2. Using the procedural forms stipulated in federal law, the Supreme Court of the Russian Federation exercises judicial supervision over the activities of courts established in accordance with this Federal Constitutional Law by considering civil cases, economic disputes, criminal, administrative and other cases within the jurisdiction of the aforementioned courts as a court of supervision and also, within the scope of its competence, as a court of appeal and a court of cassation.

3. The Supreme Court of the Russian Federation considers cases within its jurisdiction as a court of first instance and also based on new or newly discovered facts.

4. In order to ensure the uniform application of legislation of the Russian Federation, the Supreme Court of the Russian Federation gives the courts clarifications on issues of judicial practice.