**Exhibit 6 – Excerpt from the Russian Criminal Code**

Article 3. The Principle of Legality

1. The criminality of a deed, and also its punishability and other criminal-legal consequences shall be determined only by the present Code.

2. Application of the criminal law by analogy shall not be allowed.

Article 5. The Principle of Guilt

1. A person shall be subject to criminal liability only for those socially dangerous actions (inactions) and socially dangerous consequences in respect of which his guilt has been established.

2. Objective imputation, that is criminal liability for innocent injury, shall not be allowed.

Article 24. Forms of Guilt

1. Guilt for a crime shall be recognized if a person commits a deed purposively or negligently.

2. A deed committed only negligently shall be recognized as a crime only in cases where this is specially provided by an article of the Special Part of this Code.

Article 42. Execution of Order or Instruction

1. Infliction of harm to legally-protected interests shall not be qualified as an act of crime if it was caused by a person acting in execution of an order or instruction binding on him. Criminal liability for infliction of such harm shall be borne by a person who gave an illegal order or instruction.

2. A person who committed intentional offence in execution of an order or instruction known to be illegal, shall be liable under usual terms. Failure to execute an order or instruction known to be illegal shall preclude criminal liability.

Article 275. State Treason

State treason, that is, espionage committed by a citizen of the Russian Federation, disclosure to a foreign state, international or foreign organization or their representatives of information constituting a state secret entrusted to a person or made known to him by service, work, study or in other cases stipulated by the legislation of the Russian Federation, or the provision of financial, material, technical, consulting or other assistance to a foreign state, international or foreign organization, or their representatives in activities aimed against the security of the Russian Federation, shall be punished by deprivation of liberty for a term of from twelve to twenty years, with a fine in the amount of up to five hundred thousand rubles or in the amount of the wage or other income of the convicted person for a period of up to three years, or without it, and with restriction of liberty for a term of up to two years.

Note. A person who has committed the crimes provided for in this article, as well as articles 276 and 278 of this Code, shall be relieved from criminal liability if he voluntarily and promptly communicated to the authorities or otherwise contributed to the prevention of further damage to the interests of the Russian Federation and if his actions do not contain other composition crime.