**Exhibit 6 – Excerpt from the Russian Criminal Procedure Code**

Article 14. Presumption of Innocence

1. The accused shall be regarded as not guilty until his guilt of committing a crime is proved as provided for by the present Code and brought into legal force by a court sentence.

2. A suspect or an accused is not obliged to prove his innocence. The burden of proving the charge and of refuting the arguments made in defense of the suspect or of the accused shall lie with the party of the prosecution.

3. All doubts concerning the guilt of the accused that cannot be eliminated in accordance with the procedure established by the present Code shall be interpreted in favor of the accused.

4. The verdict of guilty cannot be based on suppositions.