**Exhibit 9 – Article 275 of the Criminal Code before 2012 Amendment**

Article 275. Treason

Treason, that is espionage, disclosure of state secrets, or any other assistance rendered to a foreign State, a foreign organization, or their representatives in hostile activities to the detriment of the external security of the Russian Federation, committed by a citizen of the Russian Federation,

Shall be punishable by deprivation of liberty for a term of 12 to 20 years with or without a fine in an amount of up to 500 thousand rubles or in the amount of the wage or salary, or other income of the convicted person for a period of up to three years and with restriction of liberty for a term of up to two years.

Note: A person who has committed crimes stipulated in this Article, or by Articles 276 and 278 of this Code, shall be relieved from criminal liability if he has facilitated the prevention of further damage to the interests of the Russian Federation by informing the governmental authorities of his own free will and in due time, or in any other way, if his actions contain no other corpus delicti.