Ekaterina Vinokurova, A Law of Particular Application, @gazeta.ru, Oct. 23, 2012 – Exhibit 11

The State Duma adopted in the second and third reading amendments to the articles of the Criminal Code, which tighten the responsibility for the disclosure of state secrets and expand the interpretation of the concept of "high treason." The discussion did not take the deputies ten minutes. Human rights activists and lawyers are confident that this law will become another repressive tool in the hands of the authorities.

Amendments to the criminal law, expanding the interpretation of the concepts of "high treason," "espionage," "illegal obtaining of state secrets," were adopted by the State Duma immediately in the second and third final reading. United Russia, the Liberal Democratic Party and the Communist Party voted for the bill, and Fair Russia decided to abstain.

The discussion of the bill on state treason with minor amendments took no more than 5 minutes.

According to the decision of the State Duma Committee on Civil, Criminal, Arbitration and Procedural Legislation, the article proposed by the Government that changes criminal penalties for providing "financial, material, material, technical, consulting or other assistance to a foreign state, international or foreign, will remain in the article of the Criminal Code 'High Treason' organizations or their representatives in activities against the security of the Russian Federation."

The deputies, however, removed the phrase from the bill that activity against the security of the state may be considered an activity directed "including against its constitutional order, sovereignty, territorial and state integrity."

Earlier, treason was considered "the issuance of state secrets or other assistance to a foreign state, foreign organization or their representatives in conducting hostile activities to the detriment of the external security of the Russian Federation."

Deputies consider that amendments of the committee exclude abuses when applying the article.

"The application of the law is always associated with specific actions. Any law, especially in the field of criminal law, is applied upon the commission of illegal actions. And no other principles will apply to this law," said Irina Yarovaya, chairman of the Duma's security committee, to Gazeta.ru. Her colleague Tatyana Moskalkova, a deputy from Just Russia, believes that the main danger of abuse of the article was precisely the wording "activities directed, including against sovereignty, constitutional order, territorial and state integrity" as a definition of "activities directed against the security of the Russian Federation" contained in the original text of the bill. "This definition would make it possible to attract almost anyone under the article" High Treason," for example, for publications or rallies against the government and the president," says Moskalkova. In her opinion, the final version of the bill eliminates this possibility. Moskalkova also noted that, according to statistics, cases under articles "high treason," "espionage" or "disclosure of state secrets" of a unit, these articles are used quite rarely.

Human rights activists and lawyers believe that the new version of the article, even with the exception of a few unclear provisions, will serve the authorities precisely for a targeted fight against political opponents.

The head of the human rights organization For Human Rights, Lev Ponomarev, considers the adopted amendments to be the sword of Damocles, which are now suspended above the heads of the opposition. "The law was originally written in such a way that even after editing it, the authorities have the opportunity to use this article to prosecute political opponents," says Ponomarev. "By 'security,' unlike 'external security,' as in the previous edition of the article, anything can be meant: food, domestic, legal security . . . There are a lot of terms that can be coined and summed up for any action related to the communication of political opponents of power with foreigners or foreign organizations, up to the presentation of reports on human rights in international forums."

The adoption of this law is a continuation of the tendency to tighten the screws against the political opposition, said the former head of the presidential human rights council, human rights activist and public figure Ella Pamfilova. "The problems in our country are usually not in laws, but in how they are applied. The law can lie to itself calmly until everyone forgets about it, and at the right moment be used precisely as the state needs it. It is difficult now to say how often these amendments will be applied, but if the government needs it, they will work as the authorities need. It is clear that the adoption of this law is a continuation of the current frantically prohibitive legislative trend. It is hoped that, having reached its peak, it will decline, "says Pamfilova.

The lawyer Konstantin Rivkin, in a conversation with Gazeta.Ru, also uses the definition of "sword of Damocles" regarding the adopted amendments, but believes that he is listed not only over the opposition, but over all citizens.

"It is clear that the addition of disposition of Art. 275 of the Criminal Code (high treason) is aimed at expanding its practical application, and, worst of all, it depends largely on the discretion of a specific law enforcer, for example, the investigator of the FSB system, whose jurisdiction includes this category of criminal cases," says Rivkin. Criminalization in the form of "providing financial, material, technical, consulting or other assistance to a foreign state, international or foreign organization or their representatives in activities against the security of the Russian Federation" raises a sword of Damocles almost over every citizen who communicates with a foreigner official need, or even with a harmless meeting of a domestic nature."

Rivkin explains that the previous version of this article of the Criminal Code "rested" on the normatively developed concept of state secrets with a corresponding limited list of relevant information.

"The freshly baked short story leaves a significant field for free interpretation by the security services of assistance directed against the security of the Russian Federation. Given the indications here of consulting and other assistance, those who wish to be 'right in the presence of big rights' include lecturing at a foreign university, participating in international scientific seminars, conducting disputes, publishing critical articles, etc. And if we note that now the criminal law

speaks simply about security, and not, as before, about external security, then the flaw of such legislation is even more revealing," the lawyer said.

The Criminal Code should contain as few vague language as possible, as they automatically give rise to abuse, and the concept of "security" is just that, the head of the Agora human rights association Pavel Chikov told Gazeta.ru: "The criminal code requires an exhaustive list of that which is considered an offense, all concepts should be extremely specific, and ideally, the article should contain an exhaustive list of what is a threat to the security of the country, not allowing any interpretation. The wording 'security threat' is evaluative in nature and can mean anything: it is up to the person who initiates the criminal case to decide what it is."

The government proposed amendments to the criminal article "High Treason" back in 2008, but then the bill did not reach consideration, and, according to Gazeta.Ru sources in the lower house of parliament, one of the most ardent opponents of this law was MP Gennady Gudkov, in September 2012, prematurely deprived of his mandate in the pretrial order. A week after he was expelled from the Duma, government amendments were suddenly remembered. Now they are to be considered by the Federation Council, after which the new law will be signed by the president.