# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NUMBER: |
| v. | 1:18-cr-00032-2-DLF |
| CONCORD MANAGEMENT AND CONSULTING LLC, | |
| Defendant. | |

## PROPOSED ORDER

Upon consideration of the Parties' Joint Motion for an Order Setting Procedures for Jury Selection and Individual Voir Dire, it is hereby **ORDERED** that the motion is **GRANTED**.

Jury selection and individual *voir dire* will take place in the manner proposed by the Parties.

**SO ORDERED.**

Dated: _____          _____
                                                                            Dabney L. Friedrich
                                                                            United States District Judge