**Exhibit 1** to Concord Management and Consulting LLC's Reply in Support of its Motion to Quash Unserved Early Return Trial Subpoena and Opposition to the Government's Renewed Motion for Early Return Trial Subpoena, 18-cr-00032-2-DLF

TRANSLATION FROM RUSSIAN

# Constitution of the Russian Federation
December 12, 1993 (edition of July 21, 2014)
[excerpts]

## CHAPTER 7. JUDICIAL POWER AND PUBLIC PROSECUTION OFFICE <25>

--------------------------------

<25> The amended version of Chapter 7's name is given according to Law of the Russian Federation on an amendment to the Constitution of the Russian Federation No. 2-FKZ dated February 5, 2014 On the Supreme Court of the Russian Federation and the Public Prosecution Office of the Russian Federation, which entered into force on the day of its official publication (February 6, 2014) (Official Internet Portal of Legal Information (www.pravo.gov.ru), February 6, 2014, No. 0001201402060001).

### Article 118

1. Justice in the Russian Federation shall be administered by courts alone.

2. Judicial power shall be exercised by way of constitutional, civil, administrative and criminal court proceedings.

3. The judicial system of the Russian Federation shall be established by the Constitution of the Russian Federation and the federal constitutional law. Establishment of extraordinary courts shall not be allowed.

### Article 119

Judges may be citizens of the Russian Federation over 25 years of age with a higher education in law and a law service record of no less than five years. The federal law may introduce additional requirements for judges of the courts of the Russian Federation.

### Article 120

1. Judges shall be independent and submit only to the Constitution of the Russian Federation and the federal law.

2. If, after considering a case, the court finds that an act of a state or other body contradicts the law, it shall pass a decision according to the law.

### Article 121

1. Judges shall be irremovable.

2. The powers of a judge may be ceased or suspended only according to the procedure and on the grounds established by the federal law.

### Article 122

1. Judges shall possess immunity.

2. A judge may be held criminally liable only according to the procedure established by the federal law.

### Article 123

1. Examination of cases in all courts shall be open. Examinations in private may be allowed only in the cases stipulated by the federal law.

2. Criminal trials in absentia shall not be allowed in criminal courts except for the cases stipulated by the federal law.

3. Judicial proceedings shall be held on the basis of the adversarial principle and the principle of equality of parties.

4. In the cases stipulated by the federal law, justice shall be held in jury trials.

### Article 124

The courts shall be financed only from the federal budget and such financing shall ensure a possibility of complete and independent administration of justice according to the federal law.

### Article 125

1. The Constitution Court of the Russian Federation consists of 19 judges.

2. Upon requests of the President of the Russian Federation, Federation Council, State Duma, one fifth of the members of the Federation Council or of the deputies of the State Duma, Government of the Russian Federation, Supreme Court of the Russian Federation as well as bodies of legislative and executive power of the constituent entities of the Russian Federation, the Constitution Court of the Russian Federation shall consider cases on the correspondence to the Constitution of the Russian Federation of:

a) Federal laws, regulatory acts of the President of the Russian Federation, Federation Council, State Duma, Government of the Russian Federation;

b) Constitutions of republics, charters as well as laws and other regulatory acts of the constituent entities of the Russian Federation adopted on the issues under the jurisdiction of the state bodies of the Russian Federation or under the joint jurisdiction of the state bodies of the Russian Federation and the state bodies of the constituent entities of the Russian Federation;

c) Treaties concluded between the state bodies of the Russian Federation and the state bodies of the constituent entities of the Russian Federation, treaties concluded between the state bodies of the constituent entities of the Russian Federation;

d) International treaties of the Russian Federation which have not come into force <26>.

3. The Constitution Court of the Russian Federation shall resolve disputes on jurisdiction matters:

a) Between the federal state bodies;

b) Between the state bodies of the Russian Federation and the state bodies of the constituent entities of the Russian Federation;

c) Between the supreme state bodies of the constituent entities of the Russian Federation.

4. Upon complaints about violations of constitutional rights and liberties of citizens and upon court requests, the Constitution Court of the Russian Federation shall check, according to the procedure established by the federal law, constitutional compliance of a law applied or subject to be applied in a certain case.

5. Upon the requests of the President of the Russian Federation, Federation Council, State Duma, Government of the Russian Federation, bodies of the legislative power of the constituent entities of the Russian Federation, the Constitution Court of the Russian Federation shall give its interpretation of the Constitution of the Russian Federation.

