IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CONCORD MANAGEMENT AND CONSULTING LLC,<br><br>Defendant. | CRIMINAL NUMBER:<br><br>1:18-cr-00032-2-DLF<br><br>**FILED UNDER SEAL** |

**DEFENDANT CONCORD MANAGEMENT AND CONSULTING LLC'S
MOTION FOR LEAVE TO FILE PARTIALLY UNDER SEAL**

Defendant Concord Management and Consulting LLC ("Defendant" or "Concord"), through counsel, respectfully moves for leave of Court to file partially under seal its Reply in Support of its Motion to Quash Unserved Early Return Trial Subpoena and Opposition to the Government's Renewed Motion for Early Return Trial Subpoena (Concord's "Reply"). *See* ECF No. 311. In support of this motion, Concord states as follows:

Portions of the Reply refer generally to information contained in the discovery materials the government has designated as U.S. Sensitive pursuant to the Revised Protective Order. *See* ECF No. 189. One additional sentence quotes from a portion of the government's Opposition to Motion to Quash and Reply in Support of Opposition to Motion for Early Return Trial Subpoena. ECF No. 306. Accordingly, Concord seeks to redact these references from the publicly filed version of its Reply and file an unredacted version of the Reply under seal.

The Court has the inherent power to seal court filings when appropriate. *United States v. Hubbard*, 650 F.2d 293, 315-16 (D.C. Cir. 1980) (citing *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 598 (1978)). Such sealing is within the discretion of the Court. *See Nixon*, 435 U.S. at 598 (common-law right to inspect and copy judicial records is not absolute, and the

decision whether to permit access is best left to the sound discretion of the trial court in the light of the relevant facts and circumstances of the particular case).

     A proposed order is filed herewith.

Dated: January 22, 2020　　　　　　　　　　　　Respectfully submitted,

                                            CONCORD MANAGEMENT AND CONSULTING LLC

By: */s/ Eric A. Dubelier*
Eric A. Dubelier (D.C. Bar No. 419412)
Katherine J. Seikaly (D.C. Bar No. 498641)
REED SMITH LLP
1301 K Street, N.W.
Suite 1000 – East Tower
Washington, DC  20005-3373
202.414.9200 (phone)
202.414.9299 (fax)
edubelier@reedsmith.com
kseikaly@reedsmith.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2020, I caused a true and correct copy of the foregoing Motion for Leave to File Partially Under Seal to be filed under seal via CM/ECF and transmitted to the following counsel of record via electronic mail:

**Jonathan Kravis**
**Luke Jones**
**Peter Lallas**
U.S. ATTORNEY'S OFFICE FOR THE
DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
jonathan.kravis3@usdoj.gov
luke.jones@usdoj.gov
peter.lallas@usdoj.gov

**Jason B.A. McCullough**
**Heather N. Alpino**
U.S. DEPARTMENT OF JUSTICE
National Security Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
jason.mccullough@usdoj.gov
heather.alpino@usdoj.gov

By: /s/ *Katherine J. Seikaly*
    Katherine J. Seikaly (D.C. Bar No. 498641)
    REED SMITH LLP
    1301 K Street, N.W.
    Suite 1000 – East Tower
    Washington, DC 20005-3373
    202.414.9200 (phone)
    202.414.9299 (fax)
    kseikaly@reedsmith.com