# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| | : | |
| **v.** | : | **Criminal No. 18-cr-00032** |
| | : | |
| | : | |
| **CONCORD** *et al.* | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Adam C. Jedd telephone number (202) 252-1793 and/or email address adam.jed@usdoj.gov.

Respectfully submitted,

Jessie K. Liu
United States Attorney


_____/s/_____
Adam C. Jed
Assistant United States Attorney
Fraud and Public Corruption Section
U.S. Attorney's Office for the District of Columbia
555 4th Street NW, Room 5227
Washington, D.C. 20530
202-252-1793