FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CONCORD MANAGEMENT AND CONSULTING LLC,<br><br>Defendant. | Crim. No. 18-CR-32-2 (DLF)<br><br>**FILED UNDER SEAL** |

## GOVERNMENT'S MOTION FOR LEAVE TO FILE PARTIALLY UNDER SEAL

The United States of America, by and through undersigned counsel, respectfully moves for leave to file partially under seal Attachments 1 through 6 to this motion. Attachment 1 is an unredacted version of the Government's Renewed Motion for an Early Return Trial Subpoena. Attachments 2 through 6 are exhibits to the motion.

The Court has the inherent power to seal court filings when appropriate. *United States v. Hubbard*, 650 F.2d 293, 315-16 (D.C. Cir. 1980) (citing *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 598 (1978)). Such sealing is within the discretion of the Court. *See Nixon*, 435 U.S. at 598 (common-law right to inspect and copy judicial records is not absolute, and the decision whether to permit access is best left to the sound discretion of the trial court in the light of the relevant facts and circumstances of the particular case). While there is a "strong presumption in favor of public access to judicial proceedings," *Johnson v. Greater SE Cmty. Hosp. Corp.*, 951 F.2d 1268, 1277 (D.C. Cir. 1991), that presumption is not absolute.

Here, sealing is appropriate for several reasons. First, the motion refers to information produced in discovery but protected from disclosure pursuant to the Revised Protective Order. Second, the motion contains non-public information regarding anticipated witness testimony and evidence that the government may seek to introduce at trial. Sealing is appropriate to protect the

identity of the anticipated witness, and to avoid unnecessary prejudice to defendant Concord Management and Consulting LLC that may result from pretrial public disclosure of this information. If the Court grants the government's motion to seal, the government will promptly file a redacted version of the motion and exhibits on the public docket.

Respectfully submitted,

| | |
|---|---|
| JOHN C. DEMERS<br>Assistant Attorney General for National Security | JESSIE K. LIU<br>United States Attorney |
| By: /s/<br>Heather N. Alpino<br>U.S. Department of Justice<br>National Security Division<br>950 Pennsylvania Ave. NW<br>Washington, D.C. 20530<br>Telephone: (202) 514-2000 | By: /s/<br>Jonathan Kravis<br>Luke Jones<br>Peter Lallas<br>Adam Jed<br>555 Fourth Street NW<br>Washington, D.C. 20530<br>Telephone: (202) 252-6886 |