# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CONCORD MANAGEMENT AND CONSULTING LLC,<br><br>Defendant. | CRIMINAL NUMBER:<br><br>1:18-cr-00032-2-DLF |

## PROPOSED ORDER

Upon consideration of Defendant Concord Management and Consulting LLC's Motion for Relief From the Court's Scheduling Order, it is hereby

**ORDERED** that the motion is **GRANTED**.

**SO ORDERED.**

Dated: _____   _____
Dabney L. Friedrich
United States District Judge