IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CONCORD MANAGEMENT AND CONSULTING LLC,<br><br>　　　　Defendant. | CRIMINAL NUMBER:<br><br>1:18-cr-00032-2-DLF<br><br>**FILED UNDER SEAL** |

### DEFENDANT CONCORD MANAGEMENT AND CONSULTING LLC'S MOTION FOR LEAVE TO FILE PARTIALLY UNDER SEAL

Defendant Concord Management and Consulting LLC ("Defendant" or "Concord"), through counsel, respectfully moves for leave of Court to file partially under seal its Opposition to the Government's Second Renewed Motion for Early Return Trial Subpoena (Concord's "Opposition"). *See* ECF 329. In support of this motion, Concord states as follows:

Portions of the Opposition refer to information contained in the discovery materials the government has designated as sensitive pursuant to the Further Revised Protective Order, *see* ECF 302, and redacted portions of the government's Motion, *see* ECF 325. Accordingly, Concord seeks to redact these references from the publicly filed version of its Opposition and file an unredacted version of the Opposition under seal.

The Court has the inherent power to seal court filings when appropriate. *United States v. Hubbard*, 650 F.2d 293, 315-16 (D.C. Cir. 1980) (citing *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 598 (1978)). Such sealing is within the discretion of the Court. *See Nixon*, 435 U.S. at 598 (common-law right to inspect and copy judicial records is not absolute, and the decision whether to permit access is best left to the sound discretion of the trial court in the light of the relevant facts and circumstances of the particular case).

A proposed order is filed herewith.

Dated: February 3, 2020

Respectfully submitted,

CONCORD MANAGEMENT AND
CONSULTING LLC

By: */s/ Eric A. Dubelier*
Eric A. Dubelier (D.C. Bar No. 419412)
Katherine J. Seikaly (D.C. Bar No. 498641)
REED SMITH LLP
1301 K Street, N.W.
Suite 1000 - East Tower
Washington, DC  20005-3373
202.414.9200 (phone)
202.414.9299 (fax)
edubelier@reedsmith.com
kseikaly@reedsmith.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2020, I caused a true and correct copy of the foregoing Motion for Leave to File Partially Under Seal to be filed under seal via CM/ECF and transmitted to the following counsel of record via electronic mail:

**Jonathan Kravis**
**Luke Jones**
**Peter Lallas**
U.S. ATTORNEY'S OFFICE FOR THE
DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
jonathan.kravis3@usdoj.gov
luke.jones@usdoj.gov
peter.lallas@usdoj.gov

**Jason B.A. McCullough**
**Heather N. Alpino**
U.S. DEPARTMENT OF JUSTICE
National Security Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
jason.mccullough@usdoj.gov
heather.alpino@usdoj.gov

By: /s/ *Katherine J. Seikaly*
Katherine J. Seikaly (D.C. Bar No. 498641)
REED SMITH LLP
1301 K Street, N.W.
Suite 1000 – East Tower
Washington, DC 20005-3373
202.414.9200 (phone)
202.414.9299 (fax)
kseikaly@reedsmith.com