# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**CONCORD MANAGEMENT AND CONSULTING LLC,**<br><br>**Defendant.** | **Crim. No. 18-CR-32-2 (DLF)** |

## UNOPPOSED MOTION FOR ONE-DAY EXTENSION

The United States of America, by and through undersigned counsel, respectfully requests a one-day extension of time in which to file its response to the Court's classified orders of January 29 and February 10, 2020 (docketed Feb. 13, 2020), regarding the government's pending motion under the Classified Information Procedures Act.

The current deadline for the government to respond to the Court's orders is Monday, February 17, 2020. The government seeks one additional day, until 5:00 p.m. on February 18, 2020, to file its response. The government seeks this extension in order to complete necessary consultation with other entities within the Executive Branch regarding the filing and to ensure proper supervisory review. The government anticipates that it will be unable to complete this process and submit its filing until the close of business on February 18, 2020, but will endeavor to provide the response sooner if possible. Counsel for defense does not oppose this motion.

## CONCLUSION

For the foregoing reasons, the government respectfully requests a one-day extension of time, until 5:00 p.m. on February 18, 2020, to respond to the Court's orders of January 29 and February 10, 2020, regarding the government's pending motion under the Classified Information Procedures Act.

Respectfully submitted,

| | |
|---|---|
| JOHN C. DEMERS<br>Assistant Attorney General for National Security | TIMOTHY J. SHEA<br>United States Attorney |
| */s/ Heather Alpino* <br>Heather N. Alpino<br>U.S. Department of Justice<br>National Security Division<br>950 Pennsylvania Ave. NW<br>Washington, D.C. 20530<br>Telephone: (202) 514-2000 | */s/ Luke Jones* <br>Luke Jones, VA BAR 75053<br>Peter Lallas<br>Adam Jed<br>555 Fourth Street NW<br>Washington, D.C. 20530<br>Telephone: (202) 252-7066 |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **Crim. No. 18-CR-32-2 (DLF)** |
| **CONCORD MANAGEMENT AND CONSULTING LLC,** | |
| **Defendant.** | |

## PROPOSED ORDER

Upon consideration of the government's motion for a one-day extension of time in which to file its response to the Court's orders of January 29 and February 10, 2020, regarding the government's pending motion under the Classified Information Procedures Act, the motion is GRANTED, and it is hereby

ORDERED that the deadline for the government's response is extended from Monday, February 17, 2020, until 5:00 p.m. on Tuesday, February 18, 2020.

Date: February ___, 2020

_____
The Honorable Dabney L. Friedrich
United States District Judge