# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**CONCORD MANAGEMENT AND CONSULTING LLC,**<br><br>Defendant. | **Crim. No. 18-CR-32-2 (DLF)** |

## PROPOSED ORDER

Upon consideration of the government's motion for a one-day extension of time in which to file its response to the Court's orders of January 29 and February 10, 2020, regarding the government's pending motion under the Classified Information Procedures Act, the motion is GRANTED, and it is hereby

ORDERED that the deadline for the government's response is extended from Monday, February 17, 2020, until 5:00 p.m. on Tuesday, February 18, 2020.

Date: February ___, 2020

_____
The Honorable Dabney L. Friedrich
United States District Judge