UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CONCORD MANAGEMENT AND CONSULTING LLC,<br><br>*Defendant.* | No. 18-cr-0032-2 (DLF) |

## ORDER

For the reasons stated on the record at the February 11, 2020 hearing, the government's Motion in Limine, Dkt. 298, was granted in part, and Concord's Motion in Limine, Dkt. 300, was granted in part and denied in part. As noted below, the Court deferred ruling on several issues raised in the motions in limine.

Concord is precluded from offering evidence or argument (a) relating to claims of selective prosecution, government misconduct, or the motives of the prosecutors or investigators; (b) that the offense charged is a "make-believe crime," or (c) that no individual or entity has been prosecuted on the conspiracy to defraud theory of liability charged in the indictment. The Court deferred ruling on whether Concord may introduce evidence that the government has never interpreted or applied statutory and regulatory provisions to conduct similar to that alleged in the indictment.

The government represented that it has no intention of offering (a) evidence of U.S. sanctions imposed on Concord or its conspirators; (b) evidence relating to alleged conduct that occurred after January 2018; or (c) evidence that the Russian government sponsored the alleged conspiracy. And the Court ruled that it would be improper for the government to offer any such

evidence.  The government may introduce (a) evidence referring to defendant Yevgeniy Prigozhin as "chef," "cook," or "boss" (but not as "Putin's chef" or "Putin's cook"); (b) evidence of the lawful conduct alleged in the indictment; (c) evidence that Concord or its coconspirators allegedly violated the restrictions on foreign national expenditures; (d) evidence that Concord or its coconspirators allegedly discussed conducting political activities in another location (but not in a particular country).

                                                DABNEY L. FRIEDRICH
                                                United States District Judge

February 14, 2020