**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

v.

CONCORD MANAGEMENT AND
CONSULTING LLC

      Defendant.

CRIMINAL NUMBER:

1:18-cr-00032-2-DLF

**DEFENDANT CONCORD MANAGEMENT AND CONSULTING LLC'S UNOPPOSED
MOTION FOR LEAVE TO FILE EXCESS PAGES**

Pursuant to Local Criminal Rule 47, Defendant Concord Management and Consulting LLC ("Defendant" or "Concord"), by and through undersigned counsel, respectfully moves for an order expanding the page limitations set forth in Local Criminal Rule 47(e).  Defendant requests an order permitting an additional ten pages in its forthcoming Opposition to the Government's Motion in Limine to Admit Documents, ECF 335-1, which will be filed on Monday, February 17, 2020.

Pursuant to the Court's instruction at the February 12, 2020 hearing, Concord's Opposition will respond to the arguments raised in the government's Motion and also raise additional objections to the government's proposed trial exhibits, including exhibits not specifically addressed in the government's Motion.  *See* Feb. 12, 2020 Hr'g Tr. 79:23-80:21.  In order to do so, Concord requests an extension of the page limit.

Undersigned counsel has conferred with counsel for the government regarding the relief requested herein.  Counsel for the government does not oppose the request.

A proposed order is filed herewith.

Dated:   February 15, 2020

Respectfully submitted,

CONCORD MANAGEMENT AND
CONSULTING LLC

By Counsel

 /s/ *Eric A. Dubelier*
Eric A. Dubelier (D.C. Bar No. 419412)
Katherine Seikaly (D.C. Bar No. 498641)
Reed Smith LLP
1301 K Street, N.W.
Suite 1000 – East Tower
Washington, D.C. 20005
202-414-9200 (phone)
202-414-9299 (fax)
edubelier@reedsmith.com
kseikaly@reedsmith.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NUMBER: |
| v. | 1:18-cr-00032-2-DLF |
| CONCORD MANAGEMENT AND CONSULTING LLC, | |
| Defendant. | |

## **PROPOSED ORDER**

Upon consideration of Defendant Concord Management and Consulting LLC's Unopposed

Motion for Leave to File Excess Pages, it is hereby

**ORDERED** that the motion is **GRANTED**.

**SO ORDERED.**

Dated: _____        _____
                                                                    Dabney L. Friedrich
                                                                    United States District Judge