**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CONCORD MANAGEMENT AND<br>CONSULTING LLC,<br><br>Defendant. | CRIMINAL NUMBER:<br><br>1:18-cr-00032-2-DLF<br><br>**FILED UNDER SEAL** |

**DEFENDANT CONCORD MANAGEMENT AND CONSULTING LLC'S
MOTION FOR LEAVE TO FILE PARTIALLY UNDER SEAL**

Defendant Concord Management and Consulting LLC ("Defendant" or "Concord"), through counsel, respectfully moves for leave of Court to file under seal its Opposition to the Government's Motion in Limine to Admit Documents (Concord's "Opposition"). In support of this motion, Concord states as follows:

Portions of the Opposition refer to information contained in the discovery materials the government has designated as sensitive pursuant to the Further Revised Protective Order, *see* ECF 302, and portions of the government's Motion, which was filed under seal, ECF 335-1. There is also one exhibit to the Opposition which is a document that the government has designated as Intermediate Sensitive. Accordingly, Concord seeks to file its Opposition and exhibits under seal and proposes filing a redacted version on the public docket.

The Court has the inherent power to seal court filings when appropriate. *United States v. Hubbard*, 650 F.2d 293, 315-16 (D.C. Cir. 1980) (citing *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 598 (1978)). Such sealing is within the discretion of the Court. *See Nixon*, 435 U.S. at 598 (common-law right to inspect and copy judicial records is not absolute, and the

decision whether to permit access is best left to the sound discretion of the trial court in the light of the relevant facts and circumstances of the particular case).

     A proposed order is filed herewith.

Dated: February 17, 2020                          Respectfully submitted,

                                                CONCORD MANAGEMENT AND CONSULTING LLC

                                        By: */s/ Eric A. Dubelier*
                                                Eric A. Dubelier (D.C. Bar No. 419412)
                                                Katherine J. Seikaly (D.C. Bar No. 498641)
                                                REED SMITH LLP
                                                1301 K Street, N.W.
                                                Suite 1000 - East Tower
                                                Washington, DC  20005-3373
                                                202.414.9200 (phone)
                                                202.414.9299 (fax)
                                                edubelier@reedsmith.com
                                                kseikaly@reedsmith.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2020, I caused a true and correct copy of the foregoing Motion for Leave to File Under Seal to be filed under seal via CM/ECF and transmitted to the following counsel of record via electronic mail:

**Luke Jones**
**Peter Lallas**
**Adam Jed**
U.S. ATTORNEY'S OFFICE FOR THE
DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
luke.jones@usdoj.gov
peter.lallas@usdoj.gov
Adam.Jed@usdoj.gov

**Jason B.A. McCullough**
**Heather N. Alpino**
U.S. DEPARTMENT OF JUSTICE
National Security Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
jason.mccullough@usdoj.gov
heather.alpino@usdoj.gov

By: /s/ *Katherine J. Seikaly*
Katherine J. Seikaly (D.C. Bar No. 498641)
REED SMITH LLP
1301 K Street, N.W.
Suite 1000 – East Tower
Washington, DC  20005-3373
202.414.9200 (phone)
202.414.9299 (fax)
kseikaly@reedsmith.com