**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CONCORD MANAGEMENT<br>AND CONSULTINC LLC,<br><br>**Defendant.** | Criminal No. 18-CR-32-2 |

**NOTICE OF FILING REGARDING THE GOVERNMENT'S PENDING MOTION PURSUANT TO SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT**

The United States of America, by and through its undersigned counsel, hereby provides notice that it submitted to the Court on February 18, 2020 before 5:00 p.m., through the Classified Information Security Officer, an *ex parte*, classified filing regarding the government's pending motion pursuant to Section 4 of the Classified Information Procedures Act. That filing is not available for public viewing and was submitted to the Court under seal.

Respectfully submitted,

| | |
|---|---|
| JOHN C. DEMERS<br>Assistant Attorney General for National Security | TIMOTHY J. SHEA<br>United States Attorney<br>D.C. Bar No. 437437 |
| By: /s/ Heather Alpino<br>Heather N. Alpino<br>U.S. Department of Justice<br>National Security Division<br>950 Pennsylvania Ave. NW<br>Washington, D.C. 20530<br>Telephone: (202) 514-2000 | By: /s/ Luke Jones<br>Luke Jones<br>555 Fourth Street NW<br>Washington, D.C. 20530<br>Telephone: (202) 252-7066 |