UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**CONCORD MANAGEMENT AND CONSULTING LLC,**<br><br>Defendant. | Criminal No. 18-CR-32-2 |

# ORDER

Upon consideration of the Government's Motion in Limine to Exclude Defense Exhibits, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the defendant's proposed exhibits produced to the government on February 12, 2020, are excluded from trial.

**SO ORDERED** this _____ day of February, 2020.

_____
HONORABLE DABNEY L. FRIEDRICH
UNITED STATES DISTRICT JUDGE