UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**CONCORD MANAGEMENT AND CONSULTING LLC,**<br><br>              **Defendant.** | **Criminal No. 18-CR-32-2** |

**GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO FILE REPLY IN FURTHER SUPPORT OF MOTION IN LIMINE TO ADMIT EVIDENCE**

The United States of America, by and through undersigned counsel, respectfully requests a seven-day extension of time to file a reply in support of its Motion in Limine to Admit Evidence. The defendant opposes this motion.

1. Pursuant to an agreement by the parties, on February 7, 2020, the government filed a motion in limine addressing six broad categories of documents that the government intends to introduce at trial.  Doc. 335.  Concord filed its opposition on the evening of February 17.  Under the current schedule, the government's reply is due on February 21.

2. The requested extension is necessary to ensure adequate time to prepare and file the government's response.  Although the government's motion was 30 pages long, Doc. 335, Concord filed a substantially overlength opposition (56 pages), which itself includes a number of long substantive footnotes as well as five pages of single-spaced argument placed into bullet points.  In addition to addressing the six categories of documents discussed in the government's motion, Concord also appears to raise objections to dozens of other categories of exhibits.  Not only is four days insufficient to file a thorough response, but the government is also currently addressing a number of other matters related to this case, including two other filings due this week.

3. The requested extension will not delay resolution of these matters. The Court currently has hearings scheduled in this case on March 2 and March 9. By filing its reply on February 28, the Court could still address these issues at the March 2 hearing and would certainly have ample opportunity to address them at the March 9 hearing.

4. The government has contacted counsel for Concord, who oppose the requested seven-day extension but do not oppose a one-business day extension, to February 24.

Respectfully submitted,

| | |
|---|---|
| JOHN C. DEMERS<br>Assistant Attorney General for National Security | TIMOTHY J. SHEA<br>United States Attorney<br>D.C. Bar No. 437437 |
| By: /s/_____<br>Heather N. Alpino<br>U.S. Department of Justice<br>National Security Division<br>950 Pennsylvania Ave. NW<br>Washington, D.C. 20530<br>Telephone: (202) 514-2000 | By: /s/ Peter Lallas<br>Luke Jones, VA Bar 75053<br>Peter Lallas, NY Bar 4290623<br>Adam Jed<br>555 Fourth Street NW<br>Washington, D.C. 20530<br>Telephone: (202) 252-7066 |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**CONCORD MANAGEMENT AND CONSULTING LLC,**<br><br>Defendant. | Criminal No. 18-CR-32-2 |

## ORDER

Upon consideration of the Government's Motion for Extension of Time to File Reply in Further Support of Motion in Limine to Admit Evidence, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the government shall file its Reply in Further Support of Motion in Limine to Admit Evidence, Doc. 335, on or before February 28, 2020.

**SO ORDERED** this _____ day of February, 2020.

_____
HONORABLE DABNEY L. FRIEDRICH
UNITED STATES DISTRICT JUDGE