# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**CONCORD MANAGEMENT AND CONSULTING LLC,**<br><br>      **Defendant.** | **Criminal No. 18-CR-32-2** |

## ORDER

Upon consideration of the Government's Motion for Extension of Time to File Reply in Further Support of Motion in Limine to Admit Evidence, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the government shall file its Reply in Further Support of Motion in Limine to Admit Evidence, Doc. 335, on or before February 28, 2020.

**SO ORDERED** this _____ day of February, 2020.

_____
HONORABLE DABNEY L. FRIEDRICH
UNITED STATES DISTRICT JUDGE