**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | |
| **CONCORD MANAGEMENT AND CONSULTINC LLC,** | Criminal No. 18-CR-32-2 |
| **Defendant.** | |

**NOTICE OF FILING REGARDING THE GOVERNMENT'S PENDING MOTION PURSUANT TO SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT**

The United States of America, by and through its undersigned counsel, hereby provides notice that it submitted to the Court on February 20, 2020 before 12:00 p.m., through the Classified Information Security Officer, an *ex parte*, classified filing regarding the government's pending motion pursuant to Section 4 of the Classified Information Procedures Act. That filing is not available for public viewing and was submitted to the Court under seal.

Respectfully submitted,

JOHN C. DEMERS
Assistant Attorney General for National Security

By: /s/ Heather Alpino
Heather N. Alpino
U.S. Department of Justice
National Security Division
950 Pennsylvania Ave. NW
Washington, D.C. 20530
Telephone: (202) 514-2000

TIMOTHY J. SHEA
United States Attorney
D.C. Bar No. 437437

By: /s/ Luke Jones
Luke Jones
555 Fourth Street NW
Washington, D.C. 20530
Telephone: (202) 252-7066