## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NUMBER: |
| v. | 1:18-cr-00032-2-DLF |
| CONCORD MANAGEMENT AND CONSULTING LLC, | **FILED UNDER SEAL** |
| Defendant. | |

### DEFENDANT CONCORD MANAGEMENT AND CONSULTING LLC'S MOTION FOR LEAVE TO FILE UNDER SEAL

Defendant Concord Management and Consulting LLC ("Defendant" or "Concord"), through counsel, respectfully moves for leave of Court to file under seal Exhibit 1 to its Opposition to the Government's Motion in Limine to Exclude Defense Exhibits.  *See* ECF No. 358. In support of this motion, Concord states as follows:

Exhibit 1 is a February 10, 2020 letter from undersigned counsel to the government transmitting Concord's exhibit list and witness list.  When Concord filed under seal similar correspondence from the government in connection with its Opposition to the Government's Motion in Limine to Admit Documents, ECF No. 344-1, the government stated that it does not feel that this information should be publicly available at this time.  As such, Concord respectfully seeks to file a copy of Exhibit 1 under seal in order to allow the government an opportunity to weigh in on whether Exhibit 1 should remain entirely under seal or be redacted.

The Court has the inherent power to seal court filings when appropriate. *United States v. Hubbard*, 650 F.2d 293, 315-16 (D.C. Cir. 1980) (citing *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 598 (1978)).  Such sealing is within the discretion of the Court.  *See Nixon*, 435 U.S. at 598 (common-law right to inspect and copy judicial records is not absolute, and the

decision whether to permit access is best left to the sound discretion of the trial court in the light

of the relevant facts and circumstances of the particular case).

A proposed order is filed herewith.

Dated: February 25, 2020                           Respectfully submitted,

                                                   CONCORD MANAGEMENT AND
                                                   CONSULTING LLC

                                            By:    */s/ Eric A. Dubelier*
                                                   Eric A. Dubelier (D.C. Bar No. 419412)
                                                   Katherine J. Seikaly (D.C. Bar No. 498641)
                                                   REED SMITH LLP
                                                   1301 K Street, N.W.
                                                   Suite 1000 - East Tower
                                                   Washington, DC  20005-3373
                                                   202.414.9200 (phone)
                                                   202.414.9299 (fax)
                                                   edubelier@reedsmith.com
                                                   kseikaly@reedsmith.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2020, I caused a true and correct copy of the foregoing Motion for Leave to File Under Seal to be filed under seal via CM/ECF and transmitted to the following counsel of record via electronic mail:

**Jonathan Kravis**
**Luke Jones**
**Peter Lallas**
U.S. ATTORNEY'S OFFICE FOR THE
DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
jonathan.kravis3@usdoj.gov
luke.jones@usdoj.gov
peter.lallas@usdoj.gov

**Jason B.A. McCullough**
**Heather N. Alpino**
U.S. DEPARTMENT OF JUSTICE
National Security Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
jason.mccullough@usdoj.gov
heather.alpino@usdoj.gov

By:  /s/ *Katherine J. Seikaly*  
     Katherine J. Seikaly (D.C. Bar No. 498641)
     REED SMITH LLP
     1301 K Street, N.W.
     Suite 1000 – East Tower
     Washington, DC  20005-3373
     202.414.9200 (phone)
     202.414.9299 (fax)
     kseikaly@reedsmith.com