# EXHIBIT 1

| | |
|---|---|
| **From:** | Dubelier, Eric A. <EDubelier@ReedSmith.com> |
| **Sent:** | Monday, February 3, 2020 6:36 PM |
| **To:** | Kravis, Jonathan (USADC) |
| **Cc:** | Seikaly, Kate J; Jones, Luke (USADC); Lallas, Peter (USADC); Jed, Adam (USADC); Alpino, Heather (NSD) |
| **Subject:** | RE: Trial subpoena to Concord Management and Consulting LLC |

You are not listening. The Court said twice explicitly that we (Reed Smith) did not have to do anything. Despite this, we will transmit what if anything the client sends to us on the return date.

---

**From:** Kravis, Jonathan (USADC) <Jonathan.Kravis3@usdoj.gov>
**Date:** Monday, Feb 03, 2020, 6:33 PM
**To:** Dubelier, Eric A. <EDubelier@ReedSmith.com>
**Cc:** Seikaly, Kate J <KSeikaly@ReedSmith.com>, Jones, Luke (USADC) <Luke.Jones@usdoj.gov>, Lallas, Peter (USADC) <Peter.Lallas@usdoj.gov>, Jed, Adam (USADC) <Adam.Jed@usdoj.gov>, Alpino, Heather (NSD) <Heather.Alpino@usdoj.gov>
**Subject:** Re: Trial subpoena to Concord Management and Consulting LLC

EXTERNAL E-MAIL - From Jonathan.Kravis3@usdoj.gov

Now it is I who does not understand. At the last hearing the court granted in part our motion for an early return trial subpoena to Concord. So I think your client does have to do something—comply with the subpoena. If your client does not intend to produce all documents in its possession responsive to the subpoena served last Monday please tell me now so that we can file a motion to compel promptly.

Sent from my iPhone

On Feb 3, 2020, at 6:27 PM, Dubelier, Eric A. <EDubelier@reedsmith.com> wrote:

> The judge said twice that we don't have to do anything. That said, we will send you what the client provides to us.

---

**From:** Kravis, Jonathan (USADC) <Jonathan.Kravis3@usdoj.gov>
**Date:** Monday, Feb 03, 2020, 6:24 PM
**To:** Dubelier, Eric A. <EDubelier@ReedSmith.com>, Seikaly, Kate J <KSeikaly@ReedSmith.com>
**Cc:** Jones, Luke (USADC) <Luke.Jones@usdoj.gov>, Lallas, Peter (USADC) <Peter.Lallas@usdoj.gov>, Jed, Adam (USADC) <Adam.Jed@usdoj.gov>, Alpino, Heather (NSD) <Heather.Alpino@usdoj.gov>
**Subject:** RE: Trial subpoena to Concord Management and Consulting LLC

EXTERNAL E-MAIL - From Jonathan.Kravis3@usdoj.gov

I'm sorry if the question wasn't clear. I just intended to ask how you want to handle the logistics of the production of documents responsive to the subpoena.

Jonathan Kravis
Deputy Chief, Fraud and Public Corruption Section
U.S. Attorney's Office for the District of Columbia

---

**From:** Dubelier, Eric A. <EDubelier@ReedSmith.com>
**Sent:** Monday, February 3, 2020 6:22 PM
**To:** Kravis, Jonathan (USADC) <JKravis1@usa.doj.gov>; Seikaly, Kate J <KSeikaly@ReedSmith.com>
**Cc:** Jones, Luke (USADC) <LJones2@usa.doj.gov>; Lallas, Peter (USADC) <PLallas@usa.doj.gov>; Jed, Adam (USADC) <AJed@usa.doj.gov>; Alpino, Heather (NSD) <halpino@jmd.usdoj.gov>
**Subject:** RE: Trial subpoena to Concord Management and Consulting LLC

I don't understand the question.

---

**From:** Kravis, Jonathan (USADC) <Jonathan.Kravis3@usdoj.gov>
**Date:** Monday, Feb 03, 2020, 6:16 PM
**To:** Dubelier, Eric A. <EDubelier@ReedSmith.com>, Seikaly, Kate J <KSeikaly@ReedSmith.com>
**Cc:** Jones, Luke (USADC) <Luke.Jones@usdoj.gov>, Lallas, Peter (USADC) <Peter.Lallas@usdoj.gov>, Jed, Adam (USADC) <Adam.Jed@usdoj.gov>, Alpino, Heather (NSD) <Heather.Alpino@usdoj.gov>
**Subject:** RE: Trial subpoena to Concord Management and Consulting LLC

EXTERNAL E-MAIL - From Jonathan.Kravis3@usdoj.gov

Dear counsel,

The trial subpoena that we sent you last Monday calls for the production of documents on February 7. What is your position on whether we should contact the Court to make arrangements for the return on that date?

Thanks,
Jonathan

Jonathan Kravis
Deputy Chief, Fraud and Public Corruption Section
U.S. Attorney's Office for the District of Columbia

---

**From:** Kravis, Jonathan (USADC)
**Sent:** Monday, January 27, 2020 9:07 AM
**To:** Dubelier, Eric A. <EDubelier@ReedSmith.com>; Seikaly, Kate J <KSeikaly@ReedSmith.com>
**Cc:** Jones, Luke (USADC) <LJones2@usa.doj.gov>; Lallas, Peter (USADC) <PLallas@usa.doj.gov>; Jed, Adam (USADC) <AJed@usa.doj.gov>; Alpino, Heather (NSD) (JMD) <Heather.Alpino@usdoj.gov>
**Subject:** Trial subpoena to Concord Management and Consulting LLC

Dear counsel,

Per the Court's order on Friday, attached is an early return trial subpoena to Concord requesting production of documents on or before February 7, 2020, pursuant to Federal Rule of Criminal Procedure 17.

Thanks,
Jonathan

Jonathan Kravis
Deputy Chief, Fraud and Public Corruption Section
U.S. Attorney's Office for the District of Columbia

\* \* \*

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01