# EXHIBIT 2

| | |
|---|---|
| **From:** | Seikaly, Kate J <KSeikaly@ReedSmith.com> |
| **Sent:** | Friday, February 7, 2020 4:19 PM |
| **To:** | Kravis, Jonathan (USADC); Dubelier, Eric A. |
| **Cc:** | Jones, Luke (USADC); Lallas, Peter (USADC); Jed, Adam (USADC); Alpino, Heather (NSD) |
| **Subject:** | RE: Trial subpoena to Concord Management and Consulting LLC |
| **Attachments:** | CMC_1 through CMC_157.PDF |

Jonathan,

Please see attached.

Thanks,
Kate

**From:** Kravis, Jonathan (USADC) <Jonathan.Kravis3@usdoj.gov>
**Sent:** Monday, January 27, 2020 9:07 AM
**To:** Dubelier, Eric A. <EDubelier@ReedSmith.com>; Seikaly, Kate J <KSeikaly@ReedSmith.com>
**Cc:** Jones, Luke (USADC) <Luke.Jones@usdoj.gov>; Lallas, Peter (USADC) <Peter.Lallas@usdoj.gov>; Jed, Adam (USADC) <Adam.Jed@usdoj.gov>; Alpino, Heather (NSD) <Heather.Alpino@usdoj.gov>
**Subject:** Trial subpoena to Concord Management and Consulting LLC

==EXTERNAL E-MAIL - From Jonathan.Kravis3@usdoj.gov==

Dear counsel,

Per the Court's order on Friday, attached is an early return trial subpoena to Concord requesting production of documents on or before February 7, 2020, pursuant to Federal Rule of Criminal Procedure 17.

Thanks,
Jonathan

Jonathan Kravis
Deputy Chief, Fraud and Public Corruption Section
U.S. Attorney's Office for the District of Columbia

\* \* \*

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01