# EXHIBIT 3



**Eric A. Dubelier**
Direct Phone:
Email: edubelier@reedsmith.com

Reed Smith LLP
1301 K Street, N.W.
Suite 1000 - East Tower
Washington, D.C. 20005-3373
+1 202 414 9200
Fax +1 202 414 9299
reedsmith.com

February 7, 2020

**Via Electronic Mail**

Jonathan Kravis
U.S. Attorney's Office for the District of
Columbia
Judiciary Center
555 Fourth Street, NW
Washington, DC

*United States v. Concord Management and Consulting LLC*, 18-cr-32-DLF

Dear Jonathan,

    Enclosed are documents provided by Concord Management and Consulting LLC's ("Concord") in response to the trial subpoena dated January 24, 2020, which you sent to us via email on January 27, 2020. The documents have been labeled CMC_1 – CMC_157.

    Please note that at the January 24, 2020 hearing, Judge Friedrich stated that "the subpoena is not directed at defense counsel and would not require defense counsel to assist Concord in searching for responsive documents" and that "other than transmitting the subpoena, [the subpoena] requires no further involvement from defense counsel in complying with the subpoena." Jan. 24, 2020 Hr'g Tr. 23:1-3 and 31:12-14. Thus, as directed by the Court, Reed Smith has transmitted the subpoena to Concord and is now transmitting to you the enclosed documents.

Very truly yours,

Eric A. Dubelier