# EXHIBIT 4

**From:** Dubelier, Eric A. <EDubelier@ReedSmith.com>
**Sent:** Friday, February 21, 2020 9:36 AM
**To:** Jones, Luke (USADC)
**Cc:** Seikaly, Kate J; Lallas, Peter (USADC); Jed, Adam (USADC); Alpino, Heather (NSD)
**Subject:** RE: Concord trial subpoena return

Correct.  Thanks

---

**From:** Jones, Luke (USADC) <Luke.Jones@usdoj.gov>
**Date:** Friday, Feb 21, 2020, 9:32 AM
**To:** Dubelier, Eric A. <EDubelier@ReedSmith.com>
**Cc:** Seikaly, Kate J <KSeikaly@ReedSmith.com>, Lallas, Peter (USADC) <Peter.Lallas@usdoj.gov>, Jed, Adam (USADC) <Adam.Jed@usdoj.gov>, Alpino, Heather (NSD) <Heather.Alpino@usdoj.gov>
**Subject:** RE: Concord trial subpoena return

==EXTERNAL E-MAIL - From Luke.Jones@usdoj.gov==

Thanks, Eric.  I'm assuming the same representations in your Feb. 13 email (further below) apply here, but please confirm.

Thanks again,

Luke

---

**From:** Dubelier, Eric A. <EDubelier@ReedSmith.com>
**Sent:** Friday, February 21, 2020 9:08 AM
**To:** Jones, Luke (USADC) <LJones2@usa.doj.gov>
**Cc:** Seikaly, Kate J <KSeikaly@ReedSmith.com>; Lallas, Peter (USADC) <PLallas@usa.doj.gov>; Jed, Adam (USADC) <AJed@usa.doj.gov>; Alpino, Heather (NSD) <halpino@jmd.usdoj.gov>
**Subject:** RE: Concord trial subpoena return

Luke:

We are informed that Concord does not have any documents related to the second subpoena.

Eric

**Eric A. Dubelier**

edubelier@reedsmith.com
Reed Smith LLP

1301 K Street, N.W.
Suite 1100 - East Tower
Washington, D.C. 20005
202-414-9200
Fax 202-414-9299

**From:** Jones, Luke (USADC) <Luke.Jones@usdoj.gov>
**Sent:** Thursday, February 13, 2020 9:13 AM
**To:** Dubelier, Eric A. <EDubelier@ReedSmith.com>
**Cc:** Seikaly, Kate J <KSeikaly@ReedSmith.com>; Lallas, Peter (USADC) <Peter.Lallas@usdoj.gov>; Jed, Adam (USADC) <Adam.Jed@usdoj.gov>; Alpino, Heather (NSD) <Heather.Alpino@usdoj.gov>
**Subject:** Re: Concord trial subpoena return

EXTERNAL E-MAIL - From Luke.Jones@usdoj.gov

Understood. Thank you.

Luke


On Feb 13, 2020, at 8:52 AM, Dubelier, Eric A. <EDubelier@reedsmith.com> wrote:

> Luke:
>
> The judge said there was no 6th A issue because all we had to do was transmit the subpoena to Concord and transmit any production to you.  That is exactly what we did.  So in answer to your two questions (1) we cannot attest to compliance with the subpoena because we had nothing to do with any collection or review of potentially responsive documents, and (2) we gave you all of the documents Concord gave to us so I think it is fair for you to conclude that they do not have anything else related to the first subpoena.  This is what I explained to Jonathan.   We are happy to discuss by phone.
>
> Thanks, Eric
>
> **Eric A. Dubelier**
>
> edubelier@reedsmith.com
> Reed Smith LLP
>
> 1301 K Street, N.W.
> Suite 1100 - East Tower
> Washington, D.C. 20005
> 202-414-9200
> Fax 202-414-9299
>
> **From:** Jones, Luke (USADC) <Luke.Jones@usdoj.gov>
> **Sent:** Wednesday, February 12, 2020 4:08 PM
> **To:** Dubelier, Eric A. <EDubelier@ReedSmith.com>; Seikaly, Kate J <KSeikaly@ReedSmith.com>
> **Cc:** Lallas, Peter (USADC) <Peter.Lallas@usdoj.gov>; Jed, Adam (USADC) <Adam.Jed@usdoj.gov>; Alpino, Heather (NSD) <Heather.Alpino@usdoj.gov>
> **Subject:** RE: Concord trial subpoena return
>
> EXTERNAL E-MAIL - From Luke.Jones@usdoj.gov
>
> Counsel,
>
> I know this came up in conversation yesterday at the hearing, but, to be sure we understand your position, can you please respond to the two questions below by email?
>
> Thanks,

Luke

*Luke Jones*
*Assistant U.S. Attorney*
*District of Columbia*

 (office)
(cell)

---

**From:** Kravis, Jonathan (USADC) <JKravis1@usa.doj.gov>
**Sent:** Monday, February 10, 2020 5:51 PM
**To:** Dubelier, Eric A. <EDubelier@ReedSmith.com>; Seikaly, Kate J <KSeikaly@ReedSmith.com>
**Cc:** Jones, Luke (USADC) <LJones2@usa.doj.gov>; Lallas, Peter (USADC) <PLallas@usa.doj.gov>; Jed, Adam (USADC) <AJed@usa.doj.gov>; Alpino, Heather (NSD) <halpino@jmd.usdoj.gov>
**Subject:** Concord trial subpoena return

Dear counsel,

We write concerning Concord's trial subpoena return. We have two questions.

First, the notice you filed on Friday says that Concord "has transmitted documents…in connection with the trial subpoena," but does not represent that Concord has actually complied with the subpoena. Can you make that representation to us?

Second, based on an initial review of the production, it does not appear to us that Concord produced any documents responsive to category #3. Can you tell us whether we are correct about that, and if so why that is?

Thanks,
Jonathan


Jonathan Kravis
Deputy Chief, Fraud and Public Corruption Section
U.S. Attorney's Office for the District of Columbia

* * *

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01