UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CONCORD MANAGEMENT<br>AND CONSULTING LLC,<br><br>Defendant. | Criminal No. 18-CR-32-2 |

## ORDER

Upon consideration of the Government's Motion, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that defendant Concord Management and Consulting LLC is required to show cause why it should not be held in civil contempt for violating the trial subpoenas issued in this case, as well as the Court's orders to produce all responsive records in advance of trial; it is further

**ORDERED** that a hearing is scheduled for _____, 2020; and it is further

**ORDERED** that an appropriate representative of Concord who can address Concord's process for keeping records and responding to the trial subpoenas shall appear at that hearing.

**SO ORDERED** this _____ day of February, 2020.

_____
HONORABLE DABNEY L. FRIEDRICH
UNITED STATES DISTRICT JUDGE