UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CONCORD MANAGEMENT AND CONSULTING LLC,<br><br>Defendant. | Crim. No. 18-CR-32-2 (DLF)<br><br>Under Seal |

## GOVERNMENT'S MOTION FOR LEAVE TO FILE PARTIALLY UNDER SEAL

The United States of America, by and through undersigned counsel, respectfully moves for leave to file partially under seal an unredacted version of the Government's Reply in Support of Motion in Limine to Admit Documents ("Reply"). In support of its position, the government states as follows.

The Reply refers to information produced in discovery but protected from disclosure pursuant to the Revised Protective Order. To protect this information, the Government seeks leave to redact these portions of the Reply in the publically-filed version of the Reply and to file an unredacted version of the Reply, attached to this motion, under seal.

The Court has the inherent power to seal court filings when appropriate. *United States v. Hubbard*, 650 F.2d 293, 315-16 (D.C. Cir. 1980) (citing *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 598 (1978)). Such sealing is within the discretion of the Court. *See Nixon*, 435 U.S. at 598 (common-law right to inspect and copy judicial records is not absolute, and the decision whether to permit access is best left to the sound discretion of the trial court in the light of the relevant facts and circumstances of the particular case).

If the Court grants this motion, the Government will promptly file a redacted version of the Reply on the public docket. The Government does not object to the unsealing of this motion once the Court rules on the motion; however, the Government requests that the unredacted version of the Reply remain under seal. Accompanying this motion is a proposed order.

Respectfully submitted,

| | |
|---|---|
| JOHN C. DEMERS<br>Assistant Attorney General for National Security | TIMOTHY J. SHEA<br>United States Attorney<br>D.C. Bar No. 437437 |
| By: */s/ Heather Alpino*<br>Heather N. Alpino<br>U.S. Department of Justice<br>National Security Division<br>950 Pennsylvania Ave. NW<br>Washington, D.C. 20530<br>Telephone: (202) 514-2000 | By: */s/ Luke Jones*<br>Luke Jones, VA Bar 75053<br>Peter Lallas<br>Adam Jed<br>555 Fourth Street NW<br>Washington, D.C. 20530<br>Telephone: (202) 252-7066 |