# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CONCORD MANAGEMENT AND<br>CONSULTING LLC,<br><br>    *Defendant.* | No. 18-cr-0032-2 (DLF) |

## **ORDER**

For the reasons given at the hearing of March 2, 2020, it is

**ORDERED** that Concord shall, if it has not already done so, comply with the government's two outstanding trial subpoenas. It is further

**ORDERED** that Concord's counsel shall certify, on or before 5 p.m. on March 4, 2020, to the Court that it has conveyed a translated version of this order to its client, Concord Management and Consulting, LLC. It is further

**ORDERED** that, on or before 5 p.m. on March 4, 2020, counsel shall file with the Court a sworn affidavit from a corporate representative that explains in detail the steps Concord has taken to comply with the trial subpoenas and this order. It is further

**ORDERED** that this affidavit shall

(a) include the Concord representative's name, position, and duties, and explain how the representative is familiar with Concord's recordkeeping practices and its efforts to comply with the trial subpoenas and this order;

(b) identify Concord's custodian(s) of records and all other individual(s) responsible for maintaining records;

2

(c) identify and explain Concord's systems for maintaining paper records and electronically stored data and information, including any back-up systems;

(d) describe each search Concord conducted to respond to the trial subpoenas, including searches of electronic back-up systems, specifying the individual(s) responsible for each search and the search terms used for each electronic search;

(e) describe, with specificity, all efforts Concord took to ensure that a full and adequate search was completed for each records system; and

(f) provide reasons why Concord has produced no documents in response to subpoena categories three, four, five, and six.

March 2, 2020

DABNEY L. FRIEDRICH
United States District Judge