**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

v.

CONCORD MANAGEMENT AND
CONSULTING LLC

        Defendant.

CRIMINAL NUMBER:

1:18-cr-00032-2-DLF

## JOINT PRETRIAL STATEMENT

Pursuant to the Court's January 24, 2020 Scheduling Order, the parties hereby submit a joint pretrial statement.

**a)  Joint Statement of the Case**

The parties submit the proposed joint statement of the case for the Court to read to prospective jurors:

Concord Management and Consulting LLC ("Concord"), a Russian corporate entity, is charged in this case with conspiracy to defraud the United States in violation of 18 U.S.C. § 371. Specifically, the government alleges that, from in or around 2014 to in or around January 2018, Concord knowingly and intentionally conspired with others to defraud the United States by impairing, obstructing, and defeating the lawful functions of the Federal Election Commission, U.S. Department of Justice, and the U.S. Department of State, in monitoring, regulating, and enforcing laws concerning foreign influence on and involvement in U.S. elections and the U.S. political system.

Concord has pleaded not guilty.

**b)  Estimate of the Number of Trial Days**

The government and the defense anticipate that the trial will last approximately four weeks.

**c)  List of Outstanding Motions in Limine**

     1.      Government's Motion in Limine to Admit Documents (ECF 335-1)

     2.      Government's Motion in Limine to Exclude Defense Exhibits (ECF 349)

     3.      On February 14, 2020, the Court deferred ruling on portions of the government's Motion in Limine to Preclude Improper Argument and Evidence (ECF 298), in particular whether Concord may introduce evidence that the government has never interpreted or applied statutory and regulatory provisions to conduct similar to that alleged in the indictment.  ECF 340.

     4.      The government intends to file at least two additional pretrial motions, though neither will be styled as a motion *in limine*.  First, the government intends to move to permit one of its witnesses to testify under a pseudonym.  Second, the government intends to seek permission for an FBI agent to sit at counsel table during the trial.

     5.      Concord intends to file at least one additional motion *in limine* to exclude evidence.  On February 28, 2020, more than seven weeks after the deadline to transmit its exhibit list and copies of its exhibits, the government informed the undersigned counsel that it will be adding another exhibit to its list.

     6.      Additionally, the government has indicated it will seek to introduce summaries of voluminous records pursuant to Federal Rule of Evidence 1006.  To date, the government has not provided its proposed 1006 summaries to Concord.  As a result, depending on when these summaries are provided to Concord and what they contain, Concord may file a motion *in limine* to exclude them as untimely.

**d)  List of Expert Witnesses**

The government does not intend to call an expert witness.

Concord has not identified any expert witnesses.  However, on December 6, 2019, the government provided notice that it intends to call FBI Analyst Elizabeth Patrone at trial to

introduce testimony regarding the Internet Protocol ("IP") addresses used to access certain social media accounts related to this case. *See* ECF 271 at 2. Concord reserves the right to object at trial to Ms. Patrone's testimony. Additionally, as noted above, the government has indicated that in connection with Ms. Patrone's testimony, it will seek to introduce summaries of voluminous records pursuant to Federal Rule of Evidence 1006 but to date, has not produced them to Concord. Concord informed the government that depending upon Ms. Patrone's direct testimony, Concord may call a witness to rebut any such testimony by Ms. Patrone as it relates to Internet Protocol address records and related information.

**e) List of Exhibits**

A copy of the government's exhibit list is attached as Exhibit 1. Concord's objections are listed in the far right column. Concord reserves the right to supplement, modify or withdraw any of the foregoing objections.

A copy of Concord's exhibit list is attached as Exhibit 2. The government's objections are listed in the far right column.[1]

**f) Stipulations**

The parties have not agreed to any stipulations at this time.

**g) Judicial Notice**

The government will request that the Court take judicial notice of certain WHOIS records showing the registrants of IP addresses relating to Concord.

Concord objects.

---

[1] As explained in the government's Motion in Limine to Exclude Defense Exhibits, in the absence of a proffer from Concord as to the purpose for which its exhibits will be offered or the manner in which they will be authenticated, the government reserves its right to raise objections to all of the defense exhibits based on authenticity, hearsay, and relevance.

Respectfully submitted,

| | |
|---|---|
| TIMOTHY J. SHEA | CONCORD MANAGEMENT AND |
| United States Attorney | CONSULTING LLC |
| D.C. Bar No. 437437 | |
| | By Counsel |
| By: */s/ Luke Jones* | */s/ Eric A. Dubelier* |
| Luke Jones, VA Bar 75053 | Eric A. Dubelier (D.C. Bar No. 419412) |
| Peter Lallas | Katherine Seikaly (D.C. Bar No. 498641) |
| Adam Jed | Reed Smith LLP |
| 555 Fourth Street NW | 1301 K Street, N.W. |
| Washington, D.C. 20530 | Suite 1000 – East Tower |
| Telephone: (202) 252-7066 | Washington, D.C. 20005 |
| | 202-414-9200 (phone) |
| JOHN C. DEMERS | 202-414-9299 (fax) |
| Assistant Attorney General for | edubelier@reedsmith.com |
| National Security | kseikaly@reedsmith.com |

By: */s/ Heather Alpino*
Heather N. Alpino
U.S. Department of Justice
National Security Division
950 Pennsylvania Ave. NW
Washington, D.C. 20530
Telephone: (202) 514-2000


Dated:   March 2, 2020