**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NUMBER: |
| v. | 1:18-cr-00032-2-DLF |
| CONCORD MANAGEMENT AND CONSULTING LLC, | **FILED UNDER SEAL** |
| Defendant. | |

**DEFENDANT CONCORD MANAGEMENT AND CONSULTING LLC'S**
**MOTION FOR LEAVE TO FILE UNDER SEAL**

Defendant Concord Management and Consulting LLC ("Defendant" or "Concord"), through counsel, respectfully moves for leave of Court to file under seal Exhibits 1 and 2 to the parties' Joint Pretrial Statement.  *See* ECF 372. In support of this motion, Concord states as follows:

Exhibits 1 and 2 to the parties' Joint Pretrial Statement consists of the parties' respective exhibit lists, with the other side's objections noted.  When Concord filed under seal its Opposition to the Government's Motion in Limine to Admit Documents, ECF No. 344-1, and included the government's exhibit list as an attachment, the government stated that it does not feel its information should be publicly available at this time.  As such, out of an abundance of caution, Concord respectfully seeks to file the parties' respective exhibit lists under seal.

The Court has the inherent power to seal court filings when appropriate. *United States v. Hubbard*, 650 F.2d 293, 315-16 (D.C. Cir. 1980) (citing *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 598 (1978)).  Such sealing is within the discretion of the Court.  *See Nixon*, 435 U.S. at 598 (common-law right to inspect and copy judicial records is not absolute, and the

decision whether to permit access is best left to the sound discretion of the trial court in the light of the relevant facts and circumstances of the particular case).

A proposed order is filed herewith.

Dated: March 2, 2020

Respectfully submitted,

CONCORD MANAGEMENT AND
CONSULTING LLC

By: */s/ Eric A. Dubelier*
Eric A. Dubelier (D.C. Bar No. 419412)
Katherine J. Seikaly (D.C. Bar No. 498641)
REED SMITH LLP
1301 K Street, N.W.
Suite 1000 - East Tower
Washington, DC  20005-3373
202.414.9200 (phone)
202.414.9299 (fax)
edubelier@reedsmith.com
kseikaly@reedsmith.com

# CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2020, I caused a true and correct copy of the foregoing Motion for Leave to File Under Seal to be filed under seal via CM/ECF and transmitted to the following counsel of record via electronic mail:

**Luke Jones**
**Peter Lallas**
U.S. ATTORNEY'S OFFICE FOR THE
DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
luke.jones@usdoj.gov
peter.lallas@usdoj.gov

**Jason B.A. McCullough**
**Heather N. Alpino**
U.S. DEPARTMENT OF JUSTICE
National Security Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
jason.mccullough@usdoj.gov
heather.alpino@usdoj.gov

By: /s/ *Katherine J. Seikaly*
    Katherine J. Seikaly (D.C. Bar No. 498641)
    REED SMITH LLP
    1301 K Street, N.W.
    Suite 1000 – East Tower
    Washington, DC 20005-3373
    202.414.9200 (phone)
    202.414.9299 (fax)
    kseikaly@reedsmith.com