# **Exhibit 1** to Declaration of Yevgeniy Prigozhin

*United States v. Concord Management and Consulting LLC*, Case No. 18-cr-00032-2-DLF

[TRANSLATION FROM RUSSIAN]

## Concord Management and Consulting
## Limited Liability Company

Liteiny Prospekt, bldg. 41, ste. 11N, St. Petersburg 191004
INN 7825100800, KPP 784101001, OGRN 1037843002515

Order No. 1
On the rules for storage of electronic messages

St. Petersburg                                                                                                      April 17, 2014

Due to the increasing number of hacker attacks in Russia aimed at gaining unlawful access to electronic mail databases, and in order to minimize the risks of unauthorized access of third parties to confidential information regarding Concord Management and Consulting LLC,

I ORDER:

1.      To carry out the irrecoverable deletion (irreversible deletion) of all electronic correspondence from the mail server of Concord Management and Consulting LLC, as well as all personal computers, when more than three (3) months has elapsed from the date of sending/receipt.

2.      To establish an electronic correspondence storage regime on the company's mail server, as well as on all personal computers and other devices, so that each electronic message is kept for not more than three (3) months from the date of sending/receipt, upon which it will be automatically and irrecoverably deleted.

3.      To familiarize all employees and contract employees of Concord Management and Consulting LLC with this order.

4.      To enforce compliance with this order within a period of no more than one (1) week from the date of issuance. I hereby make myself responsible for fulfillment of this order.


General Director of Concord Management and Consulting LLC
[signature]      /Samuil Fridmanovich Zharkoi

[seal: St. Petersburg * Limited Liability Company *
Concord Management & Consulting * "Concord
Management & Consulting" Co.]

# *Общество с ограниченной ответственностью «Конкорд Менеджмент и Консалтинг»*

191104, Санкт-Петербург, Литейный пр., д. 41, пом. 11Н
ИНН 7825100880, КПП 784101001, ОГРН 1037843002515

===============================================================

Приказ № 1
О правилах хранения электронных сообщений

г. Санкт-Петербург                                                              «17» апреля 2014 г.

В связи с участившимися на территории РФ хакерскими атаками, направленными на получение незаконного доступа к хранилищам электронных писем, и в целях минимизации рисков несанкционированного доступа третьих лиц к конфиденциальной информации в отношении ООО «Конкорд Менеджмент и Консалтинг»

ПРИКАЗЫВАЮ:

1. Осуществить удаление без возможности восстановления (безвозвратное удаление) всей электронной переписки с почтового сервера ООО «Конкорд Менеджмент и Консалтинг», а также со всех персональных компьютеров с даты отправки/получения которых прошло более 3 (трех) месяцев.

2. Установить режим хранения электронной переписки на почтовом сервере компании, а также на всех персональных компьютерах и прочих устройствах будут храниться не более (трех) месяцев с даты отправки/получения соответствующего электронного сообщения, после чего будут автоматически удаляться без возможности восстановления.

3. Ознакомить всех сотрудников ООО «Конкорд Менеджмент и Консалтинг», как штатных, так и внештатных с настоящим приказом.

4. Обеспечить исполнение настоящего приказа в срок не более 1 (одной) недели с момента его принятия. Обязанность по исполнению настоящего приказа возлагаю на себя.

Генеральный директор ООО «Конкорд Менеджмент и Консалтинг»

_____ /Жаркой Самуил Фридманович