# **Exhibit 2** to Declaration of Yevgeniy Prigozhin

*United States v. Concord Management and Consulting LLC*, Case No. 18-cr-00032-2-DLF

<u>**Translated from Russian**</u>

[on letterhead of Severen-Telecom JSC]

Ref. No.68
dated 01.20.2020

Attn: Ye.V. Prigozhin
General Director of
Concord Management & Consulting LLC

Dear Yevgeniy Viktorovich!

In response to your query No.1 dated 01.07.2020, we hereby inform that contract No.1704-13 dated 11.01.2013 was indeed entered into by and was in effect between Concord Management & Consulting LLC and Severen-Telecom JSC from January 01, 2014 to February 01, 2018.

During the above period, network nodes were being upgraded, accompanied by technical breakdowns; therefore the information for the said period was not saved and cannot be provided.

Sincerely,
Business Development Director                    [signature]              A.V. Skakun
[seal: St. Petersburg * Severen-Telecom Joint-Stock Company]

**Translated from Russian**

[on letterhead of Concord Management & Consulting LLC]

Ref. No.1 dated 01.07.2020

Attn: General Director
Severen-Telecom CJSC
A.V. Kovtanyuk

Dear Andrey Vladimirovich!

Concord Management & Consulting Limited Liability Company (hereinafter the "Company") and Severen-Telecom CJSC entered into contract No.1704-13 dated 11.01.2013 being effective during the period from January 01, 2014 to February 01, 2018.

Due to the ongoing proceedings in a US court in case No.1:18-CR-00032-DLF the Company needs to provide to the US Department of Justice information that will identify IP addresses the Company was using during the period from January 01, 2014 to February01, 2018.

Since the Company does not have such information, please advise as to which IP addresses were provided to the Company (used by the Company) during the period from January 01, 2014 to February 01, 2018 pursuant to contract No. 1704-13 dated 11.01.2013.

Attachment:
1. Copy of contract No.1704-13 dated 11.01.2013

Sincerely,

General Director
Concord Management & Consulting LLC   [signature]
Ye.V. Prigozhin

[seal: St. Petersburg * Limited Liability Company
* Concord Management & Consulting * "Concord
Management & Consulting" Co.]



АО «Северен-Телеком»
ИНН 7816181675 КПП 780601001
Юридический адрес, почтовый адрес,
а также отдел обслуживания абонентов:
195112, г. Санкт-Петербург,
ул. Республиканская, д. 28, лит. А, пом. 12Н



Исх. № _____68_____

от _____20.01.20_____

Генеральному директору

ООО «Конкорд менеджмент и консалтинг»

Е.В. Пригожину

Уважаемый Евгений Викторович!

В соответствии с Вашим запросом № 1 от 07.01.2020 сообщаем, что действительно между ООО «Конкорд менеджмент и консалтинг» и ЗАО «Северен-Телеком» в период с 01 января 2014 года по 01 февраля 2018 был заключен и действовал договор № 1704-13 от 1.11.2013.

Поскольку в указанный период происходила модернизация узлового оборудования и сопровождалось техническими сбоями, информация за указанный период не сохранилась и предоставлена быть не может.

С уважением,

Коммерческий директор                                            Скакун А.В.

Банковские реквизиты
© ПАО РУБАНКА ВТБ (ПАО) в САНКТ-ПЕТЕРБУРГЕ
р/с 407 028 107 800 0 000 5746
к/с 301 018 102 000000002 704, БИК 044510704
Адрес: 195221, Санкт-Петербург,
Светлановский пр., д. 17А
www.severen.ru



**Concord Management & Consulting**
Общество с ограниченной
ответственностью
**«КОНКОРД МЕНЕДЖМЕНТ И
КОНСАЛТИНГ»**

--------------------------------------------------------------------------
**191028, г. Санкт-Петербург, ул. Моховая, д. 37, лит. Б, офис №1, 2
ИНН/КПП 7825100880/784101001**

Исх № 1 от 7.01.2020

Генеральному директору
ЗАО «Северен-Телеком»
А.В. Ковтанюк

Уважаемый Андрей Владимирович!

Между Обществом с ограниченной ответственностью «Конкорд менеджмент и консалтинг» (далее – «Общество») и ЗАО «Северен-Телеком» был заключен и в период с 01 января 2014 года по 01 февраля 2018 действовал договор №1704-13 от 1.11.2013.

В связи с имеющимся в производстве суда США делом 1:18-CR-00032-DLF Обществу необходимо представить Министерству юстиции США сведения, которые позволяют идентифицировать адреса межсетевых протоколов IP, использовавшихся Обществом в период с 01 января 2014 по 01 февраля 2018.

Поскольку у Общества отсутствует данная информация прошу Вас сообщить какие адреса межсетевых протоколов IP, которые предоставлялись Обществу (использовались Обществом) в период с 01 января 2014 по 01 февраля 2018 в соответствии договором №1704-13 от 1.11.2013.

Приложение:
1. Копия договора №1704-13 от 1.11.2013

С уважением,

Генеральный директор
ООО «Конкорд менеджмент и консалтинг»
Е.В.Пригожин

= 4c4943.

