**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Crim. No. 18-CR-32-2 (DLF)** |
| **CONCORD MANAGEMENT AND CONSULTING LLC,** | **Under Seal** |
| **Defendant.** | |

## GOVERNMENT'S MOTION FOR LEAVE TO FILE PARTIALLY UNDER SEAL

The United States of America, by and through undersigned counsel, respectfully moves for leave to file partially under seal an unredacted version of the Government's Supplemental Filing in Support of Government's Motion for an Order to Hold Concord in Civil Contempt ("filing"). In support of its position, the government states as follows.

In limited instances, the filing refers to information produced in discovery but protected from disclosure pursuant to the Revised Protective Order.  To protect this information, the Government seeks leave to redact these portions of the filing in the publically-filed version of the filing and to file an unredacted version of the filing, attached to this motion, under seal.

The Court has the inherent power to seal court filings when appropriate.  *United States v. Hubbard*, 650 F.2d 293, 315-16 (D.C. Cir. 1980) (citing *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 598 (1978)).  Such sealing is within the discretion of the Court.  *See Nixon*, 435 U.S. at 598 (common-law right to inspect and copy judicial records is not absolute, and the decision whether to permit access is best left to the sound discretion of the trial court in the light of the relevant facts and circumstances of the particular case).

If the Court grants this motion, the Government will promptly file a redacted version of the filing on the public docket.  The Government does not object to the unsealing of this motion once the Court rules on the motion; however, the Government requests that the unredacted version of the filing, remain under seal.  Accompanying this motion is a proposed order.

Respectfully submitted,


JOHN C. DEMERS                                        TIMOTHY J. SHEA
Assistant Attorney General for National Security      United States Attorney
                                                      D.C. Bar No. 437437


By: */s/ Heather Alpino*                               By: */s/ Luke Jones*
Heather N. Alpino                                     Luke Jones, VA Bar 75053
U.S. Department of Justice                            Peter Lallas
National Security Division                            Adam Jed
950 Pennsylvania Ave. NW                              555 Fourth Street NW
Washington, D.C. 20530                                Washington, D.C. 20530
Telephone: (202) 514-2000                             Telephone: (202) 252-7066