UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**CONCORD MANAGEMENT AND CONSULTING LLC, and CONCORD CATERING,**<br><br>**Defendants.** | Criminal No. 18-CR-32 (DLF) |

### ORDER

This matter comes before the Court upon the motion of the United States to dismiss with prejudice Count One of the indictment as to Concord Management and Consulting LLC and Concord Catering (the "Concord Defendants"), pursuant to Federal Rule of Criminal Procedure 48(a). The government's motion is **GRANTED** and it is hereby

**ORDERED** that Count One of the Indictment (ECF No. 1) and Superseding Indictment (ECF No. 247), as to the Concord Defendants, is dismissed with prejudice.

Date

DABNEY L. FRIEDRICH
UNITED STATES DISTRICT JUDGE