## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **CONCORD MANAGEMENT AND CONSULTING LLC, and CONCORD CATERING,** <br><br> **Defendants.** | **Criminal No. 18-CR-32 (DLF)** |

## ORDER

This matter comes before the Court upon the motion of the United States seeking leave to file an *ex parte*, *in camera*, classified addendum to the Government's Motion to Dismiss Concord Defendants. For good cause shown, the Government's motion is **GRANTED** and it is hereby

**ORDERED** that the Government may file, through the Classified Information Security Officer, an *ex parte*, *in camera*, classified addendum to its Motion to Dismiss Concord Defendants.

_____  _____
Date                                                      DABNEY L. FRIEDRICH
                                                               UNITED STATES DISTRICT JUDGE