6. Acts or their certain provisions recognized as unconstitutional shall become invalid; international treaties of the Russian Federation not corresponding to the Constitution of the Russian Federation may not be enforced and applied.

7. Upon the request of the Federation Council, the Constitution Court of the Russian Federation shall provide its opinion on the observance of the established procedure for pressing any charges of state treason or of another grave crime against the President of the Russian Federation.

--------------------------------

<26> The amended text of Part 2 is given according to Law of the Russian Federation on an amendment to the Constitution of the Russian Federation No. 2-FKZ dated February 5, 2014 On the Supreme Court of the Russian Federation and the Public Prosecution Office of the Russian Federation, which entered into force on the day of its official publication (February 6, 2014) (Official Internet Portal of Legal Information (www.pravo.gov.ru), February 6, 2014, No. 0001201402060001).

### Article 126

The Supreme Court of the Russian Federation shall be the supreme judicial body for civil cases, resolution of economic disputes, for criminal, administrative and other cases under the jurisdiction of courts established according to the federal constitutional law, it shall carry out judicial supervision over their activities according to the procedural forms provided for by the federal law and shall provide explanations on the court practice issues <27>.

--------------------------------

<27> The amended text of Article 126 is given according to Law of the Russian Federation on an amendment to the Constitution of the Russian Federation No. 2-FKZ dated February 5, 2014 On the Supreme Court of the Russian Federation and the Public Prosecution Office of the Russian Federation, which entered into force on the day of its official publication (February 6, 2014) (Official Internet Portal of Legal Information (www.pravo.gov.ru), February 6, 2014, No. 0001201402060001).

### Article 127

Deleted by the amendment to the Constitution of the Russian Federation (Law of the Russian Federation on an amendment to the Constitution of the Russian Federation On the Supreme Court of the Russian Federation and the Public Prosecution Office) <28>.

--------------------------------

<28> Article 127 is deleted according to Law of the Russian Federation on an amendment to the Constitution of the Russian Federation No. 2-FKZ dated February 5, 2014 On the Supreme Court of the Russian Federation and the Public Prosecution Office of the Russian Federation, which entered into force on the day of its official publication (February 6, 2014) (Official Internet Portal of Legal Information (www.pravo.gov.ru), February 6, 2014, No. 0001201402060001).

### Article 128

1. The judges of the Constitution Court of the Russian Federation and Supreme Court of the Russian Federation shall be appointed by the Federation Council as proposed by the President of the Russian Federation.

2. Judges of other federal courts shall be appointed by the President of the Russian Federation according to the procedure established by the federal law.

3. The powers, procedure for establishment and operation of the Constitution Court of the Russian Federation, of the Supreme Court of the Russian Federation and other federal laws shall be established by the federal constitutional law <29>.

--------------------------------

<29> The amended text of Article 128 is given according to Law of the Russian Federation on an amendment to the Constitution of the Russian Federation No. 2-FKZ dated February 5, 2014 On the Supreme Court of the Russian Federation and the Public Prosecution Office of the Russian Federation, which entered into force on the day of its official publication (February 6, 2014) (Official Internet Portal of Legal Information (www.pravo.gov.ru), February 6, 2014, No. 0001201402060001).

### Article 129

1. The powers, organization and the procedure for operation of the Public Prosecution Office of the Russian Federation shall be determined by the federal law.

2. The General Prosecutor of the Russian Federation and his/her deputies shall be appointed and dismissed by the Federation Council as proposed by the President of the Russian Federation.

3. The prosecutors of the constituent entities of the Russian Federation shall be appointed by the President of the Russian Federation as proposed by the General Prosecutor of the Russian Federation upon agreement with the constituent entities of the Russian Federation. The prosecutors of the constituent entities of the Russian Federation shall be dismissed by the President of the Russian Federation.

4. Other prosecutors, except for prosecutors of cities, districts and prosecutors with equal status, shall be appointed and dismissed by the President of the Russian Federation.

5. Prosecutors of cities, districts and prosecutors with equal status shall be appointed and dismissed by the General Prosecutor of the Russian Federation <30>.

--------------------------------

<30> The amended text of Article 129 is given according to Law of the Russian Federation on an amendment to the Constitution of the Russian Federation No. 2-FKZ dated February 5, 2014 On the Supreme Court of the Russian Federation and the Public Prosecution Office of the Russian Federation, which entered into force on the day of its official publication (February 6, 2014) (Official Internet Portal of Legal Information (www.pravo.gov.ru), February 6, 2014, No. 0001201402060001).