TA 01.10.13

## ДОГОВОР № 1704-13

## ОБ ОКАЗАНИИ УСЛУГ СВЯЗИ

### МЕЖДУ

#### ЗАО «Северен-Телеком»

### И

#### ООО "Конкорд Менеджмент и Консалтинг"

Настоящий Договор содержит конфиденциальную информацию, которая не может быть опубликована или раскрыта каким-либо другим образом без письменного согласия Сторон, подписавших этот Договор.

### САНКТ-ПЕТЕРБУРГ
**2013**

ДОГОВОР № 1704-13.
ОБ ОКАЗАНИИ УСЛУГ СВЯЗИ

"01" ноября 2013г.                                                г. Санкт - Петербург

        ЗАО «Северен-Телеком» в лице Генерального директора Лагира С.В., действующего на основании Устава, именуемое в дальнейшем «Оператор», с одной стороны, и ООО "Конкорд Менеджмент и Консалтинг", именуемое в дальнейшем «Клиент», в лице Генерального директора Жаркого С. Ф., действующего на основании Устава, с другой стороны, именуемые каждое в отдельности «Сторона», а совместно «Стороны»,

        принимая во внимание, что Оператор оказывает услуги связи (далее - «Услуги») на основании лицензий, выданных Федеральной службой по надзору в сфере связи, информационных технологий и массовых коммуникаций, №№ 102745, 102747,102748, 102749, 102753, 102741, 102740, 102746, 103925, 102751, 102752 заключили настоящий договор о нижеследующем:

## Статья 1. ПРЕДМЕТ ДОГОВОРА.
1.1. Оператор обязуется оказывать Услуги связи, особые условия оказания которых приведены в Приложениях к Договору, а Клиент обязуется принимать и оплачивать Услуги на согласованных в Договоре и соответствующих Приложениях к нему условиях.

## Статья 2. ОБЩИЕ ПОЛОЖЕНИЯ.
2.1. Клиент может начать пользоваться Услугами Оператора после подписания настоящего Договора и (или) соответствующего Приложения, оплаты стоимости подключения и в соответствии со сроками установки, указанными в соответствующем Приложении к настоящему Договору. При возникновении необходимости выполнения дополнительной работы или, если дополнительная работа выполняется по письменной просьбе Клиента, соответственно, могут быть согласованы и изменены сроки установки и скорректирована сумма, подлежащая оплате.
2.2. Завершение любых работ по настоящему Договору оформляется двусторонним Актом выполненных работ, который подписывается уполномоченными представителями обеих сторон. В день установки Клиент обязан обеспечить присутствие уполномоченного представителя для подписания от имени Клиента Акта выполненных работ, нарядов, Акта приема-передачи оборудования. В случае отказа и/или отсутствия уполномоченного представителя Клиента при проведении работ по установке, акт (наряд) направляется Клиенту с курьером или по почте. В случае, если Акт не будет подписан Клиентом в течение 3 (трех) рабочих дней после его получения, и если по нему в указанный срок не будут представлены обоснованные письменные замечания, Оператор имеет право приостановить оказание услуги до момента подписания соответствующего документа, а работы будут считаться выполненными Оператором в полном объеме и в соответствии с настоящим Договором.
2.3. В случае необходимости подключения Клиента через внутрипроизводственные кабельные сети, не принадлежащие Оператору, условия настоящего Договора (обязанности сторон, оплата, сроки, ответственность Оператора и др.) распространяются только до точки соединения с такими сетями (Приложение №1). Урегулирование взаимоотношений с владельцами таких сетей по выделению абонентских линий, оплате и т.д. является обязанностью Клиента. Приемка работ по установке осуществляется непосредственно на внутрипроизводственной сети.
2.4. В случае необходимости подключения Клиента через оборудование, которое не обслуживается Оператором, условия настоящего Договора (обязанности сторон, оплата, сроки, ответственность Оператора и др.) распространяются только до точки соединения с таким оборудованием. Урегулирование взаимоотношений с владельцами такого оборудования по подключению абонентских линий, их обслуживанию, оплате и т.д. является обязанностью Клиента.
2.5. В случае необходимости подключения Клиента через оборудование, которое обслуживается Оператором, Оператор обязуется подключить и запрограммировать данное оборудование. Подключение и программирование в этом случае входит в установочную плату. Исходные данные, необходимые для программирования оборудования, Клиент обязан предоставить Оператору в письменном виде не позднее, чем за 5 (пять) рабочих дней до даты начала предоставления услуг.
2.6. Оператор не гарантирует возможность установки охранной сигнализации на своих линиях.
2.7. Оператор имеет право на увеличение срока проведения работ, связанных с прокладкой кабеля в следующих случаях:
- наличие документов или устных предписаний контролирующих организаций (органов), временно запрещающих выполнение работ по данному Договору.
- возникновение внеплановых ситуаций, в том числе: необходимость выполнения работ по устранению провалов телефонной канализации, строительства телефонной канализации, восстановлению целостности проложенной линии связи поврежденной из-за действий третьей стороны.

## Статья 3.  ОБЯЗАННОСТИ СТОРОН
### 3.1.  Обязанности Оператора

3.1.1. Установить и передать Клиенту в пользование  оконечное Оборудование Оператора, находящееся в течение всего срока действия Договора в собственности Оператора (далее – «Оборудование»), и/или организовать, если это предусмотрено Приложением, линию доступа к Услугам, выполнив для этого необходимые работы, провести проверку качественных показателей доступа к Услугам и сдать работоспособные услуги Клиенту по Акту выполненных работ.

3.1.2. Оказывать в течение срока действия Договора, заказанные  Услуги,  соответствующие по качеству стандартам и техническим нормам, установленным уполномоченными государственными органами, условиям Договора, и условиям лицензий, 24 часа в сутки ежедневно, за исключением перерывов для проведения необходимых профилактических и ремонтных работ, которые будут планироваться на время, когда это может причинить наименьшие неудобства Клиенту и о которых Оператор обязан уведомить Клиента за 48 часов до их начала, с указанием периода времени на такое обслуживание.

3.1.3. Обеспечивать своевременное проведение ремонтных работ в соответствии с   ИНСТРУКЦИЕЙ О ПОРЯДКЕ УСТРАНЕНИЯ ПОВРЕЖДЕНИЙ И УЧЕТА ЗАЯВЛЕНИЙ, ПОСТУПАЮЩИХ В БЮРО РЕМОНТА (ЦБР) НА  МЕСТНЫХ  ТЕЛЕФОННЫХ  СЕТЯХ, утвержденной Министерством связи Российской Федерации 01.04.1994.

3.1.4. Обеспечивать соблюдение тайны связи Клиента согласно нормам действующего Законодательства РФ.

3.1.5. Обеспечивать  перенос предоставляемых Услуг (при изменении местоположения)  при наличии технической возможности по новому адресу Клиента. Условия переноса Услуг определяются Дополнительным Соглашением.

3.1.6. Обеспечивать соблюдение сроков и порядка устранения неисправностей в сети связи Оператора, препятствующих пользованию услугами телефонной связи.

### 3.2.  Обязанности Клиента

3.2.1. Своевременно оплачивать оказанные Клиенту Услуги в порядке и размере, определенных настоящим Договором.

3.2.2. Предоставлять Оператору следующую информацию: фамилия, имя, отчество, место жительства и реквизиты основного документа, удостоверяющего личность, представленные при личном предъявлении абонентом указанного документа, - для абонента-гражданина; наименование (фирменное наименование) юридического лица, его место нахождения, а также список лиц, использующих оконечное оборудование юридического лица, заверенный уполномоченным представителем юридического лица, в котором указаны их фамилии, имена, отчества, места жительства и реквизиты основного документа, удостоверяющего личность, - для абонента – юридического лица - согласно Правилам взаимодействия операторов связи с уполномоченными государственными органами, осуществляющими оперативно-розыскную деятельность, утвержденных Постановлением Правительства  РФ от 27 августа 2005 года № 538.

3.2.3. Оказывать Оператору необходимое содействие в выполнении предусмотренных Приложением и/или Дополнительным Соглашением работ по установке Оборудования Оператора, включая:

  а) подготовку  и  обслуживание  помещений  и площадей согласно спецификациям Оператора, если таковые согласованы с Клиентом в Приложениях.  При отсутствии у Оператора права прохода до помещений и площадей Клиента, обязанность по предоставлению данного права лежит на Клиенте;

  б) обеспечение в рабочее время доступа сотрудников и подрядчиков Оператора в помещения и на площади Клиента.

  в) назначение представителей Клиента, которые будут  ответственны за оказание содействия Оператору в скорейшем монтаже, испытании и сдаче-приемке работоспособных Услуг и относящегося к ним Оборудования Оператора.

3.2.4. Оборудование Оператора может использоваться Оператором  для оказания Услуг третьим лицам и как транзитный узел, вследствие чего Клиент не вправе препятствовать Оператору производить необходимые для этого работы, не  влияющие на оказание Услуг Клиенту.

3.2.5. Соблюдать технические и иные нормы и условия эксплуатации Оборудования Оператора, переданного Клиенту, в течение всего срока действия Договора и немедленно возвратить его (либо его стоимость) Оператору, в строгом соответствии с Актом приема-передачи Оборудования, после прекращения действия Договора. Возврат Оборудования Оператора также оформляется Актом приема-передачи Оборудования.

3.2.6. При  пользовании Услугами  использовании абонентские аппараты  (терминалы),  имеющие сертификаты соответствия для применения на сетях связи Российской Федерации, не допускать злоупотреблений Услугами, включая, но не ограничиваясь содержанием  сообщений, передаваемых с использованием  предоставляемых Услуг, соблюдением установленных отраслевых норм по допустимой нагрузке на станционные и распределительные сооружения Оператора и сети связи общего пользования.

3.2.7. За  один месяц письменно уведомить Оператора о своем выбытии, о продаже обслуживаемого по Договору помещения, об изменении реквизитов Клиента, адреса для высылки счета, об установке сигнализации на линии Оператора и др.

3.2.8. Не оказывать услуги связи (пейджинг, доступ в Интернет и прочие), требующие обязательного лицензирования, используя телекоммуникационные услуги, предоставляемые Оператором по настоящему Договору.

3.2.9. Не передавать свои права и обязанности по Настоящему Договору другим физическим и (или) юридическим лицам без письменного согласования с Оператором.

3.2.10. Обратиться за переоформлением Договора в случае сдачи обслуживаемого помещения в аренду, реорганизации предприятия Клиента и в других вышеуказанных случаях.

3.2.11. Не допускать самовольной установки (перестановки) оборудования Оператора, переданного Клиенту по Акту приема-передачи Оборудования.

3.2.12. Не допускать несанкционированного подключения к линии на территории Клиента и пользования линией Клиента из-за его недосмотра. В указанных случаях счета Оператора подлежат оплате Клиентом.

3.2.13. Стороны в своей деятельности имеют право использовать товарные знаки другой Стороны только с ее письменного согласия. Сторона признает права другой Стороны на все товарные знаки и знаки обслуживания этой Стороны.

3.2.14. В случае предоставления услуг, связанных с необходимостью прокладки кабеля связи:

- до начала работ по договору направить Оператору разрешение на производство работ и согласованный с владельцем здания и территории план прокладки кабеля от линейно-кабельного ввода в здание или на территорию по адресу обслуживания до помещения с размещаемым там оборудованием, и при необходимости подготовить трассу прокладки кабеля от линейно-кабельного ввода в здание до помещения с оборудованием;

- нести полную ответственность за сохранность кабеля, проложенного в здании по адресу обслуживания. В случае повреждения кабеля в указанном здании Клиент оплачивает Оператору расходы на ремонтно-восстановительные работы. Клиент несет ответственность за сохранность кабеля на началах риска. Обстоятельства непреодолимой силы освобождают Клиента от ответственности.

## Статья 4. ПОРЯДОК ИНФОРМАЦИОННОГО ВЗАИМОДЕЙСТВИЯ СТОРОН.

4.1.   Стороны обязуются письменно уведомлять друг друга об изменении своих адресов. Любые уведомления или иные сообщения, подлежащие передаче от одной Стороны  другой Стороне должны передаваться в письменной форме (с использованием почтовой или/и  факсимильной связи) по следующим адресам:

| Если получатель Оператор: | Если получатель ООО "Конкорд Менеджмент и Консалтинг": |
|---|---|
| Российская Федерация, Фактический адрес: 197342, С.-Петербург, Кантемировская ул., д.4, 7-ой этаж. | Российская Федерация, Фактический адрес: 199034, гор. Санкт-Петербург, Лейтенанта Шмидта наб., д.7 |
| Вниманию: Генерального директора Лагира С.В. | Вниманию: Генерального директора Жаркого С. Ф. |
| Факс: 8127407071 | Факс: --- |
| E-mail: info@severen.net | E-mail: u.vinogradov@office-vp.spb.ru |

4.2. В процессе исполнения Договора, эксплуатационное взаимодействие между Оператором и Клиентом определяется следующей последовательностью документально оформленных действий:

-факты нарушения договорного качества обслуживания, а также устранения обнаруженных нарушений фиксируются в журнале Оперативного дежурного на основании обмена телефонограммами, (факсимильными сообщениями) по телефону: **8127407072**, или электронной почте: info@severen.net, с отметкой времени и даты поступления заявки о нарушении и его устранения.

-сроки устранения повреждений соответствуют ИНСТРУКЦИИ О ПОРЯДКЕ УСТРАНЕНИЯ ПОВРЕЖДЕНИЙ И УЧЕТА ЗАЯВЛЕНИЙ, ПОСТУПАЮЩИХ В БЮРО РЕМОНТА (ЦБР) НА МЕСТНЫХ ТЕЛЕФОННЫХ СЕТЯХ, утвержденной Министерством связи Российской Федерации 01.04.1994.

## Статья 5. ЦЕНЫ И УСЛОВИЯ ОПЛАТЫ.

5.1. Клиент осуществляет платежи за предоставленные Услуги по тарифам, указанным в Договоре. Эти тарифы могут изменяться Оператором в одностороннем порядке с обязательным направлением письменного (с использование почтовой или факсимильной связи) уведомления Клиенту не менее чем за 20 (двадцать) календарных дней до изменения. Указанные тарифы и цены включают НДС (в размере 18%) и не включают другие действующие налоги в соответствии с действующим налоговым законодательством Российской Федерации. Эти налоги оплачиваются Клиентом.

5.2. Первоначальный платеж: Клиент обязан оплатить общую стоимость подключения в размере, указанном в Приложении на расчетный счет Оператора. В случае если Клиент не оплачивает выставленный ему Оператором счет в течение 10 дней, с даты выставления счета, соответственно переносится срок установки. В случае неоплаты указанного счета в течение 30 (тридцати) дней с момента его выставления, Договор автоматически расторгается.

5.3. В случае, если по требованию Клиента при инсталляции Услуг Оператор выполняет иные работы, не предусмотренные Приложениями, Клиент обязуется подписать соответствующий Акт выполненных работ в течение 3 (трех) календарных дней с даты его получения и оплатить работы по тарифам согласно Акту выполненных работ на условиях настоящего Договора. При письменном немотивированном отказе Клиента от подписания Акта выполненных работ или пропуске срока его подписания такой Акт выполненных работ считается подписанным Клиентом, а Оператор вправе включить сумму таких работ в счет на оплату Услуг в расчетном месяце.

5.3.1. В случае необходимости выполнения Оператором работ по устранению повреждения Оборудования наступившего по вине Клиента, а также установкой дополнительного Оборудования по требованию Клиента оплата производится в соответствии с тарифами, указанными в прейскуранте, размещенном на официальном сайте Оператора.

5.4. Форма расчетов и порядок оплаты Услуг.

5.4.1. Клиент обязуется оплачивать абонентскую плату и/или другие гарантированные платежи в соответствии с Договором ежемесячно авансом, начиная с момента подписания акта выполненных работ, если иное не оговорено Сторонами. Данные платежи включаются в счет за предоставленные услуги связи. В случае если стоимость оказанных Услуг превышает сумму аванса, оплата в пределах разницы включается в авансовый платеж за следующий период.

5.4.2. Оператор выставляет Клиенту счет на оплату Услуг содержащий:

- информацию о расчетном периоде;
- информацию об Услугах, оказанных в отчетном периоде;
- общую сумму на оплату;
- дату выставления счета;
- срок оплаты;
- иные сведения в соответствии с действующим Законодательством РФ.

5.4.3. Счета на оплату Услуг выставляются в рублях РФ. Тарификация Услуг осуществляется в рублях РФ.

5.4.4. Счета доводятся до сведения Клиента до 13 числа текущего месяца. В случае неполучения счета Клиентом, он может получить счет в офисе Оператора до 15 числа. Если до 15 числа текущего месяца, счет Клиентом не получен, то датой получения счета считается 15 число.

5.4.5. Счет считается полученным:

- в случае получения счета с курьером Оператора - с даты, указанной в расписке о получении;
- в случае получения счета в офисе Оператора - с даты, указанной в расписке о получении;
- в случае получения факсимильной копии счета - с даты, указанной в подтверждении о прохождении факса.
- в случае не получения Клиентом счета до 15 числа – 15 число.

5.4.6. Клиент обязуется произвести оплату счёта в срок не более 10 календарных дней с даты, когда счет считается полученным, но не позднее 25-го числа соответствующего месяца. Счет доставляется Клиенту по адресу, указанному ниже в Договоре. В случае уклонения Клиента от получения счета и/или несвоевременного уведомления об изменении адреса, по которому доставляются счета, Клиент несет ответственность, предусмотренную п.7.2.1 настоящего Договора.

5.4.7. При оплате счетов на оплату Клиент обязан указывать номер оплачиваемого счета с тем, чтобы Оператор мог идентифицировать получаемые платежи. В случае получения платежа от Клиента без указания номера оплачиваемого счета, Оператор засчитывает платеж в счет погашения имеющейся задолженности, а в случае отсутствия задолженности – в счет предварительной оплаты за Услуги.

5.4.8. В случае нарушения Клиентом сроков оплаты оказанных Услуг, Оператор имеет право приостановить оказание Услуг до устранения нарушения. При этом, Оператор оставляет за собой право взимать с Клиента абонентскую плату/гарантированные платежи за весь период времени, в течение которого Услуга была приостановлена.

5.4.9. В случае необходимости переоформления договора, по инициативе Клиента, Клиент обязуется оплатить Оператору денежную сумму в размере, указанном в прейскуранте на дополнительные услуги, размещенном на официальном сайте Оператора.

5.4.10. В случае утраты Договора или документов относящихся к договору, таких как счета, счет-фактуры, дополнительные соглашения и др., по вине Клиента, восстановление вышеуказанных документов подлежит оплате согласно прейскуранту на дополнительные услуги, размещенном на официальном сайте Оператора.

5.4.11. В случае оказания Услуг в течение периода меньшего, чем отчетный, когда это не было вызвано виновными действиями Клиента, фиксированные ежемесячные платежи за Услуги пересчитываются пропорционально фактическому времени оказания Услуг, за исключением случая, предусмотренного пунктом 5.4.8 Договора.

## Статья 6. ПРИОСТАНОВЛЕНИЕ ОКАЗАНИЯ УСЛУГ СВЯЗИ.

6.1.     В случаях если Клиент

а) нарушил технические и иные нормы и условия эксплуатации Оборудования Оператора, если таковые доведены до сведения Клиента в форме приложения к Договору, или

б) использует абонентские аппараты (терминалы), не имеющие сертификатов соответствия для применения на сетях связи Российской Федерации, или

в) нарушил условия оплаты Услуг, или

г) превышает допустимую нагрузку на аналоговые линии, или цифровой тракт, оговоренную в п. 7.2.2.

д) не обеспечил и/или препятствовал в рабочее время доступу сотрудников и подрядчиков Оператора в помещения и на площади Клиента,

Оператор вправе немедленно приостановить оказание Клиенту Услуг до устранения Клиентом вышеуказанных нарушений или до наступления оснований для расторжения Договора.

## Статья 7. ОТВЕТСТВЕННОСТЬ СТОРОН.

**7.1.** Ответственность Оператора.

7.1.1. Если в отчетном периоде имелись перерывы в оказании Услуг продолжительностью более одного часа, которые не являлись следствием виновных действий или бездействия Клиента и не являлись перерывами для проведения необходимых профилактических и ремонтных работ, проводимыми Оператором с предварительным уведомлением Клиента, Оператор уменьшит сумму счета на оплату ежемесячной фиксированной платы на 1/720 от суммы ежемесячной фиксированной платы за Услуги за каждый полный час прерывания Услуг. Течение срока перерыва начинается с момента, когда Оператор получил от Клиента письменную заявку (с использованием почтовой или факсимильной связи) на предмет устранения повреждения, и окончанием перерыва считается момент, когда оказание Услуг возобновлено.

7.1.2. Перерасчет абонентской платы, предусмотренный соответствующими пунктами является единственным видом ответственности Оператора.

**7.2.** Ответственность Клиента и иные последствия нарушения клиентом договора.

7.2.1. В случае если Клиент не исполнил обязанность по оплате счета в течение установленного пунктом 5.4.6 Договора срока, Оператор имеет право в любой день до погашения Клиентом задолженности немедленно приостановить оказание Услуг.

7.2.2. Нагрузка на аналоговую линию, создаваемая Клиентом при взаимодействии с телефонной сетью общего пользования, не должна превышать 0.15 Эрл на линию или, в случае предоставления цифровых трактов –0.7 Эрл. на канал в цифровом тракте. В случае превышения Клиентом нагрузки Оператор имеет право потребовать от Клиента ее снижения путем уменьшения объема переговоров или приобретения дополнительных линий, в противном случае Оператор имеет право приостановить обслуживание с предварительным уведомлением об этом Клиента не менее чем за 10 календарных дней до предполагаемой приостановки обслуживания.

7.2.3. В случае повреждения или неправомерного удержания по вине Клиента Оборудования Оператора, переданного в пользование Клиенту, последний обязан возместить реальный ущерб, обусловленный подобным повреждением или неправомерным удержанием. За использование неисправного, не сертифицированного или несогласованного с Оператором (в случае необходимости такого согласования) оконечного устройства, вызывающего повреждение сооружений связи, Клиент возмещает Оператору нанесенный реальный ущерб.

7.2.4. При отказе Клиента от любой из Услуг до окончания Минимального срока ее предоставления, расходы Оператора, связанные с отказом, будут определяться как денежная сумма, равная сумме ежемесячных абонентских выплат и/или иных выплат, предусмотренных настоящим договором, от момента отказа до окончания минимального срока предоставления Услуг.

**7.3.** Ограничение ответственности.

7.3.1. Ответственность Сторон за нарушение любых обязанностей по данному Договору ограничивается реальным ущербом. Ни одна из Сторон не будет нести ответственности перед другой Стороной за упущенную выгоду.

7.3.2. Стороны не принимают к рассмотрению претензии третьих лиц, связанные с исполнением настоящего Договора.

**7.4.** Основания освобождения от ответственности

7.4.1 Сторона не несет ответственности перед другой Стороной, если докажет, что неисполнение или ненадлежащее исполнение обязательств произошло не по ее вине, за исключением случаев, предусмотренных пунктами 3.2.14, 7.1.1 Договора.

7.4.2 Стороны не несут ответственности за неисполнение или ненадлежащее исполнение своих обязательств по Договору, если задержки или неисполнение произошли вследствие обстоятельств непреодолимой силы; в число таких обстоятельств входят: войны, военные действия, мятежи, саботаж, забастовки, пожары, взрывы, наводнения или иные стихийные бедствия, издание нормативных актов запретительного характера государственными органами Российской Федерации либо субъектов Федерации, или органами местного самоуправления и пр.

7.4.3. Немедленно после получения информации о наступлении любых обстоятельств, задерживающих исполнение или иным образом препятствующих исполнению настоящего Договора, Стороны письменно уведомляют об этом друг друга, если только такие события не препятствуют такому уведомлению. В случае если такие события препятствуют уведомлению, Сторона, затронутая указанными обстоятельствами,

уведомляет другую Сторону о таких обстоятельствах немедленно после получения возможности совершить такое уведомление.

7.4.4. Если обстоятельство непреодолимой силы вызывает существенное нарушение или неисполнение обязательств по настоящему Договору, длящееся более 90 (девяносто) дней, каждая Сторона имеет право прекратить действие настоящего Договора после подачи другой Стороне предварительного - за 30 (тридцать) дней - письменного уведомления о своем намерении прекратить действие Договора.

## Статья 8. ПРЕДОСТАВЛЕНИЕ УСЛУГ ИНТЕРНЕТ.

8.1. Сеть Интернет (далее - «Интернет») представляет собой глобальное объединение принадлежащих множеству различных людей и организаций компьютерных сетей и информационных ресурсов, для которых не установлено единого, общеобязательного свода правил (законов) пользования Интернет. Но существуют общепринятые нормы работы в Интернет, с которыми Вы можете ознакомиться по адресу http://www.ofisp.org/documents/ofisp-008.html .Данные нормы направлены на то, чтобы деятельность каждого пользователя Интернет не мешала работе других пользователей.

8.2. Услуга предоставляется «как есть» («as is») и в том виде, в котором она доступна на момент предоставления.

8.2.1. Информация или советы, даваемые Оператором, не могут рассматриваться как гарантии, поскольку являются консультациями, но не техническим способом обеспечения предоставления Услуги.

8.2.2. Ни при каких обстоятельствах Оператор не будет нести ответственности за прямой или косвенный ущерб, причиненный Клиенту в результате использования или невозможности использования Услуги, или доступа в Интернет или ее части; или понесенный в силу зависимости от информации, услуг или товаров, поставляемых Услугой или посредством Услуги.

8.3. Клиент, который не удовлетворен Услугой, условиями, правилами, качеством, ее содержанием или практикой предоставления Услуги, имеет исключительное право Клиента - прекратить пользование Услугой.

8.4. При предоставлении Услуги доступа в Интернет Клиенту запрещается:

8.4.1. Ограничивать доступ других пользователей или препятствовать другим пользователям использовать Интернет.

8.4.2. Производить самовольное (несанкционированное) проникновение в любые технологические компоненты (узлы), программы, базы данных и иные составляющие элементы Интернета, имея в виду установленную в РФ уголовную ответственность за такие деяния (гл. 21 УК РФ «Преступления против собственности» ст. 159 «Мошенничество»; гл. 28 УК РФ «Преступления в сфере компьютерной информации»: ст. 272 «Неправомерный доступ к компьютерной информации», ст. 273 «Создание, использование и распространение вредоносных программ для ЭВМ», ст. 274 «Нарушение правил эксплуатации ЭВМ, системы ЭВМ или их сети»).

8.4.3. Посылать или делать доступной по сети Интернет любую информацию, распространение которой, так или иначе, противоречит действующему Законодательству РФ и/или международному законодательству.

8.4.4. Передавать любую информацию или программное обеспечение, которое заведомо содержит в себе вирусы или другие вредные компоненты.

8.4.5. Оператор не в праве преднамеренно просматривать или разглашать любые частные сообщения электронной почты (за исключением случаев, предусмотренных действующим Законодательством). Оператор не обязан следить за содержанием информации, распространяемой посредством Услуги. Однако Клиент принимает условие, что Оператор имеет право периодически отслеживать проходящую через Услугу информацию и раскрывать любые сведения, если это необходимо в соответствии с законом, требованиями уполномоченных государственных учреждений.

8.5. В выделяемой подсети IP-адресов 3 адреса не могут быть использованы Клиентом. Первичное назначение и дальнейшее изменение адресного пространства происходит единым блоком, при этом блок может иметь размер от 4-х до 256-ти адресов с градацией по степеням числа "2". При выделении Клиенту подсети, содержащей более 4 IP адресов, Клиент должен предоставить обоснование выделения адресов, а также отчитываться за использование выделенных адресов в соответствии с документом ripe-220 (http://www.ripe.net/ripe/docs/ripe-220.html). При первичном назначении и изменении количества IP-адресов они выделяются в количестве из приведенного списка:1, 5, 13, 29, 61, 125, 253. При изменении количества адресов не гарантируется сохранение имеющихся адресов.

## Статья 9. СРОК ДЕЙСТВИЯ ДОГОВОРА.

9.1. Договор заключен на неопределенный срок.

9.2. Минимальный срок (далее — «Минимальный срок»), в течение которого могут предоставляться услуги Оператором по Настоящему Договору составляет 12 (двенадцать) месяцев с даты установки (переоформления, переключения), указанной в Акте выполненных работ, если иное не оговорено Сторонами.

9.3.    Оператор вправе отказать Клиенту в предоставлении Услуг, а также дополнительных Услуг при наличии одного из следующих обстоятельств:

- предоставление Услуги может создать угрозу безопасности и обороноспособности государства, здоровью и безопасности людей;
- предоставление Услуги невозможно ввиду каких-либо физических, топографических или иных естественных препятствий;
- Клиент без веских оснований не соглашается на условия предоставления Услуги, своевременно не производит платежи за предоставленные ранее Услуги;
- Клиент использует или намерен использовать аппаратуру связи для каких-либо незаконных целей, или же получает Услуги незаконным способом, эксплуатирует предоставленное Оборудование с нарушением правил технической эксплуатации, или использует несертифицированное оборудование.

Отказ в каждом конкретном случае должен быть обоснован.

9.4.    Если по истечении минимального срока Оператор продолжает оказывать определенный вид услуги, а Клиент продолжает ею пользоваться, договор в части предоставления указанной услуги считается пролонгированным на тот же срок без дополнительного соглашения сторон. Договор не пролонгируется, если одна из сторон письменно уведомит другую сторону об отказе от предоставления (пользования) услугой за 30 (тридцать) календарных дней до окончания минимального срока.

### Статья 10. ИЗМЕНЕНИЕ И РАСТОРЖЕНИЕ ДОГОВОРА.

10.1.    Все изменения Договора производятся по согласованию Сторон в письменной форме и подписываются обеими Сторонами, если иной порядок не предусмотрен иными положениями Договора.

10.2.    Оператор имеет право расторгнуть Договор в соответствии со ст.44 Закона «О связи». При этом Клиент не освобождается от обязанности погашения задолженности перед Оператором.

10.3.    Клиент вправе в любое время отказаться от какой-либо Услуги, либо от исполнения Договора в целом, при условии письменного уведомления об этом Оператора не менее чем за 30 календарных дней и оплаты понесенных Оператором расходов, связанных с таким отказом.

10.4    Клиент вправе расторгнуть Договор и истребовать у Оператора неиспользованную до даты расторжения сумму предварительной оплаты, если таковая производилась Клиентом в случаях, если:

10.4.1.    Оператор неоднократно нарушил объявленные стандарты качества Услуг, что повлекло за собой стойкую невозможность для Клиента использовать заказанные Услуги; или

10.4.2.    Оператор повысил тарифы на Услуги свыше 10% в квартал.

### Статья 11. ПОРЯДОК РАЗРЕШЕНИЯ СПОРОВ.

11.1.    В случае возникновения споров и разногласий по настоящему договору, они подлежат урегулированию в претензионном порядке. Претензия направляется стороне заказным письмом с уведомлением. Срок ответа на претензию – 10 календарных дней с момента получения адресатом.

11.2.    Если споры не могут быть разрешены путем переговоров, спорные вопросы передаются на рассмотрение Арбитражного суда города Санкт-Петербурга и Ленинградской области в порядке, установленном действующим законодательством Российской Федерации.

11.3.    Настоящий Договор составлен и будет выполняться Сторонами в соответствии с действующим законодательством Российской Федерации.

### Статья 12. ЗАКЛЮЧИТЕЛЬНЫЕ ПОЛОЖЕНИЯ.

12.1    Договор, включая все Приложения и дополнения к нему, которые являются неотъемлемой частью данного Договора, составляет один единый Договор между Оператором и Клиентом, который заменяет все другие предварительные соглашения, договоренности и другие отношения, письменные или устные, между Сторонами, имеющие отношение к предмету данного Договора. Все изменения данного Договора производятся в письменной форме и подписываются обеими Сторонами.

12.2    Стороны договорились, что при подписании документов, имеющих непосредственное отношение к настоящему Договору, а именно ежемесячные счета и акты оказанных услуг, могут использовать факсимильное воспроизведение подписи, в соответствии со статьей 160 Гражданского Кодекса РФ. При этом факсимильная подпись будет иметь такую же силу, как и подлинная подпись уполномоченного лица.

12.3. Стороны вправе при подписании документов, имеющих непосредственное отношение к настоящему Договору, а именно ежемесячные счета, счета-фактуры и акты об оказанных услугах, использовать электронную цифровую подпись согласно действующему законодательству РФ.

**Статья 13.  РЕКВИЗИТЫ СТОРОН.**
ЗАО «Северен-Телеком»
ИНН 7816181675 КПП 781601001
Юридический адрес:
192007, г. Санкт-Петербург, ул. Воронежская, д.92, лит. Б, пом.1-Н
Почтовый адрес, а также отдел обслуживания абонентов:
197342, г. Санкт-Петербург, Кантемировская ул., д. 4 этаж 7
Тел/факс. 8127407070/8127407071.
Банковские реквизиты:
Филиал ОПЕРУ ОАО БАНК ВТБ в Санкт-Петербурге
р/с 407 028 107 800 000 05 746, к/с 301 0181 020 000 000 0704,  БИК 044030704
ОКПО-56187996, ОКАТО-40296561000, ОГРН 1037835033598

Клиент:
ООО "Конкорд Менеджмент и Консалтинг"
ИНН/КПП 7825100880/ 784101001
Юридический адрес:
191104, гор. Санкт-Петербург, Литейный просп., д.41, пом. 11-Н
Фактический адрес:
199034, гор. Санкт-Петербург, Лейтенанта Шмидта наб., д.7
Телефон/факс:  8123202128/8123202128
Банковские реквизиты:
р/с 40702810255200183118, Операционное управление Северо-Западного  банка ОАО "Сбербанк России"
к/с 30101810500000000653,  БИК 044030653

| От имени   ЗАО «Северен- Телеком»: | От имени ООО "Конкорд Менеджмент и Консалтинг": |
|---|---|
| Лагир С.В.<br>Генеральный директор | Жаркой С. Ф.<br>Генеральный директор |